# EXHIBIT W

Cited Excerpts from the Deposition of Dr. David W. Peterson in the *State Redistricting Cases*

STATE OF NORTH CAROLINA   IN THE GENERAL COURT OF JUSTICE
                                 SUPERIOR COURT DIVISION
COUNTY OF WAKE                        11 CVS 16896
                                      11 CVS 16940


MARGARET DICKSON, et al.,        )
                                 )
            Plaintiffs,           )
     vs.                         )
ROBERT RUCHO, in his             )
official capacity only as        )
the Chairman of the North        )
Carolina Senate                  )
Redistricting Committee,         )
et al.,                          )
                                 )
            Defendants.           )
_____)
NORTH CAROLINA STATE             )
CONFERENCE OF BRANCHES OF        )
THE NAACP, et al.,               )
                                 )
            Plaintiffs,           )
     vs.                         )
STATE OF NORTH CAROLINA,         )
et al.,                          )
                                 )
            Defendants.           )
                                 )


DEPOSITION OF

DAVID W. PETERSON, Ph.D.

_____

9:30 A.M.

MONDAY, JUNE 4, 2012

_____

OGLETREE DEAKINS NASH SMOAK & STEWART
            4208 SIX FORKS ROAD
                 SUITE 1100
              RALEIGH, NC 27609


By:  Denise Myers Byrd, CSR 8340, RPR

1                    A P P E A R A N C E S

2

3    For the Plaintiffs, NAACP:

4              SOUTHERN COALITION FOR SOCIAL JUSTICE
               BY:  ANITA EARLS, ESQ.
5              1415 West Highway 54
               Suite 101
6              Durham, NC  27707
               (919) 323-3380
7              anita@southerncoalition.org

8
     For the Plaintiffs, Margaret Dickson, et al.:
9
               POYNER SPRUILL
10             BY:  EDWIN M. SPEAS, JR., ESQ.
               301 Fayetteville Street
11             Suite 1900
               Raleigh, NC  27601
12             (919) 783-2881
               espeas@poynerspruill.com
13

14   For All Defendants:

15             N.C. DEPARTMENT OF JUSTICE
               BY:  ALEXANDER McC. PETERS,
16                  SPECIAL DEPUTY ATTORNEY GENERAL
               114 W. Edenton Street
17             Raleigh, NC  27603
               (919) 716-6900
18             apeters@ncdoj.gov

19
     For the Legislative Defendants:
20
               OGLETREE DEAKINS
21             BY:  PHILLIP J. STRACH, ESQ.
               4208 Six Forks Road
22             Suite 1100
               Raleigh, NC  27609
23             (919) 789-3174
               thomas.farr@ogletreedeakins.com
24             phillip.strach@ogletreedeakins.com

25                    --o0o--

1       accounts for the boundary definition of the 12th

2       Congressional voting district than do party

3       affiliation considerations.

4    Q.    And when you say "on balance," that's on balance in

5       your judgment or is there any way to measure what

6       you mean by "on balance"?

7    A.    The way to measure the way I mean "on balance" is

8       summarized largely in paragraph 15 where in four of

9       the 12 studies the number of segments support the

10      Political Hypothesis, there are two studies in

11      which there are equal numbers of Type R and Type P

12      segments and the other six studies there's more

13      support for the Race Hypothesis than for the

14      Political Hypothesis, and in each of those six the

15      imbalance is more pronounced than any of the four

16      studies favoring the Political Hypothesis.

17   Q.    Is it fair to say looking at only the information

18      in paragraph 16 would lead one to conclude that

19      whether race or politics determined the boundary of

20      the 12th would be inconclusive?

21   A.    If one looked only at paragraph 16, one would have

22      to conclude that the two -- the two hypotheses have

23      equal support.

24   Q.    Right.  And therefore, one could not better account

25      for the boundary than the other?

Case 1:13-cv-00949-WO-JEP   Document 68-9   Filed 06/02/14   Page 4 of 5

1  **A.**  That's correct.

2  **Q.**  All right.  Now we just talked about the two

3       segments that were unequivocal in their support for

4       one hypothesis over the other.

5  **A.**  Yes.

6  **Q.**  Now, there were, I'm sure, a number of segments

7       that were P or R depending on the combination of

8       the data that was run.

9  **A.**  Yes.

10  **Q.**  Do you remember how many of those segments there

11       were?

12  **A.**  Yes.  That's what's shown in Table 1.

13  **Q.**  So let me make sure I understand this.  When you

14       ran registered Democrat data versus black

15       population data, you had eight divergent pairs that

16       supported the Party Hypothesis and six divergent

17       pairs that supported the Race Hypothesis for a

18       total of 14 divergent pairs?

19  **A.**  Yes.

20  **Q.**  Now, moving over and using the 2008 governor data,

21       there are 12 divergent pairs, correct?

22  **A.**  Yes.

23  **Q.**  Is there any way of knowing whether those 12

24       overlap any with the 14 in the one we just looked

25       at?

5813 Shawood Drive VIVIAN TILLEY & ASSOCIATES   tel:919.847.5787
Raleigh, NC 27609 ctrptr4u@aol.com fax: 919.847.2265