# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### NO. 1:13-CV-00949

DAVID HARRIS; CHRISTINE
BOWSER; and SAMUEL LOVE,

     Plaintiffs,

     v.

PATRICK MCCRORY, in his capacity
as Governor of North Carolina;
NORTH CAROLINA STATE BOARD
OF ELECTIONS; and JOSHUA
HOWARD, in his capacity as Chairman
of the North Carolina State Board of
Elections,

     Defendants.

**PLAINTIFFS' WITNESS LIST**

Pursuant to Fed. R. Civ. Pro. 26(a)(3)(A)(i), Plaintiffs identify the following witnesses that Plaintiffs intend to call at the trial scheduled to begin on October 13, 2015 in this action:

| NAME | CONTACT INFORMATION | WILL/MAY CALL |
|---|---|---|
| Ansolabehere, Dr. Stephen | Harvard University<br>1737 Cambridge Street<br>CGIS Knafel Building 410<br>Cambridge, MA  02138<br>(617) 496-0234 | Will call |
| Blue, Daniel T. (Sen.) | North Carolina Senate<br>16 W. Jones Street, Room 1129<br>Raleigh, NC 27601-2808<br>(919) 733-5752 | Will call |

| NAME | CONTACT INFORMATION | WILL/MAY CALL |
|---|---|---|
| Bowser, Christine | Plaintiff<br>(Contact only via Plaintiffs' counsel) | May call |
| Butterfield, G.K. (Rep.) | United States House of Representatives<br>2305 Rayburn House Office Building<br>Washington, DC 20515<br>(202) 225-3101 | Will call |
| Harris, David | Plaintiff<br>(Contact only via Plaintiffs' counsel) | May call |
| Peterson, Dr. David W. | 1942 Rock Rest Road<br>Pittsboro, NC  27312<br>(919) 542-6937 | Will call |
| Watt, Melvin L. | Melvin L. Watt is currently the Director of the Federal Housing Finance Agency, the address and telephone number of which are set forth below:<br><br>Constitution Center<br>400 7th Street, SW<br>Washington, D.C. 20024<br>(202) 649-3800 | Will call |

Plaintiffs reserve the right to call any witness identified by Defendants.

2

Respectfully submitted, this the 14th day of September, 2015.


**PERKINS COIE LLP**

John M. Devaney
D.C. Bar No. 375465
JDevaney@perkinscoie.com
Marc E. Elias
D.C. Bar No. 442007
MElias@perkinscoie.com
Bruce V. Spiva
D.C. Bar No. 443754
BSpiva@perkinscoie.com
700 Thirteenth Street, N.W., Suite 600
Washington, D.C.  20005-3960
Telephone:  (202) 654-6200
Facsimile:  (202) 654-6211

/s/ Kevin J. Hamilton
Kevin J. Hamilton
Washington Bar No. 15648
Khamilton@perkinscoie.com
William B. Stafford
Washington Bar No. 39849
Wstafford@perkinscoie.com
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  (206) 359-8741
Facsimile:  (206) 359-9741

*Attorneys for Plaintiffs*

**POYNER SPRUILL LLP**

/s/ Edwin M. Speas, Jr.
Edwin M. Speas, Jr.
N.C. State Bar No. 4112
espeas@poynerspruill.com
John W. O'Hale
N.C. State Bar No. 35895
johale@poynerspruill.com
Caroline P. Mackie
N.C. State Bar No. 41512
cmackie@poynerspruill.com
P.O. Box 1801 (27602-1801)
301 Fayetteville St., Suite 1900
Raleigh, NC 27601
Telephone: (919) 783-6400
Facsimile:  (919) 783-1075

*Local Rule 83.1*
*Attorneys for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I served a copy of the foregoing **PLAINTIFFS'
WITNESS LIST** to be made by electronic filing with the Clerk of the Court using the
CM/ECF System, which will send a Notice of Electronic Filing to all parties with an e-
mail address of record, who have appeared and consent to electronic service in this
action.

This the 14th day of September, 2015.

/s/ Edwin M. Speas, Jr.
Edwin M. Speas, Jr.

4