# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### NO. 1:13-CV-00949

| | |
|---|---|
| DAVID HARRIS; CHRISTINE BOWSER; and SAMUEL LOVE,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>PATRICK MCCRORY, in his capacity as Governor of North Carolina; NORTH CAROLINA STATE BOARD OF ELECTIONS; and JOSHUA HOWARD, in his capacity as Chairman of the North Carolina State Board of Elections,<br><br>　　Defendants. | **PLAINTIFFS' IDENTIFICATION OF TRIAL EXHIBITS** |

NOW COME Plaintiffs, by and through their undersigned counsel, pursuant to Fed. R. Civ. Pro. 26(a)(3)(A)(iii), and hereby identify the following exhibits that Plaintiffs expect to offer at trial in the above-captioned action:

| Pltffs' Ex. # | # of Pgs. | Date | Category | Description |
|---|---|---|---|---|
| P-1 | 18 | 12/19/12 | Affidavit | Affidavit of Erika Churchill |
| P-2 | 41 | 10/3/12 | Affidavit | Third Affidavit of Christopher Ketchie |
| P-3 | 20 | 1/4/13 | Affidavit | Fourth Affidavit of Christopher Ketchie |
| P-4 | 6 | 2/21/13 | Affidavit | Fifth Affidavit of Christopher Ketchie |
| P-5 | 1 | 2/1/12 | Correspondence | Letter from USDOJ to Chris Heagarty |
| P-6 | 1 | 11/1/11 | Correspondence | Letter from the United States Department of Justice Preclearing the 2011 Congressional Redistricting Plan |

Case 1:13-cv-00949-WO-JEP   Document 102   Filed 09/14/15   Page 1 of 11

| Pltffs' Ex. # | # of Pgs. | Date | Category | Description |
|---|---|---|---|---|
| P-7 | 2 | 7/22/11 | Correspondence | Letter from G.K. Butterfield to Sen. Rucho and Rep. Lewis |
| P-8 | 3 | 7/8/11 | Correspondence | Letter from Mel Watt to Sen. Rucho and Rep. Lewis |
| P-9 | 5 | 10/18/11 | Correspondence | Letter from Linda Garrou to USDOJ |
| P-10 | 10 | 7/8/11 | Correspondence | Letter from Mel Watt to Sen. Rucho and Rep. Lewis |
| P-11 | 2 | 6/19/11 | E-mail | E-mail from Tom Hofeller to Joel Raupe and e-mail string |
| P-12 | 6 | 6/20/11 | E-mail | E-mail from Joel Raupe to Tom Hofeller and e-mail string |
| P-13 | 6 | 6/30/11 | E-mail | E-mail from Brent Woodcox to Tom Farr and e-mail string |
| P-14 | 7 | 6/30/11 | E-mail | E-mail from Jason Kay to Brent Woodcox and e-mail string |
| P-15 | 19 | 4/12/12 | Expert Report/Affidavit | Second Affidavit of David W. Peterson |
| P-16 | 15 | 5/8/12 | Expert Report/Affidavit | Fourth Affidavit of David W. Peterson |
| P-17 | 149 | 12/23/13 | Expert Report/Affidavit | Ansolabehere Expert Report |
| P-18 | 39 | 1/29/14 | Expert Report/Affidavit | Ansolabehere Expert Report in Response to Thomas B. Hofeller |
| P-19 | 1 | | Map | Beaufort County Map (Rucho-Lewis Cong. 3) |
| P-20 | 1 | | Map | Bertie County Map (Rucho-Lewis Cong. 3) |
| P-21 | 1 | | Map | Cabarrus County Map (Rucho-Lewis Cong. 3) |
| P-22 | 1 | | Map | Chowan County Map (Rucho-Lewis Cong. 3) |
| P-23 | 1 | | Map | Craven County Map (Rucho-Lewis Cong. 3) |
| P-24 | 1 | | Map | Davidson County Map (Rucho-Lewis Cong. 3) |

