IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID HARRIS and CHRISTINE BOWSER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) 1:13CV949 ) |
| PATRICK MCCRORY, in his capacity as Governor of North Carolina, NORTH CAROLINA STATE BOARD OF ELECTIONS, and JOSHUA HOWARD, in his capacity as Chairman of the North Carolina State Board of Elections, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### ORDER

The Court is in receipt of the defendants' emergency motion filed February 8, 2016, to stay the final judgment issued in the above captioned case. ECF No. 145. Plaintiffs are ordered to file a response, if any, by tomorrow, February 9, 2016, no later than 12 p.m. Eastern Time.

This the 8th day of February, 2016.

FOR THE COURT:

_____
United States District Judge