NORTH CAROLINA GENERAL ASSEMBLY

NORTH CAROLINA HOUSE OF REPRESENTATIVES

---

TRANSCRIPT OF THE PROCEEDINGS

FLOOR SESSION TWO (3:00 P.M.)

---

In Raleigh, North Carolina

Friday, February 19, 2016

Reported by Rachel L. Hammond, CVR-M

Worley Reporting

P.O. Box 99169

Raleigh, NC 27624

919-870-8070

## Page 2

1     (Reporter's note: Proceedings in this matter
2   began at 3:00 p.m. on February 19, 2016.)
3       SPEAKER MOORE: The House will come back to
4   order. Ratification of bills and resolutions. The
5   clerk will read.
6       CLERK: The Enrolling Clerk reports the
7   following: Bills duly ratified, properly enrolled, and
8   prepared for presentation to the office of the
9   Secretary of State: Senate Bill 2, An Act to Realign
10  the Congressional Districts, As Recommended by the
11  Joint Select Committee on Congressional Redistricting,
12  and Comply to the Court Order in Harris v. McCrory.
13     The enrolling clerk reports the following bills
14  duly ratified for presentation to the Governor: House
15  Bill 2, An Act to Revise Procedures for the Conduct of
16  the 2016 Primary Election to Comply with the Court
17  Order in Harris v. McCrory.
18     The enrolling clerk reports the following
19  resolution duly ratified, properly enrolled, and
20  prepared for the presentation to the office of the
21  Secretary of State: House Joint Resolution 3, A Joint
22  Resolution Providing for Adjournment Sine Die of the
23  2016 Extra Session.
24     SPEAKER MOORE: Notices and announcements?
25     The gentleman from Gaston, Representative

## Page 3

1   Torbett, is recognized for a motion.
2      REP. TORBETT: Thank you, Mr. Speaker. Mr.
3   Speaker, I move that the 2016 Extra House of
4   Representatives Session do now adjourn sine die.
5      SPEAKER MOORE: Representative Torbett moves
6   seconded by Representative Langdon, that the 2016
7   Special Session of the House of Representatives do now
8   adjourn sine die.
9      Those in favor will say "aye."
10     (Voice vote.)
11     SPEAKER MOORE: Those opposed "no." The ayes
12  have it.
13     It is ordered that a message be sent to the
14  Senate informing that honorable body that the House has
15  concluded the public business and now stands ready to
16  adjourn.
17     Message from the Senate. The clerk will read.
18     CLERK: Mr. Speaker: The Senate has concluded
19  the business of the 2016 Extra Session of the 2015
20  General Assembly and is adjourning sine die, pursuant
21  to House Joint Resolution 3, A Joint Resolution
22  Providing for Adjournment Sine Die of the 2016 Extra
23  Session. Respectfully, Sarah Lang, Principal Clerk.
24     SPEAKER MOORE: Noted. I now declare this
25  House of the 2016 General Assembly Extra Session

## Page 4

1   adjourned sine die.
2     (THE PROCEEDINGS IN THIS MATTER ADJOURNED AT 3:11 P.M.)

## Page 5

STATE OF NORTH CAROLINA
COUNTY OF WAKE
      CERTIFICATE
    I, Rachel L. Hammond, a Notary Public in and for the State of North Carolina duly commissioned and authorized to administer oaths and to take and certify hearings, do hereby certify that on February 19, 2016, this hearing was held before me at the time and place aforesaid, that all parties were present as represented, and that the record as set forth in the preceding 4 pages represents a true and accurate transcript of the proceedings to the best of my ability and understanding.
    IN WITNESS WHEREOF, I have hereto set my hand, this the 25th day of February, 2016.

        _____
        Notary Public

        Rachel L. Hammond
        Notary Number
        201126500152