NORTH CAROLINA GENERAL ASSEMBLY

NORTH CAROLINA HOUSE OF REPRESENTATIVES

_____

TRANSCRIPT OF THE PROCEEDINGS

FLOOR SESSION, VOLUME ONE OF TWO

_____

In Raleigh, North Carolina

Thursday, February 18, 2016

Reported by Rachel L. Hammond, CVR-M

Worley Reporting

P.O. Box 99169

Raleigh, NC 27624

919-870-8070

**2**

(Reporter's note: Proceedings in this matter began at 10:05 a.m. on February 18, 2016.)

SPEAKER MOORE: The House will come to order. Members will take their seats. Visitors will retire from the chamber. The Sergeant-at-Arms will close the doors. We'd ask members to please take your seats.

Today's prayer will be offered by Representative Shepard. We'd ask all members and all guests in the gallery to please stand for the prayer and to remain standing for the Pledge of Allegiance. Representative Shepard.

(Prayer and the Pledge of Allegiance.)

SPEAKER MOORE: The reading clerk will read the Proclamation from the governor.

(Proclamation from the governor read by clerk.)

REP. LEWIS: Mr. Speaker.

SPEAKER MOORE: The clerk will suspend. For what purpose does the gentleman from Harnett, Representative Lewis, arise?

REP. LEWIS: Mr. Speaker, I'm having difficulty hearing the clerk.

SPEAKER MOORE: Members -- Members, please take your seats. If members need to have conversations, please step outside the chamber. It will be a few minutes before any votes are taken, but the clerk is

**3**

reading the proclamation from the governor. And the Chair is trying to give leeway knowing a lot of us haven't seen each other in a few months. But we'd ask you to give respect to your fellow members to be able to hear.

The clerk will continue.

(Proclamations from the governor read by clerk.)

(Appointment of Gregory F. Murphy read by clerk.)

(Appointment of Kyle Hall read by clerk.)

SPEAKER MOORE: Members, I just want to direct your attention, we have a court reporter today observing the proceedings because of this redistricting. That is one additional reason to try to hold the talking down. She has a little difficulty because she is literally -- as we're -- as she's hearing what's being said, she is speaking into that thing, it looks like a breathing thing, so that it's recorded. So if you could try to keep the noise down so that she could hear as well.

The principal clerk has informed me that Representative Murphy subscribed to the Oath of Office on November 5, 2015. Although he is not here today, and has advised us that he is unable to be here,

**4**

Representative Murphy will occupy seat 111. Representative Hall was subscribed the Oath of Office on November 24, 2015. Representative Hall will occupy seat 112. If you would, please, join me in welcoming Representative Hall to the House of Representatives.

In order to establish a quorum, the Chair directs that an electronic call of the roll of the members of the House is to be done. Fifteen seconds are allowed for members to answer the call. The clerk will open the vote. Members will need to press that green button on your desk -- or red if you feel so inclined. Those are the only color choices available on your voting system. The clerk will lock the machine and record the vote. The Chair declares a quorum present including even the gentleman from Ashe.

Members, we -- today's session, of course, is a special session that a lot of us didn't necessarily expect a few weeks ago, but we're here and we are doing our duty. Today's schedule will roughly go that we will consider -- we will be adopting new rules today, or temporary rules, for the purpose of this special session, which has been done many times over in special sessions. They're a little different than the normal rules. They recognize that we're dealing with a limited subject matter. In this case it is the

**5**

legislative redistricting, and so you'll notice some differences there. So other bills are not eligible -- sorry, Representative Stam, you can't file some of your other bills I know you wanted to do today. It's just redistricting. That is all we will be dealing with this. I would expect that we will be here today and tomorrow. There will be, I'm sure, caucuses that the minority and the majority leader call. I know that the Redistricting Committee chaired by Representative Lewis will be meeting to take up the two different bills, and we'd ask members to -- we'll keep everybody apprised of what we're doing as the day goes on. Representative Lewis, the gentleman is recognized to send forth consideration -- a resolution. The clerk will read.

Actually, the gentleman is allowed to send forth the resolution.

REP. LEWIS: Mr. Speaker, I have placed with the clerk a resolution for consideration by the body.

