NORTH CAROLINA GENERAL ASSEMBLY

NORTH CAROLINA HOUSE OF REPRESENTATIVES

_____

TRANSCRIPT OF THE PROCEEDINGS

FLOOR SESSION, VOLUME TWO OF TWO

_____

In Raleigh, North Carolina

Thursday, February 18, 2016

Reported by Robbie W. Worley

Worley Reporting

P.O. Box 99169

Raleigh, NC 27624

919-870-8070

2

1 (Reporter's note: Proceedings in this
2 matter began at 12:15 p.m.)
3 CLERK: Representatives Jones and
4 Hardister are primary sponsors for House Bill 2, a
5 bill to be entitled An Act to Revise Procedures for
6 the Conduct of the 2016 United States House of
7 Representatives Primary Election to Comply with the
8 Court Order in Harris v. McCrory. It is filed
9 today, and it is referred to the Committee on
10 Redistricting.
11 (RECESS)
12 SPEAKER MOORE: The House is in order.
13 Members, we are going to go back into recess
14 subject to the conditions announced previously, and
15 the reason for that, just to give an update, the
16 staff is still working on getting all the bills
17 drafted that are there. The Elections Committee --
18 the Redistricting Committee is going to go in -- I
19 believe convenes at 3:30. 3:30, I believe now.
20 Yes, changed to 3:30. Representative Hager, are
21 you going to call a caucus? The gentleman is
22 recognized for an announcement.
23 REP. HAGER: Thank you, Mr. Speaker. The
24 Republicans will caucus in 544 immediately after
25 the Speaker recesses the body.

3

1 SPEAKER MOORE: So we're going to come
2 back -- given that we have initially indicated we
3 would probably come back at 4:00, I don't think
4 that's going to be fruitful, since the committee
5 doesn't meet until 3:30. So, subject to the
6 conditions announced prior, I'm about to put us
7 into recess until 5 p.m. Do we have any further
8 notices or announcements? If not, the House will
9 stand in recess subject to the conditions
10 previously announced until 5 p.m.
11 (PROCEEDINGS RESUME)
12 SPEAKER MOORE: The House will come to
13 order. Measures from the Senate, the Court will
14 read.
15 CLERK: Senate Bill 2, committee
16 substitute, second revision. A bill to be entitled
17 An Act to Realign the Congressional Districts As
18 Recommended by the Joint Select Committee on
19 Congressional Redistricting to Comply with the
20 Court Order in Harris versus McCrory.
21 SPEAKER MOORE: The bill is referred to
22 the Committee on Congressional Redistricting.
23 To what purpose does the gentleman from
24 Rutherford, Representative Hager, arise?
25 REP. HAGER: Mr. Speaker, I wasn't sure

4

1 if this was the time for announcements yet, but if
2 it is --
3 SPEAKER MOORE: The gentleman is
4 recognized for that purpose.
5 REP. HAGER: Thank you, Mr. Speaker. I
6 would want to let the Republican honor of Denise
7 Weeks, that the Republicans will caucus in 544
8 right after you've put this body in recess.
9 SPEAKER MOORE: Members, for your
10 planning purposes, where we are is, the draft of
11 the legislation has finally been -- we think
12 finally, fully crafted. The staff still needs a
13 little bit of time. Part of the issue today has
14 been that the staff has been tied up primarily with
15 the Senate, because they were working on the maps.
16 And so, we were working on the bill dealing with
17 the primary, the filing and all that.
18 So it is -- the Redistricting Committee
19 will be meeting at 6 p.m. to take up the
20 Congressional -- the actual primary bill, which is
21 not the maps, and we were going to come back into
22 session at 7:00, where we anticipate taking the
23 bill up at that time. The bill that you also heard
24 read a few moments ago was the actual map bill, the
25 districts that came in, and that has now been

5

1 referred to the Redistricting Committee as well.
2 It is the Chair's intent at this point that that
3 bill will be heard in committee tomorrow morning.
4 If anything should change, members will be
5 notified, but that's the intent of that. And we're
6 looking at probably -- well, we'll deal with the
7 session for tomorrow morning later.
8 But in any event, we're about to go into
9 recess until 7 p.m. this evening, but when we come
10 back at 7, I would expect that we would take up
11 legislation and would be having a vote.
12 Further notices and announcements? If
13 not, subject to the filing of bills, ratification
14 of bills, and messages from the Senate, committee
15 reports, re-referral bills, resolutions, and
16 introduction of bills and resolutions, the House
17 does now stand in recess until 7 p.m.
18 (RECESS)
19 SPEAKER MOORE: The House will come back
20 to order. Representative Lewis is recognized to
21 file a resolution. The House Chair directs that it
22 be assigned the title of House Joint Resolution 3.
23 The Clerk will read.
24 CLERK: House Joint Resolution 3, a joint
25 resolution providing for adjournment sine die of

6

1    the 2016 extra session.  House resolves, Senate
2    concurs.
3        SPEAKER MOORE:  The Chair directs that
4    Joint Resolution 3 be added to this evening's
5    calendar.  The Clerk will read.
6        CLERK:  House Joint Resolution 3, a joint
7    resolution providing for adjournment sine die of
8    the 2016 extra session.  House resolves, Senate
9    concurs.
10       SPEAKER MOORE:  The gentleman from
11   Harnett, Representative Lewis, is recognized to
12   debate the motion -- the resolution.
13       REP. LEWIS:  Thank you, Mr. Speaker;
14   thank you, members of the House.  What you have
15   with House Joint Resolution 3 is standard,
16   boilerplate language.  This simply provides that
17   when the House and the Senate adjourn tomorrow,
18   Friday, February 9th, 2016, that they will stand
19   adjourned sine die.  I'll be happy to answer any
20   questions, Mr. Speaker, but I would urge adoption
21   of the resolution.
22       SPEAKER MOORE:  Further discussion and
23   further debate on the resolution?  If not, the
24   question before the House is the adoption of House
25   Joint Resolution 3 on the second reading.  Those in

