NORTH CAROLINA GENERAL ASSEMBLY

HOUSE REDISTRICTING COMMITTEE

---

TRANSCRIPT OF THE PROCEEDINGS

SESSION ONE

---

In Raleigh, North Carolina

Thursday, February 18, 2016

Reported by Rachel L. Hammond, CVR-M

Worley Reporting

P.O. Box 99169

Raleigh, NC 27624

919-870-8070

## 2

1         (Reporter's note: Proceedings in this matter
2 began at 3:41 p.m. on February 18, 2016.)
3         REP. LEWIS: Members of the House Redistricting
4 Committee, I welcome you and appreciate you being with
5 us here today.
6         I want to start briefly by thanking our
7 Sergeant-at-Arms. The Sergeant-at-Arms has certainly
8 done yeoman's work over the past week and a half trying
9 to accommodate these abbreviated schedules. Regie
10 Seals, Marvin Lee, Terry McCraw, David Light, and Joe
11 Crook and Warren Hawkins.
12         Members, we are going to do things a little bit
13 differently than we've done in the past, and part of it
14 is because we have some important decisions to make
15 that we all need to be fully informed about the options
16 that we face. So with that, I'm going to ask Ms.
17 Strach and any of her staff that she likes, to join us
18 from the Board of Elections to come up to the dais.
19 And the Chair has a series of questions that he would
20 like to propose, and then we are going to recognize the
21 members to propose them as well. And then we're going
22 to try to get into talking about what this abbreviated
23 or amended filing period should look like. I realize
24 it's a little bit different than how we usually run a
25 committee, but the information is very important. And

## 3

1 everybody needs to understand it. We need to
2 understand what is at stake if we make this decision
3 versus that decision. So, with that, the Chair is
4 going to start with a series of questions. And, Ms.
5 Strach, you take all of the time you need to answer
6 them. And if I don't ask it clearly, restate what I
7 need to ask because I want the members to understand
8 what we're trying to figure out here.
9         So the first one would be under the current law
10 we have a primary scheduled for March 15, and under
11 current law if the 40 percent threshold is not achieved
12 by a person seeking office, that triggers a second
13 primary. And, first of all, is that right? And on
14 what date is that currently set for?
15         MS. STRACH: That is correct. The person would
16 be eligible for a second primary. It depends on if the
17 race was a federal race or a state race. If it was a
18 state race, that would be May 3. It would be seven
19 weeks after the March primary. If that vacancy occurs
20 in a federal race, that would be ten weeks after the
21 March 15 primary, which would be May 24.
22         REP. LEWIS: And, Ms. Strach, if you have the
23 information with you, if you don't, perhaps your staff
24 could get that. You've advised the Chair that it is
25 known which races might potentially, under current law,

## 4

1 trigger the need for a second primary. If that's known
2 to you now, would you share that with the committee?
3         MS. STRACH: I will. Okay. There are the
4 potential for second primaries in the Republican North
5 Carolina Commissioner of Insurance race; the Republican
6 Governor primary; NC House District 6 Republican; NC
7 House District 28 Republican; NC House District 33
8 Democrat; NC House District 44 Republican; NC House
9 District 81 Republican; NC House District 91
10 Republican; North Carolina Lieutenant Governor
11 Democrat; NC Senate Republican -- 31 Republican; State
12 Senate 36 Republican; State Senate 48 Republican: and
13 Superintendent of Public Instruction Republican.
14         REP. LEWIS: Thank you, Ms. Strach. I
15 apologize. So, the total races that currently could
16 trigger a second primary, number, how many?
17         MS. STRACH: Thirteen.
18         REP. LEWIS: Thirteen. And, Ms. Strach, can
19 you speak -- and I realize this is -- I didn't prepare
20 you for this, so let the Chair apologize in advance.
21 Can you speak to what the normal turnout for a
22 presidential year primary is versus what the normal
23 turnout for a presidential year runoff is in percentage
24 point? If you need to have staff look that up, we can
25 come back to it.

## 5

1         MS. STRACH: I might have to do that. I can
2 tell you that on the 2008, a primary that would be
3 similar to this one, 2008 primary I think we had around
4 37 percent turnout for the primary. We have had --
5 where we've had -- you said -- your other question was
6 when we've had a second primary? A second primary is
7 always a lot, lot lower. I mean, currently in the --
8 certainly in the low-single-digits often. I think that
9 is pretty generally the case.
10         REP. LEWIS: Okay. And, Ms. Strach, would you
11 speak to the members of the committee. The Chair
12 understands that, based on current law, if a primary --
13 if the primary is held on May 15 under current law, and
14 it triggers a runoff on either May 3 or May 24, the
15 voter rolls are locked between that time. Could you
16 speak to that and explain that to the committee?
17         MS. STRACH: Sure. The way the voter
18 registration system is addressed in statute, if a
19 second primary is necessary, it is considered a
20 continuation of the first primary. So for that
21 purpose, the registration books are closed. So
22 tomorrow is the voter registration deadline other than
23 if people register during the early voting period for
24 same-day registration. There would be no more voter
25 registration for a second primary; the books would be

