NORTH CAROLINA GENERAL ASSEMBLY

JOINT COMMITTEE ON REDISTRICTING

_____

TRANSCRIPT OF THE PROCEEDINGS

_____

In Raleigh, North Carolina

Wednesday, February 17, 2016

Reported by Jennifer C. Carroll, RMR, CRR

Worley Reporting

P.O. Box 99169

Raleigh, NC 27624

919-870-8070

2

1          (The proceedings were called to order at
2     4:08 p.m.)
3          CHAIRMAN RUCHO:  Can we have the Select
4     Committee on Congressional Redistricting come to
5     order?  Would everyone please take their seat.
6     We've got a few bits of housekeeping to take care
7     of prior to beginning the -- the map
8     presentations.  Hopefully, we have a number of
9     different maps that will be available for folks to
10    take a look at.
11         And Senator Apodaca asked me if he was
12    going to be able to have dinner and be able to get
13    to the Carolina-Duke game.  And I said we're going
14    to ask Senator Blue, Senator McKissick, and
15    Representative Michaux what -- if they think we've
16    got a shot at that.
17         SEN. McKISSICK:  I don't have any extra
18    tickets, I'm sorry.
19         SEN. APODACA:  That's always his answer.
20         CHAIRMAN RUCHO:  Okay.
21         SEN. McKISSICK:  It depends.
22         CHAIRMAN RUCHO:  Okay.  Well, we had a
23    very informative meeting yesterday.  We were able
24    to get some criteria established, and so we're
25    going to go ahead and begin today with a -- well,

3

1     let me, first of all, introduce the
2     sergeants-at-arms who help us make this a -- a
3     successful and efficiently run meeting.  From the
4     House sergeant-at-arms, I have Reggie Sills,
5     Marvin Lee, David Layton, Terry McGraw; and from
6     the Senate sergeant-at-arms, I have Dale Huff, Ed
7     Kessler, and Hal Roach.
8          Thanks very much for helping us.
9          Then the next item will be a roll call
10    for attendance.
11         And, Mr. Clerk, would you proceed with the
12    roll call.
13         And please say it loud enough so we know
14    you're here or not here.
15         THE CLERK:  Okay.  Starting with the
16    House:  Lewis.
17         REP. LEWIS:  Here.
18         THE CLERK:  Jones?
19         REP. JONES:  Here.
20         THE CLERK:  Brawley?
21         REP. BRAWLEY:  Here.
22         THE CLERK:  Cotham?
23         REP COTHAM:  Here.
24         THE CLERK:  Davis?
25         REP. DAVIS:  Here.

4

1          THE CLERK:  Farmer-Butterfield?
2          REP. FARMER-BUTTERFIELD:  Here.
3          THE CLERK:  Hager?
4          REP. HAGER:  Here.
5          THE CLERK:  Hanes?
6          REP. HANES:  Here.
7          THE CLERK:  Hardister?
8          REP. HARDISTER:  Here.
9          THE CLERK:  Hurley?
10         REP. HURLEY:  Here.
11         THE CLERK:  Jackson?
12         REP. JACKSON:  Here.
13         THE CLERK:  Johnson?
14         REP. JOHNSON:  Here.
15         THE CLERK:  Jordan?
16         REP. JORDAN:  Present.
17         THE CLERK:  McGrady?
18         REP. McGRADY:  Here.
19         THE CLERK:  Michaux?
20         REP. MICHAUX:  Here.
21         THE CLERK:  Moore?
22         REP. MOORE:  Present.
23         THE CLERK:  Stam?
24         REP. STAM:  Here.
25         THE CLERK:  Stevens?

5

1          REP. STEVENS:  Here.
2          THE CLERK:  Dixon?
3          REP. DIXON:  Here.
4          CHAIRMAN RUCHO:  Okay.
5          THE CLERK:  Now, the Senate.
6          CHAIRMAN RUCHO:  Senate.
7          THE CLERK:  Rucho?
8          CHAIRMAN RUCHO:  Here.
9          THE CLERK:  Apodaca?
10         SEN. APODACA:  Here.
11         THE CLERK:  Barefoot?
12         SEN. BAREFOOT:  Here.
13         THE CLERK:  Blue?
14         SEN. BLUE:  Here.
15         THE CLERK:  Brown?
16         SEN. BROWN:  Here.
17         THE CLERK:  Clark?
18         SEN. CLARK:  Present.
19         THE CLERK:  Ford?
20         (No response.)
21         THE CLERK:  Harrington?
22         SEN. HARRINGTON:  Here.
23         THE CLERK:  Hise?
24         SEN. HISE:  Here.
25         THE CLERK:  Jackson?

6

1    SEN. JACKSON: Here.
2    THE CLERK: Lee?
3    SEN. LEE: Here.
4    THE CLERK: McKissick?
5    SEN. McKISSICK: Here.
6    THE CLERK: Randleman?
7    SEN. RANDLEMAN: Here.
8    THE CLERK: Sanderson?
9    SEN. SANDERSON: Here.
10   THE CLERK: Smith?
11   SEN. SMITH: Here.
12   THE CLERK: Smith-Ingram?
13   (No response.)
14   THE CLERK: Wade?
15   SEN. WADE: Here.
16   THE CLERK: Wells?
17   SEN. WELLS: Here.
18   CHAIRMAN RUCHO: Okay. We are ready to
19   begin our meeting. And again, there aren't very
20   many opening remarks. We look forward to moving
21   forward in an effort to comply with the
22   three-judge panel's direction as to redrawing some
23   Congressional district maps and the Congressional
24   districts.
25   Again, as you might expect, we still

7

1    believe that the enacted maps are fair, legal, and
2    constitutional that has -- as been validated by a
3    number of North Carolina courts. But under that
4    circumstance, we are following the direction of
5    the three-judge panel from the Middle District,
6    and so that's what we're going to do.
7    The first part that I would like to
8    request -- and -- and yesterday, if you remember
9    correctly, we authorized $25,000 for each,
10   majority and minority, side to draw maps. And I
11   will -- I will ask --
12   (Cell phone ringing.)
13   CHAIRMAN RUCHO: I don't ever do to that
14   my wife. But I did.
15   I will ask that -- we will first ask
16   Senator Blue: Do you have any maps that you are
17   planning to present today?
18   SEN. BLUE: Not at present.
19   CHAIRMAN RUCHO: Not at the present.
20   Okay.
21   Representative Jackson, I think you
22   were --
23   Representative Michaux, do you?
24   REP. MICHAUX: Not yet.
25   CHAIRMAN RUCHO: Not yet. Okay.

8

1    And Senator McKissick?
2    SEN. McKISSICK: Not at this time.
3    CHAIRMAN RUCHO: Okay. So let me ask:
4    Are there any members of the committee that have
5    maps that they would like to offer as far as
6    having an opportunity to present them today so
7    that their input can be taken by this committee?
8    What we plan to do today is submit some
9    maps -- or a map, take a look at it, debate it,
10   approve it, so that the General Assembly can move
11   forward when the special session is called, and we
12   can go ahead and achieve what is the goal of
13   complying with the federal court.
14   Okay. That being said, then let's go
15   ahead and -- Representative Blue -- excuse me,
16   Representative Lewis, you'll be ready to explain
17   the maps, and I think the sergeant-at-arms can
18   probably start passing them out with the stat
19   packs that were decided upon yesterday during the
20   establishment of the criteria that -- upon which
21   these maps were drawn.
22   Say it again.
23   MS. CHURCHILL: They have not arrived
24   from the print shop yet. They are on their way.
25   CHAIRMAN RUCHO: Okay. Let's wait a

9

1    little bit. They're on their way from the print
2    shop as we speak. And so if we'll stay at ease
3    for a few moments, and as soon as they come, then
4    we will go ahead and distribute them out so that
5    you'll have a chance to look at them. And so --
6    Representative Lewis will explain the map. So
7    stand at ease, please.
8    (Proceedings are held at ease.)
9    CHAIRMAN RUCHO: Members of the
10   Committee, just for your knowledge, you'll be
11   getting some hard copies now, and at the end of
12   this meeting we will have them online with the
13   same documentation that you will be receiving
14   in -- upon arrival.
15   SEN. APODACA: Mr. Chairman, housekeeping
16   matter, if we could.
17   CHAIRMAN RUCHO: Say that again.
18   SEN. APODACA: A housekeeping matter, if
19   we might.
20   CHAIRMAN RUCHO: Housekeeping, yes.
21   SEN. APODACA: Yes. When we call the
22   roll, could we call the Upper Chamber first
23   instead of the House? It seems like that would be
24   more appropriate.
25   REP. MICHAUX: I thought that was already

### 10

1 being done.
2 CHAIRMAN RUCHO: Senator Apodaca, I think
3 you should have learned your lesson when
4 Representative Michaux already called you a lame
5 duck. So...
6 But then again, that's the nicest thing
7 that anybody has ever called Senator Apodaca.
8 So...
9 SEN. APODACA: In 14 years, that's the
10 nicest thing.
11 REP. MICHAUX: I called you one, too.
12 CHAIRMAN RUCHO: I'm honored.
13 Sergeant-at-arms, will you please let me
14 know when the maps are passed out so we can move
15 forward.
16 Representative Lewis, before he makes his
17 presentation, wants me to let you know that these
18 are probably some of the most -- some of the best
19 maps that's been out in 40 years. So...
20 At least 40?
21 REP. LEWIS: Four.
22 CHAIRMAN RUCHO: Four?
23 REP. LEWIS: Four.
24 CHAIRMAN RUCHO: Okay.
25 Sergeant-at-arms, are we all set?

