NORTH CAROLINA GENERAL ASSEMBLY
PUBLIC HEARING ON REDISTRICTING

---

TRANSCRIPT OF THE PROCEEDINGS
MAIN HEARING SESSION

---

In Raleigh, North Carolina
Monday, February 15, 2016
Reported by Robbie W. Worley

Sessions simulcast from the following locations:

North Carolina General Assembly - Legislative
   Office Building, Room 643 (Wake County)
Central Piedmont Community College
   (Mecklenburg County)
Fayetteville Technical Community College
   (Cumberland County)
Cape Fear Community College (New Hanover County)
UNC-Asheville (Buncombe County)
Halifax Community College (Halifax County)

Worley Reporting
P.O. Box 99169
Raleigh, NC 27624
919-870-8070

**2**

1    SEN. RUCHO: I'd like to bring to order
2    the public hearing today on redistricting.
3    We've got a few items that we'll take
4    care of prior to hearing of the public on this
5    issue, and then I've got a statement that I'll
6    present in a moment. But let's take up a few house
7    items.
8    Today, we have in Raleigh, Sergeant-at-
9    Arms, and we have them located through all the
10   sites. One of them here we have in the Senate is
11   Hal Roach, Jim Blackburn, Steve McKaig, and Jim
12   Hamilton from the Senate side. Thank you for
13   helping us make this a success.
14   And then we have, on the House side,
15   Marvin Lee and Reggie Sills. Thank you, folks. We
16   appreciate all of your help in making this -- and
17   there are Sergeant-at-Arms at each of the locations
18   that the moderator may be able to recognize as we
19   proceed forward.
20   Let's begin, and let's just -- ladies and
21   gentlemen, I'd like to welcome everybody to the
22   public hearing on redistricting. I am Senator Bob
23   Rucho, Senate Chairman of the Joint Select
24   Committee on Congressional Redistricting, and here
25   with me today is House Chairman Rep. David Lewis on

**3**

1    my left.
2    Today's hearing is an effort on part of
3    the Joint Senate Select -- excuse me, the Joint
4    Select Committee on Congressional Redistricting to
5    hear public comments on North Carolina
6    Redistricting -- Congressional Districts in light
7    of the ruling in the Harris versus McCrory, made by
8    the United States District Court for the Middle
9    District of North Carolina.
10   Along with our sites here in Raleigh, we
11   are also videoconferencing with the sites in
12   Halifax Community College, Central Piedmont
13   Community College, Fayetteville Technical Community
14   College, Cape Fear Community College, UNC
15   Asheville, and I will say to you Guilford Tech
16   Community College is closed today, and therefore,
17   we are not able to have a hearing there today.
18   If any -- if any of the public would like
19   to submit their comments, I will, as we proceed
20   forward, identify how to do so on the NCLEG
21   website. And if they can -- if -- members of the
22   public who cannot attend any of the sites are
23   welcome to have the opportunity to submit their
24   comments online at www.ncl.ncleg.net/redistricting
25   through our written comments submission form, which

**4**

1    is online. And members of the committee will have
2    an opportunity to review that and review your
3    comments in addition to the public comments today.
4    And I'd like to take a moment to have
5    each of the moderators to -- at each of the sites,
6    and I'll identify them in rotation, the Senators
7    and Representatives that are present at the site
8    today. And they'll be -- the people that we will
9    recognize will be the members of the committee.
10   And today, of course, myself, Senator Bob
11   Rucho, Representative David Lewis, Representative
12   Rodney Moore, Representative Jackson, Senator Chad
13   Barefoot, I see Senator Clark, Senator Ford,
14   Senator Blue. I'm trying to make sure I don't miss
15   anybody. Senator Erica Smith-Ingram, Senator Jane
16   Smith, Senator Floyd McKissick, Senator Paul Lowe.
17   And I think I have -- oops, Representative Jordan.
18   Thank you. And Representative Bell. I think I --
19   and -- and Representative Hanes. Excuse me.
20   Okay. That is our group here in Raleigh.
21   And the -- I will rotate to the next stop, and that
22   will be at Central Piedmont Community College.
23   Representative Bill Brawley, would you identify the
24   Senators and Representatives there? Can you hear
25   me? Representative Brawley.

**5**

1    REP. BRAWLEY: [break in transmission]
2    Wells, Tarte, and Jackson, and also Representative
3    Fraley. And -- oh, I'm sorry. And Representative
4    Bradford. Curtis represents Lincoln and Iredell.
5    Harrington is Gaston. Wells is Catawba. Tarte,
6    Jackson, Representative Bradford, and myself
7    represent Mecklenburg. And Representative Fraley
8    is also from Iredell.
9    SEN. RUCHO: Okay.
10   REP. BRAWLEY: That's all we have, sir.
11   SEN. RUCHO: Thank you, sir. And be
12   prepared to move forward on your first speaker in a
13   few moments.
14   REP. BRAWLEY: Representative Bradford, I
15   apologize for my oversight.
16   SEN. RUCHO: All right. We need to move
17   on to Fayetteville Technical Community College.
18   Senator Jackson, are you there?
19   SEN. JACKSON: Yes, sir. Good morning,
20   Senator Rucho. I have with myself here
21   Representative John Szoka representing Cumberland
22   County. And that's all our members that we have
23   here.
24   SEN. RUCHO: Very fine. And then I'll
25   need to be prepared to identify the first person on

6

1      the online registration list to -- we'll be coming
2      to that person in a few moments.
3            SEN. JACKSON:  Yes, sir.
4            SEN. RUCHO:  Thank you.  Okay.  Calling
5      Cape Fear Community College.  I've got
6      Representative Ted Davis as the moderator.
7      Representative Davis, can you hear me?
8            REP. DAVIS:  [break in transmission]
9      Senator Harry Brown from Onslow County.  Senator
10     Michael Lee, New Hanover.  We also have
11     Representative Frank Iler from New Hanover County,
12     and Susi Hamilton from New Hanover County.
13           SEN. RUCHO:  All right.  Senator Davis,
14     would you identify your first person on the list
15     for online, and we will be coming through in a few
16     moments.  Thank you.
17           Communicating with UNC Asheville,
18     Representative Chuck McGrady.
19           REP. MCGRADY:  With me is Senator Ralph
20     Hise, Representative Mike Hager, and Representative
21     Michelle -- Michelle Presnell.
22           SEN. RUCHO:  Thank you.  And that -- that
23     volume is actually getting better there.  Thank you
24     very much.  And then I have --
25           SEN. HISE:  Senator Rucho?

7

1            SEN. RUCHO:  I'm sorry?
2            SEN. HISE:  Senator Rucho, this is Ralph
3      Hise at UNC Asheville.  Just wanted to let you know
4      we have also opened an overflow room 'cause we've
5      exceeded capacity in the original room.  So we have
6      a separate room at UNC Asheville where people can
7      hear -- see the hearing.
8            SEN. RUCHO:  Thank you, Senator Hise.
9      And -- and I need y'all to be prepared to bring --
10     you know, line the speakers up so we can have a
11     nice, smooth transition through and give everybody
12     a chance to speak.  Okay?  Thank you.
13           SEN. HISE:  We're ready.
14           SEN. RUCHO:  All right.  And then I'm
15     calling now Halifax Community College, and I've got
16     a -- Representative Skip Stam.  Representative
17     Stam, do you have your members there?
18           REP. STAM:  I do.  Yes.  This is
19     Representative Stam.  Senator Sanderson is here
20     with me.  And we do have several speakers here
21     ready to speak.
22           SEN. RUCHO:  Okay.  Excellent.  And we'll
23     be with you in a few moments.
24           And members of the Committee and the
25     public, I'll let you -- just remind you that

8

1      because of the inclement weather -- and the policy
2      was if the facility is not open, then the
3      meeting -- then the hearing in the location, and in
4      this case Guilford Technical Community College, is
5      closed, and therefore that hearing in Guilford has
6      been canceled.
7            All right.  Well, we've introduced
8      everyone.  Excuse me.  Because of the inclement
9      weather across -- at all of the locations, we have
10     extended the sign-up from 10:00 to 11:00 to allow
11     people that may be coming in late due to the
12     inclement weather to have an opportunity to sign up
13     and to be recognized appropriately.
14           Okay.  Now, I would like to thank --
15     thank all of you, first of all, for taking the time
16     to come and attend and participate in this public
17     hearing at the sites across the state, including
18     here in Raleigh.
19           As you may be aware, the General Assembly
20     is actively seeking a stay by the U.S. Supreme
21     Court of the lower court ruling in order to avoid
22     the chaos and costliness associated -- associated
23     with an eleventh-hour delay of the election that is
24     already underway.
25           We continue to believe that the maps

9

1      have been upheld by the North Carolina Supreme
2      Court and validated by five of six others that have
3      been reviewed are fair, legal, and constitutional.
4            We will exercise all avenues of appeal to
5      see that they remain in place.  However, because of
6      the compressed timeline imposed upon us by the
7      Court, and in light of our ongoing appeal and
8      request for a stay, we think it's prudent that
9      we -- we think a -- we think it is a prudent course
10     to open a public comment process in event that the
11     maps need to be redrawn.
12           In the past -- and if you -- if you were
13     here during the first redistricting cycle, we had
14     many, many public hearings, and a lot of
15     teleconferencing like this.  And this is why we
16     decided to come forward with the same way, so
17     that -- and they were an essential part of the
18     Committee activity.
19           And what we're trying to do is gather the
20     knowledge of the citizens and their views on
21     redistricting, and today, specifically on
22     Congressional maps.
23           Our public hearing today is, again, an
24     opportunity for us, the members of the Select
25     Committee, to hear from you and hear your opinions.

Case 1:13-cv-00949-WO-JEP   Document 159-14   Filed 03/07/16   Page 3 of 61

10

1   Now, whether you signed up online in advance or
2   came today to put your name on the list, you'll
3   have an opportunity to speak for five minutes on
4   whatever idea you may have about Congressional
5   redistricting.
6       However, you choose -- however you choose
7   to spend your five minutes -- and we are here today
8   to hear from you about redistricting -- we are not
9   here to answer any questions, but to listen and
10  learn from your comments and ideas.
11      As to the rules that we'll follow in this
12  site and across the -- across the state, I will
13  introduce each speaker, especially in time in
14  Raleigh, and then the moderator from the different
15  cite as we rotate through will introduce that
16  speaker. And I would direct you to the -- if there
17  is any problems, any of the sites, you can go ahead
18  and talk to the staff person there, and they'll
19  relay it back to us, Representative Lewis and
20  myself, to help you with any problem.
21      Now, in the -- in the five minutes, we
22  have a staff person there, I believe Sergeant-at-
23  Arms at every location. And who is our Sergeant-
24  at-Arms here in with the yellow and red cards?
25  Okay. There it is.

11

1       And what we'll be doing at that point,
2   when the speaker begins, you'll have five minutes.
3   The Sergeant-at-Arms will show you a yellow card
4   when you have one minute remaining -- and you see a
5   yellow card there. And then at the end of five
6   minutes when your time is expired, you'll have a
7   red card. And then you'll be expected to conclude
8   your -- your -- your comments.
9       Now, also, in addition to the public
10  comments, we would welcome any written comments you
11  may have in addition to what you present today.
12  You can either have a written comment -- hand a
13  written comment to a staff member, or you can, as I
14  mentioned earlier, get onto the web site, which is
15  ncleg.net/redistricting, and use the written
16  comment submission form if you have thoughts that
17  you wanted to share with this committee.
18      At this time, I'd like to present -- ask
19  for the first speaker to -- to come forward. And
20  in -- we'll do the first one in Raleigh.
21      And the first speaker today will be Chris
22  Mansfield. Now, when Chris Mansfield comes up to
23  the microphone in the back of the room, I need you
24  to identify yourself and basically where you
25  reside. And then we will begin the process. Is --

12

1   is Chris Mansfield here?
2       Okay. Yeah, we'll go -- we will come
3   back -- we'll call -- see if Jane Pinsky is here?
4       Ms. Pinsky, if you'll identify yourself,
5   and then you have five minutes.
6       MS. JANE PINSKY: Good morning, Chairman
7   Rucho, Chairman Lewis, members of the Committee.
8   My name is Jane Pinsky. I am the Executive
9   Director of the North Carolina Coalition of
10  Lobbying and Government Reform.
11      The Coalition is approximately ten years
12  old and represents a wide array of partisan and
13  ideological views in the State of North Carolina.
14      The groups that make up the Coalition
15  range from the John Locke Foundation, to AARP, to
16  the AFL-CIO, to the League of Women Voters.
17      We are here today to simply say that the
18  problem is not with the districts as they are
19  drawn, but rather with the process that has
20  required you to draw these districts.
21      We know that drawing districts is not an
22  easy task, and that we have an unfortunate and long
23  history in North Carolina of partisan
24  gerrymandering.
25      We would encourage you, as you move

13

1   forward, to look at a number of non-partisan
2   processes and at some of the legislation that has
3   indeed been proposed by members of this body.
4       Thank you very much.
5       SEN. RUCHO: Thank you very much. All
6   right. I'm going to go to Central Piedmont
7   Community College, Representative Brawley, for the
8   first speaker there. Representative Brawley?
9       REP. BRAWLEY: Thank you -- thank you,
10  Senator. The first speaker is Robin Hayes.
11      SEN. RUCHO: Okay. Would you repeat
12  that, please, Representative Brawley, a little
13  louder?
14      REP. BRAWLEY: [break in transmission]
15  -- microphones will pick up. That's a good
16  question. Which way should he look? Look toward
17  the camera right -- look toward that camera.
18      MR. ROBIN HAYES: Are we ready?
19      REP. BRAWLEY: Yes.
20      MR. HAYES: Good morning, ladies and
21  gentlemen. Thank you all for holding this hearing.
22  Representative Brawley. Democrats and Republicans
23  have worked very, very hard to draw a map,
24  regardless of what we all think [break in
25  transmission]

14

1    I'm from Concord, North Carolina.  I
2  reside in the Eighth District.  I'm also a
3  recovering US Congressman.  I have been affected by
4  redistricting twice, and I have some knowledge of
5  the process.
6    What I'd like to emphasize this morning
7  is that there are very clear rules for drawing
8  districts.  It's based on a census which occurs
9  every ten years.  The most people that we can have
10  involved in the election process is what I think is
11  the most important goal of being involved.
12    A number of you here are very active in
13  politics at the grassroots level.  That's what it
14  takes for the system to work.  Everybody involved
15  knows that every ten years, there's the authority
16  of the State [break in transmission] because of the
17  drawing a map.  Consequently, you have ten years,
18  ten years -- [break in transmission] you have ten
19  years to organize your precincts and your districts
20  and to make sure that you elect the person that you
21  think is most qualified.
22    [break in transmission]  Democrats some
23  25 years.  The Republicans, some 25 years.  The
24  rules haven't changed.  You've got to [break in
25  transmission] by the federal government and the

15

1  Justice Department.  They [break in transmission]
2  sign off on the map because they [break in
3  transmission] who want the most people to vote who
4  can [break in transmission] at this point to
5  overturn what the Republicans and the Democrats
6  have put together in the General Assembly, chaos
7  will result.
8    A similar situation, if my memory is
9  correct, occurred in 1998.  A primary in May, and
10  then another Congressional primary in September.
11  799,000 folks voted in the regular primary.
12  166,000 voted in the later primary.  You want to
13  disenfranchise voters and completely skew the
14  process, then let this judge -- three-judge panel
15  do what they're trying to do.
16    The system's here.  The rules are known.
17  I recommend that the judges stay with the court
18  system, and let the legislature continue with its
19  process.  And at the end of the day, the more
20  people participate, the quality of our government
21  will improve, and I recommend that we leave maps as
22  they are now.
23    Thank you, Mr. Chairman.
24    REP. BRAWLEY:  Thank you, Mr. Hayes.
25    SEN. RUCHO:  Thank you, Representative

16

1  Brawley.  We'll -- we're going to -- we're going to
2  move on to Fayetteville Technical Community
3  College, and reminding all of our moderators that
4  we're working off the online registration list
5  first.
6    And so, Senator Brent Jackson, are you
7  there?
8    SEN. JACKSON:  Good morning, Senator
9  Rucho.  We have Mr. John Harry was one of our first
10  to sign up online.  Mr. Harry?
11    MR. JOHN HARRY:  Yes.  Good morning,
12  Chairman.  I am John Harry from Hoke County.  I
13  would like to talk about historical precedents.
14    Today the United States celebrates All
15  Presidents Day.  And I, among -- among others of
16  faith, celebrate Lent.  This past January 18th, we
17  celebrated Martin Luther King, Jr., and on December
18  25th, the symbolic birth of Jesus Christ, both
19  humble men of vision.
20    Today we are gathered here to give
21  testimony on political philosophy of the judiciary
22  intervention to the State of North Carolina and the
23  US Constitution, as it violates the principle of
24  one person and one vote, principles established by
25  Reynolds v. Sims, Wesberry v. Sanders, 1964, the

17

1  cornerstone of the Voting Act of 1965.
2    Prior to the Voting Act of 1965, a man of
3  vision stated, "In the process of gaining our
4  rightful place, we must not be guilty of wrongful
5  deeds.  Let us not seek to satisfy our thirst of --
6  for freedom by drinking from a cup of bitterness
7  and hate," Martin Luther King, Jr., 1963.
8    Another man of vision stated, "Do not
9  judge or you will be judged," Jesus Christ, 2,016
10  years ago.
11    Historically, since the mid-1930s, many
12  people believe it is the government's
13  responsibility to reach out for the issues and
14  solutions to all concerning, of course, our
15  respected country.  This philosophy is counter to
16  the philosophy of our Constitution, as the issue at
17  hand today will show.
18    As a selected federal judge has stabbed
19  the citizens of North Carolina in the back with its
20  current ruling on political districting and
21  redistricting of one -- 1st district and 12th
22  district.  The judge's lack of respect for the
23  voters of North Carolina, who in 2010, 2012, and
24  2014 voiced their approval for change from past
25  political gerrymandering of those in control of our

## 18

1  government since Reconstruction.
2      [inaudible] Civil War, federal
3  Constitution did not provide protection for voting.
4  It was a function of the State. This changed for
5  the seceding states between 1865 and 1870 while
6  under the Military Reconstruction Act of 1867
7  forced the reentering Confederate states to adopt
8  universal male suffrage, which is the cornerstone
9  of the 14th amendment of 1868 [break in
10  transmission] 1870. The 15th Amendment -- excuse
11  me. In 1870.
12      The 15th Amendment, which provides the
13  right to vote, shall not be denied or abridged on
14  the basis of race, color, or previous condition of
15  servitude, superseded state law.
16      1871, the -- excuse me. The Enforcement
17  Act law, which violated the principle -- excuse me.
18  Provided for federal election oversight. [break in
19  transmission] Supreme Court ruling since struck
20  down state laws which violated the principle of the
21  15th Amendment.
22      Congress, Federal Congress, 1970 --
23  excuse me, 1957, 1960, 1964, passed legislation
24  which contains voting-related provisions. In 1960
25  and 1962 the US Supreme Court ruled on

## 19

1  gerrymandering and grossly malproportionate state
2  legislative districts.
3      Voting Act of 1965, Section 2, 4, and 5
4  of the act are of relevance here today. Wake
5  County, North Carolina, in January 23rd, 1967, a
6  declaratory judgment as Wake and the State of North
7  Carolina under Section 5 was not a covered
8  jurisdiction, but a partially covered jurisdiction,
9  just like it is today.
10      In June 25th, 2013, the United States
11  Supreme Court ruled under Shelby v. Holder, 133
12  Supreme Court 2612, ruled Section 4B
13  unconstitutional, which is the preclearance rule --
14  preclearance, excuse me.
15      Section 5, briefly, was designed to
16  ensure that voting changes and [unintelligible]
17  jurisdictions could not be implemented until a
18  favorable determination had been attained.
19      Section 4 had established a formula --
20  formula for -- for determining cause, setting a
21  precedents that the philosophy of law is of
22  importance, which I, among others, worry the
23  Democrat party, through the voters of North
24  Carolina, Africans, Latinos, Caucasian and others,
25  remove them from control of the North Carolina

## 20

1  state government, which I may say practices various
2  district modifications of their own since
3  Reconstruction. The current Republican program has
4  legal precedents under current state and federal
5  law to establish political districts.
6      In closing, others will talk about voters
7  defranchised. And if the current decision is not
8  overturned, as thousands of voters have already
9  voted by absentee ballot and -- and in particular
10  our military serving abroad and the elderly, the
11  high cost of redistricting will not affect only the
12  second and -- 1st and 2nd [sic] District, but will
13  generate the requirement that all present districts
14  undergo reconstruction. Thank you.
15      SEN. JACKSON: Thank you, Mr. Harry.
16      SEN. RUCHO: Thank you, Senator Jackson.
17  And we -- we -- to give everybody an opportunity to
18  speak, we must stay within the five-minute limit,
19  please.
20      All right. Going to Cape Fear Community
21  College, Representative Davis, your first person on
22  the online registration list, please.
23      REP. DAVIS: Yes, sir, Senator Rucho.
24  Our first speaker will be Ms. Helen Pannullo.
25      MS. HELEN PANNULLO: Good morning. My

## 21

1  name is Helen Pannullo, and I am the Chairman of
2  the North Carolina 7th Congressional District
3  Republican Party.
4      First, I want to extend our sympathy to
5  the family of Justice Scalia on his untimely
6  passing. He is in our thoughts and our prayers.
7      I want to thank the General Assembly -- I
8  want to thank the General Assembly for their
9  outreach to the community on this most critical
10  decision by the three-judge panel of the federal
11  court, that being the 1st and 12th Congressional
12  District are unconstitutional.
13      I would like to note that while -- while
14  the panel's finding on the 1st District was
15  unanimous, there was a two-to-one vote that the
16  12th was unconstitutional.
17      The requirement to draw the 1st and the
18  12th by February 19th, just four days from today,
19  is an impossible task. One has to wonder why the
20  Court imposed such an unreasonable deadline given
21  the complexity of the task to draw the 13 -- 13
22  districts in 2001 in order to meet federal
23  requirements, and the amount of time that was
24  provided for review in the State, also, the amount
25  of time that is necessary for the required federal

**22**

1  review and preapproval by the US Department of
2  Justice.  I should note that this preapproval was
3  granted in 2011 when the department was headed by
4  Attorney General Eric Holder.
5       So here we are with a Congressional
6  district map, drawn, as they have been in the past,
7  by the political party with the majority of members
8  in the NC House and Senate in the year following
9  the census.
10       This Republican majority was elected in
11  2010 in districts established by the Democrats
12  after the 2000 census.  The 2011 district map was
13  then pre-cleared by a Democrat-controlled and many
14  say ultra-liberal US Department of Justice.
15       Yet in spite of this, various individuals
16  and organizations have waged an all-out campaign of
17  legal challenges that abuse and confuse the voters,
18  regardless of their political affiliation.
19       What concerns me is that the redrawing of
20  the 1st and the 12th could have a ripple effect
21  throughout the state, potentially changing
22  boundaries of all 13 Congressional districts.
23       The 7th District has boundaries with five
24  other Congressional districts.  Those districts, in
25  turn, have boundaries with five other districts.

**23**

1  Again, one has to wonder if the change is really
2  about drawing all 13 districts, not just the 1st
3  and the 12th.  So the impact of [unintelligible]
4  have far greater ramifications that two
5  Congressional districts.
6       The federal ruling has created chaos in
7  our primary election.  Voting has already begun,
8  with thousands of voters requesting and receiving
9  absentee ballots.  Many have already submitted
10  their votes.
11       Delaying the Congressional primary will
12  cause unprecedented voter confusion, will actually
13  disenfranchise voters across the state, probably in
14  greater numbers than those voters who are purported
15  to be disenfranchised in this court case.  And if a
16  separate Congressional primary election is required
17  to be held in the summer, history has shown that
18  dramatically fewer voters turn out for second
19  primaries, again depriving voters of an orderly and
20  timely primary process.
21       I believe the Congressional districts are
22  fair and legal.  I am opposed to redrawing them.
23  However, if the courts prevail in this case, I
24  believe the redrawing of Congressional districts
25  should be done in a timely manner by the General

**24**

1  Assembly, not under an artificially short two-week
2  before the court steps in to draw the districts.
3       Voters have made their preference for
4  Republicans clearly known.  It is a current 10-3
5  partisan split with Congressional delegation is the
6  fair result of voters' decision to elect
7  Republicans.  Any new map should keep the precincts
8  and counties whole as much as possible.  And due to
9  the declining influence of our rural community, the
10  smaller counties should not be split.
11       Thank you again for this public hearing
12  and the opportunity to speak.
13       SEN. RUCHO:  Thank you in Cape Fear.
14  Moving on to UNC-Asheville, Representative McGrady,
15  your first person on the online list.
16       REP. MCGRADY:  Our first speaker is Bob
17  Penland.
18       And for the speakers that are in the
19  front of the room, we've got a member of the
20  Sergeant-at-Arms staff, and he will have cards that
21  will indicate when you get to your time limit and
22  one minute before that time limit.
23       Mr. Penland, all you need to do is press
24  the button.
25       MR. BOB PENLAND:  My name is Bob Penland.

**25**

1  I live in Candler, North Carolina.  I'm a retired
2  military person.  And I'm here for my very first
3  time at a public hearing to speak out.  And I think
4  I'm speaking on behalf of thousands of other people
5  across this state just like myself.
6       We voted in 2010, 2012 to change the
7  legislative body over to control of the
8  Republicans, and I think that they did a very good
9  job on drawing the redistricting.  Redistricting
10  was approved by the Justice Department, which I
11  note was controlled at that time by Eric Holder,
12  who is not [break in transmission].
13       Article 1, Section 4, of our US
14  Constitution gives the right to the legislators to
15  draw district lines for Congressional elections.  I
16  think our current lines are fair and equitable.  I
17  think that we should leave them like they are.
18       Speaking as a retired military person, I
19  wonder how many thousands of ballots have already
20  been mailed and voted, and you are going to throw
21  those people away, and they are the ones that are
22  protecting the rights of the people sitting in this
23  room, giving them the right to vote for whomever
24  they choose.
25       So I think our section -- our

## 26

1 Congressional boundaries should remain the same.
2 Thank you.
3 SEN. RUCHO: Okay. Thank you -- thank
4 you very much. Moving on to Halifax Community
5 College. Representative Stam, your first person on
6 the online registration list.
7 REP. STAM. Yes, sir. We would call up
8 Ophelia Gould-Faison. And on deck, Ronnie Reeves.
9 If you would state your name for the record and --
10 come right here, Ms. Faison.
11 MS. OPHELIA GOULD-FAISON: Good morning.
12 My name is Ophelia Gould-Faison. I'm a resident
13 here of Halifax County, Congressional District
14 Number 1, served by the Honorable G.K. Butterfield.
15 First of all, I have a concern about the
16 short notice of this hearing. Getting public
17 input. I don't know -- I'm concerned that this
18 representation has not been fulfilled for our area
19 of eastern North Carolina because of the weather.
20 Congressional district has been redrawn,
21 and it's been redrawn through racial lines. It's a
22 form of gerrymandering. As we can see, if you look
23 at the map, it's drawn oddly-shaped, which groups
24 blacks in one district, and making it so that other
25 races, Caucasians, are voted, and it -- and it

## 27

1 helps the -- excuse me. It helps to elect the
2 legislators. And this redrawing has done just
3 that.
4 Let's not forget, it's always a good time
5 to do what is right. And the concern about the
6 election that's going forth now, the early voting,
7 the absentee ballot, sometimes we do have to step
8 back and look at the importance of even though
9 people have already started -- are voting through
10 absentee ballot, we -- it would behoove us to do
11 what is right, and if necessary, start this
12 election process over again.
13 Thank you. Thank you for your time.
14 REP. STAM: Senator Rucho, may I announce
15 that since the beginning, we've been joined by
16 Senator Don Davis, who came all the way from Snow
17 Hill and passed nine accidents on the way.
18 Can we have another one from here, or do
19 we do --
20 SEN. RUCHO: No, we're going to -- we're
21 going to rotate back through the cycle. Okay?
22 Thank you. We'll be back with you.
23 Back in Raleigh -- and again, I will say
24 I see Senator Woodward is here, Representative
25 Michaux, and Representative Harrison I saw a few

## 28

1 moments ago, just to let you know that we did have
2 a few more members attend.
3 Okay. Our next person is Linda Harper.
4 Linda Harper.
5 Okay. Linda Harper is not in this room.
6 Brian Irving is the next speaker. Is Brian Irving
7 here? Okay.
8 Dennis Burns? Not here.
9 Brian Fitzsimmons? If you'll go up to
10 the microphone and identify yourself.
11 MR. BRIAN FITZSIMMONS: Thank you, Mr.
12 Chairman. My name is Brian Fitzsimmons. I am the
13 Chair of the Wake County Democratic Party. I am a
14 constituent of Senator Barefoot's and
15 Representative Jackson, and my Congressman is
16 Representative Holding in District 13.
17 It was -- I was interested to hear,
18 Senator, you bring up the idea of chaos and
19 costliness. This is -- this is what you did. This
20 is what happened. This is the chaos and
21 costliness. The -- the responsibility for that
22 falls directly on this body. So the chaos and
23 costliness that is going on right now is of your
24 own doing.
25 You tried to fix a problem that did not

## 29

1 exist. Congressional Districts 1 and 12 had
2 elected African American candidates without the
3 redistricting process of putting predominately
4 African American voter rolls into each of those
5 districts.
6 This plan does nothing more than
7 segregate African American voters into Districts 1
8 and 12. North Carolina has a long history of
9 political gerrymandering. It was wrong when the
10 Democrats did it. It's wrong when the Republicans
11 do it. It doesn't make it any better or any
12 less -- less bad because one party is in power.
13 One of our prior speakers spoke about the
14 7th Congressional district having five county -- or
15 five Congressional districts border it. That in
16 and of itself is -- is an example of why this
17 gerrymandering process is as wrong as it is.
18 I urge you -- I urge you to look at this
19 in the -- with the right set of glasses. To look
20 at it and do the right thing, the right thing being
21 drawing these districts the way that they should
22 have been drawn in the first place.
23 Thank you.
24 SEN. RUCHO: Thank you very much. Moving
25 again -- reminding folks that because of the

