NORTH CAROLINA GENERAL ASSEMBLY

NORTH CAROLINA SENATE

---

TRANSCRIPT OF THE PROCEEDINGS

FLOOR SESSION

---

In Raleigh, North Carolina

Friday, February 19, 2016

Reported by Robbie W. Worley

Worley Reporting

P.O. Box 99169

Raleigh, NC 27624

919-870-8070

## Page 2

(Reporter's note: Proceedings in this matter began at 9:37 a.m.)

LT. GOV. FOREST: The Senate will come to order. Sergeant-at-Arms, close the doors, and members will go to their seats. Members and guests in the gallery, please silence your electronic devices.

Leading the Senate in prayer is the Reverend Peter Milner, Senate Chaplain. All members and guests in the gallery, please stand.

REV. MILNER: Let us pray. Heavenly Father, we thank you for this day, this new day, and we rejoice that you have made it new. Let us rejoice and be glad in what you've created. And, Lord, as we come together, give us strength in our hearts and give us a clear conscience in our minds. Sharpen us by the truth of your Word, and may your wisdom always guide us, and may your love always shine inside of us and clarify us for this task ahead. It's in Jesus' name we pray, amen.

LT. GOV. FOREST: Senator Berger is recognized for a motion.

SEN. BERGER: Thank you, Mr. President. The journal of Thursday, February 18, 2016, has been examined and decided to be correct. I move

## Page 3

that we dispense with the reading of the journal and that it stand approved as written.

LT. GOV. FOREST: Without objection, the journal for February 18th stands approved as written. Senators, courtesy of the floor are extended to Robbie Worley, who is transcribing today's session.

We have leaves of absence requested, and with your approval are granted, for Senators Barringer, Bingham, McInnis and Wade. Messages from the House, the Clerk will read.

CLERK: Message from the House, House Bill 2, committee substitute, An Act to Revise Procedures for the Conduct of 2016 Primary Election to Comply with the Court Order in Harris v. McCrory. Referred to Redistricting.

House Joint Resolution 3, A Joint Resolution Providing for Adjournment Sine Die on 2016 Extra Session. Calendar, February 19th.

LT. GOV. FOREST: Senator Berger is recognized for a motion.

SEN. BERGER: Thank you, Mr. President. I move that the Senate stand in recess subject to the standard stipulations set forth in the Senate Rule 24.1 to receive the committee reports and the

## Page 4

receipt of messages from the House, to reconvene at 11 a.m.

LT. GOV. FOREST: Thank you, Senator. Senator Rucho, for what purpose do you rise?

SEN. RUCHO: Announcement.

LT. GOV. FOREST: Senator Rucho, you have the floor for an announcement.

SEN. RUCHO: The Redistricting Committee will be meeting in 544 at 10:00. I hope all members will attend, and we will be discussing the schedule for the election.

LT. GOV. FOREST: Thank you, Senator. The Senate will stand in recess until 11 a.m.

(RECESS, 10:07 - 10:29 A.M.)

LT. GOV. FOREST: The Senate will come to order. Sergeant-at-Arms, close the doors. Members will go to their seats. Members and guests in the gallery, we ask you to please silence all of your electronic devices at this time.

Do we have any reports from standing committees? Senator Rucho, for what purpose do you rise?

SEN. RUCHO: I would like to send forward the Redistricting Committee report.

LT. GOV. FOREST: You can send forward

## Page 5

your report, Senator.

The Clerk will read.

CLERK: Senator Rucho for the Redistricting Committee submits for passage House Bill Number 2, Committee Substitute Number 1, unfavorable as to Committee Substitute Bill Number 1, but favorable as to the Senate Committee Substitute Bill. 2016 U.S. House of Representatives Primary.

LT. GOV. FOREST: House Bill 2 to calendar.

Senators, we have leaves of absence that are granted today for Senator Jim Davis and Senator Van Duyn. We also have some courtesies here. Several school groups with us today. Upon the motion of Senator Blue of Wake County, the Chair is happy to extend courtesies of the gallery to Longleaf School of the Arts Charter School in Wake County, and they asked to be present today during the debate on redistricting matters. Would you please stand and be recognized, so thanks for joining us in the gallery today.

(Applause.)

LT. GOV. FOREST: Also upon the motion of Senator Josh Stein of Wake County, the Chair is

## Page 6

happy to extend courtesies of the gallery to Follow the Child Montessori School and Ms. Stephanie Austin, who is the leader of the school. If you'll please stand and be recognized. Thank you for being here.

(Applause.)

LT. GOV. FOREST: And upon the motion of Senator Woodard of Durham County, the Chair is happy to extend courtesies of the gallery to the fourth grade class at Easley Elementary School. If you'll please stand.

(Applause.)

LT. GOV. FOREST: That takes us right into our calendar for the day. Senator Apodaca, for what purpose do you rise?

SEN. APODACA: Mr. President, move that the rules be suspended to the end that staff may join members on the floor.

LT. GOV. FOREST: Without objection, so ordered.

House Bill 2, the Clerk will read.

