IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
NO. 1:13-CV-00949

| | |
|---|---|
| DAVID HARRIS and CHRISTINE BOWSER,<br><br>　Plaintiffs,<br><br>　v.<br><br>PATRICK MCCRORY, in his capacity as Governor of North Carolina; NORTH CAROLINA STATE BOARD OF ELECTIONS; and A. GRANT WHITNEY, JR., in his capacity as Chairman of the North Carolina State Board of Elections,<br><br>　Defendants. | |

## NOTICE SUPREME COURT HAS NOTED PROBABLE JURISDICTION

COMES NOW Defendants and brings to the Court's attention that the United States Supreme Court noted probable jurisdiction in this case today, June 27, 2016. *See McCrory, Gov. of N.C., et al v. Harris, David, et al.*, No. 15-1262 (S. Ct. Jun. 27, 2016). Defendants wish to make the Court aware of this fact in support of its motion that Plaintiffs' Motion for Attorneys' Fees be deferred until after the Supreme Court issues its ruling.

Respectfully submitted, this the 27th day of June, 2016.

NORTH CAROLINA DEPARTMENT OF JUSTICE

/s/ Alexander McC. Peters
Alexander McC. Peters
Senior Deputy Attorney General
N.C. State Bar No. 13654
apeters@ncdoj.gov
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: (919)716-6900
Facsimile: (919)716-6763
*Counsel for Defendants*

OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.

/s/ Thomas A. Farr
Thomas A. Farr
N.C. State Bar No. 10871
Phillip J. Strach
N.C. State Bar No. 29456
Michael D. McKnight
N.C. State Bar No. 36932
thomas.farr@ogletreedeakins.com
phil.strach@ogletreedeakins.com
michael.mcknight@ogletreedeakins.com
4208 Six Forks Road, Suite 1100
Raleigh, North Carolina 27609
Telephone: (919)787-9700
Facsimile: (919)783-9412
*Co-counsel for Defendants*

# CERTIFICATE OF SERVICE

I, Thomas A. Farr, hereby certify that on this date I caused a copy of the foregoing **NOTICE SUPREME COURT HAS NOTED PROBABLE JURISDICTION** to be made by electronic filing with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have appeared and consent to electronic service in this action.

| | |
|---|---|
| PERKINS COIE LLP | POYNER SPRUILL LLP |
| | |
| John M. Devaney | Edwin M. Speas, Jr. |
| D.C. Bar No. 375465 | N.C. State Bar No. 4112 |
| JDevaney@perkinscoie.com | espeas@poynerspruill.com |
| Marc E. Elias | John O'Hale |
| D.C. Bar No. 442007 | N.C. State Bar No. 35895 |
| MElias@perkinscoie.com | johale@poynerspruill.com |
| Bruce V. Spiva | Caroline P. Mackie |
| D.C. Bar No. 443754 | N.C. State Bar No. 41512 |
| BSpiva@perkinscoie.com | cmackie@poynerspruill.com |
| 700 Thirteenth Street, N.W., Suite 600 | P.O. Box 1801 (27602-1801) |
| Washington, D.C. 20005-3960 | 301 Fayetteville St., Suite 1900 |
| Telephone: (202) 654-6200 | Raleigh, NC 27601 |
| Facsimile: (202) 654-6211 | Telephone: (919) 783-6400 |
| | Facsimile: (919) 783-1075 |
| Kevin J. Hamilton | |
| Washington Bar No. 15648 | *Local Rule 83.1* |
| Khamilton@perkinscoie.com | *Counsel for Plaintiffs* |
| William B. Stafford | |
| Washington Bar No. 39849 | |
| Wstafford@perkinscoie.com | |
| 1201 Third Avenue, Suite 4800 | |
| Seattle, WA 98101-3099 | |
| Telephone: (206) 359-8741 | |
| Facsimile: (206) 359-9741 | |

*Counsel for Plaintiffs*

This the 27th day of June, 2016.

/s/Thomas A. Farr

25266585.1