IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
NO. 1:13-CV-00949

| | |
|---|---|
| DAVID HARRIS and CHRISTINE BOWSER,<br><br>  Plaintiffs,<br><br>v.<br><br>PATRICK MCCRORY, in his capacity as Governor of North Carolina; NORTH CAROLINA STATE BOARD OF ELECTIONS; and JOSHUA HOWARD, in his capacity as the Chairman and of the North Carolina State Board of Elections,<br><br>  Defendants, | **PLAINTIFFS' NOTICE OF APPEAL** |

Notice is hereby given that Plaintiffs David Harris and Christine Bowser appeal to the Supreme Court of the United States from the Memorandum Opinion (ECF No. 171) entered in this case on June 2, 2016.

This appeal is taken under 28 U.S.C. § 1253. Defendants have previously taken an appeal (ECF No. 144) from the Memorandum Opinion (ECF No. 142) and Judgment (ECF No. 143) entered in this case on February 2, 2016. Defendants' appeal has been designated as Case No. 15-1262.

Respectfully submitted, this the 5th day of July, 2016.

By: */s/ Kevin J. Hamilton*
Kevin J. Hamilton
Washington Bar No. 15648
William B. Stafford
Washington Bar No. 39849
Khamilton@perkinscoie.com
Wstafford@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-8741
Facsimile: (206) 359-9741


John M. Devaney
D.C. Bar No. 375465
Marc E. Elias
D.C. Bar No. 442007
Bruce V. Spiva
D.C. Bar No. 443754
JDevaney@perkinscoie.com
MElias@perkinscoie.com
BSpiva@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W.,
Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211

*Attorneys for Plaintiffs*

By: */s/Edwin M. Speas, Jr.*
Edwin M. Speas, Jr.
N.C. State Bar No. 4112
John W. O'Hale
N.C. State Bar No. 35895
Caroline P. Mackie
N.C. State Bar No. 41512
espeas@poynerspruill.com
johale@poynerspruill.com
cmackie@poynerspruill.com
POYNER SPRUILL LLP
P.O. Box 1801 (27602-1801)
301 Fayetteville St., Suite 1900
Raleigh, NC 27601
Telephone: (919) 783-6400
Facsimile: (919) 783-1075

*Local Rule 83.1 Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

On July 5, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Alexander McC. Peters
Senior Deputy Attorney General
Katherine A. Murphy
Special Deputy Attorney General
apeters@ncdoj.gov
kmurphy@ncdoj.gov
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: (919)716-6900
Facsimile: (919)716-6763

*Counsel for Defendants*

Thomas A. Farr
Phillip J. Strach
Michael D. McKnight
thomas.farr@ogletreedeakins.com
phil.strach@ogletreedeakins.com
michael.mcknight@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART. P.C.
4208 Six Forks Road, Suite 1100
Raleigh, North Carolina 27609
Telephone: (919)787-9700
Facsimile: (919)783-9412

*Co-counsel for Defendants North Carolina State Board of Elections and Joshua Howard, in his capacity as Chairman of the North Carolina State Board of Elections*

/s/ Marc E. Elias