# EXHIBIT A



# Invoice

| Date | Invoice # |
|---|---|
| 10/9/2015 | 4102591 |

**PAID 10/27/2015**

| Bill To | Ship To |
|---|---|
| POYNER SPRUILL LLP.<br>ONE WELLS FARGO CENTER<br>301 SOUTH COLLEGE<br>SUITE 2300<br>CHARLOTTE, NC 28202 | POYNER SPRUILL LLP.<br>ONE WELLS FARGO CENTER<br>301 SOUTH COLLEGE<br>SUITE 2300<br>CHARLOTTE, NC 28202 |

| Job Number | Client Matter Number | Contact | Terms | Due Date | Due Time |
|---|---|---|---|---|---|
| 61244 | 300506-00002000 | SAH | Net 15 | 10/24/2015 | 10/9 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| BLOWBACKS - B/W | 7,151 | 0.07 | 500.57T |
| BLOWBACKS - COLOR | 756 | 0.35 | 264.60T |
| ALPHA NUMERIC TABS | 266 | 0.10 | 26.60T |
| 5" CLEARVIEW 3-RING BINDER D-RING BLACK | 8 | 30.80 | 246.40T |

Remit Payment To:

Nova Office Strategies, Inc.

129 West Trade Street
Suite 1420
Charlotte, NC 28202-5314

Contact Us at

Phone #    704.347.0055

Fax #    704.347.3421

www.novaoffice.net

| | |
|---|---|
| **Subtotal** | $1,038.17 |
| **Sales Tax** | $75.26 |
| **Total** | $1,113.43 |

Federal Tax ID#  56-2120639



# Invoice

| Date | Invoice # |
|---|---|
| 10/9/2015 | 4102598 |

**PAID 10/27/2015**

| Bill To | Ship To |
|---|---|
| POYNER SPRUILL LLP.<br>PO Box 1801<br>Raleigh, NC 27602-1801 | POYNER SPRUILL LLP.<br>301 Fayetteville St<br>Suite 1900<br>Raleigh, NC 27601 |

| Job Number | Client Matter Number | Contact | Terms | Due Date | Due Time |
|---|---|---|---|---|---|
| 5790 | 300506-00002000 | STACY | Net 15 | 10/24/2015 | 10/9 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| BLOWBACKS - B/W | 31,360 | 0.10 | 3,136.00T |
| BLOWBACKS - COLOR | 3,488 | 0.50 | 1,744.00T |
| INDEX TABS | 2,304 | 0.15 | 345.60T |
| 5" CLEARVIEW 3-RING BINDER D-RING BLACK | 32 | 30.80 | 985.60T |

Remit Payment To:

**Nova Office Strategies, Inc.**

129 West Trade Street
Suite 1420
Charlotte, NC 28202-5314

Contact Us at

Phone #   704.347.0055

Fax #   704.347.3421

www.novaoffice.net

| | |
|---|---|
| **Subtotal** | $6,211.20 |
| **Sales Tax** | $419.25 |
| **Total** | $6,630.45 |

Federal Tax ID#  56-2120639



# Invoice

| Date | Invoice # |
|---|---|
| 10/23/2015 | 4102864 |

**PAID 11/04/2015**

| Bill To | Ship To |
|---|---|
| POYNER SPRUILL LLP.<br>ONE WELLS FARGO CENTER<br>301 SOUTH COLLEGE<br>SUITE 2300<br>CHARLOTTE, NC 28202 | POYNER SPRUILL LLP.<br>ONE WELLS FARGO CENTER<br>301 SOUTH COLLEGE<br>SUITE 2300<br>CHARLOTTE, NC 28202 |

| Job Number | Client Matter Number | Contact | Terms | Due Date | Due Time |
|---|---|---|---|---|---|
| 61538 | 300506-00002000 | SAH | Net 15 | 11/7/2015 | 10/23 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| TECHNICAL TIME: PER HOUR | 2 | 45.00 | 90.00 |
| BLOWBACKS - B/W | 8,169 | 0.07 | 571.83T |
| BLOWBACKS - COLOR | 482 | 0.35 | 168.70T |
| ALPHA NUMERIC TABS | 277 | 0.10 | 27.70T |
| 4" CLEARVIEW 3-RING BINDER D-RING BLACK | 2 | 11.65 | 23.30T |
| 5" CLEARVIEW 3-RING BINDER D-RING BLACK | 8 | 30.80 | 246.40T |

Remit Payment To:
Nova Office Strategies, Inc.

129 West Trade Street
Suite 1420
Charlotte, NC 28202-5314

Contact Us at
Phone #  704.347.0055
Fax #  704.347.3421

www.novaoffice.net

| | |
|---|---|
| **Subtotal** | $1,127.93 |
| **Sales Tax** | $75.25 |
| **Total** | $1,203.18 |

Federal Tax ID#  56-2120639