| Pltffs' Ex. # | # of Pgs. | Date | Category | Description |
|---|---|---|---|---|
| P-25 | 1 | | Map | Gates County Map (Rucho-Lewis Cong. 3) |
| P-26 | 1 | | Map | Franklin County Map (Rucho-Lewis Cong. 3) |
| P-27 | 1 | | Map | Granville County Map (Rucho-Lewis Cong. 3) |
| P-28 | 1 | | Map | Edgecombe County Map (Rucho-Lewis Cong. 3) |
| P-29 | 1 | | Map | Forsyth County Map (Rucho-Lewis Cong. 3) |
| P-30 | 1 | | Map | Durham County Map (Rucho-Lewis Cong. 3) |
| P-31 | 1 | | Map | Greene County Map (Rucho-Lewis Cong. 3) |
| P-32 | 1 | | Map | Guilford County Map (Rucho-Lewis Cong. 3) |
| P-33 | 1 | | Map | Halifax County Map (Rucho-Lewis Cong. 3) |
| P-34 | 1 | | Map | Hertford County Map (Rucho-Lewis Cong. 3) |
| P-35 | 1 | | Map | Lenoir County Map (Rucho-Lewis Cong. 3) |
| P-36 | 1 | | Map | Martin County Map (Rucho-Lewis Cong. 3) |
| P-37 | 1 | | Map | Mecklenburg County Map (Rucho-Lewis Cong. 3) |
| P-38 | 1 | | Map | Nash County Map (Rucho-Lewis Cong. 3) |
| P-39 | 1 | | Map | Northampton County Map (Rucho-Lewis Cong. 3) |
| P-40 | 1 | | Map | Pasquotank County Map (Rucho-Lewis Cong. 3) |
| P-41 | 1 | | Map | Perquimans County Map (Rucho-Lewis Cong. 3) |
| P-42 | 1 | | Map | Pitt County Map (Rucho-Lewis Cong. 3) |

| Pltffs' Ex. # | # of Pgs. | Date | Category | Description |
|---|---|---|---|---|
| P-43 | 1 | | Map | Rowan County Map (Rucho-Lewis Cong. 3) |
| P-44 | 1 | | Map | Vance County Map (Rucho-Lewis Cong. 3) |
| P-45 | 1 | | Map | Warren County Map (Rucho-Lewis Cong. 3) |
| P-46 | 1 | | Map | Washington County Map (Rucho-Lewis Cong. 3) |
| P-47 | 1 | | Map | Wayne County Map (Rucho-Lewis Cong. 3) |
| P-48 | 1 | | Map | Wilson County Map (Rucho-Lewis Cong. 3) |
| P-49 | 1 | | Map | Statewide Map (Rucho-Lewis Congress 3) |
| P-50 | 1 | | Map | CD 1 Map (Rucho-Lewis Cong. 3 Detailed) |
| P-51 | 1 | | Map | CD 12 Map (Rucho-Lewis Cong. 3 Detailed) |
| P-52 | 1 | | Map | CD 1 Map (Rucho-Lewis Cong. 3 Simple) |
| P-53 | 1 | | Map | CD 12 Map (Rucho-Lewis Cong. 3 Simple) |
| P-54 | 1 | | Map | NC Senate Examplar Plan (Northeastern NC) |
| P-55 | 4 | | Map | Map of North Carolina Congressional Districts in Effect Between 1998 and 2001 |
| P-56 | 9 | | Map | District 12 Segments (Ketchie Production "Draft1.pdf") |
| P-57 | 11 | | Map | District 12 Segments (Ketchie Production "Draft2.pdf") |
| P-58 | 16 | | Map | District 12 Segments (Ketchie Production "Draft3v2.pdf") |
| P-59 | 13 | | Map | Map Labeled "NC Cong Delegation 9-4 May 11" |
| P-60 | 13 | | Map | Map Labeled "NC Cong Delegation 10-3 May 11" |