SPEAKER MOORE: The Chair directs that the principal clerk assign a number to the resolution.

The House will be at ease momentarily.

CLERK: House Resolution 1, the House Resolution adopting the permanent rules of the 2016 Extra Session of the North Carolina House of Representatives.

**6**

SPEAKER MOORE: House Resolution 1, as the clerk has read. Representative Lewis is recognized, the Chair orders that House Resolution 1 be counted. The clerk will read.

CLERK: House Resolution adopting the permanent rules of the 2016 Extra Session for the North Carolina House of Representatives.

SPEAKER MOORE: The gentleman from Harnett, Representative Lewis, is recognized to debate the Resolution.

REP. LEWIS: Thank you, Mr. Speaker and members. To save time, I will point out sections that I think the members will consider important in casting their vote in support of this resolution.

First of all, I will point out a small change to our regular rules, which appears on the first page starting at line 29, continuing through line 31. This establishes the Committee on Redistricting. It also makes clear that rules applying to other committees during this special session pursuant to the calling of this session by the governor would be inoperative. That means that the only committees that would be authorized to meet during this session would be the Committee on Rules, Calendaring and Operations of the House, the Committee on Ethics, and the Committee on

**7**

Redistricting.

On page 2 starting at line 3 you will see that the only bills that are eligible to be considered during this session pursuant to the call of the governor are bills adopting new redistricting plans for the House of Representatives of the United States Congress and bills providing for the scheduling and implementation of the congressional primary election in 2016. Those are the only bills that will be considered during this session.

Lines 12 through 14 make clear that a resolution or bill may be placed on the calendar without first being referred by the Speaker to a committee and it may be referred on the same legislative day that it is introduced or upon its receipt from the Senate.

Page 2, lines 19 through 21 make clear that the Speaker will give notice at each reading if the bill is being heard on its second or third reading.

Page 2, lines 23 and 24 make clear that a bill may be read more than once on the same day.

Page 2, line 25 through 32 is probably the most relevant and operative part of this that members should take notice of. This rule says that no amendment may be offered on the floor of the House unless that

**8**

amendment was proposed in committee. It also says, any member of the House may propose an amendment in committee whether or not that member of the House is a member assigned to that committee. Any amendment must replace the entire text of the bill that is being amended and be accompanied by a map showing all of the congressional districts in the state.

I'll pause for just a moment to say what this means is members that wish to offer amendments are certainly encouraged and empowered to do so, but it would need to be an amendment that includes all 13 districts. And it would first have to be offered in the Redistricting Committee before it could be offered on the floor of the House.

Further, lines 31 and 32 clarify that this subsection applies only to amendments on a bill adopting new redistricting plans for the House of Representatives of the Congress of the United States. Therefore, amendments to bills that set the primary dates and the whatnot would operate under our regular rules.

Mr. Speaker, this concludes my presentation. I would urge members to adopt these rules, and I will be happy to yield to any inquiries.

SPEAKER MOORE: For what purpose does the

**9**

gentleman from Durham, Representative Hall, arise?

REP. L. HALL: Question of the resolution sponsor.

SPEAKER MOORE: Does the gentleman from Harnett yield to the gentleman from Durham?

REP. LEWIS: I yield.

SPEAKER MOORE: He yields.

REP. L. HALL: Thank you, Mr. Speaker. And, Representative Lewis, I just wanted to clarify that what we're saying here, line 25 on page 2, is that unless you have your amendment ready in committee during the time that the committee is hearing this bill, you can't take information from that committee, whatever you learned, and go to staff and get it put into a bill covering those 13 districts and then submit it on the floor? You would have to know in the committee beforehand, you can't take what you learned in the committee and put it into a bill -- amendment to be put on the floor; is that correct?

REP. LEWIS: You are reading that correct. Yes, sir.

REP. L. HALL: Follow-up.

SPEAKER MOORE: Does the gentleman from Harnett yield to an additional question from the gentleman from Durham?

## 10

　REP. LEWIS: I yield.

　SPEAKER MOORE: He yields.