7

1    favor will vote aye; those opposed will vote no.
2    The Clerk will open the vote.
3        (Votes recorded.)
4        SPEAKER MOORE:  The Clerk will lock the
5    machine and record the vote.  91 having voted in
6    the affirmative, none in the negative, House Joint
7    Resolution 3 passes its second reading and will be
8    read a third time.
9        CLERK:  The House resolves, Senate
10   concurs.
11       SPEAKER MOORE:  Further discussion and
12   further debate?  If not, the question before the
13   House is the passage of House Joint Resolution 3 on
14   its third reading.  Those in favor will say aye?
15       (Voice vote.)
16       SPEAKER MOORE:  Those opposed, no?  The
17   ayes have it.  House Joint Resolution 3, having
18   passed its third reading, will be sent to the
19   Senate by special messenger.
20       For what purpose does the gentleman from
21   Mecklenburg, Representative Brawley, arise?
22       REP. BRAWLEY:  A quick announcement, Mr.
23   Speaker.
24       SPEAKER MOORE:  The gentleman has the
25   floor for an announcement.

8

1        REP. BRAWLEY:  Thank you, Mr. Speaker.  I
2    found that a small cushion in the shape of a North
3    Carolina flag and a bookend were on my desk.  These
4    aren't mine, and they may have been placed here by
5    the workmen.  If you're missing such items, I have
6    them.
7        SPEAKER MOORE:  Members, we're awaiting
8    the receipt of the committee report.  The House
9    Redistricting Committee did meet and did pass out
10   the legislation, but we have not received the
11   formalized committee report just yet, so we will be
12   momentarily at ease.
13       (Pause.)
14       Representative Lewis, the chair of the
15   committee of -- the Redistricting Committee, is
16   recognized to send forth the committee report.  The
17   Clerk will read.
18       CLERK:  Representative Lewis,
19   Redistricting Committee report, House Bill 2, 2016
20   House of Representatives primary, favorable
21   committee substitute, unfavorable original bill.
22       SPEAKER MOORE:  The original bill is
23   placed on the unfavorable calendar.  The committee
24   substitute will be calendared for immediate
25   consideration.

9

1        House Bill 2, the Clerk will read.
2        CLERK:  House Committee Substitute to
3    House Bill 2, An Act to Revise Procedures for the
4    Conduct of the 2016 Primary Election to Comply with
5    the Court Order in Harris v. McCrory.  The General
6    Assembly of North Carolina enacts.
7        SPEAKER MOORE:  The gentleman from
8    Rockingham, Representative Jones, is recognized to
9    debate -- debate the bill.
10       REP. JONES:  Thank you, Mr. Speaker.
11   Ladies and gentlemen of the House, you have before
12   you House Bill 2, which has been quite a monumental
13   effort.  I just want to take the opportunity, as I
14   did in committee, to recognize the expertise and
15   the dedication of our hard-working staff.  It's
16   quite a bit more complicated than most people might
17   imagine to try to put this together, and it's been
18   a lot of hard work that went into this, a lot of
19   items to consider, but I just want to recognize
20   those people that really worked so hard on this.
21       I will walk you through, real quickly,
22   the bill, if you will.  Section 1(a) says that we
23   are going to conduct a 2016 primary election for
24   the U.S. House of Representatives.  Section 1(b)
25   says that that primary election will be Tuesday,

Case 1:13-cv-00949-WO-JEP   Document 159-5   Filed 03/07/16   Page 3 of 12

## 10

1    June the 7th, 2016. Section 1(c) establishes the
2    filing period for that election, which would be
3    beginning at 12 noon on March the 16th. I would
4    just point out to you. I would just point out to
5    you that that is, of course, the day after the
6    March 15th primary election, and it would close on
7    March the 25th.
8    Section 1(d), about the eligibility to
9    file. You must be affiliated with your political
10    party for at least 75 days before registering to
11    file with that political party for Congress.
12    Section 1(e) says that you cannot run for
13    two separate offices at the same time. Current
14    state law says that you cannot do this. Since we
15    are having a separate primary for the Congressional
16    primary, you are allowed, if you are currently the
17    nominee for a different office in the state, you
18    can file to run for Congress, but if you win that
19    primary on June the 7th, then you would have to
20    withdraw from one of those races, after which you
21    could not run for both offices in the November
22    election.
23    Section 1(f) returns the filing fee for
24    anyone that might have filed for Congress already
25    in the election that was underway when this

## 11

1    exercise began, so for a person that filed for
2    that, they could have their filing fee -- they're
3    eligible to have their filing fee returned.
4    Section 2(a) says that there will be no
5    second primary, and that would be throughout the
6    2016 primary election cycle, so that would apply to
7    the March 15th primary, as well as the June 7th
8    Congressional primary. There would be no second
9    primary.
10    Section 2(b) speaks to that as well,
11    repeals language that has to do with second
12    primaries.
13    Section 2(c), authorizes by statute that
14    is set for the date of the second primary shall be
15    placed on the ballot at the time. So, any other
16    election that would be taking place, such as a
17    judicial vacancy election, would be held at the
18    same time as that June 7th primary.
19    Section 3 has to do with nominating
20    electors to the Electoral College. This has to do
21    with the presidential election. North Carolina
22    gets 15 electors, including one elector from each
23    presidential district. And for the purpose of
24    electing presidential electors, we would use the
25    maps that were in place on June -- it says here,