## 6

1 closed.
2     REP. LEWIS: And because it is very important,
3 would you just remind the members of the committee
4 about all of this, notwithstanding how much time is
5 generally required from when whatever date an election
6 is going to be held on -- will be held, there's a
7 certain number of days that you've got to be able to
8 mail absentees, a certain number of days prior to that
9 you've got to mail out military and overseas. Just
10 explain to folks how much time we are actually trying
11 to deal with here.
12     MS. STRACH: Sure. After we have any sort of
13 candidate filing, we have to be able to have absentee
14 ballots by state law for a primary, you have to mail
15 those out at least 50 days prior to the election.
16 Federal law requires 45 days for overseas and military,
17 but our state law is 50 days instead of 45.
18     REP. LEWIS: And, Ms. Strach, are you aware of
19 elections in the past for primary elections when the
20 General Assembly has elected to forgo the second
21 primary or the -- you know, to forgo the second?
22     MS. STRACH: I think that is true. I would
23 have to go back and research exactly, but that
24 certainly has happened when we've had special
25 primaries.

## 7

1     REP. LEWIS: So, Ms. Strach, I guess this is a
2 leading question, but to make sure we can kind of frame
3 where I hope the committee can offer input. Were we to
4 attempt to schedule the congressional primary, a new
5 congressional primary that is triggered by this court
6 decision, on the same day as currently -- the current
7 scheduled runoff, the challenges would be either the
8 books would remain closed so new people couldn't
9 register to participate in the congressional runoff, or
10 we would change the law to where books would remain
11 open so that people could register and vote, even
12 change parties. Which means if they had not
13 participated in the original primary, they might could
14 change their party and vote in the second at the same
15 time they vote in the congressional one. Is that
16 pretty right? Is that what we are trying to balance
17 here?
18     MS. STRACH: That is the major difficulty with
19 combining a first primary with a second primary because
20 the books would be closed for anyone that was wanting
21 to participate in the second primary, but we certainly
22 would have to open the books for anyone that was
23 participating in a first primary. So what you would
24 have is you would have a registration period happening
25 after March 15. Anyone that registered during that

## 8

1 period would be eligible to vote for the congressional
2 race, but they wouldn't be eligible to vote for a
3 second primary. The problem for us is we do not have
4 the capability from our electronic poll books to have a
5 second primary and a first primary on the same day of
6 election. We could if it was on paper. We could do it
7 by paper, but electronically, we can't do that.
8     REP. LEWIS: So provided this committee were to
9 choose to leave the March 15 primary as it is, allow
10 the required runoffs to occur on either May 3 or March
11 -- or May 24 and then attempt to trigger a new
12 election, it would be 50 days out. So that would put
13 the new election for Congress in August; is that right?
14     MS. STRACH: Yeah, I think because you would
15 have to, not just 50 days out, you would also have to
16 have the time for coding ballots. You would have to
17 have a filing period for that seat. It would be though
18 -- it would end up being sometime in -- if you had the
19 May 24 or May 3, you would end up somewhere in mid-late
20 August.
21     REP. LEWIS: Members, the Chair is going to
22 suspend his inquiries for a minute and see --
23 Representative Jackson, you're recognized for an
24 inquiry to Ms. Strach.
25     REP. JACKSON: Thank you, Mr. Chairman, and

## 9

1 I'll have a few questions. I'll go through the Chair.
2     REP. LEWIS: Please.
3     REP. JACKSON: But I'm going to start by asking
4 you the approximate cost of the statewide -- having 13
5 congressional primaries, that would be a statewide
6 election.
7     MS. STRACH: Right, we have -- we don't have a
8 lot of historic data on cost, but fortunately we did --
9 we do have cost data from the 2014 general election.
10 Because we have matching hours, that would be
11 included in that. So the 2014 general election, it
12 cost statewide about 9.5 to over 10 million -- $9.5
13 million to conduct elections, and that includes the
14 matching hours provisions for early voting. And that
15 would be probably comparable to what it would cost to
16 do a primary over. That is probably comparable to what
17 it would cost for the March 15 primary.
18     REP. JACKSON: Follow-up, Mr. Chairman.
19     REP. LEWIS: The gentleman is recognized.
20     REP. JACKSON: Okay. Thank you. And some of
21 the potential primary runoffs you gave earlier were not
22 statewide. They were like a local House district or
23 something like that.
24     MS. STRACH: Are you talking about the second
25 primary?

## 10

1     REP. JACKSON: Yes, ma'am.

2     MS. STRACH: Exactly, it would only be the

3  particular race that was subject to a second primary.

4  It might not be statewide.

5     REP. JACKSON: Any idea how much that costs and

6  just a comparable House district or Senate district or

7  any kind of breakdown you have on that?

8     MS. STRACH: I don't have that. I mean,

9  certainly, you would not have -- in some of those, you

10  might not have all of your precincts open, so the cost

11  would be potentially less in a county. It depends on

12  what the seat was that was subject to it.

13     REP. JACKSON: Mr. Chairman, can I just

14  follow up?