### 11

1 Does everyone in -- on the committee have
2 a copy of the map and the statistics?
3 All right. Then let's -- let's quiet
4 down so we can get this done.
5 Representative Lewis, would you be kind
6 enough to present the maps for us?
7 REP. LEWIS: Thank you, Mr. Chairman.
8 Members, good afternoon. Yesterday, this
9 committee approved seven criteria for the 2016
10 contingent Congressional redistricting, and a map
11 was produced in accordance with that criteria.
12 While I am happy to take questions from the
13 committee, first I would like to take a moment to
14 walk through the criteria and discuss how this map
15 addresses each of the criteria.
16 First, equal population: All these
17 districts are drawn with either 7,000 -- pardon
18 me. All these districts are drawn with either --
19 with either 733,499 persons or 733,498 total
20 persons. This is as equal -- this is as equal as
21 practical and in accordance with federal law.
22 Contiguity: All the areas in every
23 district are comprised of contiguous territory.
24 Political data: The stat report show
25 which election results were used in building these

### 12

1 districts. Race was not considered and is not
2 present on these reports.
3 Partisan advantage: We believe this map
4 will produce an opportunity to elect ten
5 Republican members of Congress. But make no
6 mistake, this is a weaker map than the enacted
7 plan in that respect.
8 The 12th District: This map does away
9 with the serpentine 12th District that dates back
10 to 1992.
11 Compactness: Only 13 counties and 13
12 VTDs were split in this map. Let me repeat that:
13 Only 13 counties and 13 VTDs were split in this
14 map. In accordance with the criteria, more whole
15 counties and more whole precincts, or VTDs, are
16 the best indicator of compactness we believe we
17 are able to achieve.
18 Incumbency: Only two incumbents are
19 double-bunked in this map: one Republican and one
20 Democrat. Eleven Republicans [sic] were placed in
21 a district by themselves.
22 Mr. Chairman?
23 CHAIRMAN RUCHO: Yes, sir.
24 REP. LEWIS: Anticipating some inquiries,
25 I will suspend my presentation and take questions

### 13

1 at your direction.
2 CHAIRMAN RUCHO: Okay. Members of the
3 Committee, you have the proposed map before you.
4 And again, I'll just remind you: This is the only
5 one that will be reviewed today because we just --
6 you know, there were no other maps submitted by
7 either the minority House and/or Senate or any
8 individual. So this is the map we're going to be
9 discussing today. And after discussion is
10 completed, this committee will take a vote, and
11 we'll either be against or referring this to the
12 General Assembly for its special session for
13 adoption so we can comply with the three-judge
14 panel from the Middle District.
15 Members of the Committee.
16 All right. Let's start off with Senator
17 McKissick.
18 SEN. McKISSICK: Thank you, Mr. Chair. I
19 would like to be recognized for a series of
20 questions, if that's possible.
21 CHAIRMAN RUCHO: We'll go through the
22 Chair.
23 SEN. McKISSICK: Yes, absolutely.
24 CHAIRMAN RUCHO: And we'll go one after
25 another.

Case 1:13-cv-00949-WO-JEP   Document 159-10   Filed 03/07/16   Page 4 of 20

**14**

1      SEN. McKISSICK: I was wondering if I
2  could first get some understanding of the
3  percentages of Democrats and Republicans in these
4  various districts. If we can have, perhaps, a
5  staff person review that with us.
6      CHAIRMAN RUCHO: So let me -- let me be
7  clear. Now, you want the --
8      First of all, Representative Lewis,
9  that's not part of the stat pack, correct?
10      SEN. McKISSICK: We don't have a stat
11  pack. The only thing we have are --
12      CHAIRMAN RUCHO: The election results.
13  All right. What would you request?
14      SEN. McKISSICK: Well, what I would like
15  to know is what the breakdown is in terms of
16  Democrat, Republican, and unaffiliated voters in
17  each of these particular districts, as a starting
18  point. It would also be helpful to understand --
19  I know there was -- who exactly is double-bumped.
20  It would appear that Representative Adams, who
21  represented the 12th District --
22      CHAIRMAN RUCHO: Well, hold it. Let's --
23  let's get first -- that first part cleared up.
24      First of all, you requested --
25      Senator McKissick requested that we get

**15**

1  some information on party affiliation in each of
2  the districts. Is that something we can achieve,
3  either now or --
4      MS. CHURCHILL: It is something we cannot
5  achieve while the committee is in meeting.
6      CHAIRMAN RUCHO: Right. Okay. Just
7  state that again, please, in the microphone.
8      MS. CHURCHILL: At this juncture we can't
9  achieve it while the committee is meeting. But we
10  can achieve that for Senator McKissick.
11      SEN. McKISSICK: Okay. And the
12  committee --
13      REP. LEWIS: Mr. Chairman?
14      CHAIRMAN RUCHO: Yes, sir.
15      REP. LEWIS: Could I speak to that one
16  point?
17      CHAIRMAN RUCHO: Representative Lewis.
18      REP. LEWIS: Yes, sir.
19      Obviously, the staff can provide to the
20  gentleman whatever statistics he asked for. I did
21  want to say that the -- in the drawing of this
22  map, we looked at election results. We think
23  those are better indicators of voting performance
24  than voter registration, which is why you don't --
25  which is why that's not shown in these -- in the

**16**

1  statistics that you have.
2      CHAIRMAN RUCHO: All right.
3      SEN. McKISSICK: Thank you. And I wanted
4  to follow up.
5      CHAIRMAN RUCHO: Follow-up question, yes,
6  sir.
7      SEN. McKISSICK: Precisely look at the
8  performance characteristics of each district in
9  terms of whether it's a Democratic performance
10  district, and if so, by what percentage, a
11  Republican performance district, so that we have
12  some idea the extent to which there are
13  competitive swing districts.
14      I know Representative Lewis has indicated
15  that the map may not be quite as favorable as it
16  was before to Republican majority. But to the
17  extent to which we could get data that
18  specifically breaks down the performance
19  characteristics of each of these Congressional
20  districts, that would be helpful. Then we can
21  understand what we're looking at.
22      REP. LEWIS: Mr. Chairman and Members?
23      CHAIRMAN RUCHO: Yes. Representative
24  Lewis.
25      REP. LEWIS: Members, if I could direct

**17**

1  your attention to the documents that you have
2  before you -- I probably should have done a better
3  job of going through that.
4      If you will, first of all, you should
5  have a document before you that's entitled "2016
6  Redistricting Database Field Key." It's an 8-1/2
7  by 11 sheet of -- two sheets of paper.
8      Does everyone see that or have access to
9  that document?
10      If you'll look at that document, it
11  will -- actually, if you'll look at the right-hand
12  column, the right-hand column of that document,
13  this is a computer code. This is the way the
14  computer generated the election results which we
15  looked at.
16      For instance, you'll see under "2008
17  General Election Attorney General," there's a code
18  there at the right-hand column. Again, I direct
19  your attention, EL08G_AG_D. You can take and find
20  that same code on the stat pack that was
21  distributed to you. And, in fact, it would be on
22  what I would consider page 2 of the stat pack. If
23  you'll look across the top -- I'm referring now to
24  the big -- to the big set of documents that you
25  have. You'll see it says, "Election Results 2008,

Case 1:13-cv-00949-WO-JEP   Document 159-10   Filed 03/07/16   Page 5 of 20

## 18

general, AG, AD, CA." You should be able to go in and find "EL08G_AG."

For example, the very first listed item on this page I'm referring to, you'll see it says, District 1 -- excuse me, it says "district," and then beside it, "EL08G_AG_D." That would be the results in District 1 for the candidate Roy Cooper who was the Democratic nominee for the Attorney General's office.

So to maybe make this easier, perhaps you could write the word "Cooper" where it says "EL08G_AG_D." And using these two documents, you will be able to see what the election results are.

I believe it would be fair to say -- and, Mr. Chairman, the staff can certainly correct me -- that the -- as you look at the code, the EL08G_AG, that, obviously, is Attorney General. And then the "_D" would be Democrat.

So while the field key will explain exactly who it is referring to, you can probably get a good feeling for if it's comparing the Democrat for that office or the Republican for that office.

CHAIRMAN RUCHO: Okay. And just a clarity, Senator McKissick, before you go on to

## 19

your next question -- and I think Representative Lewis mentioned it -- that the criteria that was established never used registration or race -- racial demographics in the -- in production of these maps. So that's why that information was not available. But at any point you can go ahead and request from staff what you think you need as far as additional documentation. Okay?

Next question.

SEN. McKISSICK: Sure. If it's possible -- and I understand these codes are -- could probably be figured out and calculated. But if we could actually put the names of the various candidates on -- above these various categories. Considering the amount of time that we have to review and digest this information, it would save an awful lot of time rather than going back and forth between sheets to decipher the codes. There may be codes that you guys are familiar with from looking at it, but from someone seeing it upon first impression, it becomes somewhat challenging to -- to make certain of precisely what I'm reviewing at any given point in time. So, I mean, it would seem to be a simple thing to add in terms of a category.

## 20

CHAIRMAN RUCHO: Explain.

REP. LEWIS: Mr. Chairman, if I may.