30

1  inclement weather, Guilford Tech Community College
2  is -- cancelled the hearing today. But those
3  individuals that might want to can still use the
4  NCLEG website to put their comments forward.
5      And, members of the committee, I will say
6  to you that we're getting a number of comments
7  online. They will be sent to you so that you can
8  have them well in advance, so you'll have a chance
9  to review the written comments in addition to what
10  you're hearing today.
11      We're going to go to Representative
12  Brawley at Central Piedmont Community College.
13  Representative Brawley, the next person on your
14  online registration list. Representative Brawley?
15  Representative Brawley at Central Piedmont
16  Community College.
17      REP. BRAWLEY: Yeah. Senator, we have
18  Gene Millsaps. Can y'all hear us?
19      SEN. RUCHO: Yes, sir, now we can.
20      REP. BRAWLEY: Okay. Good deal. Thank
21  you.
22      MR. GENE MILLSAPS: Thank you for this
23  opportunity. I am Gene Millsaps with the
24  [unintelligible] of Iredell County. I rise to
25  support the correction of the current Congressional

31

1  district plan to bring fair representation to North
2  Carolina citizens.
3      With regard to the election timeline, it
4  is unfortunate that some courts have upheld the
5  current plan, but is fine to make corrections. The
6  fact that some absentee ballots have been requested
7  and submitted does not outweigh the damage done by
8  holding a third election on an unconstitutional
9  map.
10      Ensuring our elections are constitutional
11  should be the primary goal. Certainly, it is one
12  worth dealing with -- dealing with a few
13  administrative problems.
14      If the Republican majority had not
15  abruptly and unnecessarily moved up the election,
16  primary elections a few months ago, then candidate
17  filing would not even be closed yet.
18      With regard to openness and transparency,
19  this redistricting plan [break in transmission].
20  Our voters need to have faith in the process and in
21  their government.
22      These public hearings are extremely
23  important. They were announced after 5:00 p.m.
24  this past Friday, and scheduled for 10:00 a.m. the
25  following Monday morning. This procedure may not

32

1  be a good faith effort to collect feedback, but
2  we'll make the best of it.
3      Any consultants involved in the drawing
4  of these maps should be made available in committee
5  meetings so that the public may have a full
6  understanding of his or her role and the intent in
7  creating these maps.
8      The map drawing process should be a
9  public record. As a result, any plan should be
10  drawn at the General Assembly on State equipment
11  and computer so that the public that the public may
12  view what -- may view the background and thinking
13  behind that plan.
14      Republican leadership should disclose
15  every cent of taxpayer money that has been spent on
16  consultants to draw the maps and outside attorneys
17  for their advice on the updated plans.
18      I urge the General Assembly to unpack the
19  improperly packed 1st and 12th Districts, and
20  restore fair representation to the citizens of the
21  adjacent districts.
22      Thank you.
23      AUDIENCE MEMBER: Here, here.
24  (Applause.)
25      REP. BRAWLEY: I have already said there

33

1  will be no shout-outs in this.
2      SEN. RUCHO: Thank you.
3      REP. BRAWLEY: There will be no
4  demonstrations. This is not a sporting event.
5      SEN. RUCHO: Moving on to the next
6  speaker, we're going to do so that we can make sure
7  we give everybody an opportunity. We'll be at
8  Fayetteville Tech. I've got -- Senator Jackson,
9  your next person on your online registration list.
10      SEN. JACKSON: Thank you, Senator Rucho.
11  We have Jerry Rinehold is our second person to sign
12  up online. Jerry?
13      MR. JERRY RINEHOLD: Mr. Chairman, good
14  morning. My name is Jerry Rinehold, 516 Deerpath
15  Drive, Fayetteville, North Carolina, 28311. I am a
16  resident of Cumberland County and have also served
17  as a Cumberland County election precinct [break in
18  transmission]. I'm in the 4th Congressional
19  District.
20      Thank you for hosting this public comment
21  period to permit citizens to [break in
22  transmission] to the Joint Select Committee on
23  Congressional Redistricting.
24      I recommend that the entire March 15th
25  North Carolina primary proceed as scheduled to

**34**

1 preserve -- prevent the potential
2 disenfranchisement of one segment of our community
3 that is often overlooked, our military and our
4 civilian overseas absentee voters who are defending
5 this nation.
6 In July 1968, I was inducted into our
7 Army in Los Angeles, California. I maintained a
8 California residency and cast absentee ballots
9 until retiring from the Army at Fort Bragg in 1988.
10 Military absentee voting was a real
11 challenge in those days. Today the process of
12 requesting and receiving absentee ballots is
13 easier, but the constant moves of those overseas
14 make it difficult for today's mobile force to
15 successfully complete the voting process.
16 I am passionate about wanting every
17 member of our military service to have a voice in
18 selection of their civilian governmental leaders.
19 The spreadsheet that I provided to the
20 Sergeant-at-Arms is my analysis of the November
21 2012 North Carolina and Cumberland County military
22 absentee ballot returns. Less than 80 percent of
23 absentee ballots were returned.
24 I have mailed hundreds of packets to our
25 members at arms to encourage them to vote and apply

**35**

1 for absentee ballots. The -- I've also provided an
2 example of a packet that went to a Fort Bragg
3 soldier in 2014. It includes a Cumberland County
4 early voting schedule, absentee ballot request
5 application, a pocket United States Constitution,
6 and a [break in transmission] guide.
7 I sent out similar packets less the early
8 voting schedule and absentee ballot request to
9 about 400 Cumberland County military and civilian
10 oversees voters who had requested absentee ballots.
11 About 20 percent of the packets were returned as
12 undeliverable.
13 I developed an additional study related
14 to the Associated Press October 26, 2012, report of
15 the crash of a transport aircraft in Afghanistan
16 reported to be carrying ballots. I wanted to
17 answer the question, were there any North Carolina
18 military absentee ballots on that aircraft. My
19 assessment was that none of our ballots were
20 destroyed in the accident.
21 I'm sharing this information with you to
22 show some of the impediments that our military and
23 civilian overseas voters already face, preventing
24 them from successfully voting.
25 Changes in the election already underway

**36**

1 will have the potential to disenfranchise the
2 military and civilians who are defending this
3 nation overseas so that we have free and open
4 elections.
5 The North Carolina State Board of
6 Elections [break in transmission] absentee voter
7 file reported that 1,660 of the 15,811 North
8 Carolina voters requesting absentee ballots are
9 military and civilian overseas voters. Cumberland
10 County is represented with 101 of those voters.
11 I certainly hope the United States
12 Supreme Court permits the election to proceed -- to
13 proceed without disenfranchisement of our military
14 and civilian overseas voters.
15 Thank you.
16 SEN. RUCHO: Thank you very much. Moving
17 on to Cape Fear Community College, Representative
18 Davis, your next person on your list.
19 REP. DAVIS: Thank you, Senator Rucho.
20 The next person on the list to speak with be Bob
21 Williams.
22 While he's coming forward, I'd like to
23 say, sir, that Senator Louis Pate drove all the way
24 down from Wayne County to be with us and is here
25 now, sir.

**37**

1 SEN. RUCHO: Thank you.
2 MR. BOB WILLIAMS: Good morning, and
3 thank you for allowing the public the opportunity
4 to speak about the plans to redraw the
5 Congressional districts based on the ruling of the
6 United States District Court for the Middle
7 District of North Carolina, Congressional Districts
8 1 and 12 are unconstitutional.
9 I'm Bob Williams. I'm a member of the
10 Onslow Board of Education. I'm also a -- a member
11 at large for both the 3rd Congressional District
12 and the NCLP Executive Committees.
13 I'm speaking here today on behalf on
14 behalf of my Republican affiliations and not my
15 non-partisan affiliation with the Board of
16 Education.
17 But I would like to say this.
18 Redistricting, no matter what has happened, creates
19 chaos. We recently went through a redistricting
20 process in Onslow County school districts. But
21 after the redistricting, we had very, very few, if
22 any, comments or concerns after it happened.
23 Well, less than a month ago, before the
24 primary election, the Congressional races are being
25 thrown into a turmoil. Candidates and voters are

## 38

1  facing the likelihood that they may have wasted
2  much of their time and money preparing for the
3  primary election.
4      Today, State Senator Dan Blue, who
5  represents 14th [break in transmission] Senate
6  District, in 1991, he was elected as the first
7  black Speaker of the House. Both the Senate and
8  the House began plans in 1991 to redraw the state
9  Congressional districts.
10     If you go back and you look at what
11 Congressional districts were up until about 1991,
12 you will see that they were fairly steady. They
13 were fairly compact. And there was very, very
14 little turmoil within that process.
15     Why was that? The majority of the people
16 who were voting during that time were Democrats.
17 Very few Republican input. And there's wherein the
18 problem started.
19     In 1991, the Democrats, who were the
20 majority parties in both chambers of the
21 legislature, and they were responsible for drawing
22 both the 1st and the 12th Districts.
23     Under the Section 5 of the Voting Rights
24 Act, the preclearance, as we've already from
25 previous testimony, the two districts were drawn in

## 39

1  such a matter that they included larger numbers of
2  voting age populations who were black. They also
3  happened to be Democrats.
4      The redrawing of the two districts
5  resulted in litigation that lasted almost 10 years.
6  Republicans, members of the legislature, and others
7  filed lawsuits against that. For 25 years we've
8  been fighting this problem, and today it has become
9  an issue because the courts have ruled against what
10 happened in 2011.
11     The Republicans gained a majority in the
12 legislature, and the districts with -- were redrawn
13 during -- after the 2010 federal census. A lawsuit
14 was brought against the legislature that contends
15 District 1 and 12 redrawn in 2011 were drawn with
16 race as the primary motivation, and not political
17 party demographics.
18     I would invite you to go back and take a
19 look at the map that you can do. Go and do a
20 search online for the legislature, North Carolina
21 legislature and redistricting. You'll find under
22 Wikipedia different maps that are in there that
23 goes all the way back to 1973. 1973 to 2011,
24 you'll see the different changes in the maps.
25     You can see that the changes in the maps

## 40

1  were clearly motivated by the changing of parties,
2  Republican influence within that. And the
3  Democrats enhanced measures to prohibit the
4  Republicans from gaining control over those areas
5  where mapping and redistricting were constantly.
6      While I'm not surprised that we're
7  holding a public hearing to discuss the same two
8  Congressional districts almost five years after the
9  Republican majority voted in 2010 -- excuse me,
10 '11, when they used almost the identical
11 methodology in 1991.
12     I'm not a fan of gerrymandering districts
13 for any reason. But it has been the practice of
14 political parties to redraw districts in favor of
15 whoever is the majority party. Race should not
16 play any part in the political considerations for
17 redrawing our districts.
18     The color of our skin should not
19 predetermine what political party we belong to or
20 for whom we vote. The only race we should be
21 considering is the human race, as ability to think
22 and reason allows us to make educated decisions
23 regarding the issues and candidates who best
24 represents our beliefs and interests.
25     Have a good day, and thank you for the

## 41

1  opportunity to speak.
2      SEN. RUCHO: Thank you very much. Moving
3  on to UNC-Asheville. Representative McGrady, your
4  next speaker.
5      REP. MCGRADY: Our next speaker is Thomas
6  Keith Thompson.
7      MR. THOMAS KEITH THOMPSON: Yes. My name
8  is Thomas Keith Thompson. I live in Woodson. I am
9  a small business owner, a father or two. I spent
10 10 years as a Board of Elections Precinct Clerk and
11 judge, and my son is a North Carolina voter and
12 current US Coast Guard active-duty member.
13     The North Carolina General Assembly is
14 constituted to represent the people. Elections
15 have consequences, and so do US District Court
16 rulings. You need to comply with this decision,
17 and quit pretending that it does not exist.
18     The lines of districts should allow and
19 encourage representation. They should not be a
20 shopping expedition for elected officials to
21 control the people.
22     Even in the west, at the edge of
23 districts, you have created chaos by the way you
24 originally drew these lines. In the 2012 election,
25 there were 25 separate ballots at Buncombe County's

42

1   Crossroads Assembly precinct, splitting one
2   precinct by Congressional and North Carolina House
3   and Senate districts. 600 precincts statewide have
4   the same problem.
5       A decent respect for the opinions of
6   mankind demand more compact districts that honor
7   communities of interest and compact geographic
8   boundaries, not exploit geographical information
9   systems and demographic software that create
10  vantage stands [ph] aimed to disenfranchise voters.
11      Stop pretending this ruling doesn't apply
12  to you, and redraw the districts in a fair and
13  reasonable manner. The eyes of the world are upon
14  you. It is always the right time to do the right
15  thing. Thank you very much.
16      SEN. RUCHO: All right. Thank you.
17  Moving on to Halifax Community College.
18  Representative Stam, your next speaker.
19  Representative Stam at Halifax Community College.
20      MR. GARY GRANT: Thank you, Mr. Chairman.
21  My name is Gary Grant, and I come from the historic
22  community of Tillery Farms, a resettlement
23  community out of the New Deal era of the 1930s and
24  '40s.
25      I am here in Halifax County. I am a

43

1   registered and participating Democrat. And I speak
2   not just for me, but for many other citizens who
3   are not able to make it here today because of the
4   fact that, one, we did not have ample notification.
5       Two, how dare you endanger our lives on
6   the icy roads out here, and then make light of it
7   because Senator Davis got here after seeing a
8   number of accidents. And I saw a number of
9   accidents on my way. If you were truly concerned
10  about this, you would have delayed these hearings
11  until our roads had thawed so that we would be able
12  to have more people present to address you.
13      You've known for more than a week that
14  you were going to have to do something, and yet we
15  find out on Sunday that there is a meeting here on
16  Monday.
17      You have produced no maps for
18  alternatives that we would have the opportunity to
19  see, so how do we know that you won't come back
20  with something just as crazy as what you have done
21  already? How can citizens make intelligent
22  comments on something that we have not seen? How
23  do we know that you won't produce the same kind of
24  crazy maps again?
25      I've been trying to figure out what rural

44

1   eastern North Carolina has in common with the urban
2   areas of Durham, other than the fact that we are
3   majority black. And as we signed in today, we were
4   asked what was our race. And I'm wondering if that
5   will have some impact on how are comments are
6   viewed at this hearing was predominantly spoken
7   to by black people here in the 1st Congressional
8   district.
9       What you are doing is not legislative
10  leadership, among other things that you've been
11  doing for many of the years that you've been there.
12  I consider the hearings a joke. And they make no
13  sense. And that we will still be in the dark when
14  the hearings are over. The voters here will not
15  know anything any more than what they've already
16  seen.
17      Many citizens spoke against this district
18  when it was drawn in the first place. We traveled
19  all across the eastern North Carolina to make
20  comments about the fact that the district was not
21  fair and that you were cramming black people into
22  one -- one spot.
23      Elections going forth should not go
24  forth, and you need to stop it and do what is
25  right. And I hear all about the absentee ballots

45

1   that have been sent out and have been sent in,
2   which means that you have the names and addresses
3   of those who have already voted by absentee ballot.
4   Send them out to them again. They should not have
5   to request them. Just send them to them again, and
6   let them vote once you have cleared up this matter.
7       And stop blaming our Justice Department
8   for accepting something that they probably didn't
9   really look at to start out with. You all are the
10  ones who fit -- who drew this map and who made the
11  1st Congressional District look like, actually,
12  clown shoes.
13      You act as if none of us have anything
14  better to do today, that we have to sit here and
15  wait for the comments from people in other places,
16  and they have to sit and wait for us to make our
17  comments when we all ought to be able to just make
18  these comments in our certain districts and then be
19  able to go home or go back to our work or whatever
20  it is that we need to get done today. And we also,
21  here in this county, need to get home before the
22  rain that's falling out there freezes on the road
23  again.
24      Holding hearings in this manner is
25  ridiculous. It's wrong. Redo the district lines

46

1  and do the right thing. I guess that's all that I
2  have to say. It's a mess. You made it. Clean it
3  up. Thank you.
4      SEN. RUCHO: Thank you very much. Moving
5  back to Raleigh, our next speaker will be Rev. Dr.
6  Earl Johnson. Dr. Johnson, are you here?
7      REV. DR. EARL JOHNSON: Yes.
8      SEN. RUCHO: Okay.
9      REV. DR. EARL JOHNSON: Thank you for an
10  opportunity this morning. Federal judges have
11  ruled two of North Carolina's 13 Congressional
12  Districts are racial gerrymanders. I believe they
13  are talking about District 1 and 12, unlawfully
14  tacking African Americans within their boundaries
15  and whitening the surrounding areas all for
16  political gain.
17      This was drafted by the Republican-led
18  North Carolina General Assembly in 2011. These
19  maps aggressively segregate voters and undermine
20  the development of multiracial coalitions. They
21  also -- these maps are the most cynical kind of
22  politics. They meticulously divide the state into
23  racial lines, dividing communities that have a
24  proven record of working together towards common
25  goals.

47

1      The Voting Rights Act was established to
2  protect minority voters. These maps not only
3  undermine that intent, they effectively marginalize
4  minority voters. When redistricting processes are
5  controlled by legislatures, then political concerns
6  will play a role.
7      This plan, however, is more than just
8  partisan politics. This plan segregates African
9  American voters rather than building African
10  Americans into the fabric of North Carolina. When
11  you segregate the electorate by race, you change
12  the politics of the state for the worse.
13      District 1 and District 12 had both
14  historically elected African Americans by
15  comfortable margins. There was no legal
16  justification for increasing the African American
17  percentage in those districts by 50 percent. And
18  it is clear that packing black voters into these
19  districts was the primary goal of the plan, meaning
20  that race was the most important factor in the
21  creation.
22      These districts move us back to a day of
23  segregation that most of us thought we had already
24  moved away from. In fact, some claim that we were
25  living in a post-racial generation.

48

1      The next -- the net result of this
2  redistricting plan is that it does not improve
3  African American election prospects at all, because
4  they are already winning. What it does is
5  minimizes the influence of African Americans in
6  surrounding districts.
7      The gerrymandering in the 1st and 12th
8  Congressional Districts are symptoms of a bigger
9  problem, and that is simply that we have a broken
10  redistricting process. Ideally, districts are
11  supposed to be a compact [break in transmission]
12  with as few counties and precincts split as
13  possible and keeping communities of interest whole.
14  What plagues us is partisan gerrymandering. And as
15  a member of -- on the board of Common Cause, we
16  push for this.
17      Ultimately, districts are drawn to the
18  advantage of a party that is in power. And all too
19  often, the impact on me as an African American is
20  that we have districts that either allow one party
21  to take my vote for granted or another party to
22  write my vote off. And I can tell you now, I would
23  rather have a party to take my vote for granted
24  than to have one to take it off altogether.
25      And that's wrong. We need districts that

49

1  don't marginalize anyone's vote regardless of their
2  race. As former Supreme Court Justice Sandra Day
3  O'Connor once noted, "Racial gerrymandering bears
4  an uncomfortable resemblance to political
5  apartheid." And that is what we are experiencing
6  today.
7      Thank you on behalf of Common Cause and
8  on behalf of ECJ Ministries.
9      SEN. RUCHO: Thank you very much. Moving
10  to Central Piedmont, Representative Brawley, next
11  speaker.
12      REP. BRAWLEY: Can you hear me, Senator?
13      SEN. RUCHO: Yes, sir.
14      REP. BRAWLEY: Okay. Mr. Clarence
15  Leverette is recognized for five minutes. Sir, you
16  have the floor. If you'd come up between the
17  microphones and camera [break in transmission].
18  Thank you, sir.
19      MR. CLARENCE LEVERETTE: Okay. Good
20  morning. My name is Clarence Leverette. I am the
21  present -- president of the African American Caucus
22  in Iredell County. And it seems that most of my
23  talking points have already been expressed.
24      But I do want to just throw out or
25  present a few ideas, first being people all will

50

1    agree that voters should be able to choose their
2    elected officials.  But here in North Carolina, it
3    seems that the legislators have divided, because of
4    this redistricting, they've divided our state in
5    order to choose the voters rather than it be the
6    other way around.
7           I have heard earlier -- earlier, they
8    have meticulously divided our state along racial
9    lines.  And it divides our communities as well.
10   And the Voting Rights Act was established to
11   protect minority voters.  And of course, as I stand
12   here, I'm sure you have no problem understanding
13   what -- where my focus is, being African American.
14          When redistricting processes are
15   controlled by the legislature, there is obviously a
16   tendency for political concerns to be addressed or
17   to be observed.  This plan further segregates the
18   African American voters, rather than building the
19   African American -- African American into the
20   fabric of the -- the country itself and North
21   Carolina in particular.
22          So when you segregate the electorate by
23   race, which should not be, but you change the
24   politics of the state for the worse.  These
25   districts move us back to a day of segregation that

51

1    most of us thought we'd moved away from.
2           And we all understand that the party
3    that's representing the majority is the one that is
4    responsible for redistricting the -- doing the
5    redistricting.
6           But someone made a comment earlier that
7    when the Democrats were in office and they drew --
8    drew the districts, back in 1991, that from that
9    point on, up until very recently, we never really
10   had a problem when -- especially to this magnitude.
11          Of course, after the 2010 election --
12   census, rather, and the 2011 redistricting, there
13   has been a groundswell of concern.  And while I
14   don't attribute any kind of moral turpitude into
15   how the legislature did the redistricting, when you
16   look at the results, then there is a cause for
17   concern.
18          From an African American's perspective,
19   we have lost because we've been packed, as they --
20   as they say, have been packed into these districts,
21   1 and 2.  It doesn't allow the African American
22   communities that are in the surrounding areas to be
23   able to represent their voice or express their
24   voice.
25          Thank you very much.

52

1           SEN. RUCHO:  Thank you very much.  Moving
2    on to Fayetteville Tech, Representative -- excuse
3    me, Senator Jackson.  Sorry.  Senator Jackson?
4           MR. HOWARD MENDELSON:  My name is Howard
5    Mendelson.  I'm from Moore County.  And I'd like to
6    express my opinions today on support for the
7    current districting of maps that was conducted and
8    approved in 2011.
9           I feel at this time that the -- that the
10   maps were approved by the General Assembly through
11   due process, and that the -- further approved by
12   the Department of Justice.  And we have to take
13   into consideration the fact that they did that at
14   that time.
15          We've gone through the 2012 and the 2014
16   elections.  There has been no concern as far as
17   voiced through lawsuits or any attempt to change
18   redistricting.  Now, this is the first time that
19   the GOP has had an opportunity to redistrict
20   districts in the State of North Carolina since the
21   '90s.  And the Democrats are now in attempt to do
22   this [break in transmission] into the process in an
23   effort to sway the outcome of the elections [break
24   in transmission] as far as by causing a delay in --
25   into our process of having our primaries, and also

53

1    possibly with an attempt to change the outcome of
2    the election in favor of the Democrat party.
3           The late submission here for this lawsuit
4    and further being joined by the Department of
5    Justice put more chaos into the whole process.  The
6    State has spent a lot of money and a lot of time to
7    get these early balloting done.  And now we have
8    people that are in the military that are out of
9    state right now serving their country that are
10   forced now to go through this process and it will
11   possible -- their outcome in doubt as to whether
12   they'll be accepted or not.
13          I think now that the -- the district --
14   the Department of Justice entering into this
15   lawsuit is a further indication of an attempt by
16   the Democratic Party to further skew the outcome of
17   any election attempts.
18          There's no question that North Carolina
19   is a state that is going to be at the -- at the
20   crux of the next Presidential election.  This is
21   the first time in the history since the end of the
22   Civil War that North Carolina has voted for
23   Republicans, and it has done so by the will of the
24   people.
25          There have been attempts to say that we

54

1    are trying to become a segregationist society,
2    which is not true. [break in transmission]
3    attempted to allow everyone the opportunity to
4    vote, and they have the right to choose who they
5    select.
6         And then I believe now that the current
7    redistricting is accomplished through the due
8    process as prescribed by law through the General
9    Assembly, and further because of the Voting Rights
10   Act of 1965 was approved by the Department of
11   Justice.
12        Any attempts now to change that will be
13   to go against the will of the people in this state.
14   And it would thrown everything into -- into a
15   chaotic situation. And would be unfair and costly
16   to the people of North Carolina.
17        Thank you for this opportunity to speak.
18        SEN. RUCHO:  Thank you very much. Moving
19   on to Cape Fear Community College. I've got
20   Representative Davis.
21        REP. DAVIS:  Mr. Chairman, our next
22   speaker will be Susan Bulluck, who is recognized to
23   speak for up to five minutes.
24        MS. SUSAN BULLUCK:  Thank you, Senator
25   Rucho, Committee members, ladies and gentlemen and

55

1    representatives from coastal counties. I live at
2    102 Tanbridge Road in Wilmington.
3         I am in the Jones district
4    Congressionally. I have had the opportunity to be
5    in both Rouzer's district and in Jones's district.
6    I moved my residence one place or the other, and
7    that is a symptom of the problem.
8         I act as a campaign consultant and have
9    worked in probably 55 to 60 of our counties. I
10   work out of this state most of the time because I
11   don't wish to foul my nest, because every election
12   has at least half of the folks in opposition. If
13   you are a winner, that's wonderful. If you are
14   not, then you live with your neighbors who may have
15   angst.
16        I'm here to tell you that I've been in
17   those rooms, smoke-filled in the past, maybe vapor-
18   filled now, where the decisions are made about
19   which block goes in which district. The fact is
20   that that occurred, yes, late in the '80s, and both
21   parties are equally guilty of the matching of
22   voters to the particular district.
23        The fact is that it changed dramatically
24   with the input and the technology changes of the
25   '80s and '90s. I own programs that were designed

56

1    and rooted in programs that came out of Lee
2    Atwater's original organization that actually uses
3    the census data to register each of your addresses,
4    your voting registration, your ethnicity, and a
5    whole lot of other data now as metadata.
6         I can use that program, along with either
7    Republican or Democratic committees, to
8    redistricting, to design any district I want.
9    Obviously, the snaky district that I live in is
10   designed for a purpose that was beyond asking for a
11   compact district of like issues.
12        The Court is going to decide this
13   election. The Court -- we are beyond our hearing
14   of saying to the Supreme Court, "Give us a stay or
15   not." They're already making their decisions.
16        What I'm asking all of you to do in my
17   legislature -- yes, my accent is clearly Midwestern
18   Northern, but I've been here since '75 -- you're my
19   legislature and I want you to take the issue up in
20   the next session to design and go with the 22 other
21   states who have already passed legislation to make
22   districting a commission of non-partisan nature,
23   based on expertise, based on the capability that
24   our new technology has.
25        The problem we have has been exacerbated

57

1    since 1980. I don't want to have to go back and
2    sit in those rooms where we decide on individual
3    districts by who lives in that block.
4         Thank you.
5         SEN RUCHO:  Thank you very much. Moving
6    on to UNC-Asheville. Representative McGrady, next
7    speaker.
8         REP. MCGRADY:  Our next speaker is Tom
9    Byers.
10        MR. TOM BYERS:  Thank you. I am Tom
11   Byers, a resident of Asheville.
12        We North Carolinians are finding
13   ourselves in a bit of a tight spot at the moment.
14   With the Federal Court having told us that two of
15   our Congressional districts do not pass muster,
16   there's a natural uncertainty about whether, when,
17   and how our primary elections can go forward.
18        But finding ourselves in this tight spot
19   may also give us an opportunity, a chance to step
20   back and take a big picture look at an issue that
21   very much deserves a big picture look, the
22   redistricting process itself. It deserves a big
23   picture look because redistricting is very basic to
24   the sound functioning of democracy.
25        I want to urge the General Assembly to

58

1    make our redistricting process better by making it
2    as non-partisan as we reasonably can.  To do that,
3    we need to create a non-partisan redistricting
4    commission along the lines of ones that are already
5    functioning successfully in some of our sister
6    states, in order to assure that the process is
7    ultimately accountable to the people through our
8    elected representatives.  The General Assembly
9    could retain a legislative veto power over the
10   commission's work.
11       Here are a few reasons why we should
12   change the way we've been doing redistricting in
13   North Carolina.  A partisan process where whichever
14   party happens to be in control after the decennial
15   census uses its leverage to draw lines to its
16   advantage undermines the democratic process.  When
17   the party in power manipulates boundaries to give
18   itself an edge, the end result is elected officials
19   who don't necessarily represent the true preference
20   of the majority.  That is not good.
21       Second, districts drawn to assure that
22   one party has the advantage contribute to
23   governmental gridlock.  The essence of lawmaking is
24   compromise.  No two of us citizens have the same
25   opinion on every issue, so it's always necessary

59

1    for there to be some give and take when it comes to
2    legislating.
3        But when too many officeholders represent
4    districts drawn to be safe, the incentive for
5    compromise is greatly reduced.  And nowadays, the
6    safe district effect is compounded by an
7    incumbent's reasonable concern that he or she may
8    face a primary challenger.
9        It seems fair to assume that we can all
10   agree that at present, gridlock at the
11   Congressional level is a serious problem.  It's not
12   an easy problem to resolve, but reducing the number
13   of safe districts would surely have some favorable
14   impact by increasing the incentive to compromise.
15       Third, when district lines are not drawn
16   according to any sort of geographic logic
17   whatsoever, citizens naturally have a hard time
18   keeping track of what district they're in and who
19   represents them.  Does anyone think that's a good
20   thing?
21       A quick personal example of just how bad
22   things are.  A year or so ago I was attempting to
23   communicate with my Congressman via a website.  I
24   was pretty certain I knew who my Congressman was
25   following our latest redistricting, but when I

60

1    logged on through the website, the official US
2    Capitol website to which I was linked, told me I
3    was in someone else's district.
4        Long story short, after thorough research
5    which I had to initiate, it was firmly established
6    that the US Capitol website was wrong.  If they
7    can't even keep it straight, with all their
8    hardware and software, what chance does the average
9    person have?
10       Fourth and finally, the spectacle of
11   partisan gerrymandering breeds cynicism in
12   citizens.  When people see their legislators treat
13   governing as a sort of game, where every ten years
14   the winners rig the rules so they'll have a better
15   chance of being winners the next time around, this
16   does not build confidence or trust in the whole
17   business.
18       In contrast, if the new non-partisan
19   redistricting process were put into place for North
20   Carolina, that step could signal to all citizens
21   that we care about fairness, that we care to make
22   democracy function as democracy.
23       I respectfully urge you legislators to
24   consider what a significant contribution would be
25   made to government of, by, and for the people of