CLERK: House Bill 2, An Act to Revise Procedures for the Conduct of the 2016 Primary Election to Comply with the Court Order in Harris v. McCrory.

## Page 7

LT. GOV. FOREST: Senator Hise is recognized to explain the bill.

SEN. HISE: Thank you, Mr. President. Following the -- following what we did yesterday on voting and changing the districts, it's also clear that several requirements are necessary to change our election laws. So we're going forward, and that's what this bill represents.

To begin with, we will be holding now a primary election for members of Congress to be held on June 7th under the new districts that we've had, barring that those districts are not stayed by a court or changed in that process.

The filing period will run from March 16th until March 25th, between noon on both days for those seats. The time period to be registered with a party in order to run for that party's seat is 75 days, consistent with what we changed when we shortened the -- when we backed up the time period to the March election, we left that at 75 days.

Would have the option -- those who have filed for other races do have the option of filing for this race. I think that's what we've done consistently in the past, as well. However, they would not be able to -- once the primaries are

## Page 8

over, they actually have to choose which one of those two seats they would run for and create a vacancy in the other that was moving forward.

Runoffs are eliminated for 2016 for all races under this primary, and elections would be determined by a plurality of voters. That is simply to create the chaos, to prohibit the chaos of trying to determine who is eligible to vote in which part of which race when they come in at those times, so we've just eliminated that process for this election season. I would be happy to answer any other questions members may have, but I think the date has kind of placed us on this.

There's chaos still in this process, and the courts have chosen to give us that by not having ruled at this point or issued a stay or said they're not going to issue a stay. I'd like to wish that we could get rid of that, but until they do their job, I don't see that there's much we can do, so.

LT. GOV. FOREST: Any discussion or debate? Hearing none, Senator Bryant, for what purpose do you rise?

SEN. BRYANT: To speak on the bill.

LT. GOV. FOREST: Senator Bryant, you

## Page 9

have the floor to speak to the bill.

SEN. BRYANT: I was working to try to understand what the process could look like that we're going through, to also understand what my thoughts are about Senate Bill 2 and the plan set out for the new schedule. And this is my concern. It appears that we have the authority, because we were ordered by the Court, to enact this new plan. And we have set this new plan to take effect on March 16th if we get no ruling to the contrary.

Meanwhile, the lawyers, the State lawyers, I believe, are obligated to submit this plan to the Court, because they ordered it to be done in an ongoing lawsuit. So they will submit this plan to the Court, I guess what, the lawyers on each side will have their comments or say, and the Court will ultimately, I'm told, say something. We don't know what that something would be.

My concern is, depending on that something, we could be back here a third time, with a new schedule that would be even more confusing to our constituents. It would seem to me, although it's not ideal, that it would be worthwhile to at least remove one or two of the variables from this process before we set this March date, perhaps

## Page 10

pushing it further out, perhaps adjourning and coming back, having received some of these rulings. I mean, we know at the Supreme Court, what they're doing. They're burying, appropriately, one of their own. I don't know how much it's affecting their ongoing work, but I would have to assume it's creating a little bit of a slowdown at that level.

So, for that reason, I'm concerned. I think the things we've thought out in Senate Bill 2, the strategy, is a good one. I'm just concerned about obligating ourself to that date, and using our authority, which it appears we have, to make that change absolute at that time, regardless of the ruling of the Middle District Court. Of course, if they enjoin it, we have to start all over. But without hearing from them or the Supreme Court, I think is troublesome, and for that reason, I will be voting no.

LT. GOV. FOREST: Any further discussion or debate? Hearing none, the question before the Senate is the passage of the Senate Committee Substitute for House Bill 2 on its second reading. All in favor, vote aye; opposed will vote no. Five seconds will be allowed for the voting. The Clerk will record the vote.

## Page 11

(Votes recorded.)

LT. GOV. FOREST: 29 having voted in the affirmative and 15 in the negative, Senate Committee Substitute for House Bill 2 passes the second reading and will be read a third time.

CLERK: North Carolina General Assembly enacts.

LT. GOV. FOREST: Any discussion or debate? Hearing none, all in favor of the passage of Senate Committee Substitute for House Bill 2 on its third reading will vote aye; opposed will vote no. Five seconds will be allowed for the voting. The Clerk will record the vote.

(Votes recorded.)

LT. GOV. FOREST: Lee, Senator Lee?

SEN. LEE: Aye.

LT. GOV. FOREST: Aye. 29 having voted in the affirmative and 15 in the negative, Senate Committee Substitute for House Bill 2 passes its third reading, and it will be sent to the House for concurrence in the Senate Committee Substitute. Would we like to send that by special message?

Senator Apodaca?

SEN. APODACA: Mr. President, if we could stand at ease for ten minutes, please.

## Page 12

LT. GOV. FOREST: The Senate will stand at ease until 10 after 12.

(Senate is at ease.)

SEN. APODACA: Mr. President?

LT. GOV. FOREST: Senator Apodaca, for what purpose do you arise?

SEN. APODACA: I'm sorry, Mr. President. I neglected to move that we send the bill we just approved over by special messenger, please.