| Pltffs' Ex. # | # of Pgs. | Date | Category | Description |
|---|---|---|---|---|
| P-61 | 16 | | Map | Map Labeled "Map 1, NC 12th Congressional District" (Ketchie Production) |
| P-62 | 23 | | Map | Map Labeled "Proposed 10-3 Map" |
| P-63 | 30 | | Map | Multiple Versions of "Rucho-Lewis Congress" Maps |
| P-64 | 34 | | Map | Maps of North Carolina's Congressional Districts from 1941 to 1992 |
| P-65 | 96 | | Map | Multiple Maps Marked as Exhibit 2 at 9/9/15 Depo of Thomas Hofeller |
| P-66 | 294 | | Map | Multiple Maps Marked as Exhibit 3 at 9/9/15 Depo of Thomas Hofeller |
| P-67 | 4 | 7/1/11 | Other | Statement by Senator Bob Rucho and Representative David Lewis re: the Proposed 2011 Congressional Plan |
| P-68 | 4 | 7/19/11 | Other | Statement by Senator Bob Rucho and Representative David Lewis re: the Release of Rucho-Lewis Congress 2 |
| P-69 | 46 | | Other | Congressional Races 1992-2001 (Churchill Dep. Ex. 81) |
| P-70 | 100 | | Other | "Redrawing the Map on Redistricting 2012" (report by Azavea, a geospatial analysis firm) |
| P-71 | 12 | 2/25/13 | Other | Second Joint Stipulation (*Dickson v. Rucho*) |
| P-72 | 38 | 1/28/92 | Section 5 Submission | 1992 Section 5 Submission (Letter and Compendium re: Congressional Plan) |
| P-73 | 48 | 4/9/97 | Section 5 Submission | 1997 Section 5 Submission (Letter and Compendium re: Congressional Plan) |
| P-74 | 22 | | Section 5 Submission | 2011 Section 5 Submission (Compendium re: Congressional Plan) |
| P-75 | 39 | | Section 5 Submission | 2011 Section 5 Submission (NC11-C-27A-1) |
| P-76 | 7 | | Section 5 Submission | 2011 Section 5 Submission (NC11-C-27B-1) |

| Pltffs' Ex. # | # of Pgs. | Date | Category | Description |
|---|---|---|---|---|
| P-77 | 10 | | Section 5 Submission | 2011 Section 5 Submission (NC11-C-27B-2) |
| P-78 | 1 | | Section 5 Submission | 2011 Section 5 Submission (NC11-C-27C-1) |
| P-79 | 1 | | Section 5 Submission | 2011 Section 5 Submission (NC11-C-27C-2) |
| P-80 | 3 | | Section 5 Submission | 2011 Section 5 Submission (NC11-C-27C-3) |
| P-81 | 1 | | Section 5 Submission | 2011 Section 5 Submission (NC11-C-27C-4) |
| P-82 | 5 | | Section 5 Submission | 2011 Section 5 Submission (NC11-C-27H-1) |
| P-83 | 1 | | Section 5 Submission | 2011 Section 5 Submission (NC11-C-27J-1) |
| P-84 | 1 | | Section 5 Submission | 2011 Section 5 Submission (NC11-C-27J-2) |
| P-85 | 1 | | Section 5 Submission | 2011 Section 5 Submission (NC11-C-27N-1) |
| P-86 | 26 | | Section 5 Submission | 2011 Section 5 Submission (NC11-C-27N-2) |
| P-87 | 1 | | Section 5 Submission | 2011 Section 5 Submission (NC11-C-27N-3) |
| P-88 | 3 | | Section 5 Submission | 2011 Section 5 Submission (NC11-C-27P-1) |
| P-89 | 10 | | Section 5 Submission | 2011 Section 5 Submission (NC11-C-27R-1) |
| P-90 | 11 | | Section 5 Submission | 2011 Section 5 Submission (NC11-C-27R-2) |
| P-91 | 11 | | Section 5 Submission | 2011 Section 5 Submission (NC11-C-27R-3) |
| P-92 | 1 | | Section 5 Submission | 2011 Section 5 Submission (NC11-C-28B-1) |
| P-93 | 1 | | Section 5 Submission | 2011 Section 5 Submission (NC11-C-28B-2) |
| P-94 | 1 | | Section 5 Submission | 2011 Section 5 Submission (NC11-C-28G-1) |