　REP. L. HALL: Is there going to be some special staff support at the committee meetings today so that people can, in fact, do that? Have special arrangements been made so that they can do that on the spot?

　REP. LEWIS: Thank you for that question, Representative Hall. To be clear, we have provided for, I think, additional special staff support. The central staff is certainly aware of the urgency of this and is prepared to -- or are prepared to respond to inquiries as timely as they can. I would also point out that the Senate Committee will take up -- the Senate Committee and the Senate will take up this bill before it comes to the House, which means we probably have five or six, seven -- hopefully not seven, but five or six hours that will pass before the House Committee on Redistricting would meet. So there is some time today to work on those. And, of course, there would be time to work on them during the committee as well.

　And might we speak just to the members as to the rationale behind this. It is simply a very labor-intensive undertaking for the staff to be able to

## 11

print the maps, the stat packs, and things that members have to have in order to be able to present this. And so what we're trying to do is make sure that there are as few of mistakes as possible in that. So we felt if the amendment was heard in a committee, whether or not it was passed, at least it would be complete and then could be considered on the floor if that's what members chose to do.

　SPEAKER MOORE: Further discussion, further debate? For what purpose does the gentleman from Durham, Representative Hall, arise?

　REP. L. HALL: Just to comment on the resolution, Mr. Speaker.

　SPEAKER MOORE: The gentleman has the floor to debate the resolution.

　REP. L. HALL: Thank you, Mr. Speaker. And I really want to make sure we take note of the fact that, keeping in mind the effort that is being made here, that we are saying, as I indicated, that after we leave that committee meeting, whatever review we are doing or whatever else happens, we cannot improve this plan when we come to the floor. We do know that we have people across North Carolina, this is potentially going to affect several elections, that would be interested or have expertise or will be affected by this. And so, I

## 12

am just concerned about the fact that we're going to cut off, in some way, our ability to take what we learn in the committee, review it between then and session and then be able to do that. So I just want to make a note of that for the record. Thank you.

　SPEAKER MOORE: For what purpose does the gentleman from Harnett, Representative Lewis, arise?

　REP. LEWIS: To debate the resolution a second time.

　SPEAKER MOORE: The gentleman has the floor to debate the resolution a second time.

　REP. LEWIS: Thank you, Mr. Speaker. And members, I only wanted to state for the record that these rules are largely the exact same rules that we have used since 1998. That is when we went to draft the rules, and members are certainly free to go back and look. Whenever there's been a special session on redistricting, this has been the rules.

　SPEAKER MOORE: Further discussion, further debate?

　If not those in favor will vote "aye," those opposed will vote "no." The clerk will open the vote.

　Representative Johnson of Guilford, does the gentleman wish to record on this vote?

　The clerk will lock the machine and record the

## 13

vote: 91 having voted in the affirmative and 17 in the negative, House Resolution 1 is adopted and ordered printed.

　The Committees on Rules, Calendar and Operations of the House, Ethics and Redistricting have been activated to meet under the rules. Pursuant to House Resolution 1, the members of the Rules Committee and the Ethics Committee are the same as those appointed for the 2015 session.

　The Chair makes the following committee appointments, the clerk will read.

　(Committee appointments read by clerk.)

　SPEAKER MOORE: The clerk will suspend.

　Representative Jordan, will the gentleman please approach the desk?

　Congratulations, Mr. Chairman.

　The Clerk will continue.

　(Appointments read by clerk.)

　SPEAKER MOORE: Representative Fraley, if the gentleman will approach the desk, please.

　The clerk will continue.

　(Appointments read by clerk.)

　SPEAKER MOORE: Representative Goodman, if the gentleman would approach the desk, please.