## 12

1    January the 1st, 2015, in other words, the maps
2    that are currently in place, before we would adopt
3    these new maps. And you can just imagine how much
4    havoc it would wreak on the political party
5    structures in the state if they had to go back and
6    redistrict all of the current districts in the
7    state, re-elect officers, have county conventions,
8    district conventions. It would be practically
9    impossible to do that, so for the purpose of
10    electing presidential electors, they would continue
11    to use the current maps as they are now.
12    Section 4 has to do with temporary
13    orders. This accommodates the scheduling of the
14    primary, and the State Board of Elections is
15    empowered to issue certain temporary orders that
16    could affect this. The rest of Section 4 is rather
17    technical with that. It orders, not rules, the
18    orders expire and become void ten days after the
19    certification of the 2016 Congressional primary
20    elections, and then in 4(d), we define what an
21    order is.
22    And Section 5, any ballot that is cast on
23    March the 15th for the Congressional primary,
24    obviously, the ballots have already been printed
25    up, and so the Congressional candidates are going

## 13

1    to be on those ballots and the maps as they are
2    now, and clearly, that election would be null and
3    void, and so the State Board of Elections is
4    directed here not to certify that election, and to
5    keep any results from that confidential. They
6    would not be a public record.
7    Section 6 makes this act effective when
8    it becomes law, but it applies to this election
9    cycle unless prior to March the 16th, the U.S.
10    Supreme Court reverses or stays the decision that
11    has brought us all here this week. And so, I hope
12    that clearly explains to anyone. Mr. Speaker, I'd
13    be happy to entertain any questions. I would urge
14    my colleagues, please vote green on House Bill 2.
15    SPEAKER MOORE: Further discussion and
16    further debate? For what purpose does the
17    gentleman from Wake, Representative Jackson, arise?
18    REP. JACKSON: To send forth an
19    amendment.
20    SPEAKER MOORE: The gentleman is rec- --
21    the Clerk does not have a copy of the amendment.
22    Further discussion and further debate, while we're
23    awaiting the amendment? The House will be at ease
24    momentarily.
25    For what purpose does the representative

Case 1:13-cv-00949-WO-JEP   Document 159-5   Filed 03/07/16   Page 4 of 12

## 14

1  from Haywood, Representative Queen, arise?
2  REP. QUEEN: Just for a question to the
3  bill sponsor.
4  SPEAKER MOORE: Does the gentleman from
5  Harnett yield to -- oh, excuse me, does the
6  gentleman from Rockingham yield to the gentleman
7  from Haywood?
8  REP. JONES: Yes, sir.
9  SPEAKER MOORE: He yields.
10  REP. QUEEN: Would you explain the -- the
11  situation where you're running for two offices and
12  then have to drop out of one once again, just so I
13  can get that straight?
14  REP. JONES: Yes, sir. Right now, the
15  state law says that you cannot run for two offices
16  at the same time, you cannot file for election for
17  two offices at the same time. Obviously, this is a
18  special Congressional primary; it's going to be
19  conducted later than the other primaries, and no
20  one knew about this until now. So, what we're
21  saying is that if you are already the nominee for
22  the State House, the State Senate, county
23  commissioner, any other elected official in the
24  state, you are allowed to file to run for Congress.
25  But if you win your primary on June the 7th, you

## 15

1  cannot go forward as your party's nominee in two
2  separate offices. You would have to withdraw from
3  one of those two offices.
4  SPEAKER MOORE: The gentleman from Wake,
5  Representative Jackson, is now recognized to send
6  forth an amendment. The Clerk will read.
7  CLERK: Representative Jackson moves to
8  amend the bill on page 1, lines 5 through page 2,
9  line 28, by rewriting those lines to read.
10  SPEAKER MOORE: The gentleman has the
11  floor to debate the amendment.
12  REP. JACKSON: Thank you, Mr. Speaker.
13  Ladies and gentlemen, for those of you who were not
14  in the Redistricting Committee, this is the same
15  amendment I just read a few minutes ago there. It
16  would move all our primaries, even the bond, to
17  June 21st. I want to tell you why I chose that
18  date. That is the latest date we could hold a
19  presidential primary. I believe D.C. holds their
20  presidential primary on that day.
21  I believe this would save some money.
22  The Board of Elections was clear that it would not
23  save the entire price of having a primary, because
24  of the work that's already been done; however, it
25  would certainly save the labor cost of all the poll

## 16

1  workers to only have one primary.
2  Just today, we had an issue that affects
3  our Supreme Court election this year. The
4  retention elections were struck down by a three-
5  judge panel. I have not seen that order, but I
6  guess, I am speculating that that's going to
7  require us to open up another filing period and
8  allow a primary in that race as well. We've got a
9  lot of other litigation going on in this state. We
10  have a case in Wake County that is currently
11  pending in front of the district -- federal
12  district court that could change our county
13  commissioner districts and our school board
14  districts.
15  And so I tried to pick a date that was
16  the farthest away, in the hope that we can do this
17  once and do it right. There would be no runoff, it
18  would be the same that's in the bill before you,
19  but hopefully, it would save the State some money
20  and give us time.
21  And one of the arguments I want to tell
22  you is, we are making this -- this bill today
23  before you with the expectation that the federal
24  district court will approve the maps that we have
25  yet to see in this chamber but were seen by the

## 17

1  Redistricting Committee and approved by the Senate
2  today. However, there were some novel arguments
3  raised in our Redistricting Committee.
4  The majority has argued that in drawing
5  these new maps, they didn't consider race at all,
6  and instead of using a racial gerrymander, they
7  replaced it, freely admitting, with a political
8  gerrymander. I'm telling you that that is a novel
9  legal argument, to say that in the South, when you
10  draw Congressional seats, you use race not at all
11  in consideration.
12  I think it's going to take the federal
13  district court a while to look at that and look at
14  what we've done. And if it takes them one month or
15  two months to approve these new districts, we are
16  going to wish that we had the latest primary we
17  could have, and because of that, I'm going to ask
18  you to support this bill.
19  Now, earlier, we had some people stand
20  up, or speak in committee, and they said, 'Well,
21  you know, this isn't fair to our current candidates
22  who are all on the March primary who think that
23  they're having an election in March.' And I agree
24  that it's probably not fair, but we're changing the
25  rules on those folks already, because those folks