15     REP. LEWIS: Yes, sir. The gentleman is

16  recognized.

17     REP. JACKSON: Okay. Thank you. And if the

18  decision was made to delay the March 15 primary for all

19  elections and put the congressional primary and

20  everything on the same date, what would be the earliest

21  if we opened filing next Monday? What would be the

22  earliest we could have a new primary election? Would

23  it be May 3 or May 24?

24     MS. STRACH: No, I don't think so. If -- you

25  were saying to do everything?

## 11

1     REP. JACKSON: Yes, ma'am.

2     MS. STRACH: You mean everything that is

3  currently on our March 15 ballot?

4     REP. JACKSON: Yes, ma'am.

5     MS. STRACH: We would move that to a new

6  primary date that would include these congressional

7  seats.

8     REP. JACKSON: Yes, ma'am.

9     MS. STRACH: Okay. So what we -- where we

10  would start is we would have to have a filing period

11  for the new congressional seats, so whatever time

12  period you would have for that. After that -- well,

13  first of all, before we would do that, we would have

14  to -- our counties would have to apply these new

15  districts. So the time -- we think that would probably

16  take around one to two weeks to make sure we audit.

17  You'd have a filing period. Then you would have to --

18  we'd have to recode all ballots with the ones that are

19  currently on the ballot, adding these congressional

20  races as well. That usually takes -- between coding,

21  proofing, printing ballots, having what we call logic

22  and accuracy testing by our counties, making sure that

23  works, that's an additional seven weeks that

24  takes. And then you would have to have that ready so

25  that you could have absentee ballots go out at least 50

## 12

1  days before the election date that you would want.

2     REP. JACKSON: Do you have any idea what

3  that --

4     MS. STRACH: What that date would be? I would

5  have to sort of -- let me see if I can calculate that

6  up. So you're saying starting now, from now when would

7  that be? So I would say that would be seven, eight,

8  nine, probably 13 to 14 weeks from now.

9     REP. JACKSON: Okay. And if we were to do that

10  and only had a primary election with no runoffs, then

11  that would save us approximately, $9.5-10 million by

12  only having one statewide primary?

13     MS. STRACH: Well, I don't know that. And the

14  reason I don't know that is because costs have

15  already -- we've already -- I mean, I don't think it

16  would save you because first of all, counties have

17  already paid for their ballots. They've already paid

18  for coding. They've already done all of that already

19  for March 15. I would say most of the cost of the

20  2015 -- March 15 have already been spent for a lot of

21  that. So they would have to then -- all of those

22  ballots that have been printed, have gone out, would

23  then have to be reprinted, recoded, and all of those

24  would not be able to be used.

25     REP. JACKSON: Continue to follow-up? Okay,

## 13

1  and how many -- I'm familiar -- I'm from Wake County.

2  I represent Wake County, and so I know that we -- I

3  guess last week had a Superior Court special filing

4  period.

5     MS. STRACH: That's right.

6     REP. JACKSON: And I understand that no

7  decision has been made yet to when it would be on a

8  ballot in that particular Superior Court district; is

9  that correct?

10     MS. STRACH: No, it has been. It would be --

11  by statute, it would be on the second -- date of the

12  second primary.

13     REP. JACKSON: On May 3?

14     MS. STRACH: If there were no federal second

15  primaries, it would be May 3.

16     REP. JACKSON: Okay. So --

17     MS. STRACH: So if there was a federal race

18  that was subject to a second primary, all second

19  primaries move to May 24.

20     REP. JACKSON: Okay. Are there other

21  litigation like that or districts like that that

22  present the need to have a new filing period?

23     MS. STRACH: Those are the only ones we have

24  had vacancies, I think at this time that we have that

25  are subject to having a new filing period.

Case 1:13-cv-00949-WO-JEP   Document 159-6   Filed 03/07/16   Page 4 of 11

14

1    REP. JACKSON: And I understand that earlier
2 today, there was a decision made in reference to the
3 North Carolina Supreme Court.
4    MS. STRACH: Yes, that is true. Absolutely.
5 So that is a potential for one, yes.
6    REP. JACKSON: Okay. And does that impact your
7 filing needs or deadlines or anything like that? Or is
8 there potential we would have to have a third statewide
9 primary in a Supreme Court race if we didn't wait
10 until --
11    MS. STRACH: I think it's the -- based on the
12 timing of this, I mean, we have not seen the order to
13 that, and we've tried to get that from the Attorney
14 General's Office. They don't have it yet, either. So
15 after looking at it, I think it is all based on the
16 timing of that.
17    REP. JACKSON: Thank you, Mr. Chairman. I will
18 let someone else have a chance.
19    REP. LEWIS: Representative Michaux, did you
20 have some questions, sir?
21    REP. MICHAUX: I've got a couple of questions.
22    REP. LEWIS: Yes, sir. You are recognized.
23 Yes, sir. You are recognized.
24    Actually, Representative Michaux, before you
25 start, Ms. Strach, if you'd prefer to sit, you're