CHAIRMAN RUCHO: Yes. Representative Lewis, you have --

REP. LEWIS: I just want to say that I completely agree with Senator McKissick, that would be a whole lot easier way to look at these reports. I asked for that to be done. And it's not the way, unfortunately, the system generates the reports. But if you would indulge me for just a moment, I'm going to get my notes and we'll go sheet by sheet, and we'll add those names, if you would be so kind.

SEN. McKISSICK: I would certainly indulge you, without a doubt. I think that would be a helpful exercise for all of us who are not acquainted with this and haven't seen it before.

CHAIRMAN RUCHO: Representative Lewis, would you --

And, Members of the Committee, please take note as Representative Lewis explains what each of the AG, CI, and the like is, based on the year of the election.

Okay. Representative Lewis, you have the microphone.

## 21

REP. LEWIS: Thank you, Mr. Chairman.

Members, if you will look at the page that's, of course, labeled at the top "2016 Contingent Congressional Plan," and then if you will look in the second left-hand column, you will see the code "EL08G_AG_D." Okay? Does everybody see this particular document?

Okay. Then with that, if you'll go with me, you'll see the first column says "District 1." The second column is that code that I just gave. The third column, if you would write the word "Cooper," write the word "Cooper" at the top of that column, it might make it easier to -- to understand. If you would skip the next column, which currently says "68,474," you'll get to the following column. If you would write the word "Crumley."

If you would then skip the following column and go to the column that says "EL08G_AD_D." Does everyone see that? The first number is 233,665. If you would please write the -- if you would skip right next -- right over to the column that says "71.44" and write the word "Wood," W-O-O-D. Wood.

And then skip the column that says

Case 1:13-cv-00949-WO-JEP   Document 159-10   Filed 03/07/16   Page 6 of 20

22

1  "93,433." And then you'll come to "28.56," and
2  write the word "Merritt," M-E-R-R-I-T-T.
3      If you'll then skip the next column,
4  which has "327098." And also skip the column that
5  has the "220038."
6      Yes, sir. I'm sorry. 220,038. If I
7  could pause for just a minute.
8      CHAIRMAN RUCHO: Yes, sir.
9      (Representative Lewis and Chairman Rucho
10 confer.)
11     REP. LEWIS: So where it says "66.68,"
12 you would write "Ansley" -- is that correct? And
13 then you would skip the 109968 and get to the
14 33.32, and write the word "Troxler,"
15 T-R-O-X-L-E-R.
16     If I could pause for only a moment to
17 make sure the members understand. I chose, in my
18 notes, to use the percentages of the votes cast.
19 The numbers that I asked you to skip by are also
20 relevant. That's number of raw votes cast, on the
21 report.
22     Okay. The next page that I have --
23     CHAIRMAN RUCHO: And this is Election
24 Results 2008, correct?
25     REP. LEWIS: Yes, sir.

23

1      The next page that I have begins with the
2  code EL08G_CI_D. And the number in the first
3  column is 232,552. If you would, to be
4  consistent, go to the next column, which says
5  70.70 percent, and write the word "Goodwin." This
6  is the race for commissioner of insurance. The
7  word "Goodwin."
8      CHAIRMAN RUCHO: Representative Lewis,
9  everybody has a -- what they call the 2016
10 Redistrict Database Key, with the codes on it,
11 too. So that should also be there, just for your
12 information.
13     Do you have that there, Senator
14 McKissick? It's a two-page, front and back, and
15 it gives you the code, the elections, the
16 candidates.
17     SEN. McKISSICK: Yes, sir, I do have it.
18     CHAIRMAN RUCHO: Okay. So that's the key
19 to using the database.
20     REP. LEWIS: If it's all right, I'll just
21 continue, Mr. Chairman.
22     And then if you skip the next column at
23 88227 to get to where it says "26.82," the word
24 "Causey" should appear. Causey.
25     And, Members, if you will, this might be

24

1  a little bit more confusing than it has been.
2      SEN. BROWN: It should be Odom.
3      REP. LEWIS: On my notes, I skip over to
4  where it says "EL08G_CL_D," for Commissioner of
5  Labor. This is towards the right side of the
6  page.
7      SEN. BROWN: Mr. Chairman.
8      (Representative Lewis and Chairman Rucho
9  confer.)
10     REP. LEWIS: Members, the Chairman has
11 noticed me that I used the word "Causey" and
12 should have used the word "Odom." I apologize.
13 It's still the Republican nominee versus the
14 Democratic nominee.
15     If you'll look over where it says
16 "EL08G_CL_D," that's for Commissioner of Labor.
17     SEN. McKISSICK: The column beginning
18 with the "328927"? Are you that far across?
19     REP. LEWIS: No, sir. I actually skipped
20 that --
21     SEN. McKISSICK: Skipped that.
22     REP. LEWIS: -- Senator, only because I
23 was trying to go by my notes. And I will go back
24 and refill the gaps in.
25     SEN. McKISSICK: That's fine.

25

1      Thank you, Mr. Chairman.
2      REP. LEWIS: I apologize for that.
3      But under the Commissioner of Labor,
4  where it says "68.42," the name -- and I will
5  apologize if I mispronounce the nominee's name,
6  but it was D-O-N-N-A-N, Donnan. And then if you
7  skip over to where it says "31.58," the nominee's
8  name was Berry, B-E-R-R-Y.
9      (Representative Lewis confers with
10 Chairman Rucho.)
11     CHAIRMAN RUCHO: Representative Lewis,
12 that "W" is a write-in. Okay.
13     REP. LEWIS: All right. Mr. Chairman and
14 Members, I'll be happy to return to this page, but
15 my notes are -- my notes are incomplete about that
16 middle -- that middle section there. I think
17 that's a write-in. But just to confer with the
18 Chair, I don't want to state in the microphone
19 something I'm not absolutely sure of.
20     But anyway, moving on. The next page
21 that I have --
22     REP. STAM: Mr. Chairman. Mr. Chairman.
23 Mr. Chairman. Woohoo.
24     CHAIRMAN RUCHO: Yes, sir.
25 Representative Hager. Oh, Stam. Excuse me.

26

1    REP. STAM: I'm searching. Is there
2 maybe some -- some motion or somehow where we
3 could relieve Representative Lewis from this
4 tedious task. Maybe we've all sort of gotten the
5 idea now and we could just -- just an idea. Just
6 an idea.
7    CHAIRMAN RUCHO: Good question.
8    Senator McKissick, now that we've
9 identified a key for you, are you comfortable in
10 as far as being able to relate the specific name
11 to this, or would you want us to go through it
12 and --
13    SEN. McKISSICK: What would be helpful,
14 if we don't have the information available now --
15 I mean, it would be great, perhaps, if staff -- I
16 mean, I understand you can't get it on there
17 because of, I guess, software limitations in the
18 way you can categorize this stuff. But it
19 would -- I think the exercise we're going through
20 provides very valuable --
21    CHAIRMAN RUCHO: Fine. Then we will --
22 we will continue.
23    SEN. McKISSICK: But I don't want to be
24 laborious.
25    CHAIRMAN RUCHO: Representative Lewis --

27

1    We'll -- we'll continue.
2    Representative Lewis, please continue.
3    REP. LEWIS: Okay. The next one in the
4 stat pack, it reads -- starts with "EL08G_GV_D."
5 Let me see if I can speed up a little bit
6 here. In 2008-GV-D, if you'll look there,
7 obviously the "D" is for Democrat. That would be
8 Perdue, P-E-R-D-U-E. If you look over to the
9 column that has "R," that would be McCrory,
10 M-C-C-R-O-R-Y. And then you see the column
11 with the "L," for Libertarian, that would be
12 Munger, M-U-N-G-E-R.
13    Now I know what you want me to look at,
14 I'll do it faster. I apologize.
15    CHAIRMAN RUCHO: Okay.
16    REP. LEWIS: Continuing on. 2008, where
17 it says "EL08LG" -- does everybody see that? That
18 would be Dalton. 2008 LG R would be Bittinger.
19 And the "L," the Libertarian, would be Rhodes,
20 R -- R-H-O-D-E-S. I believe that completes that
21 page.
22    Turn next to the one that begins "EL08G
23 -SPI." The "D" there would be Atkinson,
24 A-T-K-I-N-S-O-N. The "R" would be Morgan,
25 M-O-R-G-A-N. And then the -- you see the column

28

1 that has "USS," for United States Senate. The
2 Democrat would be Hagan, the Republican would be
3 Dole, the Libertarian would be Cole.
4    Is everybody kind of getting comfortable
5 with this?
6    Okay. And that would complete that page.
7 The others would be write-ins and whatnot. So
8 we'll turn the page to the one that begins "2010
9 General."
10    This race is the race for the U.S. Senate
11 in 2010. The column that says "USS_D" would be
12 Marshall, M-A-R-S-H-A-L-L. The column that has _R
13 would be Burr, B-U-R-R. _L would be Beitler,
14 B-E-I-T-L-E-R. Again, I apologize if I
15 mispronounce a name.
16    Turning to page, Election Results 2012
17 General, G and LG. Again, where it says
18 "EL12G_GV_D," the first column would be Dalton,
19 D-A-L-T-O-N. The same -- the corresponding column
20 with an "R" on it would be McCrory. Corresponding
21 column with an "L" on it, for Libertarian, would
22 be Howe, H-O-W-E. There was a write-in that --
23 that's there. And then a write-in miscellaneous.
24 So that's what those other G's are there.
25    The one that says "LG_D" would be Coleman,