61

1    North Carolina if you will take a step in the
2    direction of redistricting reform.
3        Thank you.
4        SEN. RUCHO:  Thank you very much.  Moving
5    on to Halifax Community College, Representative
6    Stam.
7        REP. STAM:  Our next speaker is Rev. C.E.
8    McCollum.  Rev. McCollum?
9        REV. C.E. MCCOLLUM:  I want to say good
10   morning to all who have assembled for this hearing.
11   I am Rev. C.E. McCollum, the president of the
12   Roanoke Valley Southern Christian Leadership
13   Conference.
14       When I looked at your racial
15   gerrymandering, I would never have thought that in
16   the 21st Century, we'd be facing the 20th Century
17   issues.  I would have thought that we could get
18   beyond racism and the design of how we stack and
19   pack our racial groupings to the advantage of
20   others.
21       It has often taken the guiding hand of
22   the federal courts to rule over the question of
23   constitutionality of the different states.  Federal
24   judges have no dogs in this fight.  They're
25   appointed for life, and they are not supposed to be

Case 1:13-cv-00949-WO-JEP   Document 159-14   Filed 03/07/16   Page 16 of 61

62

1   affected by political pressures or to rule one over
2   another. They are authors of -- they are -- the
3   authors of our Constitution gave them this
4   appointment for life.
5           The Voting -- the Voting Rights Act was
6   established to protect minority voters. These maps
7   not only undermine the intent, but they effectively
8   marginalize minority voters. This act from the
9   Republicans stems from the Supreme Count ruling in
10  a five-four-four -- five-to-four vote, the final
11  chief sections of -- of Section 4 and 5 of the
12  Voting Rights Act was unconstitutional.
13          Two hours after ruling by the Court, the
14  Attorney General in the State of Texas authorized
15  the voter ID law that the Justice Department had
16  previously blocked as a civil rights violation.
17  According to the Brennan Center for Justice at New
18  York University School of Law, 22 states passed new
19  voting restrictions in time for the 2014 mid-term
20  election. And here we are in 2016 facing the same
21  problem.
22          States with Republican majorities in the
23  statehouse are closing polling locations, chipping
24  away at early voting, redrawing district lines to
25  dilute the voting power in the communities of

63

1   color.
2           They took the case of Alabama to destroy
3   those four and five sections of the voting law by
4   saying that cities, counties, and states with a
5   documented history of discrimination had to
6   preclear any changes in their voting law even by
7   the United States Department of Justice or a
8   federal judge in Washington, D.C. The goal was to
9   prevent these jurisdictions from discriminating
10  again.
11          What the Supreme Court did not emphasize
12  was that any of these jurisdictions could be
13  exempted from requirement upon proving they no
14  longer practice racial discrimination. And for us,
15  this is nothing new. The people who are tying to
16  hijack our democracy are the same descendants of
17  those who tried to exercise our right to vote by
18  any means necessary.
19          Thank you.
20          SEN. RUCHO: Thank you very much.
21  Returning to Raleigh, we have J.C. Wright. J.C.
22  Wright? Please identify yourself as you begin your
23  presentation.
24          MR. J.C. WRIGHT: Hello. My name is J.C.
25  Wright. First of all, I would like to say thank

64

1   you very much to Senator Rucho, Representative
2   Lewis, and distinguished members of the North
3   Carolina legislature. Thank you for allowing us to
4   comment on such an important part of our democratic
5   process.
6           Little bit about myself. I'm a lifelong
7   North Carolina resident, born and raised in
8   Asheville. Attended UNC-Asheville. Glad to see
9   that they're participating in this process as well.
10  Moved to Raleigh about three years ago.
11          I have always been very interested in
12  politics. And I -- I will say that I was a little
13  disappointed when I did my research and found out
14  that North Carolina ties with Maryland as the most
15  gerrymandered state in the United States of
16  America.
17          Looking at a report that was done by The
18  Washington Post dated March 15th, 2014, you can see
19  that three of the North Carolina districts were
20  highlighted there, including the two in question,
21  the 1st and 12th of North Carolina.
22          Gerrymandering, obviously, is one of the
23  things that comes along with winning elections. As
24  William L. Macy once said, "To the victor belongs
25  the spoils." And the problem with that is that we

65

1   are a country of the people, by the people, for the
2   people.
3           And -- and when you get so involved in
4   playing the -- the political game, the Republican
5   versus Democrat, the only people that lose are your
6   voters and your citizens. And then we're not
7   happy, and -- and you guys keep -- keep bickering
8   about, you know, who's going to get this bloc and
9   that bloc.
10          I -- I look around and -- and I see, you
11  know, a fair amount of people, but I see a lot of
12  people that are not represented fairly. And I
13  think that there is a movement in this country to
14  start recognizing equality and to start making sure
15  that everybody that is entitled to have a voice,
16  has a voice, and not a diluted voice, not one that
17  is taken away from them.
18          There are very -- there's a lot of
19  different alternatives to how redistricting can be
20  done. And in this day and age with the advent of
21  technology and computers, it has become far too
22  easy to disenfranchise particular blocs of voters.
23          Taking away the political aspect of it --
24  'cause I'm sorry, it's a little like the fox
25  guarding the hen house -- having non-partisan

66

redistricting would benefit the citizens, in my opinion. There's a lot of different methods that can be done short of split-line method. You know, compactness, optimization methods that can be done.

And I really, really hope that -- you know, I understand the Republicans in the room, you guys didn't have a -- full control of North Carolina for over 100 years, and -- and I know it would be hard to give that up.

But I -- I -- I really hope that you will do what is right for the citizens of this state, and will consider, especially considering that our unaffiliated bloc, which is third right now and is growing very rapidly and is going to put the Republicans into third place soon, that you will do something that will benefit us going into the next century by making it non-partisan, making it where we don't have to have this same fight where federal courts are now having to make us look foolish in front of the rest of the country because we're being racist. Shame on us. Okay?

Thank you very much for your time.

SEN. RUCHO: Thank you. Moving -- just reminding everybody that we did, due to the fact that Guilford Tech was closed today, that meeting

67

there was cancelled.

Moving on, Central Piedmont, Representative Brawley, the next speaker.

REP. BRAWLEY: Thank you, Senator. Harry Taylor. Stand right about there. The two microphones are on either side of the camera back there.

MR. HARRY TAYLOR: Okay. My first comment before the start, that by looking at the videos, it appears that most of the rooms at this hearing around the state are as packed as this one is, which would indicate there's probably 600 to 700 people in attendance and hope to speak today. And if this hearing goes on until midnight, they probably all won't get a chance to speak, which means a number of people aren't even getting a chance to talk at this hearing before the -- the General Assembly.

This hearing is about the focus on remapping that came up last week. I'm going to talk about gerrymandering, which has already been discussed.

Now, gerrymandering is a process, is a system, is a tool that's been in effect now for 204 years. It started 1812. In 1812, gerrymandering

68

started. And here in 204 years later, it's still with us.

It's unethical. It's immoral. It's dishonest. And it's entirely legal. But it is immoral and unethical and dishonest. And it robs people of their right to participate in all of our democracy.

The promise of democracy is that every single one of us should, every single day, have a chance to participate in the future of our country. By rigging votes, which is what gerrymandering does, by rigging votes, you're taking that opportunity away from vast parts of the population of this country.

This is not enough. You, the General Assembly has the most restrictive voting rights act in the state, and with help of the American Legislative Exchange Council, with the help of the Pope brothers and Art Pope, is endeavoring to take over the entire country, the entire United States. Right now, you're being very successful at doing that.

Hell, if I look at legislators in this room, everybody has a -- a pin on their lapel, maybe two pins, one of the American flag and one

69

with a North Carolina flag or a seal of the State of North Carolina. And I presume that you wear those to present your patriotism.

What is patriotic about rigging elections so that you can hold power? What is it about that -- what is that -- what does that say about your patriotism, if the only way you think you can run a state, that you can lead a state, is by cheating people out of their right to vote?

Once you're elected, you all become "honorables" forever. And the honorable thing to do in this state, in North Carolina, is to create an independent redistricting system, whether it's by legislation or it's by amend -- Constitutional amendment. We need to have that, and we're going to get that one way or another.

Now, I urge you, the legislature, to pass that, to -- start talking about it again. To my knowledge -- my initial knowledge was that that -- that a bill toward that end came up, I think in the 2007, 2008, 2009 General Assembly when Thom Tillis was involved.

And Thom Tillis afterwards said -- and after the Republicans took over the General Assembly or took over the House, said that he put

70

1  it back on the agenda to be heard in the 2011, 2012
2  session. And so they asked him why. He said, "It
3  was good legislation then, and it's good
4  legislation now, and I think we ought to pass it."
5      It was passed in the House, sent over to
6  the Senate, and the Senate thumbed their nose at
7  it. That's got to stop. You want to be called
8  "honorable." You want to walk around with North
9  Carolina flags and American flags on your lapels
10 and call yourself patriots and give everybody a
11 chance, regardless of their color, if they are,
12 where they come from, what they do, what their
13 level of education is, give them the opportunity to
14 participate in our country. That's what a
15 democracy is.
16     SEN. RUCHO: Thank you.
17     REP. BRAWLEY: Thank you, Mr. Taylor.
18     SEN. RUCHO: Moving on to Fayetteville
19 Tech, Senator Jackson, next speaker. Senator
20 Jackson? Senator Jackson?
21     SEN. JACKSON: Senator Rucho?
22     SEN. RUCHO: Yes, sir. Next speaker,
23 please.
24     SEN. JACKSON: Okay. We're good to go
25 with Mr. Jimmy Buxton.

71

1      SEN. RUCHO: Okay. Thank you.
2      MR. JIMMY BUXTON: I am Jimmy Buxton,
3  president of the Fayetteville branch NAACP.
4      I came here to speak in regard to a
5  letter that was written by Bob Hall from Democracy
6  North Carolina. However, that letter has already
7  been read. And I'd like to concur with whatever
8  was said in that letter.
9      I also like to concur on what the
10 gentleman from Halifax, who live in the district
11 that's being affected by this redistricting.
12 Everything he said, I agree with. I don't want to
13 take up much time because the fact -- I know there
14 are others.
15     One thing that has been said that really
16 struck my mind, North Carolina has one of the most
17 restrictive voting rights laws in this nation, and
18 that needs to end. The three judges who came out
19 and said that this -- the redistricting was wrong
20 has made it clear that you must redraw those
21 district lines. There's no if's, and's about it.
22     Now, the one thing about the military
23 that's overseas already that have sent in their
24 ballots, the gentleman's already stated, it's very
25 easy for every one of those ballots that have been

72

1  sent in to be mailed back to them once the district
2  lines have been drawn and the right lines are --
3  have been come out and that everybody knows, so
4  forth. Those ballots can be mailed right back to
5  those in the military. It's very easy. That's not
6  a big issue.
7      Thank you for my comment -- for allowing
8  me to comment. I do not, as I said, want to take
9  up time with things that have been said so far that
10 [break in transmission] I agree with. Thank you.
11     SEN. RUCHO: Thank you very much. Moving
12 to Cape Fear Community College, Representative
13 Davis. Next speaker, please.
14     REP. DAVIS: Mr. Chairman, our next
15 speaker will be Ruth Howard Chambers, who is
16 recognized to speak for five minutes.
17     MS. RUTH HOWARD CHAMBERS: Good morning.
18 I -- I -- I want to concur with much of what has
19 been said, in particular the brother from Halifax
20 County, where my ancestors are from, Warren County,
21 and up in Littleton.
22     I looked at the map and I read in the
23 newspaper about this redistricting, and that's when
24 I began to pay attention to it. And as he said, it
25 looks like a clown shoe. It snakes throughout. It

73

1  raised questions in my mind.
2      I also went online and looked at some
3  maps, as the person here showed you in his
4  notebook, of old districts and new districts. And
5  I could see just by my eye, something had occurred.
6      I also want to identify with the man who
7  spoke from Asheville and the lady who has left you
8  came from the Midwest and spoke about how voting is
9  organized and how you -- your -- who you are and
10 what you are is available to the Democrats and to
11 the Republicans.
12     I also want to say that when I went
13 online to sign in, it said, "Organization," and I
14 put, "Citizen." But I also put the faith community
15 that I belong to. And I also put the political
16 organization that I work with. But the most
17 important thing is that I am a citizen, as you are.
18     And I noticed here when I signed in
19 behind the person who I came here with, who will
20 also speak, that race was on this form. And just
21 as he had drawn a line, I drew a line that race is
22 not an issue in this. I am a citizen.
23     And I hold here right now the
24 tombstone -- a picture of my great-grandfather who
25 lies in the cemetery up in Warren County. And he

Case 1:13-cv-00949-WO-JEP   Document 159-14   Filed 03/07/16   Page 19 of 61

## 74

1  was born in 1843 before slavery was ended. And I
2  grew up in Washington, D.C. But my father went
3  there to get a better job, and that's where I went
4  to school during segregation. Had a good school.
5      But they sent up home to North Carolina
6  every summer to be with our grandparents. So we
7  worked in tobacco. And I always wanted to live
8  here. This was a place I've always wanted to be.
9  When it was time to go home at Labor Day -- I'm
10  going to use my whole five minutes, it looks like
11  it. When it was time to go home, I didn't want to
12  go home. I wanted to stay here.
13      I never came to live here until eight
14  years ago, after living in New York City for 40
15  years. And I taught in the public schools of New
16  York City. And the kids laughed at me and said I
17  had a Southern accent because I held onto whatever
18  piece of it I could.
19      But when I got here, my next-door
20  neighbor, who is my good friend now -- I depend on
21  them. But I knew when I went in his house, his
22  politics, because I saw a picture of him with the
23  first Bush who was president. But it didn't
24  matter, and it doesn't matter. He called me a
25  Yankee, and I'm not a Yankee.

## 75

1      And I think we need to stop with it. We
2  need to stop with the division, and we need to stop
3  with the partisan politics, Democrats and
4  Republicans. Yes, I live in Wilmington, and
5  Wilmington is a small county, and it was divided by
6  these redistricting lines. We need to stop. And
7  my time is up.
8      And I want to say I felt ashamed of North
9  Carolina when that man got on and started, before
10  Scalia's body was in the grave, talking politics
11  and attaching it to the passing of this man, and
12  did not even allow time for the family to mourn.
13  It's a shame. Some of this stuff in North Carolina
14  makes me sorry I'm here, but I ain't going nowhere.
15  This is home.
16      SEN. RUCHO: Thank you very much. Moving
17  on to UNC-Asheville, Representative McGrady, next
18  speaker.
19      REP. MCGRADY: We've been joined by
20  Representative Brian Turner from this area. And
21  our next speaker is Annie Buckner.
22      MS. ANNIE BUCKNER: My name is Annie
23  Buckner. I'm a proud citizen of western North
24  Carolina. I am also the political action chair of
25  the Asheville-Buncombe NAACP.

## 76

1      We need fair elections. We need fair
2  districts. Members of the political action
3  committee are calling on you to follow the order
4  and redraw the unconstitutional, cynical, partisan
5  maps fairly and immediately.
6      SEN. RUCHO: Thank you. All right.
7  Moving to Halifax Community College, Representative
8  Stam, your next speaker. And -- thank you. Go
9  ahead.
10      REP. STAM: Yes. Our next speaker is
11  Clinton Williams, and our last speaker.
12      And while he's coming up, I'd like to
13  thank the president and staff, Dr. Ervin Griffin,
14  of Halifax Community College, one of the great
15  community colleges, for their cooperation in
16  putting this together.
17      MR. CLINTON WILLIAMS: Good morning.
18  First of all, I want to -- my name is Clinton
19  Williams, and I am on the Northampton County Board
20  of Education. I reside in Garysburg, North
21  Carolina.
22      For of all, I want to thank you all for
23  the tough job that you do. In moving forward, I
24  would remind you that heavy is the head that wears
25  the crown. I'm wondering if there are experts out

## 77

1  there that have the capacity to maximize research
2  protocols that would provide the data that
3  legislators might use to appropriately redraw the
4  district lines that might allow for the tedious
5  task to be completed by the February 19th deadline.
6      Fairness, human rights, and access to
7  the -- to that which is constitutional have no time
8  boundaries attached to it. The problem with
9  regards to the creation of districts in the first
10  place hinges on a historical and on very
11  compounding of an activity that for sure denies
12  citizens of access to equal and fair
13  representation.
14      Furthermore, it impedes voters' freedom
15  to participate equally in the democratic process.
16  Voting is a constitutional right that, if it does
17  not, it should provide opportunity for each
18  individual voter to have a causal effect, impact on
19  issues that affect them throughout -- I'm sorry --
20  the election of government which best supports and
21  presents, represents their interests.
22      And I listen to some of the comments that
23  have been made this morning, I'm bothered by the
24  kind of thinking that one would use to support an
25  idea that suggests because we're already on a bad

78

1  road to destruction, that we should stay on course,
2  particularly when we know better.  It calls into
3  consideration ethical ineptitude.
4       I had a thought that if we were on an
5  airplane and we were -- the plane had already taken
6  off, and the pilots realized that there was only
7  enough fuel, for whatever reason, to possibly,
8  slightly possibly assure a successful flight,
9  should the pilot continue that flight, or should
10  the pilot turn around and make sure that the plane
11  is properly serviced so that the safety of the
12  passengers would be the top priority?
13       This issue of redistricting
14  [unintelligible] pockets African Americans and
15  creates racial despair.  This has been recognized
16  by Justice to the point that a moratorium has been
17  placed on the fast-approaching election so that it
18  is taken serious and something is done about this.
19       This neatly boils down to ethics, and at
20  best, questions lawmakers' enthusiasm with regards
21  to human rights and assuring fairness to all
22  members of our society regardless of color or
23  political orientation.  Black people of color
24  represent a group of individuals that have
25  historically not been given fair access to the same

79

1  kinds of opportunities and access to many of the
2  same kinds of enjoyment as white counterparts.
3  Black people of color represents a group -- I'm
4  sorry.
5       Someone mentioned that -- someone
6  mentioned the Emancipation Proclamation this
7  morning.  And if you go back to 1863 through 1865,
8  it should be incumbent upon all legislators to
9  acknowledge that while much of this may not have to
10  do with racism and socialism, it does have to do
11  with -- with fairness.
12       The right -- the right time to do the
13  right thing is always right.  And quite frankly, it
14  is egregious that some of our lawmakers think that
15  it is okay to move forward in a situation that
16  denies an individual a constitutional right in the
17  best interest of time.
18       Thank you for your time this morning
19  listening to me.  And I would ask that the
20  lawmakers take time and look at this issue and do
21  what is right for all people.  Thank you.
22       SEN. RUCHO:  Thank you very much.  Moving
23  back to Raleigh.  I have Steve Raugh.  Is Mr. Raugh
24  here?  Okay.  I have Dallas Woodhouse.
25       MR. DALLAS WOODHOUSE:  Thank you, Senator

80

1  Rucho, and thank you, Committee.  I am Dallas
2  Woodhouse of Raleigh, North Carolina.  And I am
3  executive director of the North Carolina Republican
4  Party and today will state out the position of our
5  party.
6       Number one, I want to say that we
7  continue to believe these districts were drawn fair
8  and legal, in accordance with both the -- the
9  existing state and federal statutes, as well as the
10  state and federal constitutions.
11       But of course, the courts have not made
12  this easier since you have originally drawn these
13  lines.  They have changed the rules and the
14  precedents, not during the game, but after it has
15  been completed and the score has been submitted.
16  That has made the task of this committee and of
17  future redistricting efforts extremely difficult.
18       Until we return to the days of bright
19  line rules, especially with aspects of the Voting
20  Rights Act, this is going to continue to be a
21  difficult process at all.
22       You know, I'm not one likely to quote
23  Bill Clinton, but in this case, I will say that I
24  do feel your pain on the committee.
25       But again, we believe these districts are

81

1  fair and legal, but this committee has to prepare
2  for the possibility of new districts being drawn.
3  Here is our position on what we believe should be
4  taken into consideration in the drawing of new
5  districts.
6       Partisan considerations.  Partisan
7  considerations are the precedents of multiple Court
8  findings.  They have been in place for many, many
9  years across every state.  And courts hold that
10  partisan voting behavior can be taken into account.
11  We believe that a 10-3 map, or at least the
12  possibility of one, is the appropriate outcome
13  after Republicans won elections and have continued
14  to do so.  I realize that doesn't make everybody
15  happy, but this process will not make everybody
16  happy.
17       Should you continue to -- to draw the
18  districts, we think that we should look to try to
19  keep precincts and counties whole to the largest
20  degree possible.  And especially in our rural
21  counties, which of course have declining influence
22  across the state, it is extremely important to try
23  to keep those rural and small counties completely
24  whole.  The Graham Counties, the Hyde Counties, we
25  shouldn't be dividing them up.

82

And finally, let's dispense of this issue
of the appropriate amount of racial consideration.
Let us draw districts without any consideration of
race whatsoever. Let's make completely colorblind
district drawing.

That is the position of the Republican
Party. I would love to know the position of the
Democrat party. Are they for drawing completely
colorblind districts that take no racial
considerations into account whatsoever. That is
our position.

As Justice Roberts said in a famous
education hearing, court decision, the way to stop
judging people on race is to stop judging people on
race. And we are for that 100 percent.

I thank you for your time and your effort
on what has been made a very, very difficult
process. And on behalf of the North Carolina
Republican Party, we wish you the best of luck.
Thank you.

SEN. RUCHO: Central Piedmont Community
College, Representative Brawley.

REP. BRAWLEY: Thank you, Senator. Mr.
Scott Huffman.

MR. SCOTT HUFFMAN: Thank you. Thanks,

83

everyone, for showing up today. I'm originally
from Spencer, North Carolina. I served in the US
Navy for eight years. After my service, I returned
home to the great State of North Carolina. North
Carolina is my home. I live in Charlotte. I have
a successful 20-year business called Charlotte
Internet. I have a family. I have three children.
And I'm the geek you call when you can't figure out
what's going on with your computer.

I am very concerned, as a Navy veteran,
as a former Navy veteran, that my service was in
vain because my vote is not fairly represented, as
well as 34,000 African Americans who were moved out
of District 8, into District 12.

District 8, in my opinion, was fairly
represented. It was fairly moderate.
Congressman -- Representative Hayes currently
chaired [sic] that district, and it was formerly
chaired by Larry Kissell, and who was formerly
chaired by Representative Hayes, who is here this
morning. I even voted for you, Representative
Hayes.

As a former veteran, I'm concerned that
34,000 Americans -- I mean, excuse me -- 34,000
African Americans, as well as myself, are not being

84

represented. They were forced out of District 8,
into District 12 for the wrong reasons.

It is your duty as our elected officials
to represent the people. The Courts have found the
current district unconstitutional. You must fix
this. In my opinion, as a former veteran, the
districts should be redrawn to fairly represent the
people of North Carolina. No excuses. No delay.
The people deserve a fair electoral process. Their
votes matter. Every vote matters.

Again, as a former veteran, I took the
oath to protect this great nation, to serve. I
urge you who are serving now in Raleigh to fix
this. It is your constitutional duty to do so.
All North Carolina -- all North Carolina voters
matter. All elections should be fair. Going
forward, we can fix this. We have the time to fix
this.

As a former veteran, I -- I hope and
expect you to form an independent commission. That
way we can establish fair districts. That way
everybody's vote counts. Right now, without
further delay, the districts should be redrawn.
The people deserve a fair electoral process. The
current, upcoming primary should be delayed, but we

85

have the time to fix this. You can fix this in
Raleigh. That's why we voted for you. That's why
you're there.

Earlier, they said that we should have
colorblind districts. Well, here is a good
representation of what the colorblind districts
will look like. This shows independently drawn
districts in North Carolina. And people deserve a
right to vote. They deserve fair elections.

They want money out of politics. They
want our representatives to represent the people
and not somebody who's going to cover their
campaign finances to get them elected.

Thank you very much, everybody.

REP. BRAWLEY: Mr. Huffman, thank you for
your service.

MR. SCOTT HUFFMAN: Thank you, sir.

SEN. RUCHO: Yes, sir. Representative
Brawley, would you ask that gentleman to be to give
that map to the -- one of the staff people so that
it can be included as part of the record. Okay?
Okay. Moving on to Fayetteville, Senator Brent
Jackson.

SEN. JACKSON: Senator Rucho, we have Ms.
Queen Degraff -- [break in transmission]

86

1    MS. QUEEN DEGRAFF: I think much of
2  what -- I think much of what I was going to say has
3  already been said. But what I do want to say is
4  that two years ago, I celebrated 50 years in the
5  civil rights and voting rights movement. And I'm
6  just appalled and astounded that in 2016, that I am
7  still addressing the same issues that I fought for
8  and went to jail for over 50 years ago. And that
9  we really can do better.
10    This is a -- as several people have
11  pointed out, it's a clear case of what has
12  historically been called gerrymandering, clearly
13  drawing lines to put a certain group into a
14  disadvantaged voting pattern. And we need to do
15  better, and we need to make sure that the people we
16  elect to office do what we feel is just and fair
17  for all citizens. Thank you.
18    SEN. RUCHO: Thank you very much. Moving
19  to Cape Fear Community College, Representative
20  Davis.
21    REP. DAVIS: [break in transmission] will
22  be Jim Kistner, who is recognized to speak for up
23  to five minutes.
24    MR. JIM KISTNER: Good morning,
25  everybody. My name is Jim Kistner. I'm a US Army

87

1  veteran, but you don't need to thank me for my
2  service. I did it willingly. I'm a resident of
3  Wilmington, North Carolina. Registered voter here.
4    So considering the evidence presented in
5  the recent Congressional redistricting lawsuit,
6  Judge Roger Gregory wrote, quote, "There's strong
7  evidence that race was the only non-negotiable
8  criteria in redrawing those boundaries." He went
9  on to say and conclude, "Traditional redistricting
10  principles were subordinated to race." In other
11  words, race plays a major role in how these lines
12  were drawn.
13    From my perspective, and I think from the
14  perspective of anyone that loves this democracy,
15  this is absolutely unacceptable. Free and fair
16  elections are the bedrock of American democracy.
17  Cynical efforts to undermine the voting process and
18  manipulate voting outcomes should be seen for what
19  they are: violations of the fundamental principles
20  of our nation and our state.
21    Instead of feeling shame and apologizing
22  for their actions, Senator Bob Rucho and
23  Representative David Lewis, the two Republican
24  politicians who led the redistricting effort,
25  responded by saying, "We are surprised and

88

1  disappointed by the trial court's eleventh-hour
2  decision that throws an election already underway
3  into turmoil."
4    Surprised and disappointed? Turmoil?
5  Let's be clear. If turmoil results from this
6  effort, it is a result of actions -- their actions.
7  It was their manipulation of the Congressional
8  boundaries that brought this issue to federal court
9  in the first place.
10    So what's to be done now? Even without
11  being forced by the Court, the morally right thing
12  to do would be to leave racism and cynical
13  political manipulation outside the drawing, and
14  redraw Congressional boundaries so they are fair
15  and equitable to all individuals and groups in the
16  state. That should happen immediately. One
17  person, one vote. It's that simple. As one of the
18  earlier speakers said, it's a mess. You made it.
19  Clean it up.
20    Beyond that, I fully endorse the proposal
21  and -- proposal that's been mentioned by a number
22  of speakers this morning, that North Carolina adopt
23  an independent, non-partisan redistricting process,
24  one that gets every voter and all groups an equal
25  voice in the state and national elections. To

89

1  protect our democracy and prevent -- prevent future
2  turmoil, let's adopt an independent, non-partisan
3  redistricting process. Let's do that sooner rather
4  than later.
5    I really appreciate having had the
6  opportunity to speak. Thank you very much.
7    SEN. RUCHO: Thank you. Moving on to
8  UNC-Asheville, Representative McGrady.
9    REP. MCGRADY: Our next speaker is Jim
10  McGlynn.
11    MR. JIM MCGLYNN: Thank you. The voting
12  district lines in North Carolina give an unfair
13  advantage to Republican candidates in state
14  elections.
15    In 2011, the voting districts were
16  revised to pack Democratic voters and African
17  American voters into three of the state's 13
18  Congressional districts. Then the other 10
19  districts were drawn in such a way that they were
20  Republican-dominated. Excuse me.
21    One example of how they were able to
22  offset Democrat votes is in the 11th District, in
23  which I vote. It has been represented by
24  Republican Patrick McHenry since 2005. So it has
25  been a pretty solid Republican stronghold that

90

1  stretches all the way from Hendersonville to
2  Bessemer City near Charlotte.
3       In 2011, this district was redrawn to
4  take the more liberal voters in Asheville out of
5  the 10th District and put them in this heavily
6  Republican 11th District. This ensured that both
7  the 10th and the 11th District were predominately
8  Republican.
9       My 11th District that they designed has
10  the shape of a big tennis shoe. And it has a
11  mushroom growing out of the toe of the tennis shoe.
12  And this mushroom encompasses Asheville. Any
13  Democrat that runs against a Republican candidate
14  in these districts has an artificially-designed
15  Republican Party majority to overcome.
16       It's a problem. This type of
17  gerrymandering is a direct attack on democracy,
18  which depends on fair elections. It violates the
19  Voting Rights Act of 1965 that makes it illegal to
20  weaken the voting power of racial or ethnic groups.
21  It discourages candidates in the minority party
22  from running. It discourages voters from voting
23  because they don't think their vote will make any
24  difference.
25       The obvious solution to this problem is