LT. GOV. FOREST: So ordered, Senator. Thank you.

(Senate is at ease.)

LT. GOV. FOREST: Senators, a little update here. We are going to stand in recess until 1:30. 1:30.

(RECESS, 12:05 - 1:45 P.M.)

LT. GOV. FOREST: The Senate will come to order. Sergeant-at-Arms, close the doors, and the members will go to their seats.

Senators, we're going to get back into our calendar for the day. House Joint Resolution 3, the Clerk will read.

CLERK: House Joint Resolution 3, A Joint Resolution Providing for Adjournment Sine Die of the 2016 Extra Session.

## Page 13

LT. GOV. FOREST: Senators, before we get going on this, we have leaves granted for Senators Meredith and Robinson, and Senator Barringer is back with us.

Senator Apodaca is recognized to explain the resolution.

SEN. APODACA: Thank you, Mr. President. It's exactly what the reading clerk just read. I ask for your support and hope to see you in April.

LT. GOV. FOREST: Do we have any discussion or debate? Hearing none, the question before the Senate is the passage of House Joint Resolution 3 on its second reading. All in favor, vote aye; opposed will vote no. Five seconds will be allowed for voting, and the Clerk will record the vote.

(Votes recorded.)

LT. GOV. FOREST: 43 having voted in the affirmative and zero in the negative, House Joint Resolution 3 passes its second reading and will be read a third time.

CLERK: North Carolina General Assembly enacts.

LT. GOV. FOREST: Any discussion or debate? Hearing none, all in favor of the passage

### 14

1  of House Joint Resolution 3 on its third reading
2  will vote aye; opposed will vote no. Five seconds
3  will be allowed for the voting. The Clerk will
4  record the vote.
5      (Votes recorded.)
6      LT. GOV. FOREST: 43 having voted in the
7  affirmative and zero in the negative, House Joint
8  Resolution 3 passes its third reading, and it will
9  be enrolled. And that wraps up our calendar. Do
10 we have any notices or announcements? Is there any
11 further business to come before the Senate? If
12 not, the Chair recognizes Senator Berger for a
13 motion.
14     SEN. BERGER: Mr. President, we may need
15 to wait just a moment to get the motion. I'm just
16 checking to make sure I didn't throw it away from
17 this morning, so it's not in the trash can. Here
18 we go.
19     LT. GOV. FOREST: It was in Senator
20 Apodaca's trash can.
21     SEN. BERGER: Thank you, Mr. President.
22 Having concluded the business for which the Senate
23 was convened, I move that the Senate do now adjourn
24 the 2016 extra session sine die, in accordance with
25 House Joint Resolution 3, subject to the standard

### 15

1  stipulations set forth in Senate Rule 24.1, the
2  receipt of House messages and the ratification of
3  bills and resolutions.
4      LT. GOV. FOREST: The motion is that the
5  Senate do now adjourn the extra session sine die in
6  accordance with House Joint Resolution 3, subject
7  to the stipulations stated by Senator Berger,
8  seconded by Senator Rucho. All in favor, say aye?
9      (Voice vote.)
10     LT. GOV. FOREST: All opposed, no? The
11 ayes have it, and the extra session stands
12 adjourned, sine die.
13 (THE PROCEEDINGS WERE CONCLUDED AT 1:49 P.M.)
14 (RATIFICATION OF BILLS, START TIME 3:00 P.M.)
15     SENATOR APODACA: Ratification of bills.
16 Clerk will read.
17     CLERK: Enrolled bills. The Enrolling
18 Clerk requests the following bills duly ratified,
19 properly enrolled and presentation to the Office of
20 Secretary of State. Senate Bill 2, An Act to
21 Realign the Congressional Districts As Recommended
22 By the Joint Committee on Congressional
23 Redistricting, To Comply With the Court Order in
24 Harris vs. McCrory. The Enrolling Clerk reports
25 the following bill is duly ratified for

### 16

1  presentation to the Governor, House Bill 2, An Act
2  to Revise Procedures for the Conduct of the 2016
3  Primary Election to Comply With the Court Order in
4  Harris vs. McCrory. The Enrolling Clerk reports
5  the following resolution, duly ratified, properly
6  enrolled and prepared for presentation to the
7  Office of the Secretary of State, House Joint
8  Resolution 3, Resolution 2015-1, a joint resolution
9  provided for adjournment sine die of the 2016 extra
10 session.
11     (RATIFICATION CONCLUDED AT 3:04 P.M.)

### 17

STATE OF NORTH CAROLINA
COUNTY OF GRANVILLE
    CERTIFICATE
    I, Robbie W. Worley, a duly commissioned Notary Public in and for the State of North Carolina, do hereby certify that on February 19, 2016, this proceeding was held before me at the time and place aforesaid, that all parties were present as represented, and that the record as set forth in the preceding pages represents a true and accurate transcription of the proceedings to the best of my ability and understanding.
    IN WITNESS WHEREOF, I have hereto set my hand, this the 26th day of February, 2016.