| Pltffs' Ex. # | # of Pgs. | Date | Category | Description |
|---|---|---|---|---|
| P-95 | 1 | | Section 5 Submission | 2011 Section 5 Submission (NC11-C-28G-2) |
| P-96 | 4 | | Section 5 Submission | 2011 Section 5 Submission (NC11-C-28H-1) |
| P-97 | 1 | 7/2/11 | Section 5 Submission | 2011 Section 5 Submission (7/2/11 Carolina Times Article) |
| P-98 | 2 | 7/23/11 | Section 5 Submission | 2011 Section 5 Submission (7/23/11 Carolina Times Article) |
| P-99 | 2 | 7/10/11 | Section 5 Submission | 2011 Section 5 Submission (7/10/11 Carolinian Article) |
| P-100 | 2 | 4/29/10 | Section 5 Submission | 2011 Section 5 Submission (4/29/10 N&O Blog Post) |
| P-101 | 3 | 12/18/10 | Section 5 Submission | 2011 Section 5 Submission (12/18/10 Star News Article) |
| P-102 | 1 | | Section 5 Submission | 2011 Section 5 Submission (Curative Draft) |
| P-103 | 3 | 11/10/11 | Section 5 Submission | 2011 Section 5 Submission (Electronic Submission re: Curative Congressional Filing No. 3683) |
| P-104 | 2 | | Stats/Data | CD 1 District Statistics ("rptDistrictStats-1") |
| P-105 | 2 | | Stats/Data | CD 12 District Statistics ("rptDistrictStats-12") |
| P-106 | 6 | | Stats/Data | CD 1 VAP by Race and Ethnicity ("rptVTDVap-1") |
| P-107 | 4 | | Stats/Data | CD 12 VAP by Race and Ethnicity ("rptVTDVap-12") |
| P-108 | 1 | | Stats/Data | Table 4: Electoral Analysis of Previous Congressional Districts With 40%+ TBVAP (Plaintiffs' Trial Exhibit 23 in *Dickson v. Rucho*) |
| P-109 | | | Stats/Data | "Population Statistics on 1997 Version of First Congressional District Under 2000 Census" |
| P-110 | 1 | | Stats/Data | VAP Data for the NC Congressional Plan in Effect Between 1998 and 2001 |

| Pltffs' Ex. # | # of Pgs. | Date | Category | Description |
|---|---|---|---|---|
| P-111 | 1 | | Stats/Data | VAP Data for the NC Congressional Plan in effect between 2001 and 2011 |
| P-112 | 13 | | Stats/Data | "Congressional Races with Minority Candidates 1992-2010" |
| P-113 | 23 | | Stats/Data | "Municipality by District Report Source 2010 Census Plan CST1A Rucho Lewis Congress 3" |
| P-114 | 1 | | Stats/Data | Table Labeled "Carolina Proportionality Chart" |
| P-115 | 39 | | Stats/Data | Table Labeled "NC_10_3_CD" |
| P-116 | 41 | | Stats/Data | Table Labeled "NC_Cong_Delegation_9_4_May_11" |
| P-117 | 41 | | Stats/Data | Table Labeled "NC_Congress_10_3_Delegation" |
| P-118 | 45 | | Stats/Data | Table Labeled "NC_Congress_Whole_Precinct_1st" |
| P-119 | 101 | 5/22/12 | Transcript (Deposition) | Deposition Transcript of NC NAACP (Rev. Barber) |
| P-120 | 56 | 5/12/14 | Transcript (Deposition) | Deposition Transcript of NC NAACP (Rev. Barber) |
| P-121 | 202 | 5/4/12 | Transcript (Deposition) | Deposition Transcript of Sen. Robert Rucho |
| P-122 | 131 | 6/20/12 | Transcript (Deposition) | Deposition Transcript of John Morgan |
| P-123 | 130 | 6/27/12 | Transcript (Deposition) | Deposition Transcript of Dale Oldham |
| P-124 | 173 | 3/20/12 | Transcript (Deposition) | Deposition Transcript of Erika Churchill |
| P-125 | 228 | 5/3/12 | Transcript (Deposition) | Deposition Transcript of Rep. David Lewis |
| P-126 | 177 | 6/7/12 | Transcript (Deposition) | Deposition Transcript of Thomas Brunell |
| P-127 | 180 | 6/28/12 | Transcript (Deposition) | Deposition Transcript of Thomas Hofeller |