　Yes, Goodman of Rockingham, I think there was

14

1 only one Goodman I know of, but...
2 The clerk will continue.
3 (Appointments read by clerk.)
4 SPEAKER MOORE: Representative Lewis, special
5 gavel. Someone put a sticker on there that said, "The
6 Widow Maker." I don't know who did that.
7 The clerk will continue.
8 (Advisory members read by clerk.)
9 SPEAKER MOORE: Noted. The Chair directs that
10 a message be sent to the Senate informing that
11 honorable body that the 2015 House of Representatives
12 is organized and ready to proceed with public business
13 for the 2016 Extra Sessions and further inform that
14 body of the seating of Representatives Murphy and Hall.
15 Messages from the Senate, the clerk will read.
16 (Message from the Senate read by clerk.)
17 SPEAKER MOORE: Noted.
18 Be at ease for just a moment.
19 The House will come back to order.
20 Members, the Chair is going to -- the Chair is
21 going to recognize the gentleman from Harnett,
22 Representative Lewis, to speak to a point of personal
23 privilege.
24 The House will come to order. This has to do
25 with the schedule for today. Members may want to hear

15

1 this. I'm going to recognize Representative Lewis to
2 go through an approximate timeline. What we're -- just
3 so you'll know right now, we are still waiting on staff
4 to get the bill to us concerning the primary
5 filing that we've -- we've got issues. The Senate and
6 the House both share the same staff, so we're trying to
7 work together on that. So that will be one of the
8 things that gets filed during the recess we're about to
9 take. But I do want to let Representative Lewis speak
10 to a point of personal privilege to kind of weigh out
11 the schedule for the day. The gentleman has the floor.
12 REP. LEWIS: Thank you, Mr. Speaker. Mr.
13 Speaker and members, it is contemplated that the House
14 Committee on Redistricting would meet at 1:00 today to
15 consider the bill which would reestablish a filing
16 period and an election period, an election date for the
17 U.S. House of Representatives. It is further
18 considered that the House would return to session at
19 2:30 to consider and adopt and pass that bill, also to
20 receive at that time, the bill from the Senate
21 establishing the 2016 Contingent Congressional
22 Redistricting Plan. The Speaker -- it's considered
23 that the Speaker would then refer that to the House
24 Committee on Redistricting again to be reviewed, and
25 that bill will then be reported back out to the House.

16

1 The only other piece of business that we would probably
2 do when we return at 2:30 would be to adopt the
3 adjournment resolution that we would send over to the
4 Senate as well.
5 SPEAKER MOORE: For what purposes does the
6 gentleman from Durham, Representative Michaux, arise?
7 REP. MICHAUX: To ask Representative Lewis a
8 question.
9 SPEAKER MOORE: Does the gentleman from Harnett
10 yield to the gentleman from Durham?
11 REP. LEWIS: I yield.
12 SPEAKER MOORE: He yields.
13 REP. MICHAUX: Representative Lewis, yesterday
14 in the special committee meeting, certain information
15 was requested from some members of that committee. Is
16 that information going to be available to us today?
17 REP. LEWIS: Thank you for that question,
18 Representative. I am aware that the information was
19 requested, Co-Chairman Rucho and I directed staff to
20 give that very high priority. The information, I
21 believe, was requested by Senator McKissick of Durham.
22 I do not know if it has been provided to him or not. I
23 will commit to you that I will sit down and send an
24 e-mail to staff to remind them if they have not done
25 that, to make sure it is getting the attention that it

17

1 needs.
2 SPEAKER MOORE: Members, before we open it up
3 to notices and announcements, the Chair wants to make
4 an announcement or point of personal privilege.
5 As many of you know, our clerk, Denise Weeks,
6 sent out an e-mail yesterday. I tried to keep it from
7 going out, and I've tried to talk her out of it. I
8 don't think I'm going to succeed. But after years of
9 faithful service, Ms. Weeks has announced that she is
10 going to be retiring, effective May 1. I can tell you
11 that I consider her a friend. She tries to keep me
12 between the lines up here as well as she can. And she
13 is not only a friend to me personally, she is a friend
14 to everyone in this House and to this institution. I
15 would tell you that a lot of the things you see that
16 happen here, they don't just happen magically. They
17 don't just occur. The only way that we are able to do
18 the people's business is by having really good staff
19 who make sure that we get that done. And Ms. Weeks has
20 been a leader through changes of political power, and
21 everything else. She has been very fair and very
22 knowledgeable, knows these rules, loves this
23 institution and loves this state. It will be our loss
24 when she retires, but I know she has great ideas and
25 plans and things she's going to do. But I would ask my