Case 1:13-cv-00949-WO-JEP   Document 159-5   Filed 03/07/16   Page 5 of 12

## 18

1    filed to run in districts, sometimes thinking,
2    well, they just needed to get to the runoff. They
3    didn't have to win the primary on March 15th. They
4    just had to be second place and make sure the
5    winner didn't pass that 40 percent threshold, but
6    we've done away with that. So we have already
7    changed the rules on them. This would at least
8    give them more time to be ready for this winner-
9    take-all format.
10        And the second thing I want to say is, it
11   was pointed out, and I know this bothered a lot of
12   people on the Congressional races. The way this
13   current bill is set up is that if the Court issues
14   a stay prior to March 16th, then the current
15   districts will stay in place and the current
16   elections scheduled for March 15 would count.
17        So what that means is, if you're a
18   current Congressional candidate in this state, and
19   you see these new maps and say, "Oh, I may not be
20   in my district," or "I may be in a different
21   district," or "I may be running for something
22   else," it doesn't matter. You've got to continue
23   running and spending money, because if the Court
24   steps in on March 14th and issues a stay, whatever
25   happens on March 15th is going to count. There

## 19

1    will be no primary in June for you.
2        So, for all those reasons, I think this
3    is the safer, more responsible. I think it will
4    give certainty, and we'll all leave here today
5    knowing we're not going to be back here in a month,
6    and I'd ask for your support.
7        SPEAKER MOORE: For what purpose does the
8    gentleman from Rockingham, Representative Jones,
9    arise?
10       REP. JONES: To debate the amendment.
11       SPEAKER MOORE: The gentleman has the
12   floor to debate the amendment.
13       REP. JONES: Thank you, Mr. Speaker. I
14   certainly appreciate my friend from Wake and his
15   amendment, but, ladies and gentlemen, I'm going to
16   ask that you would please defeat this amendment.
17   You know, we're here this week and recognize that
18   what has happened has been a tremendous disruption
19   for the Congressional elections in North Carolina,
20   those 13 elections. What we're proposing here
21   would be a disruption of hundreds of elections
22   across the state. I don't think we want to create
23   more disruption than is necessary. I believe that
24   we are better suited to go forward on March 15th
25   with all those people that have planned to run and

## 20

1    have already been campaigning, spending money.
2        The gentleman mentioned the State saving
3    money. Before, we heard earlier from the director
4    of the State Board of Elections, was that, you
5    know, these ballots have already not only been
6    printed, but the coding that goes into them is, you
7    know, more expensive, really, than the printing
8    part. So, I don't see where there's going to be a
9    cost savings, but honestly, I think the best reason
10   to vote this down is that we don't need to create
11   further chaos and disruption for every election in
12   North Carolina, and for that reason alone, I would
13   ask for you to please defeat this amendment.
14       SPEAKER MOORE: For what purpose does the
15   gentleman from Wake, Representative Martin, arise?
16       REP. MARTIN: To debate the amendment.
17       SPEAKER MOORE: The gentleman has the
18   floor to debate the amendment.
19       REP. MARTIN: After listening to the --
20   both the amendment sponsor and the bill sponsor, it
21   sounds like we've all got the same end in sight
22   that we're all striving for, which is to reduce the
23   chaos around this election, and to reduce the
24   impact on North Carolina. I tend to side with my
25   friend from Wake County, the amendment sponsor,

## 21

1    where he says that there's still a lot of issues to
2    be decided here.
3        Now, it really doesn't matter whether you
4    sort of agree with the Republican side of the
5    argument or the Democratic side of the argument on
6    how this litigation might play out, and it really
7    doesn't matter at all. Heck, we can blame the
8    judiciary for being slow in deciding these things.
9        Regardless of your opinion there, though,
10   I think we can all agree that there are many issues
11   to be decided, and it's going to take a good amount
12   of time for those issues to finally be decided.
13   And if we rush ahead a little bit and schedule the
14   elections too soon, we are putting the State at
15   serious risk of having, perhaps, to send us back
16   here to reschedule the dates of the elections, or
17   some other thing that's going to add to greater
18   chaos.
19       I agree with pretty much everything that
20   my colleague from Wake, the amendment sponsor,
21   said, except for I just want to elaborate on one of
22   his points. He argued that his amendment would
23   actually be better for all the candidates who are
24   already -- who have already been put into a great
25   period of uncertainty, and that's true. I do think

Case 1:13-cv-00949-WO-JEP   Document 159-5   Filed 03/07/16   Page 6 of 12

22

1  his amendment would help those candidates who have
2  put their -- staked themselves out there to serve
3  the public.
4      But at the end, I think the main reason
5  to vote for his amendment is that it will reduce
6  the likelihood of chaos, not for the candidates,
7  but for the greater population of North Carolinians
8  who they seek to serve. So I'd urge you to support
9  his amendment.
10     SPEAKER MOORE: For what purpose does the
11 gentleman from Cumberland, Representative Floyd,
12 arise? For what purpose does the lady from
13 Buncombe, Representative Fisher, arise?
14     REP. FISHER: To ask the amendment
15 sponsor a question, please.
16     SPEAKER MOORE: Does the gentleman from
17 Wake, Representative Jackson, yield to the lady
18 from Buncombe?
19     REP. JACKSON: Yes, sir.
20     SPEAKER MOORE: He yields.
21     REP. FISHER: Thank you, Representative
22 Jackson. During the committee meeting, was there
23 any talk about what the estimated cost of running
24 these primaries might be for North Carolina
25 taxpayers?