15

1 welcome to.
2    MS. STRACH: I'm good.
3    REP. LEWIS: Okay. Please proceed.
4    REP. MICHAUX: Let me try to get this straight,
5 Ms. Strach, if we go ahead with the primary on
6 March 15, we will do so without the congressional
7 primary; is that correct?
8    MS. STRACH: What the congressional -- those
9 seats are on the ballot. When this decision came down,
10 absentee ballot period had already started. Right now
11 we have had over 22,000 ballots that contain these
12 congressional races are already out and being voted.
13 They will be on the ballots on March 15. It is just we
14 will not certify those elections.
15    REP. MICHAUX: So we can't --
16    MS. STRACH: We can't take it back.
17    REP. MICHAUX: There's no sense in marking that
18 ballot for that race at that time; is that correct?
19    MS. STRACH: Right. If those districts are
20 not -- if we can't count those -- right, that is how we
21 will do it. We will -- people can mark those. We will
22 just not count those. We will not certify those
23 results.
24    REP. MICHAUX: Okay. Then since -- we would
25 then have to come back and vote again, will -- the

16

1 filing period will be reopened. At what point will the
2 filing period be reopened for the congressional races?
3    MS. STRACH: Whenever you set that it opened.
4 We can open a filing period for these congressional
5 races pretty quickly. We would need to do that after
6 probably the canvas of the March 15 election. But we
7 can open it up immediately.
8    REP. MICHAUX: And that would entail having
9 another registration period for that?
10    MS. STRACH: You would just have another filing
11 period for that. And you would, we would open -- after
12 the March 15 primary, we would open up the registration
13 books again to take voter registration, and then we
14 would close that 25 days before any primary.
15    REP. MICHAUX: Once all of that is done, how
16 soon after we would determine when that -- how soon
17 after we determine when that election is going to be,
18 will a runoff be if there is a need for one?
19    MS. STRACH: The runoff for a congressional?
20    REP. MICHAUX: Congressional.
21    MS. STRACH: So the runoff for the
22 congressional would be -- by statute, it would be ten
23 weeks after that primary.
24    REP. MICHAUX: Let me back up a little bit and
25 get to the -- with these districts, whatever we pass, I

17

1 am understanding that a new filing period will be open.
2 Will that filing period be the same period of time that
3 we have now?
4    MS. STRACH: I think you would have to -- that
5 would be a decision that you all will have to make.
6    REP. MICHAUX: In other words, we could set --
7    MS. STRACH: Yes.
8    REP. MICHAUX: We could set the filing period
9 time.
10    MS. STRACH: Yes, you could.
11    REP. MICHAUX: I'll hold up right now, Mr.
12 Chairman. I've got a couple of other questions I need
13 to think out.
14    REP. LEWIS: Members, the Chair would like to
15 interject a couple of questions for Ms. Strach.
16 Ms. Strach, currently under state law there is a -- for
17 lack of a better term, a withdrawal date, which is the
18 point at which a candidate for office has to declare
19 they no longer wish to appear on the ballot. Would you
20 tell the committee what that date is and what the -- is
21 there a way to get off the ballot after that point,
22 currently?
23    MS. STRACH: No. The law states that three
24 days before the end of the filing period if you do not
25 withdraw, if the candidate does not withdraw within

## 18

1  three days of the closing of the filing period, their
2  name will remain on the ballot. They may not withdraw.
3      REP. LEWIS: And, Ms. Strach, may a candidate
4  be -- may an individual be a candidate for two
5  different offices at the same time?
6      MS. STRACH: No, they may not.
7      REP. LEWIS: All right. I want to change the
8  focus just a bit because I want the members to have a
9  full understanding of this. Would you speak about the
10  requirements in state law currently regarding the early
11  voting time that must be allowed? And would you speak
12  on if there is a difference between a presidential year
13  and non-presidential year?
14      MS. STRACH: Absolutely. Current law states
15  that early voting time is ten days prior to the
16  election and that counties have to have early voting
17  sites that match hours to previous elections. So for
18  the 2015 -- the presidential primary on March 15,
19  counties have to have sites and hours that match the
20  2012 primary because that was a presidential election.
21  Any other primary that we have would match the 2010
22  primary. So, this one that we have -- because the
23  presidential candidates are on the ballot, they have to
24  match the 2012 primary. If a presidential candidate is
25  not on the ballot for a primary, we match hours to

## 19

1  2010's primary.
2      REP. LEWIS: Thank you.
3      Rep. Michaux.
4      REP. MICHAUX: Okay. Let me clear up
5  something. Wake County now has to vote for a Superior
6  Court Judge.
7      MS. STRACH: Correct.
8      REP. MICHAUX: The state now -- well, let me --
9  I'm presupposing this one, since it was a unanimous
10  decision from that three-judge panel that the retention
11  matter was unconstitutional. And the possibility of
12  the judge that, in effect, recusing himself on appeal
13  if there's a tie on that, that is what could possibly
14  happen. You've got that situation coming up, and then
15  you've got the congressional elections coming up. How
16  do you dovetail all of this together in -- I guess, on
17  a basis where it ain't going to cost us an arm and a
18  leg? That is where I'm going.
19      MS. STRACH: We've certainly got our work cut
20  out for us, Representative Michaux. Certainly we want
21  cost to counties to be as low as possible. All
22  counties, for every primary, they always have to
23  anticipate there is going to be a second primary. And
24  they always have to anticipate that that second
25  primary, if there are statewide races on the ballot