29

1 C-O-L-E-M-A-N. LG_R would be Forest, F-O-R-E-S-T.
2 And that will complete that page.
3    Turning now to the Election Results 2012
4 General. The one that begins "AD," of course, for
5 Auditor. The Democrat, the "D," nominee would be
6 Wood, and the "R" nominee would be Goldman,
7 G-O-L-D-M-A-N.
8    Then where you see it says "_CA_D" for
9 Commissioner of Agriculture, the Commissioner
10 nominee for the Democratic Party is Smith,
11 S-M-I-T-H. _R, the Republican, is Troxler,
12 T-R-O-X-L-E-R.
13    Also on that page is "CI," for
14 Commissioner of Insurance. The Commissioner of
15 Insurance, the Democratic nominee is Goodwin,
16 G-O-O-D-W-I-N, and the Republican is Causey,
17 C-O -- C-A-U-S-E-Y. That completes that page.
18    Turning over where you see the next kind
19 of -- thinking you're getting the feeling of how
20 this works now. The "CL" is Commissioner of
21 Labor. CL_D would be the Democratic nominee. The
22 last name was Brooks, B-R-O-O-K-S. The _R, the
23 Republican nominee, would be Berry, B-E-R-R-Y.
24 That will complete that race.
25    Where it says "SS," that's Secretary of

Case 1:13-cv-00949-WO-JEP   Document 159-10   Filed 03/07/16   Page 8 of 20

30

1   State. The "SS_D," the nominee would have been
2   Marshall, M-A-R-S-H-A-L-L. And the SS_R, the
3   Republican, would have been Goodwin,
4   G-O-O-D-W-I-N.
5         Turning to the following page, you see it
6   says "SPI," which is, of course, superintendent of
7   public instruction. Superintendent of public
8   instruction, D, Dr. Adkinson was the nominee,
9   A-D-K-I-N-S-O-N. And _R, the Republican was
10  Tedesco, T-E-D-E-S-C-O.
11        Also on that page, you see "Treasurer,"
12  or TR. The Democratic -- the _D, for the
13  Democratic nominee, is Cowell, C-O-W-E-L-L. _R,
14  the Republican, was Royal, R-O-Y-A-L.
15        And the final page is the 2014 United
16  States Senate race. This one, please notice the
17  first category is "USS_R." That would be Tillis.
18  So the Republican is listed first on this one.
19  And where it says 'USS_D,' the nominee, of course,
20  was Hagan. And where it says "_L," it was Haugh.
21  I apologize if I mispronounce that. It's
22  H-A-U-G-H.
23        Mr. Chairman, this -- this concludes this
24  part of the report.
25        CHAIRMAN RUCHO: Okay. Senator

31

1   McKissick, you have everything you've asked for on
2   that. Next question.
3         SEN. McKISSICK: Yes. I was just looking
4   at the maps here, and I notice that it looks as if
5   there is a double-bumping, I think you had it
6   indicated doubling-bumping of -- of certain
7   incumbent members of our Congressional delegation.
8   And it looks as if Representative Alma Adams is
9   one of those. Okay. I think you said there were
10  two cases where there were double-bumped. Is that
11  what you indicated, or did I mistakenly hear what
12  your remarks were?
13        Yeah, I'm trying to figure out who the
14  other is.
15        REP. LEWIS: Well, Senator, I think
16  that's a very good question. And the location of
17  the homes of the incumbents should appear on this
18  map, so let me apologize for that.
19        What my remarks said earlier is that
20  there are two incumbent members of Congress that
21  were -- unfortunately had to be drawn into the
22  same district. They are Representative David
23  Price and Representative George Holding.
24        If you'll notice, the new 4th District
25  includes all of Orange County. It keeps Orange

32

1   County whole. And that is the home of
2   Representative Price, based on the records that we
3   have in the General Assem -- the General Assembly.
4   And there are whole precincts in Durham that
5   connect to an area in Wake County. That area is
6   the home of Representative Holding.
7   Representative Adams is not bunked with any other
8   incumbent member, nor is any other sitting member
9   of the delegation.
10        But, Mr. Chairman, I would like --
11        CHAIRMAN RUCHO: Yes.
12        REP. LEWIS: -- to direct staff or ISD as
13  quickly as possible to provide members with maps
14  that have the home location of the incumbent.
15        CHAIRMAN RUCHO: Addresses, locations.
16  All right.
17        Ms. Churchill, request that we go ahead
18  and get maps that will identify the location of
19  the incumbents, if you'll be kind enough.
20        Okay.
21        SEN. McKISSICK: One point of
22  clarification, Mr. Chairman, if I could. The
23  incumbent for District 13 would be whom?
24        REP. LEWIS: Representative Adams.
25        SEN. McKISSICK: That's what I was

33

1   thinking.
2         And for 12, who do we have there?
3         REP. LEWIS: I do not believe -- there is
4   no current incumbent in -- in the proposed 12.
5         SEN. McKISSICK: Okay. So I'm looking
6   at -- 13 here would be Adams. 12 would be?
7         REP. LEWIS: Vacant?
8         SEN. McKISSICK: Vacant.
9         CHAIRMAN RUCHO: No incumbent.
10        SEN. McKISSICK: No incumbent?
11        CHAIRMAN RUCHO: Correct.
12        SEN. McKISSICK: Who would have formerly
13  been in 12?
14        That would have been --
15        REP. LEWIS: Well, just to be clear.
16        SEN. McKISSICK: -- Adams' district
17  before.
18        REP. LEWIS: Just to be clear --
19        CHAIRMAN RUCHO: Let him answer, please.
20        SEN. McKISSICK: Sure.
21        CHAIRMAN RUCHO: Thank you.
22        REP. LEWIS: One of the instructions
23  given by this committee was to do away with the
24  shape of the 12th. The 12th is now contained
25  entirely inside Mecklenburg County. So from my

34

1 knowledge -- well, the fact that certainly
2 Representative Adams does not live in Mecklenburg
3 County; therefore, that's why she's -- her home
4 does not appear in Mecklenburg County. She lives
5 in Guilford County, to the best of my knowledge.
6          SEN. McKISSICK: Exactly. That's what I
7 was a bit confused about.
8          Okay. So what we have, we have a
9 district which Congresswoman Adams can run from,
10 which is the 13th District. Is that correct?
11         REP. LEWIS: Yes, sir. But I would
12 remind you that an individual seeking election to
13 the U.S. House does not have to reside in the
14 district which they run.
15         SEN. McKISSICK: I understand.
16         And in terms of applying these
17 performance characteristics to the 13th District,
18 would this be a Democratic- or Republican-leaning
19 district?
20         REP. LEWIS: Senator, I believe you would
21 need to look race by race. And by "race by race,"
22 I'm referring, of course, to the political races.
23 The data that we just went through, I believe the
24 district would be one of the ten that lean
25 Republican.

35

1          SEN. McKISSICK: That would lean
2 Republican?
3          REP. LEWIS: Yes, sir.
4          SEN. McKISSICK: Okay.
5          CHAIRMAN RUCHO: Follow-up.
6          SEN. McKISSICK: Follow-up, if I could.
7          CHAIRMAN RUCHO: Follow-up.
8          SEN. McKISSICK: In the three districts
9 you have identified as being Democratic districts,
10 I assume what we're looking at is the 1st
11 District, the 4th District, and the 12th District.
12 Would that be a logical assumption, or do I stand
13 to be corrected?
14         REP. LEWIS: No, sir. You are correct in
15 your -- in your -- in your analysis.
16         CHAIRMAN RUCHO: Follow-up.
17         SEN. McKISSICK: Yeah. And -- and I
18 guess the follow-up I have is that I -- I do have
19 concern -- I mean, I see that we have certainly
20 provided Representative Adams with a district to
21 run from. I need to drill down deeper to see the
22 numbers and see how close of a district that is in
23 terms of her capacity to compete. And I've not
24 had a chance to drill down those numbers yet, but
25 I assume, based upon what you've indicated, that

36

1 it is a -- perhaps a very strongly Republican
2 leaning district, particularly looking at the
3 counties that are contained within it. And I was
4 thinking about their historical representation
5 here in the General Assembly.
6          And I see the 12th being carved out. But
7 I guess this all just gives me concern receiving
8 it all so quickly, trying to digest it quickly,
9 trying to move forward with this at -- what is
10 almost like the speed of light. And while I
11 appreciate the fact that there were some funds
12 made available to the minority caucus to, perhaps,
13 get maps drawn, to be candid with you, to get maps
14 drawn on a short notice and short order, within
15 24 hours, has proven to be very challenging.
16         So I will thank you for the information
17 you provided. It does provide me with some
18 concerns, which I've articulated. And I'm -- it
19 would certainly be nice if we did have the
20 Republican/Democratic breakout in terms of
21 registrations. And if I'm talking to Erika, she
22 can get that. Is there any way, perhaps, staff
23 can also -- I know it wasn't one of the criteria
24 used in drawing these maps, but they can filter
25 down a subcategory that would have provided us

37

1 with the racial breakout of each district? Is
2 that possible to obtain from staff even though I'm
3 aware with respect to the fact it was not a --
4          CHAIRMAN RUCHO: Senator McKissick, let
5 me get clear now. You're requesting some data
6 on -- on the registration of the 13 districts, and
7 you're requesting the data and the demographics on
8 the -- the racial breakdown on the 13 districts?
9          SEN. McKISSICK: That is correct,
10 Mr. Chair.
11         CHAIRMAN RUCHO: Okay. Now, just as a
12 bit of a information, you talk about a -- a time
13 schedule. Well, we're all under a very tight time
14 schedule since the Court gave us two weeks -- or
15 14 days to do it, and it occurred on a Monday --
16 on a Friday night, so it really kind of brought it
17 down to ten days. And so this is a heroic effort
18 that we could even get all of this accomplished in
19 that short of period of time. So we're all under
20 tight -- tight time schedules, just for your
21 information. Thank you.
22         SEN. McKISSICK: I respect that. It's
23 just that you knew the attributes before
24 yesterday. And we learned them yesterday.
25         CHAIRMAN RUCHO: Thank -- thank you.