91

1  to take the job of drawing these voting districts
2  away from partisan legislatures and have them drawn
3  by an independent agent on the basis of population
4  density and natural population groups, with no
5  weight given to political party affiliations. If
6  this would happen, it would restore our faith in
7  fair elections, which is so important in a
8  democracy. Thank you.
9       SEN. RUCHO: Thank you. Moving on to
10  Halifax, Representative Stam?
11       REP. STAM: Chairman Rucho, we have no
12  additional speakers at Halifax, but we're watching
13  the proceedings with great interest.
14       SEN. RUCHO: Very fine. We're going --
15  now, if you find that you have a speaker, then just
16  let me know, and we'll fit you back into the
17  rotation. Thank you. All right. Moving on back
18  to Raleigh. And next person on the list is -- I
19  believe it's Helen Tenney, T-e-n-n-e-y. Is Helen
20  Tenney here? No. Okay. Next person is Terry
21  Schmidt. Terry Schmidt? Terry Schmidt? No Terry
22  Schmidt. Then we have Joyce Cotton. Joyce Cotton?
23  P.J. Gentry? P.J. Gentry? James Womack? Mr.
24  Womack, come forward and identify yourself, please.
25       MR. JAMES WOMACK: Senator Rucho,

92

1  Representative Lewis, members of the legislature,
2  thank you so much for letting me speak today. My
3  name is James Womack. I'm from Lee County. I am
4  politically active in state and local politics.
5       I believe the Congressional districts as
6  they're drawn represent a fair and legal
7  representation and apportionment of the voters in
8  North Carolina. And I believe that they are
9  absolutely consistent with the Voting Rights Act of
10  1965 and all the subsequent amendments and changes
11  up through 2006.
12       I do not believe these districts should
13  be redrawn simply because of a lower federal court
14  ruling that believes that two of the districts are
15  racially gerrymandered. Instead, I am hopeful that
16  the US Supreme Court will weigh in, accept this
17  case, and evaluate the districts in a prompt
18  fashion, and that they will validate the districts
19  as fulfilling the spirit and the intent of the VRA.
20       If for whatever reason, these districts
21  must be -- must be redrawn, then I recommend
22  several important safeguards and principles be
23  applied.
24       Number one, I say keep the counties,
25  especially the smaller counties, whole as much as

93

1  possible. In all cases, keep the precincts as
2  whole as the smallest nondivisible political
3  boundary.
4       To the extent possible -- this is number
5  two. To the extent possible, please keep the
6  counties aligned of their current Congressional
7  districts. In other words, do not completely
8  redraw all Congressional districts in the state,
9  forgetting the previous alignments. These
10  relationships have been developing for decades,
11  and -- particularly the representatives that are
12  there now, you know, should not be forced to have
13  to go back and re-strategize how they -- they go
14  about campaigning in those districts.
15       If possible, completely remove the race
16  demographic in the spreadsheets and databases being
17  used to initially redraw these districts. When the
18  lines have been redrawn, then simply apply the race
19  demographic to test the -- the -- to test for race
20  and the degree of racial distribution. Even the
21  1st and the 12th Districts have been -- even if or
22  ensure the 1st and 12th Districts are racially
23  unpacked and even if Democratic affiliation stays
24  the same or goes up.
25       Again, I think the 1st and the 12th were

94

1  the focus of the -- of the problem. And if you
2  unpack them to some degree for race, that doesn't
3  mean that the demographic for party would
4  necessarily change. I think you just simply take
5  race our of the equation, and then -- and then redo
6  it based on party, you'll end up with -- with
7  similar results, and I think that would meet the
8  constitutional test.
9      I would also suggest that you take this
10  opportunity for two other things, since -- since we
11  may be forced to go back and revisit the districts.
12  Include the affiliated political party in all data
13  sets, and make sure to optimize all districts to
14  sustain at least an R+6 voting pattern or better in
15  at least 10 of the 13 districts.
16      Again, maintain an R+6 or better. Right
17  now, I think it's R+11 or better. But I would at
18  least -- if you're forced to unpack them and you
19  don't have any other choice, at least maintain an
20  R+6 so that you're not penalized politically for
21  the racial unpacking that's done.
22      And if -- and if possible, use this
23  opportunity to completely redraw the 4th District,
24  as well. It's a -- it's -- and make it a
25  diminished Democrat stronghold, something, you

95

1  know, less than a D+3, so it can be a competitive
2  race. As it -- right now, it's an uncompetitive
3  race, and it's not even a target for the Voter
4  Rights Act.
5      It's a consequence of -- of -- of -- of
6  redrawing those boundaries for other purposes. So
7  again, make the 4th District something that's less
8  than a D+3. Right now, I think it's a D+20 or
9  thereabouts.
10      Finally, let's use this opportunity to
11  start the conversation about bailing out of the
12  Voting Rights Act altogether. I strongly believe
13  we should stop using race for any political
14  purpose. Thank you. The VRA required we use race
15  as a demographic to test the amount of racial
16  dilution in the drawing of boundaries. Thus race
17  was used initially by Democrats to gerrymander the
18  1st and the 12th Districts, which have always
19  looked strange the way they are today. I think
20  it's high time we bailed on the VRA. It seems we
21  meet the legal obligations or the legal
22  requirements to bail out.
23      Thank you very much for my time.
24      SEN. RUCHO: Thank you. Moving on to
25  Central Piedmont, Representative Brawley, next

96

1  speaker.
2      REP. BRAWLEY: Thank you, Senator. Brian
3  Kasher.
4      MR. BRIAN KASHER: Thank you for the
5  opportunity, as a voter and taxpaying citizen of
6  North Carolina, to provide input into correcting
7  the unconstitutional North Carolina approach to
8  defining voting districts, the very root of our
9  democratic republic.
10      There are viable solutions available that
11  can result in fair, unbiased election districts
12  that generally serve to keeping natural communities
13  together. However, those of you in power must
14  decide to adopt the system, and not succumb to the
15  temptation of abusing your sworn oath to defend our
16  Constitution.
17      Adopting another system that inherently
18  advantages those in sitting power would be an open
19  act of defiance against the federal courts, our
20  Constitution, an act against democracy witnessed by
21  the world.
22      The 1st and 12th Districts of North
23  Carolina are within the topmost gerrymandered
24  voting districts in the United States, while North
25  Carolina itself is one of the most gerrymandered

97

1  states.
2      I use the term "gerrymander" to represent
3  the acts of politicians intentionally manipulating
4  voting districts to thwart viable challengers. The
5  act of gerrymandering is done, for example, by
6  splitting communities, packing partisans, and by
7  politicians picking who their voters will be, while
8  intentionally diluting the vote of potential
9  opponents.
10      This is not democracy in action. This is
11  democracy being stolen. United States voters have
12  the right to democratically elect their
13  representatives. However, North Carolina voters do
14  not need to travel to Russia, China, North Korea,
15  or Iran to find a full-blown attack on the American
16  way of constitutional government.
17      In North Carolina, the people have been
18  systematically denied the true power of democratic
19  vote by our own General Assembly's gerrymandering.
20  And I'm not going to point a finger at either
21  party. I love you all. I really do. Okay?
22      As a citizen of North Carolina, I can
23  testify with no uncertainty that the General
24  Assembly has provided no substantive information
25  whatsoever to comment on at this hearing.

98

1       All I can testify to is the General
2   Assembly's past actions that have resulted in the
3   State of North Carolina becoming a spectacle of
4   anti-democratic practices to the world, and a loser
5   in federal court after spending countless dollars,
6   tax dollars, to defend the General Assembly's
7   unconstitutional desires and practices.
8       The General Assembly has had a week to
9   share the redrawn voting maps developed by Tom
10  Hofeller behind closed doors and without public
11  input, but instead has moved forward with no
12  transparency or disclosure to the public.
13      In the absence of data, mapping, or
14  direction from the General Assembly to comment on,
15  I offer the following solution to the current
16  unconstitutional gerrymandered approach to
17  Congressional districting.
18      Optimally -- optimally, compact equal
19  population Congressional, Senate, and House
20  districts have been generated by unbiased algorithm
21  based on census blocks the smallest geographics of
22  the Census Bureau.
23      The existing maps below and the data they
24  were derived from -- there's nice maps in the
25  written version -- are available at

99

1   bdistricting.com/2010/nc.  That's b-d-i-s-t-r-i-c-
2   t-i-n-g.com/2010/nc.  You can see both the
3   gerrymandered districts and the homogenous
4   districts.
5       It is your duty as public servants, sworn
6   under oath to the people of North Carolina, to
7   resolve this matter consistent with the
8   Constitution and the authorities thereof, which do,
9   by the way, include the Courts.
10      The problem of the mess is a result of
11  the General Assembly's own gerrymandering ways.
12  When a citizen is found to have stolen a loaf of
13  bread, the remedy for this is not at the
14  convenience of the perpetrator.  Y'all created this
15  Congressional constitutional mess and should stop
16  trying to pass the buck at the expense of the
17  voters.
18      In conclusion, for those who are
19  believers, Paul told us at 13:1, "Let everyone be
20  subject to the governing authorities, for there is
21  no authority except that which God has
22  established."  The authorities that exist have been
23  established by God.  It's not limited to just the
24  General Assembly.  Under this simple biblical
25  doctrine, you are compelled to comply with the

100

1   federal court and remedy the unconstitutional
2   voting districts the General Assembly itself has
3   created.
4       You have been caught with the hot potato.
5   You might not have started it, but you've got the
6   hot potato.  Please stop blaming and passing the
7   buck.  You've been caught.
8       Thank you all very much for what you do.
9   Love you all.  And I hope we come through this as a
10  stronger state.  God bless America.
11      REP. BRAWLEY:  Mr. Kasher, would you like
12  to submit that for the record?
13      SET. RUCHO:  Thank you.  Members of the
14  Committee and the satellite sites, Representative
15  Lewis is the Chairman of the -- of the House --
16  Representative Lewis is the House Chairman, and he
17  will take over at the podium for the time being.
18  Thank you.
19      REP. LEWIS:  We'll return to Raleigh.
20  The next speaker that registered -- the Chair
21  apologizes.  We'll go to Fayetteville Technical
22  Community College.  The Chair recognizes Senator
23  Brent Jackson to introduce the next presenter.
24      SEN. JACKSON:  Thank you, Mr. Chairman
25  Lewis.  We have Mr. Richard Button.

101

1       MR. RICHARD BUTTON:  I have to pass.
2       SEN. JACKSON:  He has -- he has passed,
3   so if -- if it pleases the Chairman, I'd like to
4   move on to the next person.
5       REP. LEWIS:  Please do.
6       SEN. JACKSON:  We have Ms. Gloria -- I
7   can't pronounce her last name -- but for Ms.
8   Stackhouse.  And I apologize.
9       MS. GLORIA STACKHOUSE:  Stackhouse.
10      SEN. JACKSON:  Please go.  And state your
11  name, again, for the record.
12      MS. GLORIA STACKHOUSE:  My name is Gloria
13  Stackhouse, and I am a voting resident of
14  Cumberland County.
15      And this morning I've sat, and I've
16  listened to voters express their concern about the
17  Court's decision of the 1st and 12th Districts and
18  how they have and will continue to disenfranchise
19  the voters if they're changed.
20      One of the three federal judges who
21  issued the ruling, US District Judge Max Cogburn,
22  wrote, "Elections should be decided through a
23  contest of issues, not skillful mapping.  Voters
24  should choose the officials.  Instead, here in the
25  North Carolina, Republican legislators are dividing

## 102

1  our state in order to choose their voters.
2          "Racial gerrymandering -- these maps are
3  the most cynical kind of politics.  They seriously
4  divide the state along racial lines, dividing
5  communities that have a proven record working
6  together towards common goals.
7          "The Voting Rights Act was established to
8  protect minority voters.  These maps not only
9  undermine the intent, they effectively marginalize
10 minority voters.
11         "When redistricting processes are
12 controlled by Legislators, then political concerns
13 will pay a -- play a role.  This plan, however, is
14 more than just partisan politics.  The plan
15 segregates African Americans rather than building
16 African Americans into the fabric of North
17 Carolina.
18         "When you segregate the electorate by
19 race and change -- when you segregate the
20 electorate by race, you change the politics of the
21 State for the worse.
22         "District 1 and District 12 have both
23 historically elected African Americans by
24 comfortable margins.  There are -- there was a
25 legal justification for increasing the African

## 103

1  American percentage in these districts of 50
2  percent, and it is still that packing black vote --
3  voters into these districts was the primary goal of
4  the plan.
5          "We knew that race was the important
6  factor in this creation.  These districts were
7  moved back -- these districts move us back to a day
8  of segregation that most of us thought we had moved
9  away from."
10         And as one of the other -- the lady
11 pointed out earlier, you know, we're right back
12 fighting for rights to vote were fought many
13 years ago, that blood was shed.  And I'm a young
14 voter.  I don't remember any time of -- of slavery,
15 but I remember segregation.  I grew up in
16 segregation.
17         So having said that, the -- the district,
18 now we, you know, find ourselves moving back to a
19 day of segregation.  The net result of this
20 redistricting plan is that it doesn't improve
21 African American elections because they were always
22 winning.  What it does, it minimizes the influence
23 of African Americans in surrounding districts.
24         In the Supreme Court ruling regarding
25 redistricting in Alabama, the Court found Alabama's

## 104

1  plans were illegal because they misapplied the
2  Voting Rights Act and used race as a primary
3  consideration, rather than looking at the
4  percentages of votes needed to elect the minority
5  candidate or candidate of choice.
6          The North Carolina plans follow that
7  exact same flawed thinking.  In fact that some
8  absentee ballots have been requested and -- and
9  submitted not overweighted the damage done by
10 holding a third election on an unconstitutional
11 map, ensuring our elections are constitutional
12 should be primary goal.  Certainly, it is one worth
13 [break in transmission].
14         And as closing, I would like to say that
15 the judge has ruled these Congressional districts
16 be redrawn immediately.  That's why we're calling
17 on our lawmakers to stop making excuses, follow the
18 order, and redraw the maps.  I do urge you to
19 immediately redraw the maps.  Thank you for
20 allowing me to speak.
21         REP. LEWIS:  Thank you.  At this time
22 we'll move to Cape Fear Community College and
23 Representative Ted Davis.  Representative Davis, if
24 you'd present your next speaker.
25         REP. DAVIS:  Mr. Chairman, our next

## 105

1  speaker will be Mr. Eric Edgerton.
2          MR. ERIC EDGERTON:  Senators and
3  Representatives, thank you for the opportunity to
4  speak.  I am Eric Edgerton.  I am a resident of
5  Brunswick County, and I'm in the 7th Congressional
6  District.
7          This three-judge federal court has ruled
8  that redistricting done a few years ago is
9  unconstitutional for two districts, and has ordered
10 those two districts, 1 and 12, to be redrawn.
11         The current boundaries are fair, in
12 accordance with the laws, Voter Rights Act, case
13 law approved by the United -- the North Carolina
14 Supreme Court and US Department of Justice.
15         The request for a redraw within two weeks
16 is unrealistic, as the primary election is
17 currently underway and thousands have already
18 requested and received their absentee ballots.
19         Now, this redistricting will affect more
20 districts, and the new primary will be required.
21 And that's going to cost the state an additional
22 eight to ten million dollars.  Plus, it's going to
23 cost more for each county to mobilize their
24 election boards.  This is going to be very, very
25 expensive.

106

1    But there's more to it than just the
2    dollar. When we look back at 1998 primary
3    election, we founds we had almost 800,000 ballots
4    on May 5th. Then they had a second primary on
5    September 15th, and 161,000 people showed up.
6    That's 80 percent reduction. And what that happens
7    is people are ready for an election. All of a
8    sudden now they got to go back and do it again.
9    And that's really a disenfranchisement.
10    I think if redistricting is required, the
11    precincts and smaller counties should be kept
12    whole, as breaking these things up could have
13    detrimental effects in those counties.
14    Thank you very much for the opportunity
15    to speak.
16    REP. LEWIS: Thank you. At this time
17    we'll move to UNC-Asheville site and Representative
18    Chuck McGrady to present your next speaker.
19    REP. MCGRADY: Mr. -- Mr. Charles
20    Edwards. Then I'll move on to Janet Burhoe-Jones.
21    UNIDENTIFIED: Charles Edwards is here.
22    REP. MCGRADY: Mr. Edwards, go -- go
23    right ahead.
24    MR. CHARLES EDWARDS: Okay. Thank you.
25    Thank you for the opportunity. I'm Charles Edwards

107

1    in Buncombe County.
2    I want to start and just offer, today, a
3    little story. I ferried voters in the last general
4    election, just shut-ins who have difficulty going
5    to the polls otherwise.
6    One of the ladies -- one of the people
7    that I picked up was an 82-year-old African
8    American lady. Before we took off for the polls, I
9    had an opportunity to chat with her a bit.
10    I'm -- something that came up during her
11    discussion was her brothers' service in World War
12    II, and she showed me the pictures of these two
13    brothers. And of course, being in the Army in
14    World War II, they served in segregated units.
15    They and this lady endured decades of
16    segregation after World War II. But she was
17    determined to go and vote. Her legs were bandaged
18    and she had trouble walking, but as I say, she
19    insisted on going.
20    She could have voted at the curb. When
21    we arrived, we pulled up and I told her that there
22    were provisions that she could vote at the curb and
23    not endure the pain and difficulty of going inside
24    to vote. But she insisted on it. So I and another
25    gentleman, holding her by her arms, helped her walk

108

1    into the voting location.
2    Now, I just want to say that this was a
3    revelation to me. This was -- affected me deeply.
4    And all I could think of, that these are the
5    people, her brothers now dead and this elderly
6    lady, who the North Carolina legislature has been
7    doing its best to disenfranchise.
8    This conclusion is only strengthened by
9    seeing the enactment of voter ID laws that are
10    based on cynical and bogus claims of voter fraud,
11    claims that everybody involved knows are lies.
12    I suggest that this debate about the
13    districts is not just a political issue, but it's a
14    moral and ethical issue. I think that the North
15    Carolina legislature should be ashamed, deeply
16    ashamed for these acts. And I urge that the
17    legislature not dawdle, and purge this shame, and
18    redraw the maps in conformance with the Court
19    decision.
20    Thank you very much for the opportunity
21    to speak.
22    REP. LEWIS: Thank you. At this time,
23    we're going to return to the Raleigh site. Dennis
24    Dixon? Is Dennis Dixon here? Sydney Dunston? Is
25    Sydney Dunston here? Jay DeLancy? Mr. DeLancy,

109

1    you have five minutes, sir.
2    MR. JAY DELANCY: Thank you,
3    Representative Lewis and Senator Rucho. I wanted
4    to start, first off, by congratulating both of you
5    and your whole committee. Y'all have done
6    fabulously hard work in making this -- this whole
7    thing happen.
8    This redistricting, drawing these lines
9    originally is hard work. Congratulations to that.
10    Congratulations for organizing these short-notice
11    hearings, too, that you were forced upon -- that
12    were forced upon you by the Courts. And
13    congratulations to your IT staff that somehow
14    pulled this together and -- involving these
15    community colleges.
16    Now, we're a non-partisan organization,
17    but we have a deep passion for the Constitution.
18    And I think that at -- that is what is at stake
19    here today.
20    And first off, the urgency of these
21    hearings, it smells a lot like a cynical judicial
22    joke. Never mind that tens of thousands of ballots
23    have already been mailed out across the state,
24    never mind that the Board of Elections have already
25    received 7,000 or a little over 7,000 of them back,

110

1    and never mind that this election is already
2    underway. No, these three activist judges, they
3    want chaos in North Carolina's elections.
4        Now, contrary to the earlier rants we've
5    heard, this is not your fault, gentlemen, ladies,
6    and the committee. This is not your fault. This
7    is the fault of the sore losers. I'm sorry. It's
8    more than 100 years there was no problem of more
9    than 100 years of Democrat gerrymandering. No
10   problem with that.
11       No problem with creating the 1st and 12th
12   District, the clown-foot district. I think that
13   was created in 1990s, back when the Democrats had
14   control of the legislature. And no problem again
15   in 2000, when the Democrats maintained their --
16   their single-party rule in this state for more than
17   100 years. It was no problem.
18       The only time it became a problem was
19   despite all that rigging, that the Republicans
20   somehow managed to win in 2010. Now, it's a
21   problem. Oh, big problem.
22       Now, we see activist groups like
23   represented here today with their scripted speeches
24   all across the state. We see them -- Democracy NC
25   and Common Cause out there with the usual talking

111

1    points. They're turning this into a propaganda
2    moment to create so-called non-partisan
3    redistricting commissions.
4        Well, I have bad news for you, we do not
5    have gods living among us, so don't drink that
6    Kool-Aid. What I mean is there are -- just as
7    there are no unicorns, there are no truly non-
8    partisan people in our society. And so our
9    Founding Fathers understood that. It's called the
10   sinful nature of man. They understood that, and so
11   what they did was created a system whereby citizens
12   could watch their government, keep an eye on them,
13   and when one side got out of hand, the other side
14   could watch them and make them fix it. That's
15   called citizen accountability. They designed this
16   system that way.
17       And to the extent that we can hold on to
18   that constitutional framework, we're going to have
19   a free country and we're going to have citizen
20   accountability. It's when we deviate from that
21   constitutional framework that we start losing the
22   rights of citizens to be heard and the rights of
23   citizens to -- to have any influence at all on
24   their government.
25       So this smells a lot like -- this whole

112

1    stink we're hearing today smells a lot like
2    judicial disenfranchisement, intended to bully
3    North Carolina into either postponing the elections
4    or into creating some sort of unelectable,
5    unaccountable so-called non-partisan redistricting
6    commission.
7        Please do not buckle to this judicial
8    tyranny. I ask you to charge ahead with the March
9    primaries. The truth will win out, and your
10   position will be vindicated. Thank you.
11       REP. LEWIS: Thank you. We're going to
12   return to Fayetteville Technical Community College
13   and Senator Brent Jackson. Senator Jackson, would
14   you introduce the next speaker?
15       SEN. JACKSON: [break in transmission]
16       REP. LEWIS: Senator Jackson at
17   Fayetteville Technical Community College, are you
18   there, sir?
19       REP. LEWIS: Members, we're going to go,
20   instead, to Central Piedmont Community College.
21   Representative Brawley, are you there, sir? The
22   chair has called -- Senator Jackson, can you -- can
23   you hear me? Members, the Chair is going to ask --
24       SEN. JACKSON: We can't hear you on this
25   end, and I have 24 people remaining to speak.

113

1        REP. LEWIS: So the Chair is going to
2    ask -- the Chair -- it appears to the Chair that we
3    can hear the Central Piedmont site. Representative
4    Brawley, so you can't hear the Chair?
5        REP. JACKSON: We've got you now. Okay.
6        REP. LEWIS: Okay. The Chair is going o
7    direct the clerk to contact Senator Jackson at the
8    Fayetteville site, and ask the gentleman who's
9    presenting to suspend. And we're going to go
10   instead to the Central Piedmont Community College.
11   And we're going to as Representative Brawley to
12   introduce the next presenter.
13       REP. BRAWLEY: Brian McCollum. Sir, you
14   are recognized for five minutes.
15       MR. BRIAN MCCOLLUM: Thank you.
16       REP. BRAWLEY: Thank you.
17       MR. BRIAN MCCOLLUM: I'm -- my name is
18   Brian McCollum. I'm a student at UNC-Charlotte,
19   which puts me square in the [break in transmission]
20   school is out today, so I decided to come down here
21   and participate in democracy.
22       So I think the main point I wanted to
23   make -- and the last speaker really did this --
24   this really isn't, in my view, a Republican or a
25   Democrat issue.

## 114

1    You know, a lot of my friends and a lot
2  of Millennials, I think, in general, don't really
3  identify with parties so much anymore.
4  Independents are an ever-expanding -- unaffiliated
5  voters are an ever-expanding demographic.
6    But I think what a lot of people that I
7  talk to worry about is the districts in this state
8  aren't really competitive. I think for people who
9  are interested in politics, we don't necessarily
10  want districts drawn one way or the other. We want
11  them drawn competitively so we actually can have
12  some interesting races.
13    I -- I think the last point that was made
14  is fair. Democrats were guilty of this, just as
15  Republicans were. But that doesn't really make it
16  right one way or the other.
17    You know, we have 13 Congressional
18  districts in this state, and only three of them are
19  Democratic -- or held by Democrats. So there's 10
20  held by Republicans, 3 by Democrats.
21    That just doesn't really add up when you
22  consider we're about a 50/50 split, you know,
23  liberal/conservative. We went for Obama in 2008.
24  We went for Mitt Romney in 2012. It's a pretty
25  even split, so you would think the Congressional

## 115

1  districts would match that.
2    But I think -- you know, where I disagree
3  with the last speaker is I do think an
4  independent -- something that is independent and
5  that is bipartisan would help us break a lot of
6  this gridlock and just get some competitive
7  elections or people who are actually interested in
8  politics. So that's what I want.
9    REP. BRAWLEY: Thank you, sir.
10    REP. LEWIS: Thank you. We're going to
11  move now to UNC-Asheville, Representative Chuck
12  McGrady. Representative McGrady, do you have a
13  presenter?
14    REP. MCGRADY: Our next speaker is Janet
15  Burhoe-Jones.
16    MS. JANET BURHOE-JONES: After 140 years,
17  Republicans achieved historic victories in North
18  Carolina in 2010. Since 2010, liberal activists in
19  the North Carolina Democratic Party have attempted
20  to achieve through the courts what they could not
21  at the ballot box.
22    North Carolina Democrats are
23  disenfranchising military and elderly and the poor
24  who have already cast ballots.
25    The endless string of court litigations

## 116

1  challenging North Carolina's Congressional
2  districts has abused taxpayers. And I, like a
3  former speaker, would like to know how much that's
4  costing the taxpayers, to continue their -- all the
5  way up to the Supreme Court of the United States.
6    They always have, since 2010, attempted
7  to thwart the result of duly constituted elections
8  in which voters rejected Democrats' policies, and
9  they're mad as hornets. This is the way they're
10  taking it out on us taxpayers. That last statement
11  came from our, by the way, African American
12  Chairman of the state Republican Party. So not
13  every African American agrees with the ones who
14  have spoken today about the voter
15  disenfranchisement.
16    Anybody interested in voter fairness
17  should be for voter ID that protects my right to
18  vote and that of the elderly lady who had to be
19  escorted in to vote. If somebody else had gotten
20  there first -- and that happens a lot -- and voted
21  in her name, she would not have been able to vote.
22  She had to prove -- we now have to prove who --
23  that we are who we say we are, and there's
24  absolutely nothing wrong with that.
25    However, there is rampant voter fraud,

## 117

1  and has been. Yancey County still has more
2  registered voters than it does citizens. Another
3  county in North Carolina, the same way. To say
4  there is no voter fraud is absolutely absurd.
5    I've talked to judges who have worked
6  inside the polls, and had a male come in saying he
7  was a female of the opposite race, and she could
8  absolutely do nothing about it. She had to let him
9  vote.
10    That goes on all the time all across the
11  state. And the county party has to report it to
12  the Board of Elections. And up until 2010, they
13  were run by Democrats, and did not report it. So
14  to say there's no voter fraud today, we're all
15  perfect in North Carolina, [break in transmission]
16  and that's the truth as I see it.
17    So I am for the current lines as they are
18  drawn. I have heard nothing stated by the other
19  party, other speakers proving any racial bias
20  whatsoever. I've heard nothing about voter changes
21  in those districts, voter results. So to me
22  there's no reason not to leave it the way it is.
23    And to disenfranchise the military and
24  the poor and people who have already sent in
25  absentee ballots and sent them out needing to be

118

1    voted on in unconscionable. It is absolutely
2    absurd.
3        You've had years to bring this up in the
4    courts. And for the courts now to have us change
5    midstream in the middle of an election is
6    absolutely outrageous.
7        Thank you for letting me speak.
8        REP. LEWIS: Thank you. Ladies and
9    gentlemen, the Chair is going to go to Halifax
10   Community College. Representative Stam, can you
11   verify that there are no further speakers wishing
12   to speak at this time? Or Senator Sanderson,
13   whichever -- whichever member is presiding.
14       Members, the Chairs have received
15   communication from the site that there have been no
16   participants in the past hour. The Chairs are
17   going to declare that the Halifax Community College
18   site and the public hearing there is closed.
19       We will now proceed on with the general
20   public remarks. We'll go back to the Raleigh site.
21       Members, the Hon. G.K. Butterfield has
22   signed up and requested to speak. He's a member of
23   Congress. He has notified the Chair that he is not
24   here, and would like for Senator Floyd McKissick of
25   Durham to read the remarks on his behalf.