| Pltffs' Ex. # | # of Pgs. | Date | Category | Description |
|---|---|---|---|---|
| P-128 | 189 | 8/10/12 | Transcript (Deposition) | Deposition Transcript of Thomas Hofeller |
| P-129 | 92 | 5/6/14 | Transcript (Deposition) | Deposition Transcript of Thomas Hofeller |
| P-130 | 59 | 9/9/15 | Transcript (Deposition) | Deposition Transcript of Thomas Hofeller |
| P-131 | 191 | 6/18/12 | Transcript (Deposition) | Deposition Transcript of Joel Raupe |
| P-132 | 97 | 4/15/14 | Transcript (Deposition) | Deposition Transcript of David Harris |
| P-133 | 91 | 4/9/14 | Transcript (Deposition) | Deposition Transcript of Christine Bowser |
| P-134 | 12 | 5/9/11 | Transcript (Legislative) | NCGA Public Hearing on Redistricting Transcript |
| P-135 | 4 | 7/21/11 | Transcript (Legislative) | House Redistricting Committee Transcript |
| P-136 | 4 | 7/21/11 | Transcript (Legislative) | Senate and House Joint Redistricting Committees Transcript |
| P-137 | 5 | 7/22/11 | Transcript (Legislative) | Senate Redistricting Committee Transcript |
| P-138 | 42 | 7/25/11 | Transcript (Legislative) | House Floor Debate Transcript |
| P-139 | 210 | 7/25/11 | Transcript (Legislative) | Senate Floor Debate Transcript |
| P-140 | 3 | 7/27/11 | Transcript (Legislative) | House Redistricting Committee Transcript |
| P-141 | 22 | 7/27/11 | Transcript (Legislative) | Senate Floor Debate Transcript |
| P-142 | 45 | 7/27/11 | Transcript (Legislative) | House Floor Debate Transcript |
| P-143 | 261 | 6/4/13 | Transcript (Trial) | *Dickson* Trial Transcript (Day 1 of 2) |
| P-144 | 238 | 6/5/13 | Transcript (Trial) | *Dickson* Trial Transcript (Day 2 of 2) |

Plaintiffs reserve the right to offer as evidence any exhibit identified by Defendants.

Respectfully submitted, this the 14th day of September, 2015.

**PERKINS COIE LLP**

John M. Devaney
D.C. Bar No. 375465
JDevaney@perkinscoie.com
Marc E. Elias
D.C. Bar No. 442007
MElias@perkinscoie.com
Bruce V. Spiva
D.C. Bar No. 443754
BSpiva@perkinscoie.com
700 Thirteenth Street, N.W., Suite 600
Washington, D.C.  20005-3960
Telephone:  (202) 654-6200
Facsimile:  (202) 654-6211

/s/ Kevin J. Hamilton
Kevin J. Hamilton
Washington Bar No. 15648
Khamilton@perkinscoie.com
William B. Stafford
Washington Bar No. 39849
Wstafford@perkinscoie.com
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  (206) 359-8741
Facsimile:  (206) 359-9741

*Attorneys for Plaintiffs*

**POYNER SPRUILL LLP**

/s/ Edwin M. Speas, Jr.
Edwin M. Speas, Jr.
N.C. State Bar No. 4112
espeas@poynerspruill.com
John W. O'Hale
N.C. State Bar No. 35895
johale@poynerspruill.com
Caroline P. Mackie
N.C. State Bar No. 41512
cmackie@poynerspruill.com
P.O. Box 1801 (27602-1801)
301 Fayetteville St., Suite 1900
Raleigh, NC 27601
Telephone: (919) 783-6400
Facsimile:  (919) 783-1075

*Local Rule 83.1*
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I served a copy of the foregoing **PLAINTIFFS'** **IDENTIFICATION OF TRIAL EXHIBITS** to be made by electronic filing with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have appeared and consent to electronic service in this action.

This the 14th day of September, 2015.

/s/ Edwin M. Speas, Jr.
Edwin M. Speas, Jr.