18

1 colleagues to please join me in thanking Ms. Weeks for
2 her service.
3 Representative Stam, the Chair would allow --
4 would recognize you to file a bill to outlaw her
5 retirement. I will make a deviation from the rules for
6 that purpose if the gentleman would like.
7 REP. STAM: Would you recognize me for a very
8 short personal privilege?
9 SPEAKER MOORE: The gentleman from Wake,
10 Representative Stam, is recognized to speak to a point
11 of personal privilege.
12 REP. STAM: A few of you may remember that in
13 2003, we had a little disagreement in the House here,
14 and Ms. Weeks presided for about a week, if I recall.
15 And at the conclusion of that it did not turn out well.
16 Her presiding was great. I made the suggestion to our
17 caucus that we elect her as the Speaker. And,
18 Mr. Speaker -- well, I don't want to make that motion.
19 SPEAKER MOORE: The gentleman's motion that he
20 thought was out of order, but probably would get a lot
21 of votes.
22 For what purpose does the gentleman from
23 Rutherford, Representative Hager, arise?
24 REP. HAGER: For an announcement, for we are at
25 that time.

19

1 SPEAKER MOORE: The gentleman has the floor for
2 an announcement.
3 REP. HAGER: Thank you, Mr. Speaker. The
4 Republicans will caucus immediately after the speaker
5 recesses this body in room 544.
6 SPEAKER MOORE: For what purpose does the
7 gentleman from Cabarrus, Representative Pittman, arise?
8 REP. PITTMAN: Point of personal privilege.
9 SPEAKER MOORE: The gentleman is recognized to
10 speak to a point of personal privilege.
11 REP. PITTMAN: Thank you, Mr. Speaker. When I
12 was at Southeastern Seminary over here in Wake Forest
13 nearby, a couple of things they taught us as aspiring
14 young pastors, one thing was that any church looking
15 for a new pastor is trying to find somebody that is
16 29-years-old with 35 years' experience. And the other
17 thing was to be very aware of who the previous pastor
18 was because you may have some -- you know, a hard act
19 to follow. So I don't know how much experience our
20 next clerk will have but they're going to have a hard
21 act to follow. And we do appreciate Ms. Weeks very
22 much. I know she was very helpful to me when I first
23 came up here and didn't know what in the world was
24 going on. And she has been helpful ever since. I do
25 know a little bit more about what is going on, but I

20

1 very much appreciate her help, her kindness. And, you
2 know, I don't have any idea what party she belongs to
3 because she's never let that show that I can tell. And
4 I do appreciate very much the hard work and the love
5 that we have all received from her. Thank you.
6 SPEAKER MOORE: For what purpose does the
7 gentleman from Gaston, Representative Torbett, arise?
8 REP. TORBETT: Thank you, Mr. Speaker. To
9 address one of your earlier concerns. When we received
10 the notification of Ms. Weeks yesterday, after
11 recovering from a sheer state of shock, in a absolute
12 bipartisan effort, Representative Grier Martin and
13 myself contacted our bill drafting department. And
14 there is a bill being drafted now to disallow her
15 retirement. But since we will not be back, hopefully,
16 until after she has retired, we will effectively change
17 that language to a recall language. And I hope
18 everyone will have the opportunity to sign on and will
19 do so. Thank you, Mr. Speaker.
20 SPEAKER MOORE: For what purpose does the
21 gentleman from Durham, Representative Michaux, arise?
22 REP. MICHAUX: Point of personal privilege.
23 SPEAKER MOORE: The gentleman has the floor to
24 speak to a point of personal privilege.
25 REP. MICHAUX: Mr. Speaker and members of the