23

1      REP. JACKSON: The testimony was that
2  generally, a second primary costs between 9-1/2 and
3  10 million dollars. However, that's a lot
4  different this time, because the election has
5  already started, and the ballots have been printed,
6  and all the coding. So while you would save the
7  labor costs from the poll workers, there would be
8  more labor cost involved in recoding and doing
9  another set of ballots. And so, everybody was
10 speculating based on what they heard. There was no
11 hard and fast evidence as to, it would save this
12 amount or it would cost that much.
13     SPEAKER MOORE: Further discussion,
14 further debate on the amendment? I believe
15 Representative Floyd, the gentleman, he wishes to
16 debate the bill, so not on the amendment, is that
17 correct?
18     REP. FLOYD: Correct.
19     SPEAKER MOORE: For what purpose does the
20 gentleman from Durham, Representative Hall, arise?
21     REP. HALL: To speak on the amendment.
22     SPEAKER MOORE: The gentleman has the
23 floor to debate the amendment.
24     REP. HALL: Thank you, Mr. Speaker, and I
25 appreciate the work that's gone into trying to find

24

1  an amendment that would help us out of this problem
2  we're in right now, so I appreciate Representative
3  Jackson's work on this, and staff as well.
4      We're in a situation right now where the
5  focus is really going the wrong way, and that might
6  be why we're in the position that we're in now. As
7  you heard people speak tonight, one of the main
8  reasons for saying don't support this amendment
9  was, it's going to be inconvenient to candidates,
10 and it's going to cost them more money.
11     We're trying to do, or should be focused
12 on, what's going to be fairer to the people of
13 North Carolina as they try to vote for their
14 representation, and we should focus on that.
15     And so, putting this deal back and giving
16 us time not only to ensure everybody knows who
17 they're running -- who's running in their district,
18 who is going to represent them, and have a clear
19 knowledge of what their abilities are, is key. So
20 we do need the time to educate the voters, or give
21 us an opportunity to educate the voters.
22     The question of chaos on these districts,
23 or the question of chaos in the election, we made
24 major changes in the election to make it harder for
25 every individual North Carolinian to vote with the

25

1  voter ID law that we passed, and we didn't use that
2  as a reason not to do it. So we have an
3  opportunity to take more time, to get it right, to
4  have these elections settled, and educate the
5  people of North Carolina. It's going to cost
6  something, somewhere.
7      You know, democracy is messy. It's not
8  free, and candidates may have to spend, or maybe
9  not spend more money, depending upon these
10 districts. And so, I'd ask you to support the
11 amendment. Let's think about the interests of
12 North Carolinians. Let's think about the interests
13 of the voters. Let's give them some time and
14 opportunity to understand this.
15     We're up here, some folks were in on
16 drawing this plan, and they feel comfortable that
17 it's the right thing to do. Other folks weren't in
18 on the fast track, don't have an idea, and they
19 will be confused about who their representatives
20 are, who they're voting for, what they're voting
21 for. And we certainly want North Carolinians to
22 participate. We don't want them to be turned off
23 and think this is just an inside game.
24     So, I hope you'll give fair consideration
25 to the amendment. I hope you'll consider passing

Case 1:13-cv-00949-WO-JEP   Document 159-5   Filed 03/07/16   Page 7 of 12

26

1   it and giving the priority to the voters of North
2   Carolina and not just to the candidates.
3         SPEAKER MOORE:  For what purpose does the
4   gentleman from Rutherford, Representative Hager,
5   arise?
6         REP. HAGER:  To debate the amendment.
7         SPEAKER MOORE:  The gentleman has the
8   floor to debate the amendment.
9         REP. HAGER:  Thank you, Mr. Speaker.
10  There's two issues I hear here, guys.  One is, I
11  think Representative Jackson, he brought his side
12  up, and I brought my side up in committee, that
13  this may save us a little money, but as he said
14  earlier, that the coding of these ballots that has
15  already taken place for the March 15th ballot has
16  already been paid.  It actually will probably cost
17  us more to recode the June 7th or the date that he
18  had out there for more candidates on there.  So it
19  has a high potential of costing us more money to
20  move all these primaries to June -- to the June
21  time frame.
22        Now, we talked about -- Representative
23  Hall talked about doing the right thing for North
24  Carolinians.  You know, I'm pretty sure that the
25  folks on that side of the aisle got the news, maybe

27

1   even quicker than we did, of this three-judge panel
2   discussion and opinion.  So at that time, they had
3   the same amount of time to draw these maps as we
4   did.  But yeah, Representative Lewis worked hard,
5   and I commend him for doing that.  Senator Rucho
6   worked hard to get maps to the table that we'll
7   have in front of us tomorrow.
8         Now, what they want to do is say, 'Well,
9   let's wait three more months so everybody can run
10  now,' when this issue only affects 13 races.  It
11  doesn't affect the 120 races in this House.  It
12  doesn't affect the 50 races over in the Senate, and
13  it doesn't affect anything but 13 races in the
14  state of North Carolina.  But yet, we've got to
15  wait three months so everybody understands what's
16  going on.
17        Well, it's a wait, wait, wait, wait issue
18  on the minority side.  I think we all owe it to our
19  citizens and to our constituents, to let's settle
20  our piece of it.  Let's settle the 120 House races.
21  Let's settle the 50 Senate races.  Let's settle the
22  Council of State races, the governor's race.  Let's
23  get that done, and then let's worry about educating
24  folks for the next three months for the -- for the
25  Congressional districts.  So, please vote no on