## 20

1  that that statewide candidate may be part of that
2  second primary. So they budget for a second primary as
3  if they would have their whole county open. The
4  Superior Court seat that you are speaking of in Wake
5  County, by statute it says that election -- if there is
6  a primary for that, and there is, that it would be held
7  on the date of that second primary, so it wouldn't
8  require another election. Now the other matter that
9  you're talking about, whether or not if we have to have
10  a new filing period for the Supreme Court seat -- like
11  I said, we haven't seen the order, so I don't know what
12  the timing is. But if we have to have, we could have a
13  filing period and potentially put that at the same time
14  as this as well.
15      REP. LEWIS: Please continue, sir.
16      REP. MICHAUX: Okay. Now let me paint another
17  scenario for you: On April 15, a three-judge federal
18  panel will be hearing the legislative redistricting
19  cases. There are three possible verdicts coming --
20  that could come out of that. One, they could declare
21  those districts constitutional. Number two, they could
22  declare those legislative districts unconstitutional.
23      MS. STRACH: Right.
24      REP. MICHAUX: And number three, along with the
25  unconstitutionality, they could declare the March 15

## 21

1  primary null and void. Where are we in that type of
2  situation? And if folks think I'm going overboard,
3  this is a very distinct possibility because it has
4  happened before.
5      MS. STRACH: So your question to me is if based
6  on what happens in that trial, right -- certainly if
7  you have to go back and draw new legislatures -- is
8  that what you are saying?
9      REP. MICHAUX: Yes.
10      MS. STRACH: Right. So right now we're going
11  forward with the March 15 primary. Ballots are out so
12  that is moving forward. But that would be April --
13  let's see --
14      REP. MICHAUX: The case -- the trial starts
15  April 15.
16      MS. STRACH: Right, so that is after the
17  March 15 primary.
18      REP. MICHAUX: One month.
19      REP. JONES: Right, one month after that. So
20  if we had to do that, we certainly would be sort of in
21  the position that we are currently with the
22  congressional maps. You would have to come back,
23  redraw those, and then we would have to do sort of the
24  same thing that we're doing now with the -- going
25  through all of the processes to implement those. You

## 22

would have to redraw those lines and all of the ballot
coding, so that would probably be a later -- would have
to be a later date.

REP. MICHAUX: Mr. Chairman, last thing. I
guess what I'm trying to get at, Ms. Strach, is that,
knowing the possibilities that could exist with a
decision coming out like that, whether or not it might
be a good idea to try -- and we would not be -- we
wouldn't use any time but we could save money by
waiting probably until after that decision -- like
scheduling the primary for sometime in late May, first
part of June, in order to have them all run together.
I guess that's where I'm headed.

MS. STRACH: I guess, Representative Michaux, I
understand what you're saying. The only thing that I
think we've got to worry about -- we've got to put this
primary in between the current primary and the general
election. So we've got to make sure that there is time
enough because we can't delay the general election.
That we don't push things out so far that we are not
able to comply with absentee requirements for the 2000
[sic] general election. So we could certainly -- we're
limited in how far we can push out any primary.

REP. MICHAUX: I guess what I'm getting at is,
is it not better to set a new primary date and forget

## 23

about the March 15 date? That is where I'm going.

MS. STRACH: Well, I hope we won't forget about
the March 15 date because there are lots of things that
are on that ballot. There are lots of ballots that
have already been voted, and the counties have incurred
tremendous cost in all of those things. So, there are
certainly other things that are on that ballot that are
not in question.

REP. MICHAUX: But you do have that right now
in your congressional races.

MS. STRACH: Exactly. Those races are on the
ballot, and we don't have to -- we have the ability not
to certify those and count those, and count the other
races that are actually -- can be certified.

REP. LEWIS: Representative Stam.

REP. STAM: Yes. Ms. Strach -- Mr. Chairman,
I'd like her opinion, advice, on what to do. Will we
get to that?

REP. LEWIS: We probably will. Let's hold that
for just a moment. The Chair has just a couple of
more. On the question of the congressional races that
appear on the March 15 ballot, the Chair realizes that
you just stated that the State Board would not certify
those. Would those also be kept confidential, or are
they a public record? How does that work?

## 24

MS. STRACH: Currently they would be a public
record. You would have to provide something to us that
would instruct us that they're confidential and they
shouldn't be disclosed. And then we will do what we
have to do to make that happen.

REP. LEWIS: And, Ms. Strach, I'd like your
opinion on this, and then I really would appreciate if
the members of the committee would weigh in as well.
And please listen to what I'm trying to describe, this
scenario, the people that have filed to run for office
whose name currently appear on the March 15 primary,
filed with the assumption that if they do not obtain
the 40 percent threshold, that they may have to face
another -- a second primary. So I guess you've got the
person that would've finished first but lack the
40 percent and the other candidate who would've
finished second also lacking the 40 percent. Do you
have an opinion or does the attorney for the state
board have an opinion on if there would be any -- and I
am not an attorney -- any breach of contract or any
concern with if the General Assembly were to cancel the
second primary or the runoff from the March 15 race?