Case 1:13-cv-00949-WO-JEP   Document 159-10   Filed 03/07/16   Page 10 of 20

## 38

1  And, Members of the Committee, any --
2  Senator Clark.
3  SEN. CLARK: Mr. Chair, I have a question
4  for staff.
5  CHAIRMAN RUCHO: Say it again, please.
6  SEN. CLARK: Question for staff.
7  CHAIRMAN RUCHO: Yes.
8  SEN. CLARK: If we provided a stat pack
9  based on this 2011 database, would that provide
10  Senator McKissick everything he's asking for and
11  then some?
12  CHAIRMAN RUCHO: Ms. Churchill, do you
13  have a response to that?
14  MS. CHURCHILL: I believe Senator Clark
15  is asking if -- would the 2011 stat pack that was
16  generally presented to the General Assembly during
17  that round of redistricting, would that answer
18  Senator McKissick's questions. I believe Senator
19  McKissick is shaking his head, no, it would not
20  answer his questions.
21  SEN. McKISSICK: It would.
22  MS. CHURCHILL: The one thing that
23  definitely was in the stat pack was the party
24  registration information. So, yes, it would at
25  least answer that piece of it.

## 39

1  CHAIRMAN RUCHO: All right. Follow-up.
2  SEN. McKISSICK: What I would like to
3  have provided is a stat pack based on 2011
4  database applied to the districts as shown here on
5  this map.
6  CHAIRMAN RUCHO: Staff, can we accomplish
7  that?
8  It will be accomplished.
9  SEN. McKISSICK: Thank you.
10  CHAIRMAN RUCHO: And as Representative
11  Lewis said, we'll be -- you'll be getting all of
12  the data you need. It won't be before this
13  committee today, because it will take time to
14  achieve it. Had, I'm sure, individual members had
15  made requests on some of that, we probably could
16  have gotten it done, but not during this time.
17  But there are opportunities to, again,
18  review the maps. There will be redistricting
19  committee meetings that we'll have another chance
20  to review it. And then, of course, on the floor,
21  both in the House and the Senate.
22  So, Senator McKissick, I want you to rest
23  up: you're going to have plenty of opportunity.
24  SEN. McKISSICK: Thank you.
25  CHAIRMAN RUCHO: Okay. I've got Senator

## 40

1  Brown.
2  SEN. BROWN: Just a quick comment, just
3  to talk about the 13th District and its
4  competitiveness. The Democrats have won that
5  district, if you'll look through this, on several
6  occasions. So it's obviously a competitive
7  district because they have won some races in that
8  district.
9  CHAIRMAN RUCHO: Okay. Representative
10  Michaux.
11  REP. MICHAUX: Mr. Chairman, following up
12  on what Senator McKissick asked for -- and you
13  might wonder why, even though you have taken out
14  race as a criteria, we still need to have race
15  mentioned in here because of the Section 2 Voting
16  Rights Act. You've got -- we've got to have that
17  information in there. And there's a determination
18  of whether or not Section 2 has been violated in
19  this -- in this map.
20  CHAIRMAN RUCHO: Representative Lewis,
21  you have a comment on that, please.
22  REP. LEWIS: Mr. Chairman,
23  certainly Representative Michaux is much more
24  learned in this area than I am.
25  I just want to state, again, for the

## 41

1  record on -- for this committee that race was not
2  considered in the drawing of this map. Later
3  today, we're going to ask this committee to adopt
4  this map. After this map is adopted and prepared
5  for introduction to the General Assembly, I
6  believe the -- Senator McKissick requests, and
7  perhaps Senator Clark requests, and now that
8  Representative Michaux requests, would be to take
9  this map and to populate it with the data that
10  they have asked for. That can certainly be done
11  after this committee adopts this map and -- and as
12  it moves forward.
13  CHAIRMAN RUCHO: Yes, sir. Follow-up.
14  REP. MICHAUX: But -- but would not that
15  information now help us to make a determination as
16  to how we wanted to vote out of this committee on
17  these -- on this map?
18  REP. LEWIS: Thank you for that question,
19  Representative. The information on race is simply
20  not available to provide to you at this moment on
21  this map.
22  CHAIRMAN RUCHO: Follow-up?
23  REP. MICHAUX: Then when is it going to
24  be available and when are we going to have an
25  opportunity to see it?

42

1      REP. LEWIS: Well, just to be clear,
2  Representative -- and I want to clearly state
3  this -- as an individual member of this committee,
4  you can request whatever information on this map
5  on this -- on any district, on any county, on
6  anything that you want, but it will -- but race is
7  not going to be considered by this committee as we
8  adopt this map and recommend it to be passed by
9  the General Assembly.
10      REP. MICHAUX: Mr. Chairman?
11      CHAIRMAN RUCHO: Yes, sir.
12      REP. MICHAUX: My follow-up to -- to --
13  to Representative Lewis.
14      Representative Lewis, the three-judge
15  panel found that these drawings were
16  unconstitutional and it was based predominantly on
17  race. There are other factors that you should --
18  that should be considered in terms -- for
19  instance, as I said before, a violation of
20  Section 2 of the Voting Rights Act. We need --
21  I'm not going to vote for another unconstitutional
22  map if I can't determine whether or not Section 2
23  is being violated by what you've done.
24      REP. LEWIS: Well, thank you for
25  clarifying, Representative Michaux. To the best

43

1  of my knowledge, you didn't vote for the 2011
2  plan. The plans that you voted for have, in fact,
3  been unconstitutional.
4      But let me continue in my answer. The
5  criteria that this committee adopted in open
6  debate yesterday was the following: Equal
7  population, contiguity, political data, partisan
8  advantage, the 12th District compactness, and
9  incumbency. That is the criteria that this
10  committee debated and adopted over about a
11  three-and-a-half, four-hour period. Those are the
12  criteria that were used to draw these maps. Those
13  are the criterion that these members will be asked
14  to base their decision on.
15      CHAIRMAN RUCHO: Representative Lewis.
16      (Chairman Rucho and Representative Lewis
17  confer.)
18      CHAIRMAN RUCHO: Representative Michaux,
19  you all set?
20      REP. MICHAUX: Yeah.
21      CHAIRMAN RUCHO: Very good. Thank you.
22      All right. Do we have anybody else
23  presenting a question or --
24      REP. STAM: Mr. Chairman?
25      CHAIRMAN RUCHO: Yes, Representative Stam.

44

1      REP. STAM: Would appropriate motion be
2  in order to give this a favorable report? I would
3  like to make such a motion at the appropriate
4  time.
5      CHAIRMAN RUCHO: All right. Well, thank
6  you. I think, actually, Representative -- Senator
7  Hise requested that earlier. So we'll do that.
8      Senator Blue, question.
9      SEN. BLUE: No question: just a comment.
10      CHAIRMAN RUCHO: All right.
11      SEN. BLUE: Mr. Chairman, I don't think
12  it takes much imagination to see exactly what
13  you've done here. In three districts -- that is,
14  the 1st, the 4th, and the 12th -- you've, again,
15  managed to stuff about half of the black
16  population in the state. And all you've got to do
17  is look -- you can -- you can name it whatever you
18  want to name it; it still is what it is.
19      When you just peruse very quickly the
20  statistics on all of these races, you see exactly
21  what is going on in each of these three districts.
22  You've got 66 to 68 percent -- you call it
23  "Democratic performance." But anybody who looks
24  at the numbers see that you're at the core of the
25  cities in this state and that the areas that you

45

1  extract are the -- are the primarily minority
2  communities, whether you're in Durham or Wake or
3  Mecklenburg.
4      The more important thing is that you
5  can't use partisanship as a proxy for race. And
6  that's exactly what you've done here. We know
7  because we've been unable to draw these maps
8  overnight. And you didn't draw them overnight
9  either. And we know that they were imported into
10  this place, and they weren't originally conceived
11  or drawn on the legislative computers.
12      But let me say this: The biggest
13  challenge that we have is basically the
14  dismantling of democracy that this map represents,
15  in that you create three districts that perform at
16  a 65 to 70 percent level for one party, then ten
17  districts that perform in the low to mid 50s range
18  for the other party. Now, you're assaulting
19  democracy even though you're doing it in the name
20  of partisanship.
21      And historically, the courts have said
22  that they're going to stay out of the political
23  thicket when it comes to gerrymandering based on
24  partisanship.
25      But I will tell you, this is such a bold