119

1        The Chairs have confirmed -- have
2    conferred and are going to grant that request. So,
3    Senator McKissick, you have the floor to read the
4    remarks from Representative Butterfield.
5        SEN. FLOYD MCKISSICK: Thank you, Mr.
6    Chair. And this is a formal statement from him,
7    dated February 15, 2016.
8        It says, "I am Congressman G.K.
9    Butterfield. For the past 11 years, I've been a
10   Democratic Representative for the 1st Congressional
11   District, which is the district that the Federal
12   District Court unanimously determined is
13   unconstitutional because it was drawn using race as
14   the predominate factor.
15       It is disappointing that you have elected
16   to proceed with this hearing this morning despite
17   warnings from law enforcement that motorists
18   refrain from traveling the streets and highways
19   because of snow and ice. There are numerous
20   reported accidents in Raleigh. And I simply cannot
21   attend.
22       "I am also disappointed that you have
23   convened the public hearing today before releasing
24   draft maps for the public to see. This is not a
25   good way to start this process. The Court

120

1    announced its decision on February 5th, ten days
2    ago, and you could have prepared some proposed maps
3    for the public to see. You have state-of-the-art
4    technology. Maps can be prepared on demand.
5    Without having draft maps, there is really nothing
6    for the public to respond to or have input.
7        "I ask that you engage in this process in
8    good faith. In drawing Rucho-Lewis Congress 3, in
9    2011, not only did you decide to use race as the
10   predominate factor in drawing Districts 1 and 12,
11   but you knowingly and incorrectly interpreted the
12   law by insisting that each of these districts
13   contain African American populations exceeding 50
14   percent.
15       "It is my opinion that you were fully
16   aware that you were incorrectly applying the law.
17   In a disingenuous way you used a flawed
18   interpretation of the Voting Rights Act for your
19   own partisan political advantage.
20       "As a result of your overreach in drawing
21   these maps, you have devised a system that
22   guarantees the election of 10 Republican
23   Congressmen out of 13.
24       "North Carolina's voter registration
25   between Democrats and Republicans is 4.6 million

121

1    voters. Democrats are two million of the 4.6
2    million voters, or 43 percent. Yet, Democrats only
3    get the opportunity to elect Democratic Congressmen
4    in three districts, 23 percent out of 13 districts.
5    A fair plan should result in Democrats having the
6    ability to elect at least five or six of the 13
7    Congressmen.
8        "Your strategy worked and it worked in
9    Virginia and Alabama and elsewhere. The United
10   States Supreme Court has made it clear in identical
11   cases that race cannot be the predominate factor in
12   drawing districts. Legislatures are required to
13   protect minority communities from racially
14   polarized voting practices by not submerging them
15   into districts where they have no opportunity to
16   elect a representative of their choice.
17       "In some districts, it may require 47
18   percent to protect the African American community
19   from voter discrimination. In other districts, it
20   may require less than 47 percent because of
21   coalition politics, where white voters are likely
22   to form coalitions with the African American
23   community.
24       "All that said, the General Assembly must
25   now get ready to comply with the mandate of a

122

1  unanimous District Court, and I urge you to act
2  with expediency.
3        "The Court's decision will not be
4  overturned by the United States Supreme Court.
5  Citizens must not be required in a district that
6  has been determined to be unconstitutional. The
7  1st District is unconstitutional. You drew it that
8  way.
9        "You are responsible for correcting your
10  actions. It is imperative that Congressional
11  district elections be delayed until May 24 of 2016,
12  the date of the second primary. By fixing the new
13  date on the second primary date, it will not result
14  in excessive costs for this delayed election. The
15  fact that a few absentee ballots have been cast
16  pales in comparison to the damage to our democracy
17  by requiring voters to cast ballots in an
18  unconstitutional district.
19        "Another option would be to delay all
20  primary elections until May 24th to allow every
21  race, state and federal, to be decided on the same
22  date.
23        "Now, what is the remedy? The remedy is
24  for the General Assembly to draw a Congressional
25  map that protects African American communities from

123

1  voter dilution: a map where each district is
2  approximately the same, identical size and
3  population: a map that recognizes the interests of
4  the Democratic Party as well as the Republican
5  party: a map that does not unnecessarily divide
6  counties of voting districts -- voting districts
7  within counties; and a map that attempts to connect
8  communities of interest.
9        "I urge you to get on with the business
10  of complying with the decision of the federal
11  District Court. Do not waste additional time and
12  resources in delaying the inevitable. The Hon.
13  G.K. Butterfield."
14        REP. LEWIS: We move now to Central
15  Piedmont Community College. Representative
16  Brawley, are you there, sir, with your next
17  speaker?
18        REP. BRAWLEY: Yes, sir. Thank you, Mr.
19  Chairman. Jacob Rivett. You are recognized for
20  five minutes, sir.
21        MR. JACOB RIVETT: I'd like to thank
22  everyone here for allowing me to speak next. I'll
23  be brief.
24        My name is Jacob Rivett, and yes, that
25  does sound like a frog, and I live here in

124

1  Charlotte. I'm a healthcare work, a Millennial,
2  and newly politically engaged citizen.
3        I'm not -- I'm not -- I'm not proud to
4  be -- excuse me. I'm not proud to be admitting
5  that last part, but politics, up until this year,
6  gave me very little hope for my voice. [break in
7  transmission]
8        We're gathered here today to hear about
9  redistricting. But what we need to remember is,
10  this is about democracy. You're commenting on the
11  values North Carolina voters feel their vote holds,
12  and determines how active they are politically.
13  What this is not about are the candidates, the
14  campaigns, the Republican Party, the Democratic
15  Party, or protecting incumbents.
16        As American -- as American citizens, we
17  want to know that our votes count. That's what
18  democracy is all about, giving everyone a
19  meaningful voice in a system that governs them.
20  Yes -- yet, voters are disenfranchised because
21  district maps are drawn to reduce political
22  competition, whether it's for Democrats or
23  Republicans.
24        If I'm a Republican voter in a district
25  that's statistically mapped to contain mostly

125

1  Democrats, then my vote now holds far less value.
2  And we wonder why so many citizens are not
3  participating in the process.
4        Let's be clear. North Carolina's
5  districts are some of the most gerrymandered in the
6  nation. And for that reason, they do not represent
7  a true example of democracy.
8        As long as these maps are drawn by party,
9  some level of gerrymandering will find its way into
10  the process. Even if a bipartisan committee were
11  used, gerrymandering will prevail, because just as
12  we've heard today, much of the concern stays
13  focused on the party, not the voters. Currently,
14  parties come first, not democracy. We must change
15  this. Our votes must be heard.
16        I challenge our elected representatives
17  to look closer at new technology that allow us to
18  automate redistricting in a truly impartial manner.
19  Sophisticated and comprehensive, algorithmic
20  approaches exist across this country, and North
21  Carolina can shine a progressive beacon by using
22  this method to redraw our maps.
23        By taking people with their own agendas
24  out of the redistricting process, we can put power
25  back into the hands of voters. Thank you.

126

1      REP. BRAWLEY:  Thank you, sir.
2      REP. LEWIS:  Thank you, sir.  At this
3  time, we're going to move to Fayetteville Technical
4  Community College.  We experienced some technical
5  difficulties a while ago.  Senator Jackson, can you
6  hear me?  And I hope I can hear you?
7      SEN. JACKSON:  Yes, sir, Chairman Lewis.
8  I can hear you.  Can you hear me?
9      REP. LEWIS:  I can, sir.  Would you ask
10  the gentleman whose remarks we missed before to
11  please deliver those remarks again?
12      SEN. JACKSON:  Absolutely.  That was Mr.
13  Tim D'Annunzio.  Tim.
14      MR. TIM D'ANNUNZIO:  Thank you.  I'm Tim
15  D'Annunzio.  And, well, first of all, pardon me if
16  I repeat myself.  I don't know how much of what I
17  said, you -- you heard the first time.
18      But I'm a -- I'm a businessman from Hoke
19  County.  I'm a father.  I'm a veteran.  And I'm
20  also a candidate for the 2nd District -- in the 2nd
21  District.
22      I came here today to -- to really just
23  offer some recommendations.  As I said earlier,
24  the -- as the process played out [break in
25  transmission] I saw an agenda unfolding that I

127

1  thought it was just too obviously politically --
2  politically driven, agenda-driven -- and agenda-
3  driven that I -- that I had to point it out.
4      And so it's a typical political [break in
5  transmission] on the left that when they've lost at
6  the ballot box and they've lost in -- in -- in
7  other means, they -- they eventually result to
8  crisis and creating a crisis, agitating a crowd, in
9  this case using race.
10      I would like to also go back and say that
11  I believe that the districts are constitutional.
12  And just as the Supreme Court in North Carolina
13  affirmed, and the Justice Department affirmed, and
14  I also believe that there's no other Justice
15  Department in history that is as racially sensitive
16  or as sensitive to racial issues as the Obama
17  administration's Justice Department.  And that in
18  itself is a validation of the Congressional
19  districts.
20      But the obvious agenda at hand here is to
21  remove the right or the authority to redistrict, as
22  has always been the case, from the legislature, and
23  put it into the hands of -- of an independent
24  committee.
25      And it's only an agenda now because after

128

1  so many years of the legislature being -- being in
2  the hands of the -- the Democrat party and their
3  using it to their advantage, now all of a sudden
4  they are up at arms.  And of course, as the process
5  played out, we see it end where it is, in this
6  crisis and chaos that's created for this specific
7  reason.
8      My remarks are also to that point and
9  are -- are that if -- if we are forced to -- into
10  the worst of all situations and have to redraw the
11  maps and my -- my recommendation is to limit the
12  amount of chaos that's created on March 15th by
13  only affecting as few districts as possible.
14      And in this case, if there are two
15  districts that have been deemed unconstitutional,
16  that it could only affect -- it should only affect
17  two other districts adjoining it at a -- at a
18  minimum.
19      And then my -- my following
20  recommendation, if that is the worst case and --
21  and we are stuck with that, is to allow the other
22  districts' elections to move forward as scheduled
23  on March 15th.
24      And that's it, and thank you for the
25  opportunity to speak.

129

1      REP. LEWIS:  Thank you.  At this time,
2  we'll go to Cape Fear Community College and
3  Representative Ted Davis.  Representative Davis,
4  will you please introduce your next presenter?
5      REP. DAVIS:  Thank you, Mr. Chairman.
6  Our next speaker will be Mr. Frank Gugino.
7      MR. FRANK GUGINO:  My name is Frank
8  Gugino, and I'm a resident of Hampstead, North
9  Carolina.
10      I want to thank everyone for the
11  opportunity to speak on this very volatile issue.
12  And people are very passionate on both sides.
13  People are becoming inflamed on both sides.  And
14  it's obviously -- it's obvious to me that this is a
15  conversation that's not going to end today.  This
16  is a conversation that's going to continue in North
17  Carolina for some time to come.
18      We've had a lot of people who have talked
19  about their very deep-felt views on both sides.
20  And it -- it's obvious that this conversation is
21  going to continue.
22      I applaud every -- everyone for making
23  this forum available to me.  It's obviously a -- an
24  example of democracy in action.  However, what is
25  not a great example of democracy in action is the

## 130

result of the redistricting that has been done,
that has obviously forced a lot of people to become
disenfranchised with their votes in this state,
particularly the ones that have been cited by the
federal courts in Districts 1 and District 12.

To me, those are egregious examples of
gerrymandering. Gerrymandering has been explained
in detail and I won't go into it anymore, but right
know we know what it -- how it's done and why it's
done.

I talked to one of the previous speakers,
and she said to me this is nothing more than a -- a
case of retribution that is being exacted upon this
state by the people in power who were out of power
for so many years. And they were pummeled by the
stick of gerrymandering by the Democrat party, and
now they've got the stick, and it's time for them
to exact their revenge.

And guess what? We all know that's the
case. We all know what's going on and we all know
why it's going on.

Gerrymandering is a great American
tradition. It's been going on, as people have
said, for hundreds of years. So why should it stop
now? We got beat up, we have the scars to prove

## 131

it, if you're a Republican. And if you're a
Democrat, we don't want any more of it.

There are people in -- who are running
for President today who are calling for a
revolution. We're seeing a kind of politics going
on in 2016 that's unlike anything most of us have
ever seen in our lives, and most of us have been
around for a while. Well, maybe the time has come
for a revolution in the way we redistrict our
state.

There have been many calls for
independent voter commissions. It's happening in a
few states right now. It's ultimately going to
happen. It's going to happen because it's the only
fair way for this issue to be resolved.

We have partisanship rampant in America,
and it's only getting worse regardless of which
side of the aisle you are on.

Hopefully, we have a moderate core of
Americans who want to have their voices heard, who
are not extremely left, who are not extremely
right, who are willing to bring people into that
word that's become a dirty word in America these
days. That word is compromise.

We can compromise in this country. We

## 132

are capable of it. But we have to be wiling to let
the old ways go away and start with new ways.

You know, James Madison said in the
Federalist Papers, if men were angels, government
would not be necessary.

Well, we're not angels, and we've got the
institutions to prove it. But we can rise above
the partisanship. We can admit when we've made
some mistakes. We can say, you know what, let's
leave those old politics behind us, and let's start
something new. And independent voter commissions
are the way to do it. It just takes the willpower
to do it. And I believe this state has the
willpower to do it. Thank you.

REP. LEWIS: At this time, we'll move to
UNC-Asheville, Representative Chuck McGrady.
Representative McGrady, who's your next presenter?

REP. MCGRADY: Our next speaker is Frank
Burrell. He doesn't appear to be here. The next
speaker is Aiden Carson. The next speaker then is
Doug Campbell.

MR. DOUG CAMPBELL: Good afternoon. I'm
Doug Campbell, resident of Buncombe County.
Honorable Senators and Representatives, thank you
for the opportunity to address you on the important

## 133

issue of North Carolina voting districts.

In 1964, the US Supreme Court ruled in
Reynolds v. Sims that, quote, "An individual's
right to vote for state legislators is
unconstitutionally impaired when its weight is in a
substantial fashion diluted when compared with
votes of citizens living in other parts of the
state," end quote.

This ruling underscored the American
principles of equal representation and one person,
one vote. Any reasonable person looking at a map
of the 2011 North Carolina Congressional districts
would quickly conclude that those principles were
sorely overlooked in its creation.

Redrawing the 1st and 12th Districts
would be an important first step in improving the
representation in our state. However, we have a
long way to go before achieving one person, one
vote.

In the 2012 election, according to North
Carolina State Board of Election figures, only 49
percent, less than a majority, of the votes cast in
the US House races were for Republican candidates.
Yet, 69 percent of the Representatives were
Republican. Some would call that expertly crafted

## 134

1   transformation of minority voters into a party of
2   power.  Others would call it a subversion of the
3   will of the people.  But whether it favors
4   Republicans or Democrats, it's the result of a
5   morally bankrupt districting process that has been
6   going on for far too long.
7          I urge you to take -- to make total
8   redistricting of our state -- the independent, non-
9   partisan commission a top priority in the next
10  session.  Every North Carolinian deserves his or
11  her vote to count equally.  When less than half of
12  our voters send over two-thirds of our
13  representatives to Congress, that is not equal
14  representation.  That is not one person, one vote.
15  And that is not democracy.  Thank you.
16         REP. LEWIS:  Thank you.  Move on -- now,
17  we're going to turn to the Wake County site.
18  Denise Rentz?  Denise Rentz?  Welcome, ma'am.  You
19  have the floor for up to five minutes.
20         MS. DENISE RENTZ:  Thank you.  My name is
21  Denise Rentz.  I am a soccer mom.  I am a PTA
22  volunteer.  And I am not a political operative, but
23  I do participate in politics as a volunteer on the
24  county level and as a representative of my county
25  to the district committee for the GOP.

## 135

1          I -- like I said, I'm not a political
2   operative.  I am the person that carries the signs
3   and hands out the posters and makes phone calls.
4          I come today to support the districts as
5   they are currently drawn.  I think the effort to
6   force redistricting in the middle of an election is
7   irresponsible.  So many people have already said
8   that our voters are becoming disenfranchised.  You
9   know, it's hard to get people out to the polls, and
10  I work hard to get them there.  And if we have to
11  delay this election, it just makes that job harder.
12  And we want everyone to be able to vote.
13         Republicans have argued that they
14  followed the law in creating these districts.  The
15  US Justice Department, whose leadership was
16  approved by our Democrat President Barack Obama,
17  found that the maps did not hurt the ability of
18  minorities to elect the candidates of choice in the
19  districts being challenged, and they were
20  precleared under this procedure.
21         Democrat voters and others challenged the
22  2011 boundaries.  Argued that the 30 legislative
23  and Congressional districts were designed to weaken
24  the overall influence of black voters in North
25  Carolina.  I disagree.

## 136

1          Redistricting is not new.  Gerrymandering
2   is not new.  We are not here to debate whether
3   gerrymandering is right or wrong.  I think we can
4   all agree that the process has flaws.  We're here
5   to determine the impact of changing these districts
6   in this election right now.
7          It is important to note that Attorney
8   General Roy Cooper and likely Democrat nominee for
9   Governor won all 13 of these Congressional
10  districts.  Not one of the 10 Republican-held
11  Congressional districts have a majority of
12  registered Republican voters.  So when the GOP
13  candidate must create a coalition of Republicans,
14  Democrats, and unaffiliated voters to win, it's all
15  about messaging.
16         The Courts have allowed political parties
17  to draw districts for political advantage and
18  prohibit racial gerrymandering.  Is this fair?
19  Maybe not.  But it is the law, and it's been
20  utilized by both parties.  You cannot change the
21  rules in the middle of an election.
22         So the question is were these districts
23  drawn to suppress the African American vote?  What
24  was the motivation?  Do we need proof that the
25  Legislature was politically motivated and not

## 137

1   racially motivated when drawing these lines?  How
2   do we know?
3          I just want to throw out there that our
4   elected chairman of our North Carolina GOP is an
5   African American man.  I was at the convention
6   where he was elected, and I can guarantee that
7   there were a lot of old white guys there who voted
8   for him.  I doubt that this is racially motivated.
9          I'd also like to draw your attention with
10  someone you may be familiar with, Dr. Ada Fisher.
11  Dr. Fisher is one of two representatives that
12  represent North Carolina Republican Party at the
13  national level.  Dr. Fisher is black, she's Jewish,
14  and she's a woman.  You cannot get more minority
15  than that.  I take umbrage when people say that as
16  a Republican, I am a racist.
17         The election process started months ago.
18  Thousands of absentee ballots have been distributed
19  to voters who are filling them out and returning
20  them.  Hundreds of those ballots have already been
21  voted and returned.  The primary election date for
22  hundreds of offices and thousands of candidates is
23  just days away.
24         We've relied on the existing districts
25  for two election cycles.  I urge the leaders to

138

1   make every effort to carry on with elections as
2   they have been started, and address redistricting
3   laws and gerrymandering at a more appropriate time
4   and in a way that will not cause more voters to
5   give up on our process.
6        But those the districts be redrawn, I
7   agree with many of the other speakers today that we
8   need to try to keep our smaller counties intact
9   wherever possible.  As a campaign volunteer, I know
10  it's really hard for people to figure out where
11  they're supposed to vote.  And it's important that
12  we try to keep these areas intact.  The counties,
13  the precincts, they shouldn't be split.  And there
14  should never be a racial consideration when drawing
15  these lines.  This shouldn't be taken into account.
16       I thank you for your time today.
17       REP. LEWIS:  Thank you.  At this time,
18  we'll return to Central Piedmont Community College
19  and Representative Brawley.  Representative
20  Brawley, could you present your next speaker?
21       REP. BRAWLEY:  Yes.  Ms. Laura McKennon.
22  Ms. McKennon, you are recognized for five minutes.
23       MS. LAURA MCKENNON:  Hi, my name is Laura
24  McKennon, and I want to thank not the legislature,
25  but I want to thank my daughter, who's in this

139

1   meeting.  She's 10 years old and she's a future
2   voter.  I am saying -- I am speaking today not only
3   for my own interests, but for her interests.  And I
4   want to thank Gray for being so patient with this.
5        I've been a Mecklenburg County voter
6   since 1988.  That was my first primary that I ever
7   voted in.  And I would challenge anybody in North
8   Carolina, or in Mecklenburg to surpass my
9   participation because I checked my voter
10  registration and looked, and I -- I participated in
11  46 different elections.  I am definitely an active
12  voter.
13       And I thought as I've listened to
14  everybody else here, that maybe I should take some
15  of you back a little bit.  Maybe back -- let's just
16  take 20 years back.  You know, 20 years ago, 1996,
17  Independence Day was going to be the biggest film.
18  Madeleine Albright was going to be our Secretary of
19  State.  AOL was the biggest website.  Only 20
20  million Americans had access to the Internet.
21  That's pretty big.
22       Well, let's talk about what's going on in
23  our voting, our Congressional.  There's been a lot
24  of talk about all the other things with the Voting
25  Rights Act and the different things.  Today is

140

1   about our Congressional districts, so let's talk
2   about it.
3        So were we so gerrymandered that we
4   didn't have equal representation?  In 1996, we had
5   six Democrats and six Republicans.  Oh, wow.  In
6   1998, we had six Democrats and six Republicans.  In
7   2000, it swapped a little bit.  Oh, wow, Democrats
8   only had five representation -- Representatives in
9   Congress.  Republicans had seven.  And in 2001, one
10  year after having that two-person majority from a
11  Congressional district, Senator Rucho, you
12  submitted some information about redistricting.
13  And in one of your pieces for independent
14  redistricting, your bills said "geographically
15  compact and contiguous."  That was Senator Rucho's
16  proposal for redistricting.
17       So let's go back.  What happened the next
18  year.  So after that, it went back to a little bit
19  more even:  six Democrats, seven Republicans.
20  2004, six Democrats, seven Republicans.  Are you
21  noticing a pattern?  2006, seven Democrats, six
22  Republicans.
23       So in 2007, Robert Pittenger submitted a
24  bill to our legislature, and his legislature [sic]
25  for independent districting had several goals.  Let

141

1   me read a couple of them.  A goal of compactness
2   and a goal of one person, one vote.  That was in
3   2007.
4        I don't know exactly what has happened to
5   our legislature to go back from those, but might it
6   have had something to do with our 2008 election,
7   where instead of relatively equal, President Barack
8   Obama had the biggest turnout of Democrats in North
9   Carolina, and our red state, traditionally, went
10  purple.  And in that case, there was only three
11  legislators different.  So eight Republicans --
12  sorry.  Eight Democrats and five Republicans.
13       So we know, of course, that we're going
14  to have districting.  What happened in -- in 2008
15  before that.  Oh, wow, we bounced back and there
16  was one different between our legislative
17  representatives, and of course, we got up to today.
18       Well, I am in the 9th Congressional
19  district.  And if you don't think that race has
20  played a part in how that has been drawn, I would
21  suggest that you go and look at some of the
22  district -- the information for districting,
23  because it's so important on race.
24       And there's a mitten in the 9th District,
25  where I happen to live, and that mitten is

142

1     primarily white voters. Why is it excluded from
2 the club? What is it, that mitten of Mecklenburg
3 County that's excluded? It's race. And there's no
4 doubt about that.
5     In the 2014 election, almost three
6 million North Carolinians voted. In fact,
7 Democrats -- Democratic candidates got .44 percent
8 of the vote. 44 percent. Republicans 56. Great.
9 But our representation for three -- or three
10 Democrats was only 23 percent. We could get better
11 odds in Vegas that we can in North Carolina.
12     Please, please do the right thing. Take
13 us back to purple. That's what we need. I'll go
14 back to 1984 a little bit. Purple Rain. I know
15 it's silly. We like it being purple. Let's keep
16 it.
17     REP. LEWIS: Going to move at this time
18 to Fayetteville Technical Community College. The
19 Chair will remind the location chairs that speakers
20 are asked to limit their comments to five minutes
21 or less. We turn to Fayetteville Technical
22 Community College. Senator Jackson, do you have
23 another presenter?
24     SEN. JACKSON: Yes, sir, Chairman Lewis.
25 We have Mr. Jason Freedman -- Freeman. He might

143

1 have left one us, so I'll move on to the next one.
2 Mr. Eric Martin?
3     MR. ERIC MARTIN: Yes, sir.
4     SEN. JACKSON: Okay. We have Eric with
5 us.
6     MR. ERIC MARTIN: Thank you, sir. My
7 name is Eric Martin, a resident, voter of
8 Cumberland County.
9     Ladies and gentlemen, I'll speak plainly.
10 Here we go again. We're in the midst of an
11 election process and the government is demanding
12 that we jump through our backsides to change a
13 fundamental aspect of the ongoing process, thereby
14 undermining the process while it is functioning.
15     Instead of requiring that an adjudication
16 be addressed over a fair, decent, and reasonable
17 timeline, such would no constituency will be
18 unfairly be dealt with. This requirement of
19 redrawing districts right now is abusive,
20 especially towards our military service members
21 whose service allows us all to sit here safely and
22 complain about deficiencies in our governance
23 without fear of reprisal.
24     How, when, and why you do something is
25 often as important as what you do. I'll say also

144

1 that my comments may seem idealistic, but this
2 should remind all of the reality that allows a lack
3 of fairness to be inserted in our process.
4     The government at all levels and its
5 agencies are always quick to demand adherence to
6 deadlines and suspense dates from the voters and
7 the citizens. Yet when exercising their functions,
8 the agencies often seem to ignore any principle of
9 timely and fair schedule and action.
10     Here it is again, that a branch of
11 government has apparently ignored the ongoing
12 process of free and fair elections of voting that
13 should be steadily be improving in our state and
14 nation. This is hypocrisy and inconsistency, which
15 is another example of the basis for great
16 frustration seen throughout the electorate during
17 ongoing campaigns for elected offices.
18     If this is a purposeful attempt to
19 undermine our voting process, then that is
20 despicable. As a retired military service member,
21 I am deeply disappointed that this sort of suspect
22 action could be possibly representative of a nation
23 which I defended for decades.
24     Redrawing voting districts is obviously
25 needed at times. But this suspect attempt at

145

1 demanding redrawing is being done unfairly, without
2 appropriate -- appropriate timeline requirements.
3     I am deeply disappointed that this may be
4 another example of politics infringing upon any
5 sustainment of integrity in our systems.
6     If redrawing voting districts is needed
7 now and reform of the system is needed, which it
8 may very well be, then do it in a reasonable, fair,
9 and thoughtful manner for the purpose of improving
10 [break in transmission] for everyone instead of
11 during an election, which perpetuates the sickness
12 of dishonest and selfish political leveraging that
13 has infected our society and system of governance
14 on all sides. Thank you.
15     REP. LEWIS: Thank you. Members, we're
16 now going to go to Cape Fear Community College.
17 The Chair is going to yield the chair to Senator
18 Rucho.
19     REP. DAVIS: Mr. Chairman, our next
20 speaker will be Steven Donatone.
21     MR. STEVEN DONATONE: Thank you. My name
22 is Steve Donatone. I'm a registered Independent
23 voter, resident of Hampstead.
24     The issue at hand goes well beyond two
25 districts. Gerrymandering is a national problem,

146

1    and has results in the intense polarizations we see
2    in the various states and Congress.  Both parties
3    have used gerrymandering to secure their hold on
4    power.  And it is time for both parties to end the
5    process.
6         Gerrymandering creates districts that are
7    monolithic in their views, with the result that
8    those of a particular view are concentrated in any
9    given district.  The result is the election of
10   increasingly extreme candidates and ever-more
11   polarization in our government.
12        For example, no one would call Richard
13   Burr a liberal.  Yet, he is being challenged by a
14   individual who claims Burr is not conservative
15   enough.
16        We sees this on both side of the
17   political spectrum, where there is a race to the
18   extremes.  Does anyone really want to see a choice
19   between Ted Cruz and Bernie Sanders as our option
20   for President, polar opposites, neither of them
21   willing to compromise.
22        For democracy to function, there is a
23   need for an exchange of alternative views and a
24   degree of compromise to take the best aspects of
25   the different views in creating the best public

147

1    policies.  This should be the primary objective of
2    both parties, rather than perpetuating their hold
3    on power.
4         For the politicians who are still in
5    attendance, I say put your personal ambitions
6    aside, show some statesmanship, and create an
7    independent process that's non-political in nature
8    for drawing district lines.  The office you hold is
9    not what commands respect.  Respect is either
10   generated or not generated by your actions.  If you
11   want respect, be respectable.  Thank you.
12        SEN. RUCHO:  Okay.  Moving on to UNC-
13   Asheville, Representative McGrady, your next
14   speaker, please.
15        REP. MCGRADY:  Our next speaker is Julie
16   Mayfield.  And I'll be turning the chair over to
17   Senator Hise.
18        SEN. RUCHO:  Okay.  Thank you,
19   Representative McGrady.  We can't hear the speaker.
20        MS. JULIE MAYFIELD:  There we go.  Is
21   that better?
22        SEN. RUCHO:  Better now.
23        MS. JULIE MAYFIELD:  All right.  Thank
24   you.  My name is Julie Mayfield.
25        SEN. RUCHO:  Lost you, Julie.

148

1         MS. JULIE MAYFIELD:  Oh.
2         SEN. RUCHO:  Yeah.  I think you may have
3    to hold that button down.
4         MS. JULIE MAYFIELD:  We'll try that.  I'm
5    the director of a regional environmental advocacy
6    group.  I am also a member of Asheville City
7    Council.  But I speak to you today as a resident of
8    Asheville and a citizen of North Carolina.  I have
9    four points.
10        First, I'd like to echo the calls made by
11   many other people today and urge you to take the
12   opportunity to pass an independent non-partisan
13   redistricting bill.  This recent decision was made
14   on the basis or race, but it is no secret that
15   partisan politics drove these maps.  I respectfully
16   disagree with an earlier speaker that partisan
17   should play a role here.  Politically-driven maps
18   are bad regardless of the party drawing them.  We
19   can and should do better.  Let's get politics out
20   of this process so that we can all move forward
21   with confidence in our leaders and the integrity of
22   our elections.
23        My second point is I'd like to ask you to
24   take advantage of this opportunity to redistrict
25   Asheville back into the mountains where it belongs.