21

1 House, I've been here for a few years, and one of the
2 things that has been enjoyable about this has been
3 working with Denise. Denise has been a good friend,
4 and I have had the privilege of actually nominating
5 Denise, seconding her nomination over the years to be
6 the clerk of this House. Denise has reached a point in
7 her life -- actually, what she's done is she's probably
8 considered one of the most proficient clerks of
9 anybody's House in country. The accolades heaped upon
10 her by her fellow clerks across the country, with her
11 election to various committees and to her leadership
12 role in that organization, points to the fact that she
13 has been a shining star as a clerk. There is no
14 question about the fact, Mr. Speaker and members, that
15 we're going to miss Denise because of her
16 evenhandedness. I mean, even when I get to her and we
17 have a disagreement, we smile at each other and
18 disagree. I call her a word I shouldn't call her; she
19 calls me what she shouldn't call me, smiling all the
20 while. But it is going to be very difficult, Denise,
21 to replace you. And I think you are aware that because
22 what you have done to this institution is caused all of
23 us to be infused with a degree -- a great degree of
24 love for this institution. And it's been through your
25 efforts that that has been done. I don't think there's

**22**

anybody in the State of North Carolina who deserves any more accolades than you because of the way that you have comported yourself and the way that you have run -- you have run this body. And I think everybody is aware of that, and we're going to miss you Denise. There's no question about it. And I just wish you well, but I sure wish you'd stay around until I left.

SPEAKER MOORE: For what purpose does the gentleman from Cumberland, Representative Floyd, arise?

REP. FLOYD: For two -- one, to speak upon a special privilege and then to see if the Rule Chair would yield for a question.

SPEAKER MOORE: The gentleman is first recognized to speak to a point of personal privilege.

REP. FLOYD: Mr. Speaker, I have already spoken with Denise concerning my concern about her departure and I don't want to go into detail what I shared with her; but I'm somewhat disappointed. I've only been here eight years and I didn't know that I caused that much chaos for her. But I have enjoyed my working relationship with her. Second, Mr. Speaker...

SPEAKER MOORE: The gentleman has the floor.

REP. FLOYD: Is to see if the Rule Chair would yield for a question.

SPEAKER MOORE: Will the gentleman from Harnett

**23**

yield to the gentleman from Cumberland?

REP. LEWIS: I yield.

SPEAKER MOORE: He yields.

REP. FLOYD: Could you just go over that calendar one more time? At 1:00, you indicated that the Redistricting Committee will meet. Then at 2:30, we will come back and convene -- receive from the Senate. Could you just go over that and then if there is a third thing?

REP. LEWIS: Yes, sir. Representative, thank you for the question. It is anticipated that the Committee on Redistricting for the House will meet at 1:00. And the purpose of that meeting will be to consider a bill that reestablishes an election timeline for those seeking office -- or those seeking election to the U.S. House of Representatives. That will be the only bill considered at that time. Provided that goes as anticipated, we would report that bill out to the full House which will return into session at 2:30 to debate and hopefully pass that bill. And then the House would also receive the bill from the Senate that actually has the maps on it. The House will then go back into recess. The Committee on recess would reconvene to debate the report from the Senate of the maps and when that debate is completed the Committee on

**24**

Redistricting would issue a report to the full House for its consideration. I am not prepared at this time because I've not really -- the Speaker and I have not had time to fully comprehend how long the debate on the House Committee on Redistricting may go. I do not know if the House will take up the redistricting maps tonight or if it will be tomorrow. That may be a question better directed to the Speaker.

SPEAKER MOORE: Representative Floyd, the -- anticipating that question, I'll go ahead and address that directly. Today the intent is going to be, and I believe the Rules Chairman is going to announce the Redistricting Committee will be meeting at 1:00 today. So we're going to recess -- when we go into recess in a few minutes, we're going to go into recess until 2:30. If that Redistricting Committee is still meeting at the time 2:30 rolls around or 2:15, we will simply delay the start of session until we get back from that. So we're not going to be compressed. But we didn't want to set -- we didn't want to say 3:00 or 4:00 or something late and then wind up having a couple of hours of just dead time in between. So whatever time is needed for the Redistricting Committee to do its work will be afforded. As far as session this evening, we're going to -- I know -- what is going to happen,

**25**

Representative Jones, during the recess, will be filing the bill that deals with the primary dates and the filing and so forth. That will be heard this afternoon in the Redistricting Committee Hearing. Again, if we have to delay things, we're going to re-recess subject to all sorts of contingencies so that we can do that and not get off schedule. As far as how late we're here, I don't know how late that will be. We'll have to just see how long -- how long things take during the day because we also have to receive the maps from the Senate. And the Chair would intend, if we can, to try to vote on those today. But we will just have to be mindful of the clock and where we are.