28

1   this amendment.
2         SPEAKER MOORE:  For what purpose does the
3   gentleman from Wake, Representative Jackson, arise?
4         REP. JACKSON:  To speak a second time.
5         SPEAKER MOORE:  The gentleman has the
6   floor to debate the amendment a second time.
7         REP. JACKSON:  Thank you, Mr. Speaker.  I
8   couldn't disagree with Representative Hager any
9   more.  To say that this bill only affects 13
10  Congressional districts, we are taking the right to
11  run in a second primary away from every candidate.
12  I mean, that -- that's big, folks.  There are a lot
13  of people who have laid out a lot of campaign
14  strategy the last three months, the last four
15  months, planning to only have to get into that
16  runoff.  They just wanted to be in the top two.
17  And you're taking that away from them.  So it's
18  going to affect people across the state.
19        You're changing the game on a lot of
20  candidates right before an election.  So we should
21  consider that.  It does affect a lot more than 13
22  Congressional.  It affects anybody with a primary
23  with more than two candidates in it.
24        SPEAKER MOORE:  Further discussion,
25  further debate on the amendment?  If not, the

29

1   question before the House is the adoption of
2   amendment 1 set forth by Representative Jackson to
3   House Bill 2.  Those in favor will vote aye; those
4   opposed will vote no.  The Clerk will open the
5   vote.
6         (Votes recorded.)
7         SPEAKER MOORE:  The Clerk will lock the
8   machine and record the vote.  32 having voted in
9   the affirmative and 69 in the negative, the
10  amendment is not adopted.  We are now back on the
11  bill.  For what purpose does the gentleman from
12  Cumberland, Representative Floyd, arise?
13        REP. FLOYD:  To see if the bill sponsor
14  will yield for a question, Mr. Speaker.
15        SPEAKER MOORE:  Does the gentleman from
16  Rockingham yield to the gentleman from Cumberland?
17        REP. JONES:  Yes, sir.
18        SPEAKER MOORE:  He yields.
19        REP. FLOYD:  I was trying to find it in
20  here, where the thing was about the second primary.
21  Could you elaborate on that just a little bit?
22        REP. JONES:  Okay.  Section 2 speaks to
23  the second primary.  Do you want me to elaborate on
24  section 2?
25        REP. FLOYD:  Yes, sir, because I want to

30

1    make it very clear, because this is something that
2    I have been working on for eight years, so I just
3    want to make sure that I get it correct. I know
4    that they are going to have some effect on some,
5    but this would save the State millions of dollars,
6    so I just wondered.
7        REP. JONES: Okay. Thank you for your
8    question, Representative Floyd. What this bill
9    would do is, it's only for the 2016 primary
10   election cycle. There would be no second
11   primaries. Obviously, for reasons that we're here,
12   we're condensing the election cycle for the
13   Congressional primary, and we thought that the best
14   route would be not to have second primaries for
15   either the March 15th election or the June 7th
16   Congressional primary, so no second primaries, but
17   that's this year only.
18       REP. FLOYD: Follow-up, Mr. Speaker?
19       SPEAKER MOORE: Does the gentleman yield
20   for an additional question?
21       REP. JONES: I yield.
22       SPEAKER MOORE: He yields.
23       REP. FLOYD: If it were a second primary
24   this year, the estimated costs would be
25   approximately?

31

1        REP. JONES: I believe the figure that I
2    know Representative Jackson quoted earlier was
3    9-1/2 to 10 million dollars for a second primary,
4    so I will accept that figure.
5        REP. FLOYD: Mr. Speaker, may I speak on
6    the bill now?
7        SPEAKER MOORE: The gentleman is
8    recognized to debate the bill.
9        REP. FLOYD: Mr. Speaker, given eight
10   years of just trying to do a study to see how the
11   second primary would affect the State, and the
12   millions of dollars that it would cost the State,
13   I'm just happy to see that at least it is tried
14   this year, so that we can save the millions of
15   dollars, just the first time, just to try and see
16   and look at the second primary. Although the
17   second primary was held about seven weeks after the
18   first primary, but at the same time, as
19   Representative Jackson mentioned, there's a lot of
20   individuals look at the first primary, and then set
21   for you at the second primary, and you've spent all
22   your money in the first primary. Seven weeks
23   later, you don't have sufficient enough funds to
24   run in the second primary.
25       So, it's a blessing that we're looking at

32

1    it this time, and I just hope that this is
2    something that we may visit again in the future.
3    Thank you.
4        SPEAKER MOORE: For what purpose does the
5    gentleman from Wake, Representative Jackson, arise?
6        REP. JACKSON: A question for the bill
7    sponsor.
8        SPEAKER MOORE: Does the gentleman from
9    Rockingham yield to the gentleman from Wake?
10       REP. JONES: I yield.
11       SPEAKER MOORE: He yields.
12       REP. JACKSON: Representative Jones, I
13   heard the explanation in the Redistricting
14   Committee, but perhaps the other members might not
15   be familiar. Since we are going to run a second,
16   statewide election on June 7th for all 13
17   Congressional districts, why could we not have a
18   runoff election for the March 15th candidates on
19   that same day, since we'll be doing statewide
20   elections anyway?
21       REP. JONES: That is an excellent
22   question; I appreciate you posing it. I was
23   thinking that I would speak again and explain it
24   anyway, so you gave me an opportunity.
25       A primary reason for doing it, quite

33

1    honestly, is that normally, after an election, the
2    poll books are closed. But in this case, because
3    we would be having this second election on June the
4    7th, those poll books would remain open. So,
5    normally, in order to vote in a second primary, you
6    had to be eligible to vote in the first primary.
7        In this case, by leaving it open, you
8    would not only be opening the second primary to
9    people that might register to vote between those
10   times, but theoretically, and I think practically
11   that would be the case, you could be encouraging
12   people to go out and change parties for that
13   particular time, just so they could vote in a
14   second primary. And we just felt like in weighing
15   all the options, the best thing to do was just to
16   eliminate the second primary altogether.
17       Quite frankly, it made the administration
18   of it much, much simpler for the Board of
19   Elections, but it also took away the opportunities
20   that I just discussed, and we felt like it was the
21   best option. Thank you, Representative Jackson.
22       SPEAKER MOORE: For what purpose does the
23   gentleman from Robeson, Representative Graham,
24   arise?
25       REP. C. GRAHAM: A question of the bill