MS. STRACH: I think you're asking are there
any legal problems with doing that? Josh Lawson is our
General Counsel and I --

## 25

REP. LEWIS: I would be glad to recognize him.

MS. STRACH: -- would definitely defer it to
him to answer that.

REP. LEWIS: Mr. Lawson.

MR. LAWSON: So the facts of the scenario that
I understand is if a second primary was taken away, Mr.
Chairman, would anyone have a right to bring some
action claiming that they were deprived of some legal
right they have. There is no constitutional right that
an individual has to a second primary. So if the
enabling legislation defined the scope of how we were
to conduct the elections, I don't foresee what that
action would be.

REP. LEWIS: Thank you. I don't know if
Representative Michaux or Representative Jackson would
like to weigh in. Please, sir, you're recognized.

REP. MICHAUX: Isn't there a statutory
requirement, though?

MR. LAWSON: Yes.

REP. MICHAUX: If that should happen.

MR. LAWSON: Yes.

REP. LEWIS: But to be clear and to follow-up
on what the representative just asked, a statutory
requirement can be changed by an additional statutory
requirement. That is what I'm trying -- this is a

Case 1:13-cv-00949-WO-JEP   Document 159-6   Filed 03/07/16   Page 7 of 11

## 26

1  legitimate inquiry that I would appreciate if the
2  committee would weigh in. I want to make sure if this
3  General Assembly elects to cancel the second primary,
4  if we are opening ourselves up to depriving someone of
5  the chance to participate.
6      And, Representative Michaux, you are
7  recognized.
8      REP. MICHAUX: I understand that you may have a
9  constitute -- you may not have a constitutional
10  problem. But on the other hand, because what you've
11  written in the statute and what has been the usual
12  practice, you could have a constitutional problem,
13  couldn't you?
14      MR. LAWSON: I would stick with what I said
15  before which is that since there is no right under the
16  Constitution to a second primary, your right derives
17  from statute which could change.
18      REP. LEWIS: I saw Representative Stam's hand
19  and Representative Jackson's hand. Representative
20  Stam, I'll --
21      REP. STAM: If I could inquire of
22  Representative Michaux, cause I was hear in my youth --
23      REP. LEWIS: Would the gentleman yield?
24      REP. STAM: -- in '89, '90 --
25      REP. LEWIS: I think he yields.

## 27

1      REP. STAM: -- and he was about along ten
2  years -- weren't you against having runoff primaries
3  back in those days?
4      REP. MICHAUX: Yes, sir, I was. So what has
5  that got to do with the price of tea in China?
6      REP. STAM: Well, can I answer that question?
7      REP. LEWIS: If you know anything about the
8  price of tea in China. Otherwise, if you would like to
9  speak on this particular issue, sure, I'd appreciate
10  it.
11      REP. STAM: Yes, on this particular issue.
12  Maybe one way to solve this is for this special
13  election that we have to hold because -- we may have to
14  hold because of some three-judge federal court. Maybe
15  for that one special election, we just won't do runoff
16  primaries, and you will be even happier than you used
17  to be.
18      REP. LEWIS: And, Ms. Strach, on that point, in
19  years past when the second -- I don't know if I'm
20  calling it right. It is called the second primary: is
21  that correct?
22      MS. STRACH: It is called the second primary.
23      REP. LEWIS: In years past, when the second
24  primary was canceled, was the first primary held with
25  the understanding that it was going to be canceled?

## 28

1      MS. STRACH: And, Representative Lewis,
2  Chairman Lewis, I'm not sure that I know that answer.
3  I don't know.
4      REP. LEWIS: Representative Michaux, do you
5  know the answer to that?
6      REP. MICHAUX: Having had the experience,
7  Representative Stam, in 1982 of having to go through a
8  second primary for a congressional seat, I knew
9  starting out that that second primary was a possibility
10  because of the statistics that we had received in that
11  district. I came out of that district with 46 percent
12  of the vote. The next highest vote behind me was
13  32 percent, and the next highest behind that was about
14  11 percent, somewhere in that neighborhood. But the
15  threshold at that point -- at that time was 50 percent
16  plus one. So, my 46, 47 percent didn't make a hill of
17  beans, but I knew that there was going to be a second
18  primary because that's what the other candidates were
19  counting on, a second primary being called.
20      REP. LEWIS: Representative Jackson.
21      REP. JACKSON: Thank you, Mr. Chairman. A few
22  follow-ups from earlier.
23      MS. STRACH: Sure.
24      REP. JACKSON: So originally I asked you about
25  would we save $9.5-10 million, and you explained that