46

1    and audacious move that it's probably what the
2    courts have been waiting for to wade into this
3    area. And I will assure you of that. And if you
4    think the people in this state are mad because of
5    the way you districted the last time, they're
6    going to be furious because of the way you're
7    doing this district. This is an abomination. It
8    is a direct assault on democracy. It is
9    disingenuous to think that you've now created
10   districts that don't take race into account just
11   because you say race hasn't been taken into
12   account.
13       When we get the stat -- stat packs on
14   these districts, I will assure you of two things:
15   Number 1, the black voting age population in
16   Districts 1 and District 12 are equal or greater
17   than it was in the two districts that have been
18   rejected so far. And Number 2, that -- that in
19   the other district, District 4, I guess, where you
20   take Wake County and send it a certain way, you
21   will find the same kind of phenomenon.
22       So I say that you might call it
23   partisanship in districting like this. But here
24   in the middle of Black History Month, it is as
25   pernicious as the same kinds of activity that has

47

1    given a scar to so many Southern states over the
2    last 150 years.
3        You call it what you want. It is still
4    using race as a basis as to how you elect the
5    Congresspeople in North Carolina.
6        CHAIRMAN RUCHO: Representative Lewis.
7        REP. LEWIS: Mr. Chairman, I just point
8    out even Senator McKissick's acknowledged that
9    race was not a factor in drawing this map, Senator
10   Blue appears to want to try to create something
11   that does not exist.
12       So I will point out again: I have
13   already noted the criteria. I will not -- I will
14   not belabor it. But the criteria that was used to
15   draw this map was adopted by this committee
16   yesterday and repeated by me a few minutes earlier
17   today.
18       CHAIRMAN RUCHO: Yes, sir. Thank you.
19       And -- and Senator Blue, when you use --
20   say that using the partisan, that partisan was
21   never used. All it was is the political data
22   coming from elections, and you have that before
23   you. So for you to tie together race in that just
24   doesn't make any sense. So that -- that being
25   said --

48

1    Yes, Representative Butterfield.
2        REP. FARMER-BUTTERFIELD: Thank you,
3    Mr. Chair.
4        I wanted to ask that we look at the
5    criteria we have that was adopted by this majority
6    yesterday and apply that to these three districts
7    for me.
8        REP. LEWIS: Certainly.
9        CHAIRMAN RUCHO: Representative Lewis.
10       And while he's preparing, can I remind
11   everybody here to please keep your maps so we can
12   have them and we don't have to cut down some
13   additional trees, if at all possible. And -- so
14   thank you. That and the stat packs. So bring
15   them and make them available for the redistricting
16   committee meetings, House and Senate, and on the
17   floor.
18       Representative Lewis.
19       REP. LEWIS: Mr. Chairman, could I just
20   clarify with Representative Farmer-Butterfield?
21       You wanted to go through three districts
22   that Senator Blue referred to based on the
23   criteria that was adopted.
24       Yes, ma'am. First of all, the first
25   criteria was equal population. The population of

49

1    the 1st is 733,499.
2        The second criteria is contiguity. I
3    think you can look at the map -- and even this
4    map, if it's more helpful without county lines,
5    and be able to see that all the territory is
6    contiguous. It does touch.
7        Political data: I've provided that to
8    you. That shows what the election results were
9    within inside this district.
10       The partisan advantage: I've conceded
11   that Republicans don't have a great partisan
12   advantage in the 1st.
13       The 12th: The -- the drawing of the
14   1st -- the -- one of the criterion yesterday was
15   do away with the certain serpentine shape of the
16   12th. So that would not apply to the 1st.
17       Compactness: I think you will notice
18   that nearly every county in the 1st is a whole
19   county. You will see that there are three divided
20   counties in the 1st, Wilson being one of them.
21   That was done to take into account the residency
22   of the incumbent. Pitt -- Pitt was divided to --
23   again, based on the requirement to have equal
24   population. And you'll see that Durham is divided
25   as well, as best I recall, as -- as a combination

Case 1:13-cv-00949-WO-JEP   Document 159-10   Filed 03/07/16   Page 13 of 20

50

1  of the need to equalize population, and political
2  concerns as well.
3      In the 4th, the criteria for equal
4  population is met. The population in the 4th is
5  733,499.
6      Contiguity: You'll notice that it is all
7  of Orange County. It connects nicely through
8  Durham in whole precincts. And you'll see that it
9  connects into Wake. All of the area is
10 contiguous.
11     The area of political data I provided to
12 you in the stat packs, the partisan advantage,
13 I've conceded that I think the Republicans are
14 going to have to work hard to win this seat.
15     The 12th District: This -- the doing
16 away with the serpentine 12th does not apply to
17 the drawing of the 4th.
18     Compactness: I think you can see that
19 it's one whole county. It's -- it is, in my
20 opinion, a very compact district. And in the area
21 of incumbency, one incumbent member of Congress
22 resides in Orange County. So it takes that into
23 account as well.
24     As far as the 12th goes, an area of equal
25 population. The population of the 12th is

51

1  733,498.
2      The contiguity: You'll see that it is
3  all connected territory within Mecklenburg County.
4  The political data I have provided to you,
5  partisan advantage, I have conceded that the
6  Republicans have to work really hard to win this
7  seat.
8      The 12th District: You will see it is
9  certainly not a serpentine district that snakes
10 all the way up through the state.
11     Compactness: I think certainly you can
12 recognize that it is compact.
13     And incumbency for this particular
14 district was not a consideration because there is
15 not an incumbent residing in the 12th at this
16 time.
17     REP. FARMER-BUTTERFIELD: Thank you.
18     CHAIRMAN RUCHO: Follow-up?
19     REP. FARMER-BUTTERFIELD: Follow-up.
20     I appreciate that information. It's
21 certainly helpful, because I live in District 1.
22 And I was also concerned about how District 12 was
23 leading as it relates to party. So that's been
24 real helpful.
25     CHAIRMAN RUCHO: I've got Representative

52

1  Michaux had a question.
2      REP. MICHAUX: Yeah. Mr. Chairman, I've
3  just got a short question.
4      Representative Lewis, do you believe that
5  what you have done here, that African-American
6  voters have a reasonable opportunity to elect
7  candidates of their choice?
8      REP. LEWIS: Representative Michaux, I've
9  conceded that you're a brilliant man. I've
10 conceded that you're a very good attorney. I'm
11 going to answer that by saying these maps were
12 adopted by the criteria -- were drawn by the
13 criteria adopted by this committee. The winks and
14 the nods are not going to change my answer. Or
15 the smirks.
16     CHAIRMAN RUCHO: Follow-up?
17     REP. MICHAUX: That was the answer I
18 expected.
19     CHAIRMAN RUCHO: Okay.
20     REP. LEWIS: Glad -- glad to oblige.
21     CHAIRMAN RUCHO: All right.
22 Representative Hager.
23     REP. HAGER: Thank you, Mr. Chairman.
24 Just a quick statement, if it's okay with you.
25     As I sit here, we listen to the issues

53

1  that we've had, and I want to commend Senator
2  Rucho and Representative Lewis for the good job
3  you guys have done on this. Thank you guys for
4  your hard work.
5      Senator Blue said that the people are
6  mad -- or will be mad in North Carolina for --
7  over these maps.
8      Senator Blue, you know, the last three
9  elections, we returned more and more Republican
10 majorities in this House and the Senate. If
11 they're mad, I think we -- they're mad you -- you
12 mad -- may be mad at the wrong person.
13     The Democrats in this case, in the
14 minority party, have returned no maps. We don't
15 have anything else to consider. Even though, as
16 the way I understand it, that unless the
17 Republicans had colluded with the radio stations
18 and the TV stations to only deliver the message of
19 a three-judge panel to Republican areas, that the
20 minority party had the same amount of time to
21 bring maps forward. Two weeks, as far as I
22 understand, that Representative Lewis and Senator
23 Rucho worked to get this -- get these maps to us.
24     You know, at the end of the day,
25 Representative Michaux talks about Section 2 of

## 54

1    the VRA. What he fails to mention is there's a
2    three -- let me -- let see if I got it right. A
3    three-threshold condition to be met. We didn't
4    talk about those. We can go over those.
5         I think it's not just as simple as saying
6    the VRA says -- Section 2 says you've got to do
7    this. And, you know, what I find strange is a lot
8    of the -- these three -- three conditions were met
9    on the Supreme Court decision on Thornburg --
10   Thornburg versus Gingles that was because of
11   Democrat-drawn maps back in the '80s. So I find
12   that very ironic that these were pushed forward
13   because of past Democratic-controlled maps that
14   were drawn.
15        So I say all of this to say that, you
16   know, these guys have worked hard. They've
17   complied to the three-judge panel, even though I
18   think all of us on this side of the aisle believe
19   that the maps were -- drawn originally were
20   constitutional.
21        So I think what we ought to do,
22   Mr. Chairman, is move this map forward and go
23   ahead and vote on it, and let's vote on it and get
24   it out so we can all go home.
25        CHAIRMAN RUCHO: Thank you,

## 55

1    Representative Hager.
2         Representative Lewis, comments?
3         REP. LEWIS: No, sir.
4         CHAIRMAN RUCHO: Okay. I've got Senator
5    McKissick for a question.
6         Excuse me, I had Representative Jones.
7         Okay. He -- he offers you to have first
8    voice.
9         SEN. McKISSICK: And this is a question
10   of co-chairs or perhaps of staff. I was wondering
11   if we could get a copy of the plan in a digital
12   format that we -- say, on a jump drive or
13   something like that, that can be downloaded to a
14   database for further analysis?
15        REP. LEWIS: Mr. Chairman --
16        SEN. McKISSICK: And if so, when that
17   might be available.
18        REP. LEWIS: Mr. Chairman?
19        CHAIRMAN RUCHO: Yes, sir.
20   Representative Lewis.
21        REP. LEWIS: Thank you, Mr. Chairman.
22   I would like to state for the record that
23   staff has been instructed as soon as this
24   committee adopts this plan to make that
25   information available.