149

1    This is not a reflection on Representative McHenry.
2    He is -- he has excellent constituent services and
3    has been very helpful on important local issues
4    like the CGS site.  But Asheville belongs in the
5    mountains.
6         My third and fourth points are simple.
7    It's also repetitive.  Please redistrict Asheville
8    back into the mountains, where it belongs.  And
9    finally, redistrict Asheville back into the
10   mountains where it belongs.  Thank you.
11        SEN. RUCHO:  Thank you.  Okay.  Going
12   back to Raleigh.  And I have Louise Romanoff --
13   Romanow.  Excuse me.  I hope I pronounced that
14   correctly.  Not here?  And then Mark Nance.  Five
15   minutes, please.
16        MR. MARK NANCE:  Thank you, Senator
17   Rucho, Chairman Lewis, and other committee members.
18   I appreciate this opportunity.
19        My name is Mark Nance.  I live in
20   Raleigh, married, have two kids, Simon and Anna.
21   To the chagrin of some, I'm on the board of Common
22   Cause North Carolina.  And I'm also a political
23   science professor at North Carolina State
24   University, which it's in a little bit of all those
25   roles that I speak to you this morning -- or this

Case 1:13-cv-00949-WO-JEP   Document 159-14   Filed 03/07/16   Page 38 of 61

150

1    afternoon, by now.
2          Just like you, I guess, I'm still trying
3    to figure out the implications of a court decision
4    that declares electoral districts unconstitutional
5    in a -- in a -- in regions and elections that are
6    already underway.
7          Logically, frankly, legislative leaders
8    have appealed for a stay of that decision. And
9    that outcome was uncertain to begin with, and is
10   even more so now, I think, following the death
11   of -- the death of Justice Scalia.
12         My comment this morning, thus, is not
13   really about how to redraw those districts or
14   whether the election should be postponed, but
15   rather the bigger lessons that I think this all
16   points to. And other have made many of these same
17   points that I'll -- I'll be reiterating.
18         Basically, I want to make one simple
19   point. We have to reform the process by which we
20   draw electoral districts in this state. We have a
21   long tradition now, stretching across both parties,
22   of the courts filing -- finding districts drawn by
23   our legislators to be unconstitutional. North
24   Carolina has very much to be proud of, but our
25   representative districts frankly are a source of

151

1    embarrassment.
2          Let me focus on two points why I think it
3    makes sense that this is a tradition in North
4    Carolina that needs to be gotten rid of, and as
5    quickly as possible.
6          I understand that it's tempting to draw
7    the districts to your own advantage and draw
8    yourself and your party into safety while putting
9    others at a disadvantage. God knows I understand
10   that the Democrats, for far too long, did that for
11   themselves, and shame on them for having done so.
12         But North Carolina is changing
13   drastically, as you well know, and with it so is
14   the strategy of gerrymandering, the value of it to
15   you. We know that there's rapid urbanization in
16   the state, and that rural counties are losing
17   population. We know that North Carolina is
18   becoming substantially more diverse. We do not
19   know how these new more diverse populations will
20   vote.
21         We know that traditional racial, ethnic
22   and socioeconomic settling patterns in the
23   center -- in the urban centers versus suburbs
24   versus exurbs are also breaking down at rapid
25   rates. In short, your districts, your districts

152

1    will look very different in 10 or 15 years than
2    they do right now.
3          Applied political dynamics are also
4    expected to be very different. Some of you will
5    know Dr. Andy Taylor in our department. He's fond
6    of saying, "We also know that the primary strategy
7    of gerrymandering is to win small and lose big."
8          The sum total of all of that for you as
9    legislators means that the majority party drawing
10   the districts are the ones actually subject to most
11   change that comes from even small demographic
12   shifts. So in attempting to draw yourself into
13   safe districts, you actually put yourself at
14   greater danger of losing your seat because of these
15   demographic shifts.
16         There is, in other words, a tremendous
17   amount of uncertainty that is within North Carolina
18   over the next 10, 15, or 20 years. Again, as Dr.
19   Taylor has said, "It therefore behooves all of you
20   and those in power in particular to buy yourselves
21   a bit of an insurance policy and implement a system
22   of redistricting that is transparent, accountable,
23   reliable, and fair regardless of the party in
24   charge." It's a hedge against predictable
25   uncertainty and its unpredictable outcomes.

153

1          Second, as a professor, I am sensitive to
2    the critique that this is abstract political
3    theory. But I assure you this has real impact on
4    our economy and our democracy. For those of you
5    involved in the gritty day-to-day of this, I think
6    sometimes it morphs into a somewhat technical or
7    largely technical wonky kind of a practice where
8    you move a few voters here and you move a few
9    voters there to try to get over the constitutional
10   bar.
11         Let me assure you, most people outside of
12   this political activist world see this as the worst
13   kind of political maneuvering. It feeds into an
14   already strong criticism -- cynicism -- thank you,
15   Sergeant -- feeds into an already strong cynicism
16   about the ugliness and pettiness of our political
17   process.
18         My own students, for example, just
19   finished reading a study, a landmark study by
20   Robert Putnam, where he tries to understand why
21   some regions in Italy, for example, perform much
22   better despite having been given the similar
23   institutions and the same resources.
24         His argument, very simply, is that
25   those -- those citizens trust their institutions.

154

1  They trust that the -- the people in charge of them
2  are not rigging the game to the systematic
3  advantage of some and the disadvantage of others.
4  As a result they engage their fellow citizens in
5  their representative institutions in a way that
6  makes the entire system work that much better.
7      Gerrymandering, including, I would say
8  very strongly here, partisan gerrymandering that
9  has been so brazenly endorsed here this afternoon
10 breaks that trust and hampers the functioning of
11 our democracy.  As Representative Stam said in a --
12 in a -- in a forum that I hosted last fall, this
13 will not fix all of our problems, but it will go a
14 long way.  It's the infrastructure on which our
15 democracy is built, and it deserves a better
16 system.  Thank you.
17     SEN. RUCHO:  Sergeant-at-Arms, we have no
18 more speakers on the -- on the sign-up sheet unless
19 someone has come in that was on here earlier and
20 was not present when they were called.  Can you
21 check to be sure, 'cause we're going to go on to
22 Central Piedmont now.  But that will be the last
23 call for that -- those people that have signed up
24 for this.  Okay.
25     Central Piedmont?  Representative

155

1  Brawley.
2      SEN. HARRINGTON:  Thank you, Mr. Chair.
3  Senator Kathy Harrington standing in for
4  Representative Bill Brawley.
5      SEN. RUCHO:  Thank you, Senator
6  Harrington.
7      SEN. HARRINGTON:  Our next speaker is
8  Christian Cano.
9      MR. CHRISTIAN CANO:  Cano.
10     SEN. HARRINGTON:  Cano?  Excuse me for
11 the mispronunciation.
12     MR. CHRISTIAN CANO:  That's fine.  Thank
13 you.  Thank you very much.  My name is Christian
14 Cano.  I'm the Democratic nominee for Congressional
15 District Number 9.
16     And everything that I was going to say
17 has been said already.  So basically what I would
18 like to challenge all candidates who are running
19 for Congress, because this is basically what this
20 about, is to have enough pride in your message that
21 if we were able to compete fairly, that would you
22 be able to win.
23     If you don't have enough pride and you
24 don't believe that you are relevant anymore in your
25 district, then yes, you want this to continue the

156

1  way it is.
2      And I'm challenging any candidate who is
3  running for office to allow our representatives to
4  create fair and balanced Congressional districts.
5  And I will say that I have enough pride in my
6  message and the message of the people that support
7  me that we are going to win our district however
8  it's designed.
9      So I challenge those -- the incumbents
10 and candidates to have enough pride and -- and
11 relevance in your campaign that you would be able
12 to compete competitively however the district is --
13 is drawn.  Thank you very much.
14     SEN. HARRINGTON:  Thank you, Mr. Cano.
15     SEN. RUCHO:  Thank you.  Moving on to
16 Fayetteville.  I've got Senator Jackson.  Do you
17 have another speaker there, please?
18     SEN. JACKSON:  Yes, sir, Senator Rucho.
19 We have Mr. George McMillan, Jr.  George?
20 Apparently he left.  We have Mrs. -- our last
21 speaker that we have signed up is Mrs. Wanda
22 Lawrence.
23     MS. WANDA LAWRENCE:  Thank you.  I'm
24 Wanda Lawrence from Fayetteville, North Carolina.
25     It is very unfortunate that the election

157

1  process is underway, and now a change is required.
2  It is unfortunate because our legislators knew of
3  this problem when the lines were drawn and the maps
4  were created.
5      The district maps were challenged when
6  they were introduced to the public.  Changes should
7  have been addressed and made at that time, not now
8  for when -- through the [break in transmission] of
9  the Court to [break in transmission].
10     Stop prolonging the inevitable and redraw
11 the lines of the districts so that there will be
12 fairness for all voters.  Follow the law as it has
13 already been handed down to you.  Correct the
14 district lines so that the voting process can
15 proceed fairly.
16     Thank you for your time.
17     SEN. RUCHO:  Thank you.  Going to Cape
18 Fear, Representative Davis.
19     REP. DAVIS:  Mr. Chairman, our next
20 speaker is Mr. Dwight Willis, and then I have 13
21 more speakers signed up after that.
22     SEN. RUCHO:  Wonderful.
23     MR. DWIGHT WILLIS:  Are you ready for me?
24     REP. DAVIS:  Yes, sir.
25     MR. DWIGHT WILLIS:  I am Dwight Willis.

158

1    I live at 140 Carolina Avenue, Holden Beach. I'm
2    here today speaking as a private citizen
3    representing no one except the citizens of North
4    Carolina. I appreciate your taking the time to
5    conduct this hearing and to allow me to speak
6    before you today.
7        For 41 years I worked in the public
8    school system as both a teacher and administrator.
9    That's why I look so tired. For many of those
10   years, I taught high school history, civics, and
11   government. And I passionately believe in and
12   taught my students about the sacred right and the
13   privilege of voting. For me, the right to vote is
14   more important than the first 10 amendments to the
15   Constitution, because without the right to vote,
16   none of the other rights, freedoms, and privileges
17   that we have as Americans can be protected.
18       For much of my life I've advocated for a
19   system where an independent commission redraw
20   federal and state districts after each 10-years
21   census. That never happened in my lifetime yet.
22   For generations in North Carolina, the Democratic
23   Party controlled the redistricting process and
24   adjusted districts to meet their political goals
25   and interests.

159

1        When Republicans took control of the
2    state government in 2010, I was hopeful, because of
3    their previous statements, that they would remedy
4    this situation and adjust districts according to
5    the geographic and economic interests of the
6    citizens who lived in those districts.
7        Unfortunately, it appears my hopes and
8    dreams were to no avail, and those new maps were
9    solely created to meet the political goals and
10   interests of the Republican Party now.
11       I keep hoping that someday, someone will
12   create the districts to meet the goals and
13   interests of the citizens who live in those
14   districts.
15       This could be you, and this could be now.
16   District 1 and District 12 were obviously created
17   to further the interests of the Republican Party
18   without any thought as to how those lines might
19   impact the citizens who live within those districts
20   or how the makeup of those districts might -- might
21   impact the makeup of the surrounding districts.
22       Ideally, Congressional districts would be
23   drawn to reflect the geographic and economic
24   interests of the citizens of those districts.
25       The Federal and State Constitutions

160

1    require that these districts be compact and
2    contiguous. A quick look at District 1 and
3    District 12 show the makers of these maps clearly
4    violated the intent of the Constitutional
5    requirements.
6        Although not related to the makeup of the
7    1st and 12th districts, there's no reason that
8    places like district precincts in downtown
9    Wilmington would be removed from the 7th District
10   and placed in the 3rd District other than to dilute
11   the voting strength of the American -- the African
12   American voters who live in that precinct. This
13   dilution of minority voting strength is even more
14   egregious in the 12th District. By segregating
15   minority votes in two or three districts, their
16   votes become marginalized.
17       The maps that the General Assembly
18   approved in 2011 are clearly illegal, as determined
19   by the recent federal court decision, and they must
20   be changed. The General Assembly has an
21   opportunity to be magnanimous and right this wrong.
22   You have an opportunity to protect the concept of
23   one man, one vote, when everyone's vote really
24   matters.
25       In 2012, 2,219,000 people, or 51.8

161

1    percent, cast Democratic ballots for the US House,
2    and 2,143,000 people, or 49.13 percent, cast
3    Republican ballots. Yet the will of the people was
4    clearly not heard. Ten Congressional seats were
5    awarded to Republicans, and only three were awarded
6    to Democrats.
7        How can our democracy work when the will
8    of the people is clearly undermined and subverted
9    by egregiously gerrymandered districts?
10       However, even worse are the number of
11   districts, federal and state, where the districts
12   are so politically misaligned that incumbents run
13   without opposition. These candidates go to Raleigh
14   and Washington without any need to work across the
15   aisle or represent those constituents who did not
16   vote for them because they're always going to get
17   reelected.
18       The art of compromise has always been a
19   foundation of our democratic principles that I
20   taught for many years in public school. But
21   compromise is no longer even considered our -- in
22   our gerrymandered districts. It's ultimately
23   created the gridlock in our legislative body to
24   make it so difficult to govern our state and
25   nation.

162

1    I've heard a lot of state legislators
2  argue that primary elections are already in
3  process, and that we -- it's too late to do
4  anything now. However, it's more important to
5  ensure that our elections are constitutional.
6    I'm asking you today to protect and
7  encourage the democratic process in North Carolina
8  by drawing compact and contiguous districts based
9  on economic and geographic interests and keeping
10  counties intact whenever possible.
11    I'm asking that you return to Raleigh
12  committed to making democracy work for the
13  people. Many of our citizens don't believe that
14  you believe in us or work for us. This is your
15  opportunity to show North Carolina citizens that
16  you are statesmen and not just politicians.
17    Thank you for allowing me to speak today.
18    SEN. RUCHO: Moving on to Asheville. I
19  think Representative McGrady. Or -- no, I think
20  Senator Hise is there now. Am I correct?
21    SEN. HISE: You are correct. Thank you,
22  Mr. Chairman. We have 12 left to speak after this
23  speaker, and now we have Kathy Scott representing
24  herself. She's left. Luke Hyde?
25    MR. LUKE HYDE: I'm here.

163

1    SEN. HISE: Representing attorney-at-law.
2    MR. LUKE HYDE: Can I be heard now?
3    SEN. RUCHO: Yes.
4    MR. LUKE HYDE: I'm Luke Hyde, and I'm an
5  attorney in Raleigh, the 5th District, and in the
6  30th District, the seven western counties of North
7  Carolina.
8    Gov. Elbridge Gerry gave us the term
9  "gerrymandering," as we've heard already. He
10  borrowed that idea from the State of Pennsylvania,
11  which had borrowed it from England. It had been
12  going on for years.
13    On July the 4th, 1776, five members of
14  the Continental Congress, composed of Benjamin
15  Franklin, John Adams, Roger Sherman, Robert
16  Livingston, and a young lawyer from Virginia named
17  Thomas Jefferson, wrote the first draft of the
18  Declaration of Independence.
19    Jefferson put a clause in that
20  declaration which would outlaw slavery in the
21  United States. Delegates from two Southern states
22  objected, and the clause was removed because the
23  Continental Congress required unanimous consent.
24    Seven years later, in 1783, and four
25  years before the US Constitution was drafted, while

164

1  serving as a Congressman from Virginia, Jefferson
2  introduced a bill in Congress --
3    SEN. RUCHO: We can't hear him. Hello?
4  Got to hold your finger down on the -- on the -- to
5  speak. We lost your audio. Are you speaking?
6    UNIDENTIFIED: He is speaking.
7    SEN. RUCHO: Well, we -- we can't hear
8  his audio there.
9    MR. LUKE HYDE: This is the speaker. Can
10  you hear me now?
11    SEN. RUCHO: Yes. Go ahead.
12    MR. LUKE HYDE: As a student of history,
13  I go to court cases for guidance. The US Supreme
14  Court ruled in the Dred Scott case in 1855 that
15  Dred Scott, an African American, did not have
16  rights as a citizen.
17    The US Supreme Court ruled in 1896 in the
18  Plessy v. Ferguson case that the defendant, an
19  African American, could not ride trains with white
20  citizens. In Brown v. Board, 1954, the Court ruled
21  that segregation was illegal and improper. In
22  Baker v. Carr in '62, the Court ruled that one
23  person got one vote.
24    In Thornburg v. Gingles, a North Carolina
25  case of the late '60s, the US Supreme Court ruled

165

1  that the North Carolina legislature could not
2  unconstitutionally gerrymander the districts.
3    This gerrymandering perpetrated by the
4  current and past General Assembly is an insult to
5  the citizens of North Carolina. It is
6  inappropriate, impractical, illegal, and
7  unconstitutional. And as a person who cares about
8  every person voting, I'm offended, and every
9  thinking person ought to be offended.
10    Gerrymandering harms all citizens, not
11  just Democrats, not just Republicans, not just
12  unaffiliated. It harms all citizens.
13    All reasonable and intelligent citizens,
14  I believe, would support a non-partisan or
15  bipartisan commission to select the districts in
16  practical, honest ways.
17    About 100 years after Elbridge Gerry was
18  doing his improper, illegal, unconstitutional
19  gerrymandering, another person from Massachusetts
20  named John Erskine, who was a professor at Amherst,
21  wrote a little essay called "The Moral Obligation
22  to be Intelligent." I believe we're all required
23  to do that.
24    I request this General Assembly please be
25  intelligent. Please honor all citizens. When I

166

1   was a lad growing up in Swain County on a farm, we
2   used to have to plow the fields. We had a blind
3   mule named Fred. I believe that Fred the blind
4   mule could see that this gerrymandering is
5   unconstitutional and illegal, and Fred would do the
6   right thing. I request the legislature follow
7   Fred's advice, please.
8           SEN. RUCHO: Thank you very much. We're
9   going to go back -- since Halifax is closed, we're
10  going to back to Raleigh. And we have Sue Googe.
11  Five minutes, Ms. Googe.
12          MS. SUE GOOGE: Thank you, Chairman, for
13  allowing me the opportunity to speak.
14          Ladies and gentlemen, my name is Sue
15  Googe. I'm the Congressional candidate for
16  District 4, so redrawing the district actually
17  enhances my chance to win. But that is not my
18  purpose here.
19          As a Republican candidate, I often told
20  District 4 is unwinnable. Why it's unwinnable?
21  Because gerrymandering. But I want to talk about
22  this issue from a different point of view.
23          As a citizen, when I went into the
24  Congressman's office to request a constituent
25  service, I don't think anyone would deny a service

167

1   to me because of my skin color. So if my
2   representative represents me well, regardless of
3   the skin color, it doesn't matter which district
4   I'm in.
5           I used to be in District 4, and then to
6   13, and then back to 4 again. So to me as citizen,
7   I believe as long as the elected official really
8   represent we, the people, it really doesn't matter
9   where do you live. Within the boundary of the
10  United States of America.
11          I came here for request the primary date
12  to stay. Here's the reason. As a candidate, we
13  have been campaigning for a very long time. We
14  connect to the voters in the districts. We
15  advertise to our constituents. We have supporters,
16  all cause, all races. Even some registered
17  Democrats supporting us. So I don't see the race
18  issues right here, as long as we get a vote.
19          I think the problem is when I'm on the
20  campaign trail, I very often hear the elected
21  officials in DC do not represent we the people.
22  That's why the Congress consistently have the
23  approval rate in the 20s. So it doesn't matter
24  what color they are. They don't represent we, the
25  people, Then no matter how we redraw the map, we

168

1   don't solve the problem if the elect official only
2   represent the special interests in D.C.
3           So I think in order to preserve our
4   democracy, the elect official must represent we the
5   people, regardless of the races, because our system
6   is two-party system in the general. It doesn't say
7   white versus black or what color it was. So I
8   believe the divide between the country is the
9   political ideology, not the -- not necessarily
10  racial. It's just my personal point of view.
11          District 4 I'm running in has 30 percent
12  of black, 50 percent of white. Chinese American,
13  which is my [unintelligible], only account for one
14  percent. No one can say I only represent one
15  percent of the Chinese American because when I
16  enter this race, I represent all. When I see
17  constituent, I don't see their color. I only see
18  they are constituents of mine. I only see they are
19  American citizens.
20          That's why I request the primary date to
21  stay where it is. I don't deny gerrymandering
22  maybe have some political gain one way or the
23  other. However, it's a poor way to change it right
24  now. It will undermine our democracy. For those
25  who already identified their candidates, and they

169

1   have to rechoose their candidates, how could that
2   going to enhance our democracy?
3           Ladies and gentlemen, we are here to cast
4   our vote for the people we're believing in. It
5   doesn't matter what color. Barack Obama is black.
6   Me as Asian, I don't see him as black. I see him
7   as President. And I want my constituents to see me
8   as their represent -- their -- their elect
9   official, not because I'm Asian or other racial
10  color. Thank you very much.
11          SEN. RUCHO: Thank you. Going to Central
12  Piedmont, Senator Harrington, are you there?
13          REP. BRAWLEY: Senator Harrington has
14  given me back the delightful task of chairing,
15  Senator.
16          SEN. RUCHO: Okay, Representative
17  Brawley. Next speaker.
18          REP. BRAWLEY: Our next speaker, we will
19  have Ms. Terry Taylor-Allen. Ms. Taylor-Allen,
20  you're recognized for five minutes.
21          MS. TERRY TAYLOR-ALLEN: Okay. Okay.
22  Thank you so very much. My name is Terry Taylor-
23  Allen. I am an unaffiliated voter in the 9th
24  Congressional District. And I'm here today to
25  express my strong support for the Court's decision,

170

1    and my urgent request that the North Carolina
2    General Assembly do its duty, and take care of
3    these maps immediately.
4         We have an embarrassment on a national
5    stage due to our aggressively and inappropriately
6    gerrymandered Congressional districts. So many
7    people who are far wiser than I have effectively
8    pointed out the detriment that these Congressional
9    map have caused to our state, to our citizens. I
10   don't need to revisit all that.
11        I just simply need to say this action is
12   overdue. The time is now to fix it. Let's get it
13   done. Let's not wait. Thank you very much for the
14   time to speak today. I appreciate it.
15        REP. BRAWLEY: Thank you, Ms. Taylor-
16   Allen. Thank you, Senator.
17        SEN. RUCHO: Thank you. Going on -- now,
18   I will say Senator Jackson has said that he has no
19   more speakers at Fayetteville, so that has been
20   closed at 2:00 p.m. And then we move on to Cape
21   Fear Community College, and I think I still have
22   Representative Davis there.
23        REP. DAVIS: Yes, sir, Mr. Chairman. Our
24   next speaker will be Mr. Richard Poole.
25        MR. RICHARD POOLE: Thank you,

171

1    Representative Davis, and thank you to the North
2    Carolina General Assembly for holding this hearing
3    on redistricting.
4         I wish I could speak with the wit and
5    grace of the gentleman who told us the story about
6    Fred the blind mule. But I'm just going to have to
7    do the best I can.
8         My name is Richard Poole. I live in
9    Wilmington, North Carolina. I'm first vice-chair
10   of the New Hanover County Democratic Party. And in
11   addition to being here in my personal capacity, I
12   represent the party in these remarks.
13        We are here to speak to the urgency of
14   the need to redistrict. Senator Rucho, it's my
15   understanding that you have expressed a belief that
16   this is too rushed, and that -- that it's not --
17   the need is not as urgent as would be suggested by
18   the Court's opinion. So I'd like to address myself
19   to the urgency of the matter at hand.
20        The first reason this is urgent is
21   because the districts, District 1 and District 12,
22   are segregated by race. And that because of the
23   way they were districted back in 2011, their voting
24   plan is illegal and unconstitutional and wrong.
25        In our own city of Wilmington, that

172

1    redistricting removed a slice of the city of
2    Wilmington, downtown Wilmington, took it out of the
3    7th District and put it into 3rd District.
4         Now, the result of that is the heavily
5    African American populace of that district were
6    removed from the district that their Wilmington
7    neighbors vote in, and they are now voting in a
8    district that stretches all the way from -- from
9    downtown Wilmington in the southeast part of our
10   state, all the way to the Virginia line. They are
11   represented by a Congressman most of them have
12   never laid eyes on. They have been
13   disenfranchised, and that needs to be addressed.
14        Another reason for urgency, we've already
15   had two elections with illegal and unconstitutional
16   districting, and we need to have it fixed before we
17   have a third election. Now, the -- the Court, the
18   federal court, gave the legislature, the General
19   Assembly, two weeks to redraw the districts.
20   Several have commented that that's -- that's a
21   short period of time. It puts a lot of pressure on
22   the General Assembly.
23        The first response to that is that two-
24   week deadline was required by North Carolina law,
25   by legislation passed by the General Assembly. So

173

1    to the extent this is a rush, it's a rush that was
2    created by the General Assembly's own actions.
3         Further, in our state, knowing that this
4    litigation was pending, the General Assembly moved
5    up the primary date to March 15th, much earlier
6    than it would have happened in earlier years. Now,
7    I understand the desire to be a player in the
8    Presidential nomination process. I share that.
9    But again, to the extent there is urgency here,
10   it's a situation that was created by the General
11   Assembly.
12        We urge the General Assembly to
13   expeditiously redraw the districts in a fair and
14   transparent and equitable manner. Transparent
15   would suggest that the map-drawing process should
16   be of public record, that the plans should be drawn
17   up on a state computer, that consultants of the --
18   that are assisting should be made available at
19   committee hearings, and that the leadership
20   disclose the money that it is spending on
21   consultants and lawyers in this process.
22        Thank you very much for this opportunity.
23        SEN. RUCHO: Thank -- thank you very
24   much. Moving on to UNC-Asheville, Senator Hise.
25        REP. MCGRADY: Representative McGrady has

## 174

1  resumed in the chair, and our next speaker is Jake
2  Quinn.
3  MR. JAKE QUINN: Good afternoon. My name
4  is Jake Quinn. I live in Asheville in Buncombe
5  County, and I'm representing Mountain Voices
6  Alliance today.
7  I am disappointed in the scheduling,
8  noticing, and conduct of this meeting. The
9  technical difficulties that have plagued this
10  poorly organized hearing do not instill confidence
11  in the Committee or in its staff.
12  About four years ago, I testified against
13  the Rucho-Lewis maps. Suffice it to say that I am
14  not surprised that they were thrown out by a
15  federal court or that we have to have this hearing
16  today.
17  Despite Senator Rucho's stated belief
18  that the maps are fair, the federal District Court
19  has clearly indicated they are not. Senator Rucho
20  is mistaken in his belief, and he ought to discard
21  it.
22  I am, frankly, surprised to hear the
23  confusion about these maps' constitutionality. The
24  US District Court has made crystal clear that they
25  are not constitutional and that they do not comply

## 175

1  with law in the United States.
2  So folks, let's not debate this. Keeping
3  these maps is not an option. Take it off the table
4  and change them.
5  The executive director of the North
6  Carolina Republican Party has stated that district
7  maps ought to be blind to race but not blind to
8  party registrations. I want to congratulate the
9  executive director. He is exactly wrong. And that
10  is why we are here today.
11  Redistricting is not rocket [break in
12  transmission] --
13  SEN. RUCHO: We can't hear him speak.
14  MR. JAKE QUINN: -- there are six basic
15  goals, six criteria to consider when you are
16  redistricting.
17  Number 1, equal populations. Number 2,
18  geographic compactness. Number 3, geographic
19  contiguity. Number 4, preservation or recognition
20  of existing political boundaries such as counties
21  and precincts. Number 5, respect for natural
22  geographic boundaries. And number 6, racial
23  fairness.
24  There should be no consideration given
25  whatsoever to voters' political affiliation. It

## 176

1  taints the process terribly.
2  I will conclude in stating that I fully
3  concur in the testimony offered by my friend and
4  neighbor Tom Byers earlier today, and urge the
5  committee to consider it carefully.
6  North Carolina has gotten [break in
7  transmission] --
8  SEN. RUCHO: I assume the speaker has
9  completed his presentation. Am I correct?
10  MR. JAKE QUINN: No, you are not.
11  SEN. RUCHO: Well, we couldn't hear you.
12  MR. JAKE QUINN: Unfortunately --
13  unfortunately, the technical facilities are not
14  conducive to a smooth-running hearing. That is not
15  my fault. That is your committee's fault. Thank
16  you.
17  SEN. RUCHO: Thank you very much. Let's
18  go ahead now and go to -- we're going to -- well,
19  we've closed Raleigh as far as speakers are
20  concerned. We're going to continue doing our work.
21  Let's go to Central Piedmont, Representative
22  Brawley.
23  REP. BRAWLEY: Thank you, Senator. The
24  next speaker is Hasan Harnett. Mr. Harnett, you're
25  recognized for five minutes. You have the floor,

## 177

1  sir.
2  MR. HASAN HARNETT: Thank you, sir. Mr.
3  Chairman, Committee members, and ladies and
4  gentlemen far and near, my name is Hasan
5  Harnett. I am an American, a registered voter in
6  the 8th District, and the Chairman of the North
7  Carolina Republican Party.
8  My single voice, as Republican Chairman,
9  represents large, diverse communities of the human
10  race. Nearly two million Republicans, voters who
11  are strong in this state. Overall, the North
12  Carolina Republican Party strongly opposes the
13  redrawing of the Congressional maps in the midst of
14  an election. Likewise, we believe lawmakers,
15  through the General Assembly, have and -- have and
16  will continue to protect the rights of North
17  Carolina voters.
18  We also believe lawmakers have previously
19  established voting boundaries that are fair,
20  reasonable, and legal. Just for the record, the
21  General Assembly is not here to choose voters, or
22  even marginalize voters, like some might have
23  suggested. This type of thinking in itself is
24  offensive.
25  And from an African American perspective,

Case 1:13-cv-00949-WO-JEP   Document 159-14   Filed 03/07/16   Page 45 of 61

## 178

1   quite frankly, color has nothing to do with it.
2   Therefore, it is completely ludicrous to think
3   otherwise.
4          Let me remind you, the North Carolina
5   Supreme Court upheld unanimously ruling of the
6   three-judge panel that heard the case in North
7   Carolina Superior Court. Let me remind you that
8   since 2011, every court has issued an opinion. And
9   even the Obama Justice Department has reached the
10  same conclusion, North Carolina's redistricting
11  maps are constitutional. All in all, the
12  Republican Party in North Carolina is very diverse.
13  We are largely satisfied with our present-day
14  representation and the -- and the constituent
15  services we are receiving.
16         Mr. Chairman and Committee members,
17  present-day Congressional primaries must go on
18  without judicial tinkering. Delaying the North
19  Carolina Congressional primary for a court-ordered
20  redraw of the map will cause massive voter
21  confusion, which will destabilize and utterly
22  destroy voter confidence all across the state.
23         Additionally, disenfranchised voters will
24  not come out to vote in a standalone Congressional
25  primary, and this will end up costing the state

## 179

1   close to 10 million dollars for all the business
2   owners and parents out there whatever happened to
3   financial accountability and responsibility.
4          Again, the North Carolina Republican
5   Party opposes the redrawing of the Congressional
6   maps. Democrat Roy Cooper won all 13 of these
7   Congressional districts, showing that they can be
8   won by Democrats. Of the 10 Congressional
9   districts currently held by Republicans, none have
10  had majority GOP registrations. Therefore, all
11  must create a broad coalition between Republicans,
12  conservatives, Democrats, and unaffiliated voters
13  to win. It is all about campaigns and candidates
14  and the message they present. Therefore, the
15  current 10/3 partisan split is a fair result of
16  Republican election victories, which allow
17  legislators to take partisan votes into account
18  when drawing districts.
19         If North Carolina is forced to redraw the
20  Congressional districts as a potential solution,
21  the North Carolina Republican Party believe that
22  any Congressional districts should keep precincts
23  and counties whole as much as possible.
24  Congressional maps should be drawn in a complete
25  colorblind fashion with no regard to race or racial

## 180

1   political quotas. Due to the declining influence
2   of North Carolina's rural communities, it is
3   imperative that our state's small counties not be
4   split.
5          In closing, the North Carolina Republican
6   Party opposes the redrawing of Congressional maps
7   in the midst of the election cycle. We have full
8   confidence in the North Carolina General Assembly.
9   We thank you for your public service. We thank you
10  for this public hearing.
11         REP. BRAWLEY: Mr. Hasan, your time has
12  expired, sir.
13         MR. HASAN HARNETT: Thank you, sir.
14         SEN. RUCHO: Thank you. Moving on to
15  Cape Fear Community College, again, Representative
16  Davis.
17         REP. DAVIS: Thank you, Mr. Chairman.
18  Our next speaker will be Mr. William Whalen.
19         MR. WILLIAM WHALEN: I am William Whalen.
20  I am the president of the Southeastern North
21  Carolina Central Labor Council, a coalition of
22  labor unions in Brunswick, Columbus, Duplin, New
23  Hanover, and Pender Counties.
24         We are here today because our legislature
25  chose partisan politics over the will of the

## 181

1   citizens of North Carolina.
2          The 3rd District stretches from
3   Wilmington to the Virginia border. The 7th
4   district stretches from Southport to Raleigh.
5          Most North Carolinians -- and believe me,
6   I represent the pride from the conservative to the
7   liberal in my members, in our members. But most
8   North Carolinians, regardless of their political
9   leanings, find gerrymandering wrong.
10         The Republican legislature can do right
11  by the citizens of North Carolina now by rejecting
12  their soft -- sophisticated software program that
13  created these gerrymandered districts that split
14  communities and not competitive in the general
15  election.
16         Legislature can choose to create
17  districts that are compact and keep communities
18  together as much as possible. Legislature --
19  legislature can choose to use North Carolina
20  Constitution Articles 2, Section 3 and 5, as a
21  guide that districts are not to be gerrymandered.
22         In closing, the Southeastern North
23  Carolina Central Labor Council believe the citizens
24  of North Carolina should choose the
25  representatives, and that Raleigh politicians

182

1    should not chose their voters.  Thank you.
2         SEN. RUCHO:  Thank you.  Moving on to
3    UNC-Asheville, Representative McGrady.
4         REP. MCGRADY:  Our next speaker is Blake
5    Ethelston.
6         MR. BLAKE ETHELSTON: Can I be heard?
7         SEN. RUCHO: Go ahead.  Try it again.
8         MR. BLAKE ETHELSTON: Thank you.  Thank
9    you for the chance to speak.  My name is Blake
10   Ethelston.  I'm a Buncombe County resident.  I'm a
11   Mecklenburg County native.  I'm an unaffiliated
12   voter.  I'm a father.  I'm a business owner.  And
13   professionally, I work as a geographer.  I've
14   worked with geographic information systems for more
15   than 20 years.
16        The situation that this recent court
17   ruling and the deadlines driving the hearing -- I
18   should say the recent court hearing and the
19   deadlines driving this hearing are emblematic of a
20   larger problem that's been discussed many times
21   today, and is partisan gerrymandering.
22        I'm here to encourage the General
23   Assembly to follow the example of other states in
24   adopting a non-partisan, transparent redistricting
25   process.