REP. FLOYD: Another follow-up question, Mr. Speaker.

SPEAKER MOORE: The gentleman is recognized.

REP. FLOYD: For the Rules Chair.

SPEAKER MOORE: Does the gentleman yield?

REP. LEWIS: I yield, Mr. Speaker.

SPEAKER MOORE: He yields.

REP. FLOYD: Mr. Chair, could you give us the room number? Because I don't want to go to the wrong one.

REP. LEWIS: Yes, sir. Mr. Speaker, may I be recognized for an announcement?

**26**

SPEAKER MOORE: The gentleman is recognized for an announcement.

REP. LEWIS: Thank you, Mr. Speaker. The House Committee Redistricting will meet at 1:00 p.m. today in room 643. But I would encourage members, and also those listening in of the public, if for some reason the Senate is still occupying that room, we would have to change the room to room 544. But we anticipate the Senate would be completed with the room by 1:00.

SPEAKER MOORE: For what purpose does the lady from Buncombe, Representative Fisher, arise?

REP. FISHER: For a moment of personal privilege, Mr. Speaker.

SPEAKER MOORE: The lady is recognized to speak to a point of personal privilege.

REP. FISHER: I just wanted to continue, just a little bit, the recognition of our clerk. I think that as many have already said, we will find it very difficult to replace Denise. I know that when I first got here about six terms ago, you could not have found anyone more helpful in terms of orienting one to this place. And I know that she immediately recognized that I was from Asheville just by my clothes. And she said, "I know the boutique you would like." And so we took a little field trip one afternoon after session, and she

**27**

let me know the boutique that she thought that I would like. And, of course, that's kind of stuck with me.

There was another occasion where a number of her colleagues throughout the country decided they would meet in Asheville. And we made some arrangements for them to go to different places and make sure that they were well accommodated, and I know that I met them at one point at dinner. And you cannot believe -- and this has really always stuck with me, the respect that she receives from her colleagues from across the United States. And I think that that is such a testament to the fortune -- the good fortune that we have had here in this General Assembly to have had her expertise with us for the length of time we have had. I will miss my July birthday buddy. And I do hope -- I know I will see you in May, or just a little bit before you go, but I do hope that you will keep us posted on your whereabouts and that you enjoy your time away. Thank you.

SPEAKER MOORE: For what purpose does the gentleman from Onslow, Representative Shepard, arise?

REP. SHEPARD: Thank you, Mr. Speaker. For a moment of personal privilege.

SPEAKER MOORE: The gentleman is recognized to speak to a point of personal privilege.

**28**

REP. SHEPARD: I won't reiterate all that has been said about Denise, but I also want to thank her for the kindness that she showed me when I first came here also. But I want to share something with you that most of you may not know, some of you may, because she and I made a debut on YouTube one time. She's probably the best clerk in the country, and she's also probably the only clerk in the country that can clog as well as she can clerk. So if you didn't see that, you need to look it up on YouTube. Thank you, Denise.

SPEAKER MOORE: For what purpose does the gentleman from Caldwell, Representative Robinson, arise?

REP. ROBINSON: To speak to a point of personal privilege.

SPEAKER MOORE: The gentleman has the floor to speak to a point of personal privilege.

REP. ROBINSON: Thank you, Mr. Speaker. It is not often that I arise on the floor of this house, but I feel compelled to. Mickey, I think you're probably the only one that started, maybe even before I did. My first term was 1981 and I remember Denise. I think you were here then when Grace Collins was clerk. And believe me, back then not only was I a true freshman, but I really didn't know anything. And I remember I

**29**

used to sign on bills and I would say, "Oh, my gosh. I don't want to sign on that." And then you'd go ask Denise to get your name removed. And then there were other bills that I wish I had signed on that she'd work with me on. Excused absences, I mean, you name them, Denise has helped me with them. And you're going to be truly missed, believe me. When I think of the members that have passed through this assembly, the Speakers, Rules Chairman, you have -- will truly leave your imprint on this Body. Thank you so very much and God bless you in the future.