---

**34**

1 sponsor.
2     SPEAKER MOORE: Does the gentleman from
3 Rockingham, Representative Jones, yield to the
4 gentleman from Robeson?
5     REP. JONES: Yes, sir.
6     SPEAKER MOORE: He yields.
7     REP. C. GRAHAM: Thank you,
8 Representative Jones. Just to clear my mind, we
9 have folks who are voting right now for these
10 Congressional districts. Explain to me again what
11 will happen to those votes. Make sure I'm clear in
12 my mind; I want to be able to explain that to folks
13 when I'm asked.
14     REP. JONES: Okay. What we're basically
15 saying here is that in response to the three-judge
16 panel and their ruling, that our Congressional
17 election will, frankly, start over. There will be
18 new districts, new maps, new candidates will come
19 in, and they will have to file for those offices,
20 and that election will start over, and under this
21 bill, it would be held on June the 7th. So any
22 votes that have been or will be cast for the March
23 15 primary election will be null and void, because
24 those Congressional districts will no longer exist.
25     SPEAKER MOORE: Further discussion or

---

**35**

1 further debate? For what purpose does the
2 gentleman from Scotland, Representative Pierce,
3 arise?
4     REP. PIERCE: Just wanted to ask the bill
5 sponsor a question.
6     SPEAKER MOORE: Does the gentleman from
7 Rockingham, Representative Jones, yield to the
8 gentleman from Scotland?
9     REP. JONES: Yes, sir.
10     SPEAKER MOORE: He yields.
11     REP. PIERCE: Representative Jones, you
12 did a good job explaining that. But the candidates
13 that are presently running, it's obvious that the
14 40 plus 1, that's off the table, right, if you --
15 no, that's -- if a person's in second place, what's
16 usually the numbers that would constitute a runoff?
17     REP. JONES: As the law currently exists,
18 if a candidate fails to get a 40 percent plurality,
19 then the other candidate can call for a second
20 primary election, and this bill would say there
21 would be no second primary, so, you know, the
22 highest vote-getter would win the election.
23     REP. PIERCE: Mr. Speaker, follow-up
24 question?
25     SPEAKER MOORE: Does the gentleman from

---

**36**

1 Rockingham yield to an additional question from the
2 gentleman from Scotland?
3     REP. JONES: Yes, sir, I yield.
4     SPEAKER MOORE: He yields.
5     REP. PIERCE: As -- and I mean, I'm not
6 sure, but as a candidate, by filing for office,
7 being assured or assumed that there would be a
8 runoff, are there any legal ramifications that a
9 candidate could say, well, I thought this was
10 always the case, and it's off to the legislative,
11 we're going to change it, but is there anything
12 legally that a candidate who comes in second place
13 could argue in a case? I'm just trying to look at
14 it from that standpoint. Is there anything that a
15 second-place candidate can do, even though we're
16 going to do what we're going to do, is there
17 anything a candidate could do, if they come in
18 second place? Thank you.
19     REP. JONES: Thank you for that question.
20 We contemplated that. I think the answer from
21 legal scholars is that no one has a constitutional
22 right to a second primary, but quite honestly, yes,
23 they -- they would have gone into the original
24 election thinking that we were having a second
25 primary. We are seeing now that we're not, but

---

**37**

1 obviously, in response to this three-judge panel,
2 very unusual situation, we're having to make
3 changes in our election. So thank you for your
4 question.
5     SPEAKER MOORE: For what purpose does the
6 gentleman from Haywood, Representative Queen,
7 arise?
8     REP. QUEEN: To ask another question just
9 for clarification to the bill sponsor.
10     SPEAKER MOORE: Does the gentleman from
11 Rockingham, Representative Jones, yield to the
12 gentleman from Haywood?
13     REP. JONES: I yield.
14     SPEAKER MOORE: He yields.
15     REP. QUEEN: So, whenever -- if this
16 legislation moves forward, if there were ten new
17 filers for a Congressional district, and the -- the
18 vote was cast, and, you know, the leading vote-
19 getter got 15 percent of the vote, he would be the
20 candidate?
21     REP. JONES: Well, technically, all the
22 filers will be new filers, because it will be
23 district. But to answer your question, yes, that's
24 how it works. If there is no second primary,
25 regardless how many candidates there are, whoever

---

Case 1:13-cv-00949-WO-JEP   Document 159-5   Filed 03/07/16   Page 10 of 12

---

**38**

1 gets the most votes wins.

2 REP. QUEEN: Thank you.

3 SPEAKER MOORE: Further discussion,

4 further debate? If not, the question before the

5 House is the passage of House Bill 2 on its second

6 reading. Those in favor will vote aye; those

7 opposed will vote no. The Clerk will open the

8 vote.

9 (Votes recorded.)

10 SPEAKER MOORE: The Clerk will lock the

11 machine and record the vote. 71 having voted in

12 the affirmative and 32 in the negative, House Bill

13 2 passes its second reading and will be read a

14 third time.

15 CLERK: The General Assembly of North

16 Carolina enacts.

17 SPEAKER MOORE: Further discussion,

18 further debate. For what purpose does the

19 gentleman from Durham, Representative Hall, arise?

20 REP. HALL: To speak on the bill.

21 SPEAKER MOORE: The gentleman has the

22 floor to debate the bill.

23 REP. HALL: Thank you, Mr. Speaker. And

24 I understand that some items in the bill, as

25 quickly as it was formulated this evening and

---

**39**

1 pushed out of the committee, may have escaped the

2 attention of members of our body here or maybe the

3 public, but it is important to understand. We have

4 made a major change which is going to allow folks

5 to run for two offices during the same election

6 cycle, meaning you could run for a state office and

7 then run for a Congressional office, and then have

8 to choose, and I think that's an important item for

9 folks to understand, that we have changed this.