## 29

1  why it wouldn't necessarily be true. I understand
2  that. But Representative Michaux asked a question
3  about the ballots, and you said, well, I hope not. The
4  counties have already paid to print those and do those
5  things.
6      MS. STRACH: Right.
7      REP. JACKSON: But they're going to have to
8  print new ballots for all places in this state already
9  for 13 new congressional seats. So they would have to
10  reprint ballots of some sort. They might be one pages
11  versus two page, but there will be new ballots
12  required: correct?
13      MS. STRACH: Absolutely, there will be, but it
14  also -- ballot coding is based on the number of races
15  and the number of candidates that are on the ballots.
16  So to do that all over would be significantly higher
17  cost for counties to have to redo and put those
18  candidates back on the ballot again.
19      REP. JACKSON: Great. Okay. Thank you.
20  Another one.
21      REP. LEWIS: Please continue.
22      REP. JACKSON: I believe the Chairman asked you
23  about the date to withdraw your name from a race.
24      MS. STRACH: Right.
25      REP. JACKSON: Okay, and you said the Wednesday

Case 1:13-cv-00949-WO-JEP   Document 159-6   Filed 03/07/16   Page 8 of 11

## 30

1  before filing.

2      MS. STRACH: The three days before, yes.

3      REP. JACKSON: Three days before filing. How

4  about if -- I want to make it very clear, I'm not

5  running for Congress, okay. But I have no primary, so

6  I am not on a primary ballot. Would I be able to file

7  for a congressional seat and wait and see if I won

8  before I withdrew my name from the November ballot? Or

9  would I have to withdraw -- if we changed this -- you

10  know what I'm talking -- you understand what I'm

11  saying?

12      MS. STRACH: I absolutely do. Because you have

13  no primary, you are the party's nominee. And so you

14  could not -- you can withdraw as the nominee. You

15  could certainly do that. You would have to do that

16  before absentee ballots go out for the next election,

17  so that we could get you off the ballot. And then it

18  would be up to the party to appoint -- but, yes, you

19  could because you're the nominee. The people that

20  can't withdraw are people that have filed and actually

21  have a primary. They can't withdraw but you could.

22  You're a nominee.

23      REP. JACKSON: Follow-up, Mr. Chairman.

24      REP. LEWIS: The gentleman is recognized.

25      REP. JACKSON: So assuming we set a

## 31

1  congressional primary for May 24-ish, could I wait and

2  see how I did in that congressional primary before

3  deciding if I wanted to remove my name from the

4  November general election?

5      MS. STRACH: No, you could not because that

6  would be dual offices.

7      REP. JACKSON: Okay. Thank you. And then one

8  last question. We recently, I believe, had a Court of

9  Appeals election where we were not able to have a

10  primary, and so we had 19 or 20 candidates on the --

11      MS. STRACH: We certainly did.

12      REP. JACKSON: And follow-up, Mr. Chairman.

13      REP. LEWIS: The gentleman is recognized.

14      REP. JACKSON: And I believe that is for an

15  eight-year term.

16      MS. STRACH: Yes.

17      REP. JACKSON: Okay. And what was the

18  winning -- the candidate who won that race, what

19  percentage of the statewide vote did they get?

20      MS. STRACH: I would have to look that up. I'm

21  not sure what the percentage was.

22      REP. JACKSON: Was it around 20 percent or

23  less?

24      MS. STRACH: I don't know. I don't know, but I

25  could certainly get that for you.

## 32

1      REP. LEWIS: We'll try to get that for you

2  Representative Jackson.

3      Rep. Hager.

4      REP. HAGER: Thank you, Mr. Chairman. I spoke

5  with my counsel here to my right. She said about 8-9.5

6  cent per pound for tea in China, by the way.

7  Ms. Strach, thank you for coming here. I appreciate

8  you're knowledge of the subject. You expressed earlier

9  that to add another primary sometime instead of moving

10  all of the primaries wouldn't really cause that much

11  cost because you said most of the counties had already

12  expended a lot dollars already on ballots and those

13  things. Do you have an idea about what percentage they

14  have already expended, approximately, towards the

15  March 15 primary?

16      MS. STRACH: I don't know. I know that they

17  have already -- what they have paid for is they all

18  have all of their ballots. They all have all of their

19  ballot coding. All of that is what I consider probably

20  the most significant cost of the election. They would

21  have the cost of -- they probably have secured all of

22  their sites. We know they have secured their sites for

23  early voting. So I'm not sure how they have paid for

24  those. But the costs they probably -- the only thing

25  they probably haven't paid for is for their poll

## 33

1  workers?

2      REP. HAGER: Follow-up, Mr. Chairman.

3      REP. LEWIS: Yes, sir. The gentleman is

4  recognized.

5      REP. HAGER: Thank you. Would it -- now, don't

6  let me put words in your mouth, and I apologize. Would

7  it be safe to say that if you took that and just said

8  we're not going to have that March 15 primary and we

9  moved it somewhere else, it does not save significant

10  dollars to do that.

11      MS. STRACH: If you -- I want to make sure I

12  understand your question. If you do not hold the

13  March 15?

14      REP. HAGER: Correct.

15      MS. STRACH: And you do all of those races

16  over?

17      REP. HAGER: Correct.

18      MS. STRACH: That would be certainly additional

19  costs where they have already expended costs for

20  ballots and coding that would never able to be used.