## 56

1         SEN. McKISSICK: So point of
2    clarification, Mr. Chair.
3         CHAIRMAN RUCHO: Follow-up question.
4         SEN. McKISSICK: If we were to provide a
5    jump drive or -- will they be like a jump drive or
6    some device available where we could obtain that?
7         CHAIRMAN RUCHO: Ms. Churchill, do you
8    have any answer to that?
9         MS. CHURCHILL: Senator McKissick, from
10   the chair's instructions for posting on the Web,
11   the block assignment file will be on the Web
12   following the conclusion of this meeting.
13        SEN. McKISSICK: On the Web it will be
14   available?
15        MS. CHURCHILL: Yes, sir.
16        SEN. McKISSICK: Thank you.
17        MS. CHURCHILL: Okay.
18        CHAIRMAN RUCHO: Representative Jones.
19        REP. JONES: Thank you, Mr. Chairman.
20        I just want to take the opportunity,
21   perhaps with Representative Hager, and just
22   commend the chairs and everyone involved for the
23   work here under very difficult circumstances and
24   very difficult time limits to be able to comb back
25   with something like this.

## 57

1         And I just wanted to kind of reiterate
2    the fact of the compactness of the districts.
3    Just for the benefit, perhaps, of the people --
4    people listening in that may not understand or
5    just to reiterate that with Congressional
6    districts, it's absolute zero deviation.
7         People ask sometimes, well, why do you
8    divide a county? And the answer is, it's
9    impossible not to.
10        But for you to draw 13 Congressional
11   districts and only divide 13 counties, only divide
12   13 precincts, is quite commendable and goes beyond
13   what should be expected. And I think you-all have
14   done an absolute brilliant job in doing that. And
15   obviously you know that whatever map you came back
16   with, you were going to be subject to some type of
17   criticism that we've heard here today, and no
18   doubt will hear going forward.
19        But I will say this, and going back,
20   perhaps, to a few of the comments that were made
21   yesterday, which we won't repeat. But when the
22   minority party was in the majority, I think it's
23   pretty clear that they stopped at no limits when
24   it came to political gerrymandering to their
25   advantage.

58

When you look at the legislative maps that were drawn back in the previous decades, with two-member districts, three-member districts, four-member districts, however a district had to be drawn in order to gain that political favor -- favoritism for the majority at the time, there was no stone left unturned. But, yet, you've come back with a map here that has -- has answered the critics, has complied -- complied with the law as the judge panel suggested. And I -- I think you really need to be commended.

And briefly, I just wanted to add to something that Senator Brown mentioned earlier with the 13th district. But I will take issue with those that would say that you cannot elect Democratic members in these districts. If you -- if you look at the data that we've been given -- for instance, the very first race on the -- on the sheet, 2008 Attorney General race, which was a contested partisan race, I would -- I would point out that the Democratic candidate won 13 out of the 13 Congressional districts.

If you look at the next one, which was the auditor's race, the Democratic candidate won nine of the 13 districts. If you go to the next

59

page and look at the commissioner of insurance race, the Democrat won eight of the 13 districts.

So I think -- to give credit to the people of this state, we're not talking about robots. They do have an opportunity to vote for the candidates of your choice. And I think that they have shown that they will cross party lines or they will vote for the candidate of their choice, whether it's a Republican or a Democrat, which would suggest that if you have the right candidate, that you have an opportunity to win in any -- in any district. And I think that should be pointed out.

Again, Representative Lewis, Senator Rucho, thank you-all for the hard work and look forward to supporting your efforts.

CHAIRMAN RUCHO: Thank you. Senator Apodaca.

SEN. APODACA: Thank you, Mr. Chairman.

I think it might be good if we're talking about history month and history lessons, we have a little General Assembly history. I think back to -- Senator Rucho, what? 2003? When we had a hearing similar to this and we were told that we could find our own computer and draw our own maps

60

and weren't offered anything from the majority party to help us towards that goal. Am I correct in that? I was -- kind of remembered that.

CHAIRMAN RUCHO: Yes, sir. These were unconstitutional districts, if you remember.

SEN. APODACA: Yeah, they were.

But I -- you know, I'm struck -- you know, I look at this wall and all of these maps. And I would say, I would submit, that this map is probably the best map since 1980.

Representative Michaux, I guess that was your tenth term. I don't remember how long you were here.

Smile, Mickey.

But, you know, we talk about splitting districts and we just talked about we have 13 split districts. 2011, we had 32. 2001, we had 27. 1998, we had 21. 1997, we had 20. And 1992, we had 44. So today, we have 13, with this proposed map, split districts. So --

CHAIRMAN RUCHO: Counties.

SEN. APODACA: Counties, excuse me. Counties split. Both, yeah.

So this is much better than what we've had in the past, and I submit it to you.

61

CHAIRMAN RUCHO: Senator Brown.

SEN. BROWN: Thank you, Mr. Chairman.

I'm not sure I can say much more than Representative Jones and Senator Apodaca just touched on. I, too, was going to mention that in the '08 election, that Attorney General Cooper won every single one of these -- these districts.

SEN. McKISSICK: That's what they're hoping for.

SEN. BROWN: So I think that tells you the competitiveness of these districts.

And again, to keep these maps where you only split 13 counties -- everybody needs to go home and try it, and I can promise you, it's hard to do it by splitting any less than that and keep, you know, the populations the same in each of these counties.

So again, I -- I think this is a pretty dang good job, and I would hope that the members of -- that live in each of these counties appreciate the fact that we've tried to keep them as whole as we have. And I think it's a very good map. Thank you.

CHAIRMAN RUCHO: Representative Michaux.

REP. MICHAUX: Yeah, Mr. Chairman, since

**62**

1    my name has been used in vain a little bit here.
2        CHAIRMAN RUCHO: It was just a question
3    of whether it was a tenth or the 16th term that
4    you were at, at that point, I think.
5        REP. MICHAUX: Well, at the term that he
6    mentioned, I was a United States Attorney for the
7    Middle District of North Carolina. So I wanted to
8    clear that up. Make sure you understood. Just
9    like you got your facts wrong on that one, you are
10    wrong on this, too.
11        But irrespective of -- irrespective of --
12        SEN. APODACA: Mr. Chairman, may I ask
13    Representative Michaux a question?
14        CHAIRMAN RUCHO: In a moment.
15    Finish up.
16        REP. MICHAUX: If he wants to ask me a
17    question, let him go ahead on.
18        CHAIRMAN RUCHO: Go ahead.
19        REP. MICHAUX: Ask him who he voted for
20    in his first race?
21        SEN. APODACA: I don't remember. I
22    believe it was you. But we were all young at one
23    time.
24        Did you prosecute these maps when you
25    were in the U.S. Attorney's Office?

**63**

1        REP. MICHAUX: I didn't -- I didn't have
2    to. I helped draw the ones in '80.
3        CHAIRMAN RUCHO: Okay. You have a
4    follow-up to that?
5        REP. MICHAUX: Yeah. I just wanted to
6    say, Mr. Chairman, that what -- what -- what
7    Representative Hagar says, he needs to go back --
8    I'm glad he's a student of the law because he
9    needs to really go back. Section 2 is a valuable
10    part of the Voting Rights Act. It is a part -- if
11    you read the decision by the three-judge panel,
12    Section 2 is mentioned in there. If you read the
13    decision in the Alabama case, Section 2 is
14    mentioned in there.
15        All of these things fall in line. What
16    you -- what you're basically doing here is trying
17    to avoid using race, you have already brought race
18    into the picture.
19        CHAIRMAN RUCHO: Thank you.
20        All right. Any other questions, Members
21    of the Committee? Any --
22        Yes, sir. Senator McKissick.
23        SEN. McKISSICK: And it may be premature
24    to ask this question. But assuming these maps are
25    approved tomorrow and they go on to the Court, I'm

**64**

1    just wondering what's been determined and what has
2    been proposed in terms of deadlines for filing
3    periods in the postponement of the Congressional
4    district elections? Because we clearly have
5    situations here which would, in my mind, compel us
6    to reset the Congressional district elections at a
7    later date and reopen these final periods.
8        So I was wondering what has been thought
9    about or what has been considered in terms of new
10    date for the Congressional district elections or
11    proposed opening periods for filing of candidacy.
12    Because otherwise, we end up with one district
13    where there won't even be anybody.
14        REP. LEWIS: Mr. Chairman.
15        CHAIRMAN RUCHO: Yes, sir.
16        REP. LEWIS: In an attempt to answer the
17    Senator's question, it is the intent tomorrow,
18    provided a stay is not issued, that a bill will
19    be sourced to create a new redistricting map to
20    comply with the decision in the Harris case.
21    There will be a separate bill that would be
22    sourced that would reestablish when the new
23    Congressional election would be done. Obviously,
24    there are factors to take into account, a certain
25    amount of time it takes to get the ballots