183

1         And I'd like to recognize that there are
2    General Assembly representatives from both parties
3    in this room today who would champion such a
4    process.  Representative McGrady in particular
5    should be commended for supporting non-partisan
6    redistricting when his party was both a -- or when
7    he was a member of both the majority and minority
8    parties.
9         It's also worth noting that organizations
10   on both the conservative and liberal sides of the
11   spectrum have espoused overhauling the state's
12   process for redistricting.  Other speakers have
13   explained that the best practices for drawing
14   boundaries have been identified and that the
15   districts should be designed for compactness,
16   contiguity, keeping counties whole when possible,
17   and of course, complying with the Voting Rights
18   Act.
19        The turnout for these hearings on short
20   notice is a testament to public interest in the
21   redistricting issue.  The process, therefore,
22   should allow for substantial citizen input with
23   numerous locations, numerous times of day, and many
24   opportunities for involvement.
25        Another thing about me, I'm a few weeks

184

1    shy of my 43rd birthday.  That puts me at older
2    than the median age in North Carolina, older than
3    the median age in Buncombe County.  In other words,
4    half of North Carolina, half of this county, are
5    younger than I am.
6         I was asked to list my race when I signed
7    in, but not my age.  Maybe it's not okay to ask,
8    and it's probably not okay for me to ask for a show
9    of hands in this room, although that would have
10   been more helpful earlier today, to ask how many
11   folks are younger that I am in this room, or how
12   many folks were younger at the beginning of this
13   meeting.
14        I would submit that the composition of
15   folks who were here today does not represent
16   anything close to a cross-section of western North
17   Carolina, certainly when it comes to age.  And in
18   2016, this here calls for a more inclusive public
19   participation process.
20        Thank you again for the opportunity to
21   speak.
22        SEN. RUCHO:  That concludes the remark of
23   the speaker?  Thank you.  We'll go on to Central
24   Piedmont Community College, Representative Brawley.
25        REP. BRAWLEY:  Thank you, Senator.

185

1    Pamela Grundy?  Ms. Grundy, you're recognized for
2    five minutes.
3         MS. PAMELA GRUNDY:  Good afternoon,
4    everybody.  Thank you for the opportunity to speak.
5    Thank you everybody who has come out for this very
6    important issue.
7         My name is Pamela Grundy.  I have lived
8    in the Plaza Midwood neighborhood of Charlotte for
9    the past 20 years.  I have been in several
10   Congressional districts, although I have never
11   actually moved.  I've been in the 12th
12   Congressional District, I was in the 8th
13   Congressional District, I am now in the 9th
14   Congressional District.
15        When I was in the 8th Congressional
16   District, it was fairly evenly split between
17   Democratic and Republican voters.  I was
18   represented for a while by Republican Robin Hayes,
19   who is sitting here listening to all of this.  Then
20   for a while I was represented by Democrat Larry
21   Kissell.  My vote mattered.
22        I must admit, I did not ever vote for
23   Representative Hayes -- sorry about that -- but I
24   felt that he had been elected fairly.  Every time
25   that he was elected, he had won a fair race.

186

Elections in the District 8 were lively and hard-fought, as you well know. And eventually, we Democrats did -- wound up, by very hard work, by grassroots campaigning, Larry Kissell prevailed and became our representative. That is how democracy should work.

Now, I am in the 9th District. I'm represented by Robert Pittenger. This district leans so heavily Republican that the race is decided in the Republican primary. We had a very strong Democratic candidate when the district was recently changed, to no avail. It was really -- it was really a hopeless race despite the strength of the Democratic candidate.

So essentially, as a Democrat, my vote is meaningless, as I do not vote in the Republican primary, and I do not appreciate it. I can go to the polls and vote and I can cast my ballot, but technically I am disenfranchised, which was the purpose of the change.

A group of Democratic-leaning voters was moved from a mixed district into a heavily Republican district specifically in order to reduce the impact of our vote in the district we had been in and in the district into which we were put.

187

There were no more hard-fought races, no more districts where the better Republican or the better Democrat won. It was now a -- both districts are essentially not competitive.

Representative Brawley noted at the beginning that this meeting, all of us here today, represents the kind of democracy that the Founding Fathers intended. Gerrymandered districts which derive people -- deprive people of meaningful votes do not represent the kind of democracy the Founding Fathers intended.

We need fair, non-partisan maps so we can have competitive races, fair representation, and get back to running the kind of democracy that our ancestors fought for and that the people of North Carolina deserve. Thank you.

REP. BRAWLEY: Thank you, Ms. Grundy.

SEN. RUCHO: Thank you very much. Going to Cape Fear Community College, Representative Davis.

REP. DAVIS: Thank you, Mr. Chairman. Our speaker is Mr. Gerald Benton.

MR. GERALD BENTON: How do you do? My name is Gerald Benton. I'm from Leland, North Carolina.

188

I'd like to go ahead and just voice my support for the current districting. I believe they're fair.

If we are looking at turnout last year, we had 120 people in the district I'm running for -- I mean, 120,000, and only 30 actually showed up to vote, 30,000 people. No matter how gerrymandered the districts are -- I'm running in the district D-10 as a Republican -- that they're fair. It comes down to voter turnout, because ultimately that will decide all races.

And for us to change after the veteran vote has been cast already through absentee ballots is wrong. If we want to change it, we change it after the general election when we have time to sit down and actually make a difference in how things are done. I do appreciate it. Thank you.

SEN. RUCHO: Thank you very much. Moving on to UNC-Asheville, Representative McGrady.

REP. MCGRADY: Our next speaker is Darlene Azarmi.

MS. DARLENE AZARMI: Thank you. Can y'all hear me?

SEN. RUCHO: Yes.

MS. DARLENE AZARMI: All right, great.

189

So, thanks for the opportunity to speak. I am an organizer for Democracy North Carolina, but I am here as a young person who cares and always has.

So having a father from Iran, I was always taught the value of participating in our democracy, and have been an active voter since I was eligible. I grew up in Lincolnton, North Carolina, attended Cape Fear and UNC-W, where I worked at the polls for all four years.

And now I work in -- across western North Carolina to ensure that people turn out and vote. It is a tough job amidst all of the confusion voters face, such as the complexities of the voter ID law, but I'm passionate about it and enjoy it.

I am a firm believer that voters should choose elected officials instead of legislators dividing our state to choose their voters.

The timeline in which we have seen these public hearings created and announced speaks volumes about the level of transparency which citizens can expect in this process of redrawing, and unfortunately depict what lawmakers feel is acceptable or what they can get away with in terms of accountability in doing so.

Equal access to and fair representation

190

1 in the political process are at the core of what
2 elections are meant to ensure in democracy
3 supposedly of, by, and for the people.
4     The gentleman who spoke earlier about his
5 suspicions of race determining whether comments are
6 heard should not be ignored, but taken seriously
7 and responded to by y'all who represent us.
8     I would like to highlight the importance
9 of the public perception of how this act of
10 redrawing plays out as a critical player in North
11 Carolinian voters' integrity, morale, and trust in
12 a process that has been proven [break in
13 transmission] --
14     SEN. RUCHO:  We can't hear you at this
15 moment.
16     MS. DARLENE AZARMI:  Can you hear me now?
17     SEN. RUCHO:  Yes.
18     MS. DARLENE AZARMI:  Okay.  Apologies for
19 that.
20     So the gentleman who spoke about his
21 suspicions of race determining whether comments are
22 heard should not be ignored, but taken seriously
23 and responded to by y'all who represent us.
24     I would like to highlight the importance
25 of the public's perception of how this act of

191

1 redrawing plays out as a critical player in North
2 Carolinian voters' integrity, morale, and trust in
3 a process that has been proven to be corrupt, which
4 again comes back to their belief in y'all as
5 leaders.
6     Now is the time to play fair, follow the
7 rules, and do what you are required to do.  I hope
8 that you seek the public's approval on any maps
9 that are put forth.  As of this moment, without an
10 alternative, we have nothing to guide our
11 commentary.  That's voiding most impacted voters'
12 belief that they can have any real say in the
13 decision that is made.
14     It's no secret that these districts were
15 and traditionally have been racially gerrymandered
16 to consolidate and depreciate the political power
17 of marginalized groups, particularly African
18 Americans.  [break in transmission] divide our
19 state and its communities along racial lines and
20 compromise our ability to work together for a
21 common goal.
22     Districts 1 and 2 have historically
23 elected African Americans by comfortable margins
24 and they're [break in transmission] legal
25 justification for increasing the African American

192

1 percentage by population in those counties.  It is
2 clear that race was a primary determination in the
3 way the maps look the way they do.
4     Additionally, our young students have
5 [break in transmission] college campuses.  In fact,
6 UNC-A, where I am today, and nearby Warren Wilson,
7 split by these maps, again, undermining their
8 ability to believe that elected officials want
9 their voices to be heard.  Citizens are truly
10 appalled at the odd-shaped political parameters
11 that define their ability to have their voices
12 heard in the political process.
13     Allowing parties to draw the map given
14 their interest in building political power is and
15 always will provide for a conflict of interest.  I
16 hope that the disaster of courts having to divide
17 what I call our normalization of segregation due to
18 national Voting Rights Act violations can be
19 replaced with common sense, non-partisan
20 redistricting reform led by our legislators with
21 insights from [unintelligible] to guide our
22 political processes.
23     We look to you for leadership on this.
24 Until you can take that [unintelligible] the map-
25 drawing process should be public record and an

193

1 interim plan should be drawn out by the General
2 Assembly on a State computer to ensure
3 accountability.
4     Further, any consultants should be
5 available to [unintelligible] accessible to the
6 public for [unintelligible] communication.  Every
7 cent of taxpayer dollars spent on consultants to
8 draw maps [unintelligible] should be disclosed to
9 the public.  The fact that some absentee ballots
10 have been requested and submitted does not outweigh
11 the damage done by holding a third election on
12 unconstitutional maps.
13     Ensuring that our elections are
14 constitutional should be our first and foremost
15 priority.  I hope that all of you have heard and
16 take seriously the concerns of citizens from across
17 the state today.  Eight people with me in the
18 overflow room had to leave due to time constraints,
19 and I hope that you please remember all those who
20 are at work or school or for whatever reason and
21 could not be here to make comments.  Thank you.
22     SEN. RUCHO:  Thank you very much.  We're
23 going to go to Central Piedmont Community College.
24 And a reminder to the moderators at each of the
25 locations that we are -- have a five-minute limit.

194

1    So, Representative Brawley?
2        REP. BRAWLEY:  Thank you, Senator.  The
3    next speaker is Clare Mahoney.  Ms. Mahoney, you
4    are recognized for five minutes.  The floor is
5    yours.
6        MS. CLARE MAHONEY:  I appreciate it.  And
7    first of all, I -- I really think it's great that
8    this many citizens have come out --
9        REP. BRAWLEY:  Talk loud, Clare.
10       MS. CLARE MAHONEY:  -- that this many
11   citizens have come out to this hearing and have
12   stuck with it this long speaks volumes about how
13   involved we all are in the process.
14       Most of my most salient points have
15   already been made eloquently and repeatedly by
16   other speakers.  But throughout this entire
17   process, one thing keeps repeating in my mind, so I
18   wanted to share it.
19       If indeed the call for a non-partisan,
20   independent redistricting committee is a principle
21   that all hold dear, and that we should be fighting
22   for in this country, why only are we calling for it on
23   the state level?  Shouldn't it also apply on the
24   local level, where government is closest to the
25   people?

195

1        You see, as a 24-year resident of
2    Charlotte, and a lifelong Republican, I know well
3    what it feels like to live in a gerrymandered
4    district.  I know well what it feels like to live
5    in a county where my voice is diluted, where my
6    ideas get very little play on the governmental
7    scene.
8        And so I do find it -- when I hear
9    Christian Cano, you know, give the clarion call to
10   candidate, if you believe in your cause, don't be
11   afraid to say it.  Does he believe in this cause
12   enough to call for it right here in Charlotte,
13   where we live closest, where we should be closest
14   as a community, where we should be fighting for
15   what's right together as a community.
16       And I just had to get up here and make
17   that call because I -- I do caution you, beware of
18   the siren song that encourages you to take this
19   sort of power away from the unelected
20   representative and put it in the hands of unelected
21   bureaucrats.  That is just not something that I
22   think is best for this state or this country.
23   Thanks for listening.
24       And again, you are all great for being
25   here today.

196

1        SEN. RUCHO:  Thank you very much.  Moving
2    on to Cape Fear Community College.  I've got
3    Representative Davis for the next speaker.
4        REP. DAVIS:  Thank you, Mr. Chairman.
5    Our next speaker will Steve Unger.
6        MR. STEVE UNGER:  Like to say thank you
7    for the committee for holding this today.  I am the
8    chair of the Democratic Party in Pender County.
9    I'm also running for office in the NC House 16th
10   District.
11       It is time to redraw the districts.
12   The -- the Courts have said so.  No decision is
13   going to come down from the Supreme Court, and
14   folks who say that the current process is fair,
15   the -- the courts have already spoken.  And now
16   it's a matter of how we redraw districts so that we
17   create the most fair.
18       The argument that the election has
19   started already isn't sufficient.  We've gone
20   through two election cycles already, and why should
21   we do a third?  So I think a battle like that --
22   that is an insufficient argument.
23       The other thing is that the leadership --
24   if the General Assembly had not moved up the
25   primary, we wouldn't be having a problem with

197

1    election underway with this Court ruling.  And
2    sure, we wanted to have more of a say on the
3    national level, but it's also created this
4    quandary.
5        Any new map should be drawn by -- on a
6    State computer.  Any consultants should be
7    revealed.  And anybody who's paid to assist should
8    be revealed.  This should be open.  We should be
9    transparent.
10       Now, I live in the 7th District.  You
11   know the 3rd District comes here, goes all the way
12   up to Corolla.  And I lived in the Outer Banks for
13   a year.  That's a long way away.  I couldn't tell
14   you if right here at Cape Fear Community College,
15   whether this is the 3rd or the 7th District.  So
16   it's important to have districts that are
17   contiguous, to include counties whenever possible,
18   to include areas and regions.  I -- I remember when
19   this area was all 3rd District.
20       Even in Pender County, where I came from,
21   the county and former officials had to sue and won
22   the case in the Supreme Court to leave the county
23   alone when it came to State House districts.  And
24   we need to look at the North Carolina Constitution
25   which guides us in this area.

198

1    Lastly, I'd like to point out that my
2  regular job has me making athletic teams. I work
3  as an athletic supervisor for the Town of Surf
4  City. And one of the things I have to do is I have
5  to try to create teams in such a way that there's
6  competitive balance and making sure we have fun
7  playing, we have fun games.
8    I can't guarantee who's going to win or
9  who's going to lose. But if we don't have fair
10 teams and we don't have fair districts, the kids
11 and adults don't play and they drop out. And if we
12 don't have fair districts, people are going to drop
13 out of the electoral process.
14   We heard from a couple of the Millennials
15 today. They just want to see fairness. They want
16 to see opportunity. And right now, we don't have
17 that. The Courts have said that we need to have
18 that opportunity. So I'm glad we're moving forward
19 in that area.
20   One thing also that the State officials
21 might consider is as you're redrawing and taking a
22 look at a non-partisan way of doing the
23 Congressional districts, to also look at the State
24 and Senate districts because there is also a
25 lawsuit winding through the courts on that. Let's

199

1  do it all at once.
2    Thank you so much for the opportunity
3  today. I appreciate it.
4    SEN. RUCHO:  Thank you. Moving on to
5  UNC-Asheville, Representative McGrady.
6    REP. MCGRADY:  Our next speaker is Renee
7  Rafeni. After that, Judy Mattox, I believe I saw
8  leave. That would bring Currie First?
9    MR. CURRIE FIRST:  I'm here.
10   UNIDENTIFIED:  Currie First.
11   MR. CURRIE FIRST:  Currie First from
12 Buncombe County. Today is about one issue:  how
13 our government effectively disenfranchised African
14 Americans in two state districts by a practice
15 called gerrymandering.
16   Voting right advocates challenge the
17 districting on racial grounds under the 13th
18 Amendment, granting voting privileges to former
19 male slaves, and equal protection clause of the
20 14th Amendment giving protected classes equal
21 rights under law.
22   We know the result. Three federal
23 judges, after hearing oral argument and reviewing a
24 massive evidentiary record, ruled two districts
25 unconstitutionally discriminated against African

200

1  American by significantly diluting their voting
2  rights.
3    Even at this late date, I urge the
4  Assembly to accept the court opinion and send a
5  message to African Americans in North Carolina that
6  our state government respects them, respects their
7  voting rights, and will continue -- and will start
8  to do that.
9    I submit accepting -- accepting the
10 three-federal-judge decision is especially
11 important to communities of color because of other
12 legislation some call voter suppression.
13   Legislative voting changes that have
14 affected African Americans include reducing early
15 voting, noting African Americans disproportionately
16 vote more as a percentage in early voting than
17 whites. Eliminating same-day registration. Number
18 3, voter ID.
19   By continuing to challenge the federal
20 decision which found unconstitutional the
21 curtailment of minority rights, we're telling our
22 state minorities we care more about legislative
23 election strategy than about your voting rights.
24   The democratic government at the federal,
25 state, and local level should be taking legislative

201

1  action to encourage voting and sending a message,
2  barriers to voting must be removed.
3    Before 1920, for many of us in this room,
4  our grandmothers by law could not vote. Their
5  gender was an absolute bar to voting. In 1920, a
6  constitutional amendment gave the right to vote to
7  women. In the 1970s and earlier, men who were sent
8  to Vietnam, conscripted and drafted and killed,
9  could not vote. A constitutional amendment in 1972
10 gave the right to vote to those 18 to 21.
11   Extending and supporting voting
12 privileges is our proudest, best history, not
13 diluting voting rights of minorities. The right
14 thing for the General Assembly is to tell your
15 attorney -- you're the client -- tell your attorney
16 that you're going to abide by the three-judge
17 decision and get on with it.
18   In concluding, I'm extremely upset that
19 at least several of the public hearing sites,
20 folks signing in were required to write in their
21 race at the sign-in. The chairs of this committee
22 should seriously write to each person listing
23 their race and apologize for this invidious
24 request. This is not unimportant at a hearing
25 that -- that concerns race discrimination. Do not

202

1   allow future public government hearings to include
2   a racial, ethnic identity. Thank you.
3           SEN. RUCHO: Thank you. Moving to
4   Central Piedmont Community College, Representative
5   Brawley.
6           REP. BRAWLEY: Thank you, Senator. Our
7   next speaker is Justin Conley. Mr. Conley, you are
8   recognized for five minutes. You have the floor.
9           MR. JUSTIN CONLEY: Thank you. [break in
10  transmission] morning, but good afternoon. I'd
11  first like to thank the committee for the
12  opportunity to speak on Congressional
13  redistricting.
14          Our country was founded ideal of
15  government of, by, and for the people. Our great
16  state deserves qualified leaders fairly elected to
17  represent their interests in Raleigh and in
18  Washington. But that's not happening.
19          I am a new Mecklenburg County resident,
20  but a North Carolina native. I currently serve as
21  the President of the Young Democrats of North
22  Carolina. We work to provide a mechanism for
23  registered Democrats ages 18 to 35 to have an
24  active role in our communities in the spirit of the
25  Democratic party. My organization represents the

203

1   changing face of the seventh most rapidly
2   diversifying state in our country.
3           The overwhelming majority of our members
4   could only legally vote around the time of the last
5   census in 2010. Our state is changing. And in
6   order to harness the potential we have as a state,
7   we must ensure we have a government that reflects
8   its people.
9           Elections should be simple. The party
10  that gets the most votes should win the most seats
11  in Congress and in our General Assembly. But
12  that's not what is happening. In 2012, 2.2 million
13  of our friends and neighbors voted for a Democratic
14  Congressional candidate, compared to 2.1 who voted
15  for a Republican candidate. Yet nine out of the 13
16  US House districts sent a Republican to Congress.
17          Fair district lines matter. They matter
18  because these elected representatives should
19  reflect our state's population and accurately
20  reflect the will of the people in North Carolina.
21          It is frustrating to stand in a forum and
22  argue for my right to be represented fairly by my
23  elected officials. It is frustrating to see the
24  will of our people not reflected in the halls of
25  our Congress and on Jones Street in Raleigh. It is

204

1   frustrating to feel the weight of our generation's
2   challenges from tackling climate change to income
3   and equality to have to use time and energy to
4   fight for something more fundamental, my right to
5   be represented fairly in my government.
6           Every North Carolina -- excuse me. Every
7   North Carolinian should be have equal access to be
8   represented. When power is not shared, democracy
9   breaks down. Politics from the fringe extremes of
10  both political parties with an unwillingness to
11  compromise. Last year, we saw Congress have one of
12  its most unproductive and unpopular sessions in
13  history despite being packed full of
14  representatives from one party.
15          Now, I'm a Democrat without prefix or
16  apology, but I long for the era of hyper-
17  partisanship to be over. I am tired of waking up
18  every day to the same old politics. I want a
19  government that compromises, works across the aisle
20  to solve problems, and put people first. Now, you
21  have an opportunity to draw fair districts.
22          You also have 53 members of both parties
23  in the House and additional members in the Senate
24  willing to work to end this argument altogether by
25  passing independent redistricting reform. You have

205

1   the opportunity to make this state's elected
2   leadership look like North Carolina, the
3   opportunity to give the people of this state the
4   representation it deserves.
5           Our state faces too many problems to get
6   hung up on the usual partisan politics. But at the
7   end of the day, unfair districts do not address the
8   one in four children of our state living in
9   poverty. Unfair districts do nothing to make
10  college more affordable. Unfair districts do not
11  create jobs or boost wages for those working full-
12  time but still can't make ends meet.
13          But I know if we have a government that
14  reflects the great people of this state, there is
15  no problem we cannot solve together. Remember,
16  this is the state where the weak grow strong and
17  the strong grow great. We can overcome the
18  problems of today and get ahead of the ones
19  tomorrow. But it starts with fairness. This is
20  how we create a more perfect state, and this is how
21  we create a more perfect union. Thank you.
22          SEN. RUCHO: Thank you.
23          REP. BRAWLEY: Thank you, Mr. Conley.
24          SEN. RUCHO: Okay. Going on to --
25  continuing our discussion about redistricting and

206

1  how the speaker believes that they can change and
2  improve it, we're talking about Cape Fear Community
3  College, Representative Davis.
4      REP. DAVIS:  Thank you, Mr. Chairman.
5  Our next speaker will be Mr. Dennis Dixon.
6      MR. DENNIS DIXON:  Thank you, Mr.
7  Chairman, and thank you, Representative Davis.  My
8  name is Dennis Dixon.  I live in Wilmington.  And I
9  am happy to have the opportunity to participate in
10 this hearing.
11     I am very thankful that the framers of
12 our Constitution organized a House of
13 Representatives so that the members would have to
14 stand for reelection every two years.  That makes
15 the House of Representatives, that part of the
16 national government best able to respond to
17 changing issues and priorities.
18     It's desirable that the elections of
19 Congressmen be as competitive as possible.
20 However, gerrymandering has come to be a custom
21 established by tradition to interfere with that
22 competitiveness in Congressional elections.
23     Gerrymandering is well-established, and
24 we have to acknowledge that any gerrymandering will
25 work against some segment of the population.  In

207

1  this case, it has turned out that the federal
2  courts have determined that the gerrymandering in
3  North Carolina a few years ago has gone beyond the
4  bounds of ordinary gerrymandering and that it must
5  be corrected.
6      I think we should be grateful that the
7  Court has impelled us to reduce the impact of
8  gerrymandering on our Congressional elections.
9  Thank you very much.
10     SEN. RUCHO:  Thank you.  Moving on to
11 UNC-Asheville, Representative McGrady.
12     REP. MCGRADY:  Our next speaker is Ernie
13 Thurston.  He apparently is not here.  Next speaker
14 is Terrence Clark.  Mr. Clark, you've got five
15 minutes.
16     MR. TERRENCE CLARK:  Can you hear me?
17     SEN. RUCHO:  Yes, sir.
18     MR. TERRENCE CLARK:  Okay.  My name is
19 Terrence Clark.  I'm a retired physician.  I live
20 in Buncombe County, Candler area.  I want to
21 emphasize -- well, I'm speaking -- I'm speaking
22 today as a citizen of North Carolina and Buncombe
23 County.
24     We are here today, I want to underscore,
25 because it is unconstitutional to base

208

1  redistricting on race.  So I'll repeat that because
2  we've gone on tangents with a lot of issues.  We're
3  here today because it's unconstitutional to base
4  redistricting on race.
5      I'm -- I have a concern that there was
6  very poor publicity about this meeting.
7  Personally, I learned last night in looking at the
8  newspaper.  I'm particularly concerned that -- I
9  have a sense that the districts that have been
10 discussed the most, District 1 and 12, have seen --
11 have seemed under-represented.  I think that this
12 is not going to be a sufficient amount of public
13 hearing.
14     There have been two illegal elections.
15 There's no reason to have a third illegal election.
16 We live in a great country and have a great
17 Constitution, which includes the protection of
18 citizens so that they can elect representatives
19 that reflect sensible and fairly drawn,
20 constitutionally-sound districts.  This is a
21 partisan issue, but it has been said today, let's
22 stop beating each other with the partisan stick.
23     The inconvenience of the logistics of the
24 upcoming election should not be used to permit the
25 Republican legislature to use that as a

209

1  manipulation.
2      I have recommendations.  Number one,
3  several people have said it, I believe you need to
4  delete the question about race in today's hearing.
5  I saw that on the entry forms.  It should -- that
6  is not relevant.  Can you hear me?
7      SEN. RUCHO:  Yes, sir.  Keep speaking.
8      MR. TERRENCE CLARK:  Okay.  I request
9  that the legislature comply promptly with the
10 three-panel judges' ruling to do the redistricting
11 map.
12     I request that well-publicized public
13 hearings be set for next week, with a particular
14 emphasis on the districts that have been discussed
15 so much today.
16     I also ask -- ask that you clarify
17 guidelines of how we submit our written document.
18 Many people have scribbled documents, and some have
19 handed them in.  I think you would like them typed,
20 and when do you want them?
21     I also ask that it be a priority in the
22 next session to set up a -- a commission to look at
23 non-partisan redistricting.  Thank you.
24     SEN. RUCHO:  Thank you.  Moving to
25 Central Piedmont Community College, Representative

210

Brawley.

REP. BRAWLEY: This -- is Matt Needham here? Okay. No, wait -- yeah. Jack Brosch.

MR. JACK BROSCH: My name is Jack Brosch. I'm a resident of Mecklenburg County, and I think I bring a perspective to this argument that I have not heard enunciated previously. And it is that perspective of a candidate for US Congress in the North Carolina's 12th District. So I know about gerrymandering a little bit.

And I'm not going to talk about some of the effects that are going to happen on voters, but don't let my lack of comments mean that I don't agree with many of the previous speakers on that topic. What I am going to talk about is the effect that this late change with have on candidates in North Carolina.