SPEAKER MOORE: For what purpose does the gentleman from Wake, Representative Martin, arise?

REP. MARTIN: To speak to a point of personal privilege.

SPEAKER MOORE: The gentleman has the floor to speak to a point of personal privilege.

REP. MARTIN: Thank you very much, Mr. Speaker. Members, in maybe my third term here, I was starting to learn my way around, but I still would approach Speaker Hackney up on the podium with some trepidation. He had a way of scowling at you with his glasses hanging down his nose that wanted to scare you off. And I think he and Denise had sort of a good cop, bad cop routine because as Speaker Hackney was scowling at me,

## Page 30

inevitably Denise would be smiling, and she would try to help me do what I wanted to do and leave it to Speaker Hackney just to glare at me until I went away. But then also sometimes I would walk up there, and I would know I was in big trouble if Speaker Hackney was smiling at me. And then I would see Denise glaring at me, and I knew for sure whatever I wanted to do was not going to get done.

As the gentleman from Gaston, Representative Torbett, said, he and I are conspiring to file a bill in the short session that would make it illegal for Denise to retire and essentially keep her at her desk until we pull her corpse away from it many decades in the future. Now, we have some concerns from some lawyers that requiring someone to spend time in a room with 120 obnoxious people constitutes cruel and unusual punishment under the United States Constitution. However, I've consulted with that eminent lawyer, Representative David Lewis, and he assures us that that would be both fair and legal.

SPEAKER MOORE: For what purpose does the gentleman from Craven, Representative Speciale, arise?

REP. SPECIALE: Moment of personal privilege.

SPEAKER MOORE: The gentleman is recognized to speak to a point of personal privilege.

## Page 31

REP. SPECIALE: All right. I think all of us have something, somewhere along the line, that we can say in thanks to Denise. So I'm just going to say thank you and I honestly think her biggest accomplishment is that she allowed a series of Speakers to actually believe that they were in charge.

SPEAKER MOORE: For what purpose does the gentleman from Harnett, Representative Lewis, arise?

REP. LEWIS: For a motion, Mr. Speaker.

SPEAKER MOORE: Are there any further notices and announcements before I recognize the recess motion? The gentleman is now recognized for the motion.

REP. LEWIS: Thank you, Mr. Speaker. Mr. Speaker, subject to the filing of bills and the referral of bills and resolutions to Committee, I move the House to now adjourn to reconvene at 2:30 p.m. -- Pardon me, Mr. Speaker.

SPEAKER MOORE: For what does -- would the gentleman modify his motion to recess by also making it subject to receipt of messages from the Senate, receipt of committee reports?

REP. LEWIS: Yes, sir.

SPEAKER MOORE: And introduction of bills and resolutions?

REP. LEWIS: Yes, sir. Mr. Speaker, and to be

## Page 32

clear, it was my intent to move to recess and not to adjourn. My apologies.

SPEAKER MOORE: The gentleman's motion is restated as a motion to recess. The Chair accepts it as a motion to recess, subject to the conditions. Subject to the following: To the filing of bills, to receipt of message from the Senate, to the receipt of committee reports, to the re-referral of bills and resolutions, and the introduction of bills and resolutions. Those in favor of the motion to recess will say, "aye."

(Voice vote.)

SPEAKER MOORE: Those opposed, "no." The aye's have it, the House stands in recess, subject to the aforementioned conditions until 2:30 p.m.

(THE PROCEEDINGS IN THIS MATTER ADJOURNED AT 11:00 A.M.)

## Page 33

STATE OF NORTH CAROLINA
COUNTY OF WAKE

CERTIFICATE

I, Rachel L. Hammond, a Notary Public in and for the State of North Carolina duly commissioned and authorized to administer oaths and to take and certify hearings, do hereby certify that on February 18, 2016, this hearing was held before me at the time and place aforesaid, that all parties were present as represented, and that the record as set forth in the preceding 32 pages represents a true and accurate transcript of the proceedings to the best of my ability and understanding.

IN WITNESS WHEREOF, I have hereto set my hand, this the 24th day of February, 2016.

_____
Notary Public

Rachel L. Hammond
Notary Number
201126500152