10 This is a major change, and as people talk about

11 being educated once again about what's going on and

12 any confusion that might be in people's minds about

13 it, it is important to note that.

14 So, again, this is a major piece of

15 legislation, and I hope we'll take it seriously as

16 we consider how to implement it. And ultimately,

17 we probably need to look at providing for local

18 boards of election, additional support. In effect,

19 this could become an unfunded mandate. I hope that

20 we will look at that and see what we can do in some

21 way, form or fashion to help our local boards of

22 election, because what we're getting ready to do is

23 going to require additional effort on their part,

24 especially educating voters. Thank you.

25 SPEAKER MOORE: For what purpose does the

---

**40**

1 gentleman from Rockingham, Representative Jones,

2 arise?

3 REP. JONES: To debate the bill a second

4 time.

5 SPEAKER MOORE: The gentleman is

6 recognized to debate the bill. It's on third

7 reading.

8 REP. JONES: Oh, thank you. Thank you,

9 Mr. Speaker. Just in response to my friend's

10 comments, I just wanted to point out that

11 obviously, it's a very unusual situation that we

12 have a new special Congressional primary. Nobody's

13 trying to establish a precedent here. But just to

14 make it clear, no one can continue -- it will

15 continue that no one can run for two offices. If

16 you become the nominee for Congress, you cannot

17 remain the nominee for any other office. We'll

18 make that very clear, that the bill clearly states

19 that you would have to withdraw from one of those

20 offices within a week of certification of those

21 results. So, I thank him for his comments and just

22 wanted to clarify ours. And thank you for your

23 good vote, and would appreciate your green vote

24 again on third reading.

25 SPEAKER MOORE: Further discussion,

---

**41**

1 further debate? If not, the question before the

2 House is the passage of House Bill 2 on its third

3 reading. Those in favor will say aye.

4 (Voice vote.)

5 SPEAKER MOORE: Those opposed, no?

6 (Voice vote.)

7 SPEAKER MOORE: The ayes appear to have

8 it. The ayes do have it. House Bill 2 passes its

9 third reading, and the bill will be sent to the

10 Senate by special messenger. The House will be at

11 ease.

12 (Pause.)

13 Notices and announcements? And, by the

14 way, members, for your planning purposes,

15 tomorrow's session will be at 11:30.

16 Representative Lewis, has the gentleman previously

17 announced the Redistricting Committee meeting for

18 tomorrow? If not, the chair will recognize the

19 gentleman to do so at this time.

20 REP. LEWIS: Thank you, Mr. Speaker, and

21 for an announcement, Mr. Speaker and members, the

22 House Committee on Redistricting will meet tomorrow

23 at 9 a.m., where we will receive public comment

24 from 9 a.m. until 10 a.m.

25 Beginning at 10 a.m., we will debate the

---

Case 1:13-cv-00949-WO-JEP   Document 159-5   Filed 03/07/16   Page 11 of 12

42

1    2016 contingent Congressional plan which is passed
2    over to us from the Senate. I would remind all
3    members and members of the public that may be
4    listening to this that the plan that passed over
5    from the Senate that will be considered tomorrow is
6    online to be reviewed. I would encourage all
7    members of the committee and all members that are
8    able to attend or to listen in online to join us
9    tomorrow at 9 a.m. in room 643. Again, we'll have
10   public comment from 9 to 10, and we'll consider the
11   bill beginning when the public comment is completed
12   or at 10:00. Thank you, Mr. Speaker.
13        SPEAKER MOORE: For what purpose does the
14   gentleman from Durham, Representative Hall, arise?
15        REP. HALL: For an announcement, Mr.
16   Speaker.
17        SPEAKER MOORE: The gentleman has the
18   floor for an announcement.
19        REP. HALL: Thank you, Mr. Speaker. The
20   Democratic Caucus meeting previously scheduled for
21   8:30 tomorrow morning has been canceled. It will
22   be rescheduled. Thank you.
23        SPEAKER MOORE: And, members, for
24   planning purposes, I mentioned earlier the session
25   will be at 11:30 tomorrow. As previously announced

43

1    by Chairman Lewis, the Redistricting Committee will
2    take up the Congressional redistricting bill, and
3    we have budgeted the time for that. If, however,
4    the hearings are continuing and the committee needs
5    more time, the Chair will certainly delay the
6    convening hour of session in deference to that.
7    But we believe 11:30 will be enough time, but that
8    remains to be seen. But as it stands right now,
9    session will be at 11:30 tomorrow morning.
10        Further notices and announcements? If
11   not, the gentleman from Harnett, Representative
12   Lewis, is recognized for a motion.
13        REP. LEWIS: Thank you, Mr. Speaker. I
14   move that the House do now adjourn to reconvene
15   Friday, February 19th at 11:30 a.m.
16        SPEAKER MOORE: Representative Lewis
17   moves, seconded by Representative West, that the
18   House do now adjourn to reconvene on Friday,
19   February 19th, 2016, at 11:30 a.m. Those in favor
20   will say aye?
21        (Voice vote.)
22        SPEAKER MOORE: Those opposed, no? The
23   ayes have it. We stand adjourned.
24        (THE PROCEEDINGS IN THIS MATTER ADJOURNED)
25

44

STATE OF NORTH CAROLINA
COUNTY OF GRANVILLE
        CERTIFICATE
    I, Robbie W. Worley, a duly commissioned Notary
Public in and for the State of North Carolina, do hereby
certify that on February 18, 2016, this proceeding was held
before me at the time and place aforesaid, that all parties
were present as represented, and that the record as set
forth in the preceding 43 pages represents a true and
accurate transcription of the proceedings to the best of my
ability and understanding.
    IN WITNESS WHEREOF, I have hereto set my hand, this
the 28th day of February, 2016.