21      REP. MICHAUX: Mr. Chair.

22      REP. LEWIS: Yes, sir, Representative.

23      REP. MICHAUX: I thought I understood his

24  question to be that if you moved the primary, if you

25  moved the primary, would there be additional cost from

Case 1:13-cv-00949-WO-JEP   Document 159-6   Filed 03/07/16   Page 9 of 11

34

1  March the 15th?
2      REP. HAGER: Mr. Chair, would you like me to
3  restate my question?
4      REP. LEWIS: Please.
5      REP. HAGER: I think Ms. Strach answered it
6  correctly. If you did away with the March 15 primary
7  and you held another primary sometime in the future,
8  and moved everybody to that, my understanding of what
9  you said is due to the already expenses of the ballots,
10  the ballot coding and those things, you would not see
11  significant dollars savings. I think the -- as an
12  illustration, I think a lot of folks would assume that
13  if you did away with the March 15 ballot and you moved
14  it to another date, that you would save all of that
15  money that you were going to spend on March 15. But
16  that doesn't seem to be true because of the ballots and
17  the ballot coding have already been paid for: is that
18  correct?
19      MS. STRACH: That's -- the money has already
20  been spent.
21      REP. LEWIS: And, Ms. Strach, you may or may
22  not be able to answer this, and if not, I'll just
23  withdraw. It is my understanding -- it is the Chair's
24  understanding that the political parties have submitted
25  plans to the national political parties that

35

1  contemplate their allocation of delegates to the
2  national convention that's based on the March 15
3  primary. Do you have any knowledge as to how a change
4  in that would have impact on the national parties or
5  the ability to participate?
6      MS. STRACH: I don't know that, Chairman Lewis.
7      REP. LEWIS: Members, we're about to stand at
8  ease as we try to digest this and then bring a bill
9  before the committee to address these concerns. Does
10  any other member have anything that we might can --
11  Representative Michaux.
12      REP. MICHAUX: How long are we going to be at
13  ease?
14      REP. LEWIS: I think that is an excellent
15  question, Representative Michaux. How long would you
16  like to be at ease?
17      REP. MICHAUX: Until tomorrow morning.
18      REP. LEWIS: The gentleman is certainly
19  dismissed. If you will, sir, the Chair doesn't feel
20  comfortable giving an exact timeframe. To be totally
21  candid with you, we are going to confer -- you can see
22  that we have excellent central staff with us, but none
23  of them are our usual redistricting or election staff
24  because they are tied up working on this bill and
25  waiting for us to respond to them based on some of what

36

1  we've heard. So it may be just a while, but the Chair
2  will give you this commitment. The Chair will come
3  back once we are at ease five or ten minutes or so and
4  give you a more definitive time. But while Ms. Strach
5  is here -- Representative Jackson, did you have an
6  additional inquiry?
7      REP. JACKSON: I just had a request for the
8  Chair.
9      REP. LEWIS: The gentleman may state his
10  request.
11      REP. JACKSON: Having heard what we've heard
12  and I believe I've got a good idea where we're going, I
13  was wondering if a staff member could be made available
14  to myself so that I can draft some possible amendments
15  once we have a bill, so as not to slow us down later in
16  the evening.
17      REP. LEWIS: Representative Jackson, you have
18  an anxious central staff awaiting to assist you.
19      Members not necessarily on the committee, while
20  Ms. Strach is here, we've made it clear that even
21  members that are not on the committee can participate
22  in the redistricting hearing. Does anybody have an
23  inquiry for Ms. Strach while she's here? If not the
24  committee will be at ease for ten minutes.
25      (The committee went at ease at 4:24 p.m.)

37

1      REP. STAM: Members of the committee, Chairman
2  Lewis has asked me to advise you that the Speaker is
3  going to put the House in recess until 5:15. And we
4  are still in recess, but it will be a little bit.
5  We'll try to keep you informed.
6      (The House Redistricting Committee recessed at
7  4:46 p.m.)
8      REP. STAM: Members of the committee, Chairman
9  Lewis has asked me to announce that we plan to
10  reconvene at 6:00, take up the bill that should be
11  ready, hot off the press, debate it for about 30
12  minutes, and then be in session at 7:00. So if anybody
13  needs to get something to eat now -- here at 6:00, on
14  the floor at 7:00.
15  (THE PROCEEDINGS IN THIS MATTER RECESSED AT 5:15 P.M.)

38

STATE OF NORTH CAROLINA

COUNTY OF WAKE

CERTIFICATE

I, Rachel L. Hammond, a Notary Public in and for the State of North Carolina duly commissioned and authorized to administer oaths and to take and certify hearings, do hereby certify that on February 18, 2016, this hearing was held before me at the time and place aforesaid, that all parties were present as represented, and that the record as set forth in the preceding 37 pages represents a true and accurate transcript of the proceedings to the best of my ability and understanding.

IN WITNESS WHEREOF, I have hereto set my hand, this the 25th day of February, 2016.

_____

Notary Public

Rachel L. Hammond
Notary Number
201126500152