**65**

1    prepared and mailed out and whatnot.
2        But just for planning purposes, I
3    believe, sir, you could anticipate that the -- the
4    Senate would deal with the adoption of the maps
5    first and the House would deal with the adoption
6    of the new election schedule, and then the two
7    would cross. And, you know, of course it would
8    require action by both sides.
9        I know that there are several members
10    that have begun to work on this with our staff. I
11    can't give you the exact dates now; frankly,
12    because I don't know what they are.
13        SEN. McKISSICK: Thank you.
14        CHAIRMAN RUCHO: Follow-up. You all set?
15        SEN. McKISSICK: I -- I think that
16    clarifies it. I mean, do we have any proposed
17    dates? I mean, are we talking about May for the
18    election or...
19        REP. LEWIS: Mr. Chairman?
20        CHAIRMAN RUCHO: Yes, sir.
21        REP. LEWIS: I'll be happy to try and
22    share, or perhaps Representative Jones could meet
23    with the senator after we adjourn.
24        To my knowledge, the dates have not been
25    finalized yet. I know that they're both in

Case 1:13-cv-00949-WO-JEP   Document 159-10   Filed 03/07/16   Page 17 of 20

66

1  conversations with our central staff. I know
2  Representative Jones on the behalf of the House
3  has been in contact with the State Board. I
4  don't -- to be candid with you, I don't know that
5  we've set what the dates are just yet.
6      SEN. McKISSICK: Okay. Thank you.
7      CHAIRMAN RUCHO: To -- to help out with
8  that, you know, having worked on the part when we
9  establish the filing and the like for the March
10  15th, there are seven days that the boards of
11  elections, both central and counties, are required
12  to do certain things. So what you do is you work
13  back, and that hasn't been done yet. Okay.
14      All right. Members of the Committee, I
15  don't see any additional questions or comments.
16      Senator Hise, for a motion?
17      SEN. HISE: Thank you, Mr. Chairman.
18      We've been tasked by the President Pro
19  Tem for the Senate and the Speaker of the House
20  with recommending a proposed contingent
21  Congressional map that complies with the trial
22  court's order in the matter of Harris versus
23  McCrory, to the extent that that order is not
24  stayed by higher authority. To comply with our
25  directive and after extensive debate today, I move

67

1  that the committee recommend favorably to the
2  General Assembly the contingent Congressional map
3  presented to the committee today by you and
4  Co-chairman Lewis, and that committee staff be
5  given leave to format this recommendation,
6  recommending contingent map as needed for
7  submission as a report of recommended legislation
8  to the General Assembly.
9      CHAIRMAN RUCHO: Thank you, Senator Hise.
10      Members of the committee, we have a
11  motion before us to adopt these maps and be able
12  to submit them to the General Assembly for the
13  short -- for the special session.
14      Any questions or comments?
15      (No response.)
16      CHAIRMAN RUCHO: All right. Seeing none,
17  Mr. Clerk, may we have a roll --
18      THE CLERK: As per Senator Apodaca --
19      CHAIRMAN RUCHO: -- roll call first. And
20  Senator Apodaca wants to be called first, if you
21  will be kind enough.
22      THE CLERK: We'll begin with the Senate.
23      CHAIRMAN RUCHO: Thank you.
24      THE CLERK: Rucho?
25      CHAIRMAN RUCHO: Aye.

68

1      THE CLERK: Rucho, aye.
2  Apodaca?
3      SEN. APODACA: Aye.
4      THE CLERK: Apodaca, aye.
5  Barefoot?
6      SEN. BAREFOOT: Aye.
7      THE CLERK: Barefoot, aye.
8  Blue?
9      SEN. BLUE: No.
10      THE CLERK: Blue, no.
11  Brown.
12      SEN. BROWN: Aye.
13      THE CLERK: Brown, aye.
14  Clark?
15      SEN. CLARK: No.
16      THE CLERK: Clark, no.
17  Harrington?
18      SEN. HARRINGTON: Aye.
19      THE CLERK: Harrington, aye.
20  Hise?
21      SEN. HISE: Aye.
22      THE CLERK: Hise, aye.
23  Jackson.
24      SEN. JACKSON: Aye.
25      THE CLERK: Jackson, aye.

69

1  Lee?
2      SEN. LEE: Aye.
3      THE CLERK: Lee, aye.
4  McKissick?
5      SEN. McKISSICK: No.
6      THE CLERK: McKissick, No.
7  Randleman?
8      SEN. RANDLEMAN: Aye.
9      THE CLERK: Randleman, aye.
10  Sanderson?
11      SEN. SANDERSON: Aye.
12      THE CLERK: Sanderson, aye.
13  Smith?
14      SEN. SMITH: No.
15      THE CLERK: Smith, no.
16  Smith-Ingram?
17      SEN. SMITH-INGRAM: No.
18      THE CLERK: Smith-Ingram, no.
19  Wade?
20      SEN. WADE: Aye.
21      THE CLERK: Wade, aye.
22  Wells?
23      SEN. WELLS: Aye.
24      THE CLERK: Wells, aye.
25  Lewis?

70

1  REP. LEWIS: Aye.
2  THE CLERK: Lewis, aye.
3  Jones.
4  REP. JONES: Aye.
5  THE CLERK: Jones, aye.
6  Brawley?
7  REP. BRAWLEY: Aye.
8  THE CLERK: Brawley, aye.
9  Cotham.
10 REP. COTHAM: No.
11 THE CLERK: Cotham, no.
12 Davis?
13 REP. DAVIS: Yes.
14 THE CLERK: Davis, yes.
15 Farmer-Butterfield?
16 REP. FARMER-BUTTERFIELD: No.
17 THE CLERK: Farmer-Butterfield, no.
18 Hager?
19 REP. HAGER: Aye.
20 THE CLERK: Hager, aye.
21 Hardister?
22 REP. HARDISTER: Aye.
23 THE CLERK: Hardister, aye.
24 Haynes?
25 REP. HAYNES: No.

71

1  THE CLERK: Haynes, no.
2  Hurley?
3  REP. HURLEY: Aye.
4  THE CLERK: Hurley, aye.
5  Jackson?
6  REP. JACKSON: No.
7  THE CLERK: Jackson, no.
8  Johnson?
9  REP. JOHNSON: Aye.
10 THE CLERK: Johnson, aye.
11 Jordan?
12 REP. JORDAN: Aye.
13 THE CLERK: Jordan, aye.
14 McGrady?
15 REP. McGRADY: Aye.
16 THE CLERK: Grady, aye.
17 Michaux?
18 REP. MICHAUX: No.
19 THE CLERK: Michaux, no.
20 Moore?
21 REP. MOORE: Nay.
22 THE CLERK: Moore, nay.
23 Stam?
24 REP. STAM: Aye.
25 THE CLERK: Stam, aye.

72

1  Stevens?
2  REP. STEVENS: Aye.
3  THE CLERK: Stevens, aye.
4  CHAIRMAN RUCHO: Members of the
5  Committee, the roll was taken and you have 24
6  ayes, in favor of adoption of the maps, 11 noes.
7  That will be submitted to the General Assembly at
8  its special session.
9  I'll remind everyone again that please
10 save the maps that you have and bring them with
11 you so that we can be able to save staff time
12 in -- in trying to accomplish that.
13 The -- I think you need to stay tuned to
14 the -- to the e-mails for the next meeting, which
15 I'm assuming will be...
16 All right. Will be the call of the chair
17 and specifically on redistricting committee.
18 Representative Lewis, any additional
19 comments?
20 REP. LEWIS: Mr. Chairman, just an
21 announcement to the members: We've been informed
22 that the governor has called and has issued a
23 proclamation for an extra session. The General
24 Assembly will convene on Thursday, February 18th
25 at 10 o'clock a.m.

73

1  CHAIRMAN RUCHO: Okay. Members of the
2  Committee, we're about ready to conclude our
3  meeting. But again, I will just let you know,
4  without objection, the chairs will sign this
5  report when it's prepared to be submitted to -- to
6  the General Assembly.
7  Okay.
8  REP. LEWIS: Mr. Chairman?
9  CHAIRMAN RUCHO: Yes, sir.
10 Representative Lewis.
11 REP. LEWIS: I just also wanted to state
12 for record that the Chair's acknowledged the
13 request from Senator McKissick, and perhaps
14 others, to make this information available and the
15 Chair's understand that may require additional
16 information than what's been provided here or what
17 was considered in drawing of the maps.
18 CHAIRMAN RUCHO: Okay. Ladies and
19 gentlemen, thank you for your attention, and this
20 committee is adjourned.
21 (The proceedings in this matter adjourned
22 at 5:37 p.m.)
23
24
25

74

STATE OF NORTH CAROLINA
COUNTY OF WAYNE
                    CERTIFICATE

    I, Jennifer C. Carroll, a Registered Merit
Reporter and Certified Realtime Reporter, do hereby
certify that on February 17, 2016, the proceeding was
held before me at the time and place aforesaid, that all
parties were present as represented, and that the record
as set forth in the preceding pages represents a true and
accurate transcription of the proceedings to the best of
my ability and understanding.

        IN WITNESS WHEREOF, I have hereto set my hand,
this the 26th day of February, 2016.



                    _____

            Jennifer C. Carroll, RMR, CRR

Case 1:13-cv-00949-WO-JEP   Document 159-10   Filed 03/07/16   Page 20 of 20