Candidates file for office, and they try their best to stand up to the rules and regulations supplied by the General Assembly and by the Board of Elections. And those rules need to be out previous so that they can plan their campaigns, that they can map their -- their district, and they can figure out what voters are most likely to be able to be persuaded to their side of the argument,

211

and to be able to use scarce resources to get those constituents to vote for them.

Not to make light of -- of the previous arguments, but a little over a week ago, we had a national event called the Super Bowl. And can you imagine the morning of the Super Bowl, where all of a sudden they decide, "Yeah, we're not going to go by yards. We're going to go by meters. We're going to change the whole game. And you that -- that ten-yard play that you practiced and you planned for so that you can get that first down and you can move that ball down the field, eh, it's going to be adjusted. We're now working with meters." How would that affect the game that so many of us dearly love called football?

John B. Taylor is a fellow at the Hoover Institute and a professor at Stanford University, and I think he said it best. And what he said was that society thrives when they have a predictable policy framework.

And while I agree with many of the previous people and their comments about redistricting in the long term -- and I suggest that they look at House Bill 49 and Senate Bill 28. These are bills that are already in front of the

212

General Assembly, but now is not the time. Do not shake the globe and create another snowfall. Thank you.

SEN. RUCHO: Excuse me. Thank you. Going on to Cape Fear, Representative Davis.

REP. DAVIS: Thank you, Mr. Chairman. Our next speaker will be Ms. Sonya Bennetone.

MS. SONYA BENNETONE: Good afternoon. My name is Sonya Bennetone. I'm a registered voter in District 7 in New Hanover County. However, I was raised in District 3 and a community organizer in District 3.

I am a descendant of those who were held captive and made former slaves here in North Carolina. I can trace my family's history back to the Beverly Plantation here in Wilmington on my father's side, where my great-grandfather and my great-aunt were former slaves there.

I found out about this meeting at the last minute. And it is discouraging when District 3 is heavily impacted by these maps, where you have your heavily populated African Americans who are put in Congressional 3 who were formerly in Congressional 7. And I hope that you'd reconsider this when you redo the map. It's a shame that we

213

live in a country where descendants of former slaves still have to fight for our constitutional right, a right that we were born with.

My father, a disabled veteran, gave his rights for this country, and he believed in voting. He was also a Baptist minister. He believed in voting. He believed not voting was worse than being locked up in jail because that was something that was not given to us easily.

And when I look for the fight to vote, I don't have to look far. My cousin, in the '70s, was spit on trying to exercise her right to vote and jailed for two weeks.

This is not the North Carolina we should have. This is not the North Carolina I want for my children or for future generations. Please revisit the map. Asking for two weeks to protect the Constitution is nothing 'cause many people have died to protect the Constitution.

Thank you for listening.

SEN. RUCHO: Thank you. Moving on to UNC-Asheville, Representative McGrady.

REP. MCGRADY: Our next speaker is Carmen Ramos-Kennedy. Give us just a second.

SEN. RUCHO: Representative McGrady?

214

1        REP. MCGRADY:  Give us a second.
2        SEN. RUCHO:  Okay.
3        MS. CARMEN RAMOS-KENNEDY:  Okay.  I am
4   Carmen Ramos-Kennedy, the newly elected president
5   of the Asheville-Buncombe branch, NAACP.  I will
6   attempt to do as my good friend Beth Jessup told me
7   when speaking publicly.  Keep it simple.
8        The three federal judges have ruled that
9   the 2011 North Carolina redistricting map was drawn
10  along racial line.  It's unconstitutional.  With
11  the computer technology for mapping, those in the
12  majority in the legislature have divided
13  communities, divided college campuses, put people
14  on the same street in different districts.  This
15  has been done to a degree never seen before.
16       I ask you to do the right thing.  Redraw
17  the districts.  Get new absentee ballots out to
18  those who have already voted.  The ruling must
19  stand and maps be redrawn.  No excuses.
20       Now, speaking personally as Carmen Ramos-
21  Kennedy, a registered voter, a lifelong activist in
22  the work of the community, personally, I believe
23  redistricting should be non-partisan.  We need to
24  reform the process, and it should be an independent
25  agency that does that job.

215

1        No elected official should be safe in
2   their district.  They should not spend time
3   focusing on securing funding for their next
4   election.  They should be focusing on the work of
5   the people.
6        I'm incensed and dismayed that no sooner
7   than SCOTUS took the teeth out of the Voting Rights
8   Act in 2013, did North Carolina, Texas, and other
9   states pass extreme voter ID laws restricting
10  voting rights all under the guise of voter fraud.
11  They've passed legislation for a problem that is so
12  minuscule that it barely exists.
13       Too much blood has been spilled for the
14  right to vote.  Too much blood has been spilled for
15  the right to vote.  Impediments to voting is un-
16  American.  Thank you.
17       SEN. RUCHO:  Thank you very much.  Going
18  to Central Piedmont, Representative Brawley.
19       REP. BRAWLEY:  Thank you, Senator.
20  Margaret Davis.  Ms. Davis, you're recognized for
21  five minutes.  You have the floor.
22       MS. MARGARET DAVIS:  Thank you, Senator
23  Brawley.  It's a pleasure to be here, and I've
24  learned so much listening to everybody across the
25  state.  And I really agree that this wasn't well-

216

1   publicized.  The notice was too short.  And
2   obviously, there's great interest in this, and we
3   need more discussion and more opportunity for
4   people that are impacted, and that's all of us in
5   North Carolina.
6        The thing that keeps coming to me -- and
7   I'm new at this -- I've been a social activist for
8   my whole life because I'm a mother and I care about
9   the future of this country.  I'm the daughter of a
10  veteran who was at Pearl Harbor when it was bombed.
11  I lived in -- in a country where I could not vote
12  because I wasn't a citizen.  So as an adult, I
13  moved back to this country so I could vote and
14  could be involved in the process.
15       And I -- I want to acknowledge that today
16  is also the birthday of Susan B. Anthony, who was a
17  fearless activist in many, many fields, but
18  especially for the end of slavery and for the right
19  of women to vote.
20       I am in favor of these maps being
21  redrawn.  Clearly, the court has spoken.  It is
22  inconvenient.  It could cause chaos.  But I think
23  it's chaos that gives us an opportunity to have a
24  fair system, a system that really does represent
25  the people of North Carolina, that we have a vote

217

1   that means something.
2        I've been -- I'm sitting here at Central
3   Piedmont, now.  I've been offering voter
4   registration opportunities in a non-partisan way.
5   And it really disturbs me to hear young people say,
6   "My vote doesn't matter.  It's a game.  It
7   doesn't -- it doesn't interest me because I can't
8   make a difference."  And I don't think that's the
9   kind of country we want, and I know that for my
10  children, grandchildren, and yours, I'm glad we can do
11  better, and that we must look at these matters, use
12  the technology that's available to us to do this in
13  an impartial way.
14       The Democrats and the Republicans have
15  been guilty of gerrymandering, and it has to stop.
16  Thank you very much.
17       SEN. RUCHO:  Thank you.
18       REP. BRAWLEY:  Thank you, ma'am.
19       SEN. RUCHO:  Cape Fear Community College,
20  Representative Davis.
21       REP. DAVIS:  Thank you, Mr. Chairman.
22  Our next speaker will be Ms. Barbara Graham.
23       MS. BARBARA GRAHAM:  I want to thank you
24  that I'm able to speak here.  I didn't think I was
25  going to do it.  I thought I would back down.  But

218

1  I've heard a lot of things that people have said.
2  I go this way with one, and I go that way with the
3  other one. So there's been a lot of good things
4  said. But I have mine to say, and I stayed this
5  long, and so I'm going to speak.
6      I'm Barbara Graham, District 7, precinct
7  chairperson in Woodburn, live in Leland, North
8  Carolina. My precinct -- I'm a minority in my
9  precinct, basically. It's one-quarter Republican,
10 three-quarters Democrat. So you know, I have no
11 problem with that.
12     I -- I -- I looked to see who's -- what
13 precinct has a chairperson, and I find that there
14 are several precincts -- precincts that have no
15 chairperson. So at the most -- to me, the most
16 important level to be involved in the political
17 process is locally. And so I encourage people to
18 do that, and not -- not to see a precinct without a
19 chairperson.
20     And I have, on my list, Republicans with
21 no phone number. People don't even want to be
22 called. So I mean, our concerns, if we are
23 concerned, we ought to make ourselves available.
24     And so I'm going to say what I had to
25 say here, I concur with Eric who is the chair of

219

1  District 7, Eric Edgerton, Brunswick County,
2  citizen Hasan Harnett, our North Carolina
3  Republican chairperson, all that they have said, I
4  agree with.
5      Redrawing the district map before a major
6  election appears to be a chess-like move with all
7  intent to cause confusion, disenfranchise all
8  voters. Redrawing Congressional districts now
9  disrupts the whole voting process. After the
10 general election in November is the time to take
11 this up.
12     Dr. Martin Luther King's purpose was to
13 see all races and all colors be judged by character
14 and not color. This move to redistrict voting
15 districts by color does not honor the intent of Dr.
16 Martin Luther King. He insisted that all people
17 could live and achieve by their character,
18 abilities, and desire to achieve.
19     We have many colors representing all of
20 us in Congress, the Senate, and the President.
21 Redrawing the district lines -- redrawing the lines
22 probably will always look like gerrymandering to
23 one ethnicity or socioeconomic group or political
24 affiliation, et cetera. It may well always be --
25 may well always look discriminating or segregating

220

1  to one ethnicity or another.
2      If we group all one race in one district
3  by themselves, it appears to discriminate, but
4  actually allows that race to vote for someone of
5  their own ethnicity. If we try to mix the races,
6  then it appears to discriminate because it wasn't
7  possible to incorporate equally all races.
8      We have the freedom to move from state to
9  state, county to county, city to city. Populations
10 will always be shifting. District lines represent
11 population numbers, not the color of one's skin.
12 We are Americans. Let's start being American.
13     Presumption that a person of ethnicity or
14 another -- one ethnicity or another will
15 discriminate or not discriminate is indeterminable
16 because it's a matter of the heart. We in power
17 rule in all ethnicities.
18     To delay the primary and redraw the lines
19 at this time is strictly a move of power, and not
20 in the best interest of our election process.
21 After having said all that, I am not opposed to
22 redrawing lines, but I am opposed to the delay -- I
23 am -- let's how it -- I am opposed to the delay of
24 the primaries do so at this time. I just don't
25 believe new lines one way or another will satisfy

221

1  our population.
2      We are Americans and that means no color,
3  hereditary ethnicity. American. No matter what
4  the lines, each district includes American. People
5  come together and reason together no matter what
6  your race or color. It's about time.
7      Exercising your voice in the political
8  process happens in your local precinct. As I said,
9  at my first political -- I didn't say that. At my
10 first political state convention, I noticed the
11 district representing Charlotte had 700 delegates.
12 Approximately 170 were there. I was very
13 disheartened that people weren't there.
14     We as citizens need to take the
15 responsibility of our democratic process and our
16 local precincts. I researched -- and I said this
17 already -- researched the precincts in my area, and
18 some didn't even have a chairperson. Several --
19 and several did not include both Democrats and
20 Republicans.
21     Finally, we should not redraw lines a few
22 weeks before the Presidential primary, if at all.
23 Voter ID will not discourage voting, but redrawing
24 Congressional districts will.
25     I can't even get five people to attend a

222

1    local precinct meeting to talk about issues in our
2    country, or just in our own county. We need to be
3    involved. And so I want to thank you for listening
4    to me.
5        I am a 67-year-old woman who took this
6    country for granted for many, many years. I
7    finally got involved and took notice of what was
8    happening in the Presidential election in 2012, and
9    I was appalled. I was appalled at the approach and
10   the misinformation that we were given by our
11   mainstream media. So here I am, and that's why I'm
12   here.
13       REP. DAVIS: Thank you.
14       SEN. RUCHO: Thank you. UNC-Asheville,
15   Representative McGrady.
16       REP. MCGRADY: Mr. Chairman, our last
17   speaker is Samuel Kaplan. You have to hold -- go
18   ahead.
19       MR. SAMUEL KAPLAN: Hi. Welcome. Thank
20   you. Thank you so much for listening to the public
21   today. My name is Sam Kaplan. I'm honored to be a
22   professor of mathematics at UNC-Asheville. I'm not
23   formally representing UNC-Asheville, or for that
24   matter the Mathematical Association of America or
25   anything else, just myself. I'm a native of North

223

1    Carolina.
2        And I just want to take one second to
3    remind the audience of the power of gerrymandering.
4    I think I drew a picture -- apologize for the
5    simplicity of the image. I think you can see
6    there's two colors there. They look to me like red
7    and black. I don't know how it covers over to your
8    camera. But you can imagine these are a layout
9    maybe of voters or of neighborhoods or counties.
10   There are 13 red and 12 black. If you do a
11   simplistic cut of the five districts -- oh, you
12   can't see the lines between them? Is that true?
13   [break in transmission] How about now? Can you
14   see the lines? The horizontal lines, you end up
15   with two majority in one and one -- three majority
16   in the other. Okay? Not a big surprise.
17       If you, instead, group the reds together
18   into a supermajority district, divide the other one
19   deeply, you end up with four representing the black
20   even though they are minority, out of the five
21   districts.
22       This is exactly what we've done in North
23   Carolina. If you overlay the boundaries of the
24   districts with demographic information from the
25   census, it's quite apparent, and I'm sure it was

224

1    part of the -- influenced the ruling of the -- that
2    race played a role.
3        What I would like to say is as we move
4    past this next crisis, however we decide, we will
5    hopefully move to a position where we consider a
6    nonpartisan method of drawing these districts. We
7    can use tools that have been developed by
8    mathematicians in the last 20 years, specifically,
9    around gerrymandering and meeting criteria like
10   compactness and demographic information, to make
11   sure that we minimize mischief in any mapmaking.
12   And we can quantify gerrymandering. And we should
13   do so.
14       Everyone believes in rational government.
15   Let's use the tools that we have that are 21st
16   Century tools to make sure that we have rational
17   representation in our districts. Thank you so much
18   for your time and attention.
19       SEN. RUCHO: Thank you very much. Going
20   to Central Piedmont, Representative Brawley.
21       REP. BRAWLEY: Thank you, Senator. Our
22   next speaker is Mike Huffman. Mr. Huffman, you are
23   recognized for five minutes. You have the floor,
24   sir.
25       MR. MIKE HUFFMAN: Thank you. My name is

225

1    Mike Huffman. I live in south Charlotte near the
2    airport. I don't know who "gerry" is, but I'm
3    tired of him "mandering" our elections.
4        Let's be clear. These districts are
5    drawn to deny voting power to black people. 1st
6    and 12th Districts were drawn to pack African
7    Americans together so they only get to influence a
8    couple of Congressional districts.
9        Let's talk about our troops. I've heard
10   a lot of people talk about the troops earlier
11   today. Let's talk about our Democratic soldiers
12   who don't have a fair say in their government
13   because some folks in Raleigh want to draw
14   districts like a five-year-old draws on Etch-a-
15   Sketch. Let's talk about that.
16       I have a friend who lives in Hickory, in
17   Catawba County, a Gulf War veteran, but because
18   he's a Democrat, his vote doesn't really count for
19   much in a Republican county. If you really care
20   about the troops, you will draw fair districts that
21   are as competitive as possible so that veterans and
22   troops from both of our parties get a fair chance
23   to choose which Congressperson will be voting on
24   which group of brown people they get to shoot in
25   the Middle East.

226

1    Bottom line, get a computer program to
2  draw these districts in a nonpartisan fashion, send
3  out new absentee ballots, and hold a fair election
4  for once. Thank you.
5    SEN. RUCHO: Thank you very much.
6    REP. BRAWLEY: Thank you, Mr. Huffman.
7    SEN. RUCHO: I've got -- going to Cape
8  Fear, Representative Davis. Is this your last
9  speaker there?
10    REP. DAVIS: Thank you, Mr. Chairman.
11  The last speaker that I have to sign up today is
12  Mr. William Shell.
13    MR. WILLIAM SHELL: This is a little
14  weird. I think it's the first time I ever spoken
15  anywhere to a microphone in a ceiling.
16    I was scheduled to speak earlier. My
17  name is Bill Shell. I'm a former chairman of the
18  Republican Party in New Hanover County. I'm a
19  lawyer, and I followed redistricting litigation for
20  over 40 years. Participated in some of it.
21    But I -- as I said, I was scheduled to
22  speak earlier. I had to go to the hospital to get
23  a heart monitor put on. And I assure you it wasn't
24  because of all the stuff I'd heard this morning.
25  It was previously scheduled.

227

1    So -- but I'm back. And I want to talk
2  to you just a little bit. Some of this stuff may
3  be a little repetitive, but I hope some of it isn't
4  because I'm going to make some suggestions.
5    Now, we're here because of what I call
6  extreme gerrymandering. We're not talking about
7  gerrymandering. It's -- it's extreme. It's been
8  made possible by the computer and computer
9  software. And what has happened is it's led to
10  noncompetitive elections in North Carolina. None
11  of the elections for any Congressional district are
12  competitive. Not a one. And what that does is
13  decrease voter participation, and what that does is
14  bad for democracy.
15    And the way we've done it is terribly
16  bad. We've done it and let's be blunt about it.
17  It's been done by racial packing. And we have
18  developed, in North Carolina, a system of apartheid
19  voting. And let's call it just exactly what it is.
20    Now, this is going to -- to remedy this
21  situation is going to involve more than the 12th
22  and the 1st Districts. It's going to have to be
23  changes in other districts, as well. And they're
24  going to have to be fairly substantial.
25    I've heard the argument that this will

228

1  throw things into chaos. That's not true. Number
2  one is, if there's any chaos or any uncertainty,
3  it's the fault of the General Assembly. And voters
4  are going to hold them accountable because of that.
5  But that's not necessary.
6    We've got the technology available to us
7  to be able to do this job and to do it right and to
8  do it within the time that's been allotted to us.
9  And if we're not able to do that, we'll just use
10  more time, is what we need to do.
11    There's nothing magic about having a
12  primary on March the 15th. It was previously on
13  May the 15th. It was done ostensibly -- I don't
14  think that's the only reason -- to get more
15  participation from the presidential candidates.
16    But on March the 15th, we're one of four
17  states holding presidential primary. The others --
18  Ohio, Illinois, and Florida -- they're all bigger
19  than us, they're all winner-take-all.
20    We are proportional. If you in the
21  Republican primary, for instance, are going to have
22  five or six candidates probably still at that
23  point, we're not going to get any participation
24  much from Republican presidential candidates. We
25  may get some from the Democrats. Of course,

229

1  there's only going to be two. But so if the
2  primary has to be postponed and filing reopened,
3  then so be it. We can do that. Let's get this
4  thing right.
5    Now, this court case is going on, I can
6  tell you it appears to me quite, quite clear that
7  the chances of a stay from the Supreme Court are
8  slim. That's especially not with Justice Scalia's
9  death. Now, I think the case is eventually going
10  to be lost in the 4th Circuit, and certainly it's
11  going to be lost in the US Supreme Court. So why
12  do that? Bad legal advice. Paid hundreds of
13  thousands, maybe millions already, getting ready to
14  pay millions more if we decide to go that route.
15  We don't need to delay this anymore. We had
16  unconstitutional maps in 2012 and 2014. We don't
17  need it again in 2016.
18    The way I look at it, there are three
19  choices. One, do nothing. Number two, tinker
20  around the edges of these districts. And both of
21  those choices, that will lead to continued
22  litigation, the expenditure of millions of dollars,
23  and in the end will result in the federal courts
24  redrawing our districts for us. And that's what'll
25  happen.

230

1      Those are not the right way. Let's do it
2  right. And the way to do it right is make the
3  changes that need to be changed, taking mainly into
4  two consideration two things: compactness of the
5  districts and a community of interest. If you do
6  that, redistricting is really not hard. It's
7  really not.
8      There was one map shown up here, I
9  believe by Mr. Huffman from Charlotte. Take a look
10 at that because I think that might be -- that might
11 be good. If you do it right and get it right, then
12 the public will thank you. If you don't, they're
13 going to punish you. That's just the way it is.
14     Now, you know, we're in New Hanover
15 County. We have two Congressmen. Neither one of
16 them seem to have any particular interest in New
17 Hanover County, even though we have 220,000 people
18 live here. You know, that's not the way it ought
19 to be.
20     I hope you will get it right. I hope you
21 will do the right thing. But I'm not confident. I
22 think that what will happen is that these hearings
23 are pretty much a sham and decisions have already
24 been made. I hope I'm wrong. I really am -- I
25 hope I'm wrong.

231

1      I thought at one time the Republicans
2  could do it better. I was wrong. Prove me wrong
3  again now, and do it right in this thing.
4      I appreciate the opportunity to talk to
5  you. It's my experience over the period of time.
6  And I hope you will get it right, because the way
7  it is now is wrong.
8      SEN. RUCHO: Thank you. All right. I --
9  we're -- I think we're complete in Cape Fear,
10 Representative Davis. We're complete in Asheville,
11 Representative McGrady. And the last one, I
12 believe, is going to be at Central Piedmont,
13 Representative Brawley. Is that right?
14     REP. BRAWLEY: Senator Rucho, I have the
15 excellent news that I am introducing Bill Gent, the
16 last speaker from Central Piedmont. Mr. Gent, you
17 are recognized for five minutes. You have the
18 floor.
19     MR. BILL GENT: [unintelligible] thanks
20 for being here today [unintelligible] to be here
21 today. I'm going off-script a little bit at the
22 beginning because a lot of what I've heard today
23 sounds very reasonable. I've also heard a lot of
24 inflammatory things, comments that were absolutely
25 out of the ballpark, nowhere even germane to the

232

1  conversation.
2      As I said, my name is Bill Gent. I'll go
3  back on the script. I am a resident of Mecklenburg
4  County, a member of the 12th District, so I'm
5  directly affected by this issue. I'm also a combat
6  vet. I fought for this country so that you could
7  be here.
8      Okay. While I'm not an attorney or a
9  judge, I am a common sense person. This issue may
10 well require addressing by legislation, but that's
11 for the courts to decide, not for us to decide
12 here. However, as a common sense person, it is
13 obvious to me that ordering the redrawing of
14 multiple district lines in such a short time frame
15 just to meet a judicial order or a longstanding
16 problem will result in a generally ill-considered
17 results and will have -- probably have to be redone
18 at a later date.
19     Also, to demand this action at this point
20 in time will obviously be hugely disruptive to the
21 voters in the upcoming election. If the objective
22 was to truly ensure fairness and equity for all
23 voters, and it will fall in -- it will fail in
24 that. And those that propose moving forward are
25 showing themselves to be disingenuous in their

233

1  motives.
2      This leads me to ask, why now and not in
3  a time frame more suited to obtaining a real
4  resolution to the problem, if needed, if a real
5  resolution exists. I don't know that it does. I
6  don't have the information. I don't think most of
7  us have the information, to be honest, from what
8  I've heard today.
9      My perception of this effort, both by the
10 individuals bringing this action, as well as the
11 judges that made such a ridiculous order, that this
12 is all meant to be as disruptive as possible, to
13 disenfranchise as many voters as possible.
14 Therefore, I find that if this is allowed to stand,
15 the very people it is supposed to be helping will
16 be hurt in the process. Not to mention, that all
17 the voters that have already voted will get the
18 attitude, "Why bother? My vote doesn't count
19 anyhow," which is exactly the problem in the first
20 place. It is hard enough to get people out and
21 get -- to vote. And now you are sending them the
22 message that their vote doesn't count unless it
23 conforms to a new set of rules. New set. Thank
24 you.
25     SEN. RUCHO: Thank you very much.

**234**

1    REP. BRAWLEY: Thank you. Last one in
2 Charlotte.
3    SEN. RUCHO: Okay.
4    REP. BRAWLEY: Senator, at that point,
5 the Charlotte site is closed.
6    SEN. RUCHO: Thank you. All right.
7 Ladies and gentlemen of the committee, first of all
8 I'd like to thank the public for participating in
9 this event and -- and doing their part. And also
10 for the attention of the committee. I'd like a
11 special thank you to our court reporter. Thank you
12 very much for a wonderful job and being very
13 patient with us. Before I finish the final
14 statement, Representative Lewis, any comments?
15    REP. LEWIS: Yes, Mr. Chairman. Thank
16 you. I would like to offer my sincere thanks on
17 behalf of the chairs to the members of the House
18 and the Senate, those that are here in Raleigh
19 today and those that are attending the remote sites
20 across the state. Further, I thank our central
21 staff for their hard work over the weekend, the
22 NCGA police, the House and Senate Sergeant-at-Arms,
23 our partnership with the community colleges, and
24 also with the universities. Thanks to your help,
25 we've been able to pull off a series of public

**235**

1 comment for the past five and a half hours. We've
2 done that across six sites.
3    I would point out for the record, that in
4 2002, when the Democratic-controlled General
5 Assembly was ordered to redraw the maps, they held
6 no public hearings. I'd further point out that in
7 2003, when the Democrat majority was ordered to
8 redraw the map, they held one. It was in Raleigh
9 and had 20 speakers. We have had more than 60
10 participate and express their concerns over the
11 past five and a half hours. I'm very grateful for
12 all of you who took time to participate today. I
13 will further add, Mr. Chairman, that the comments
14 that were submitted in the -- in written form prior
15 to noon today are hereby directed to be sent to the
16 members of the Joint Redistricting Committee for
17 their review. Comment that continues to come in
18 prior to 8:00 tonight will also be batched and sent
19 to members of the committee prior to our meeting
20 tomorrow. Thank you, Mr. Chairman. That concludes
21 my comments.
22    SEN. RUCHO: Thank you, Representative
23 Lewis. And I do join you in saying thank you very
24 much for the General Assembly staff, the IT folks,
25 our staff. You did a remarkable job in putting

**236**

1 together a flawless public hearing. And I
2 personally say thank you for your hard work. We
3 appreciate it very, very much. And I know the
4 committee members do the same.
5    We have achieved our goal today, and that
6 is to have everyone that chose to speak to have an
7 opportunity to speak. And for anyone else, they
8 are more than welcome to put in, as Representative
9 Lewis alluded to, the -- the -- they can use public
10 comment on the NC -- NCLEG website. Tomorrow --
11 members of the committee, tomorrow we will be
12 meeting and going over -- of course, you'll have a
13 chance to go over the comments that have been made
14 today. Going over the issue of -- of the written
15 comments that came in.
16    REP. LEWIS: Apparently there was one
17 more in Charlotte we missed, if we could just hear
18 him before everybody else.
19    SEN. RUCHO: We'll hold that final
20 comment. Apparently, there was a person that was
21 not seated at his seat when he was supposed to be
22 there to speak. So, Representative Brawley in
23 Charlotte at Central Piedmont, last speaker,
24 please. Representative Brawley? Representative
25 Brawley, can you hear me? Representative Brawley.

**237**

1 Okay. Representative Brawley, have the speaker
2 begin again, please, if you'll be kind enough.
3    REP. BRAWLEY: Yes. Matt Newton is
4 recognized for five minutes.
5    MR. MATT NEWTON: Thank you so much. And
6 I hope you can hear me now. My name is Matt
7 Newton. I live in Charlotte. I am an attorney
8 with my own law firm here. I'm also chairman of
9 Mecklenburg County's Democratic Party. I will keep
10 it very brief, and I want to apologize for missing
11 the deadline a moment ago, and I thank you all so
12 much for -- for sticking around and for listening
13 to me.
14    Very quickly, I did read the opinion of
15 the -- of the Court that was issued just about a
16 week and a half ago. And as I understand it, I --
17 I -- I was a big shocked by that opinion. But as I
18 understand it, the proposition was that racial
19 gerrymandering didn't occur, because political
20 gerrymandering had occurred. And in my opinion, I
21 think regardless of the gerrymandering that
22 happened, it should not be tolerated. Even if,
23 right, there's a custom of this in the past, I
24 think it's time that we all put our foot down.
25    And many people before me have talked

238

1   about an independent commission to -- redraw
2   lines in the future. And I hope that the General
3   Assembly takes that seriously under consideration
4   as we move forward.
5           Having said that, in my county, we have
6   one of those Congressional districts that needs to
7   be redrawn. That's Congressional District 12. And
8   it's surrounded by both Congressional District 9
9   and Congressional District 8. I wanted to bring to
10  the attention of the General Assembly the numbers
11  of folks that have been redistricted out of the 8th
12  and the 9th into the 12th. And ask that if we move
13  forward, that there is no -- there is no lifting of
14  the federal court order tomorrow, to please
15  consider placing those folks, who in my opinion
16  have been disenfranchised, back into their 8th and
17  the 9th Congressional districts.
18          And what we're talking about here is
19  we're talking about 47,000 African American voters.
20  47,000. There are 13,000 in Congressional 9 that
21  were displaced and put into Congressional 12. And
22  there were -- what does that leave? -- 34 -- 34,000
23  that were taken out of 8 and put into 12. So as
24  you move forward and if the redistricting does
25  occur by Friday, please, please, please, we value

239

1   every voice in our democracy. We value the -- our
2   neighbors here in Mecklenburg County. Please
3   consider placing those folks, those 47,000 voices,
4   back into Congressional 8 and Congressional 9.
5   Thank you so much for your time.
6           SEN. RUCHO: Thank you. All right.
7   Members of the committee, we'll finish up with the
8   last comment, and that being the Select Committee
9   on Redistricting -- the Joint Select Committee will
10  be meeting Tuesday at 10:00 in 643 here. And at
11  that time, we will have a chance to digest all the
12  information we received today and try to establish
13  some criteria upon which we would like to draw
14  these maps that would coincide with what the court
15  decision was read. That being said, this committee
16  meeting, public hearing is over.
17
18
19
20
21
22
23
24
25

240

STATE OF NORTH CAROLINA
COUNTY OF GRANVILLE
            CERTIFICATE
    I, Robbie W. Worley, a duly commissioned Notary
Public in and for the State of North Carolina, do hereby
certify that on February 15, 2016, this proceeding was held
before me at the time and place aforesaid, that all parties
were present as represented, and that the record as set
forth in the preceding pages represents a true and accurate
transcription of the proceedings to the best of my ability
and understanding.
    IN WITNESS WHEREOF, I have hereto set my hand, this
the 1st day of March, 2016.